IN THE UNITED DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RLI INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ADVANTAGE CONSTRUCTION SERVICES, LLC, a Tennessee limited liability company, TRENT B. SMITH, ILLIAD JEFFERSON, SOUTHERN CONSULTING, LLC, a Tennessee limited liability company,<br><br>Defendants and Third Party Plaintiffs,<br><br>v.<br><br>WALTER A. WOOD SUPPLY COMPANY, INC. and CYCLONE, INC.,<br><br>Third Party Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 3 04 0555<br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE GRIFFIN |

**AFFIDAVIT OF TIMOTHY E. WINSHIP**

STATE OF ILLINOIS
COUNTY OF PEORIA

Personally appeared before me, Sandra J. Clayton, a Notary Public, the undersigned, Timothy E. Winship, with whom I am personally acquainted, and who upon oath, stated as follows:

1. I am over the age of twenty-one (21) and competent to make this affidavit.

2. I am a senior bond claims analyst responsible for handling this claim for RLI Insurance Company (RLI). RLI is incorporated in Illinois and has its principal place of business in the State of Illinois.

3. RLI Insurance Company has paid the following sums to settle the claims on the Webster County and City of Portland bonds referenced in the Complaint:

**City of Portland**

| Payee | Amount | Date Paid |
|---|---|---|
| Schulman, LeRoy & Bennett | $ 834.23 | 2/10/03 |
| Schulman, LeRoy & Bennett | 2,275.00 | 3/10/03 |
| Larry A. Wall & Associates | 4,169.58 | 3/10/03 |
| Terrence D. Van Nuck Construction Consultant | 356.25 | 3/19/03 |
| Jones Bros., Inc. | 29,311.00 | 3/26/03 |
| Larry A. Wall & Associates | 179.34 | 4/7/03 |
| Jones Bros, Inc. | 3,693.00 | 4/14/03 |
| Schulman, Leroy& Bennett | 1,944.00 | 5/13/03 |
| Larry A. Wall & Associates | 120.00 | 5/16/03 |
| Schulman, LeRoy & Bennett | 952.50 | 6/17/03 |
| City of Portland, TN | 46,216.50 | 9/9/03 |
| Schulman, LeRoy & Bennett | 567.00 | 10/21/03 |
| Walter A. Wood Supply | 29,833.21 | 11/26/03 |
| Schulman, LeRoy & Bennett | 783.00 | 12/16/03 |
| RLI Insurance | 10.13 | 1/15/04 |
| Schulman, LeRoy & Bennett | 972.00 | 2/11/04 |
| Schulman, LeRoy& Bennett | 216.00 | 4/8/04 |
| Schulman, LeRoy & Bennett | 838.48 | 8/25/04 |
| Schulman, LeRoy & Bennett | 3,131.32 | 12/22/04 |
| | $126,402.54 | |

**Webster County**

| Payee | Amount | Date Paid |
|---|---|---|
| Walter A. Wood Supply | 27,923.18 | 1/30/04 |
| Common Wealth Business Service | 984.24 | 4/27/04 |
| | $28,907.38 | |

RLI has recovered the sum of Two Thousand Seven Hundred Twenty Six and 72/100 ($2,726.72) Dollars on the Webster County job. This represents money remaining unpaid under the contract.

These payments do not include any time charged by the law firm of Schulman, LeRoy & Bennett since November 29, 2004. Therefore, the total loss thus far sustained by RLI is One Hundred Thirty Six Thousand Nine Hundred Seventy Six and 89/100 ($137,976.89) Dollars plus attorney fees owed to Schulman, LeRoy & Bennett of Six Thousand Nine Hundred Seventy Three and 65/100 ($6,973.65) Dollars (fees for work since November 29, 2004) plus deposition costs of One Thousand Nine Hundred Sixty and No/100 ($1,960.00) Dollars. The bill from Schulman, LeRoy & Bennett for work since November 29, 2004 and the court reporter bill have just been received. RLI also seeks prejudgment interest.

4. Before paying Walter A. Wood Supply Company which was the pipe supplier on both jobs, RLI required Walter A. Wood Supply Company to supply RLI with Proofs of Claim. Attached hereto as Exhibit A are the Proofs of Claim for both jobs. RLI settled with Walter A. Wood Supply Company for sums less than the amounts shown on the proofs of claims. RLI deducted service charges from what it paid.



Case 3:04-cv-00555 Document 66 Filed 07/19/05 Page 3 of 41 PageID #: 25

5. All of the aforesaid expenses were incurred by reason of RLI having executed the bonds and by reason of Advantage and/or the defendants failing to comply with the covenants and conditions of the Agreement of Indemnity. All of the aforesaid sums were paid in good faith by RLI and were paid when RLI believed it was expedient to do so.

6. I will comment on some of the expenses on the City of Portland job. Larry Wall & Associates is a construction consulting firm often used by RLI Insurance Company. They have experience in investigating and handling claims of this nature. RLI Insurance Company uses them because they have the ability (1) to inspect the work and come up with practical solutions for problems that are encountered and (2) to follow the jobs and determine if completion costs that RLI Insurance Company may incur are fair and reasonable.

7. On the City of Portland job, Jones Bros., Inc. was hired by RLI Insurance Company to do certain work to see if the water line was salvageable as RLI Insurance Company did not want to pay the cost of digging up the line and reinstalling the same if (a) the water line could be properly repaired and (b) the City would receive a product equivalent to what it had contracted to receive from Advantage. Jones Bros. did not actually fix any leaks on the line but uncovered some of the bell housings (the bell housings had been partially uncovered previously investigated to determine where the leaks were located, and tried to determine what was causing the leaks. At the time RLI was notified of the bond loss, there were already approximately fourteen sleeves on the job. Jones Bros. found approximately an additional eleven leaks.

8. The original contract amount for the City of Portland job was One Hundred Thirty Six Thousand One Hundred Sixty Nine and No/100 ($136,169.00) Dollars. There was a change order that increased the contract amount by Two Thousand Eight Hundred Thirty Nine and 32/100

($2,839.32) Dollars. The contract documents are attached as Exhibit 1 to the deposition of Kenneth Wilber. At the time that RLI Insurance Company was notified of the bond loss, Advantage Construction had submitted a partial pay estimate of Seventy Four Thousand Three Hundred Forty Eight and No/100 ($74,348.00) Dollars. This partial pay estimate had been paid by the City of Portland. The City retained Sixty Three Thousand Six Hundred Sixty and 32/100 ($63,660.32) Dollars in contract funds. After significant investigation by Jones Bros., Inc., I received an estimate from Jones Bros. stating it would cost Eighty Thousand Four Hundred Twenty Three and No/100 ($80,423.00) Dollars to repair the line. This was a time and material estimate. There was no guarantee that the line could be repaired for this amount. There was a serious question as to whether there were leaks which had not yet been discovered by Jones Bros. and which would have to be repaired. Therefore, additional repair costs over and above the estimated amount could have been incurred to fix other leaks. Jones Bros. also estimated that it would cost One Hundred Four Thousand Five and No/100 ($104,005.00) Dollars to take up and relay the line. This was a time and material estimate and not a lump sum quote. It could have cost more to do the work. Jones Bros. indicated that if I wanted a lump sum price, the price would be higher than this.

9. After Jones Bros. gave RLI and the City of Portland its findings as to where the leaks were occurring, the City of Portland rejected the line. The City of Portland stated that they were going to require that the line be dug up and relaid. The same pipe would be reused. Since RLI did not know if it could repair the line for less than the cost to dig it up and relay the line, RLI did not object to the City's decision. This decision was made in part because RLI did not know if it could ever give the City of Portland a water line with good integrity by making repairs. RLI was not willing to pay Jones Bros. or any other entity to attempt to repair the line unless it could be assured that the cost to repair

would be less than the cost to take up and relay the pipe. RLI could not get this assurance from anybody. RLI feared that after the eleven major leaks identified by Jones Bros. were corrected, there would still be smaller less obvious leaks revealed on testing which would cost substantial funds to locate and fix. RLI's worst nightmare would occur if Jones Bros. fixed the known leaks but then found a number of smaller leaks which would necessitate relaying the line.

10. Once the City rejected the existing line, RLI chose to not oppose the City of Portland's decision to have the project rebid with the existing pipe being taken out, cleaned and reused to the extent possible. RLI Insurance Company paid Jones Bros. Thirty Three Thousand Four and No/100 ($33,004.00) Dollars to do the testing on the line and see what leaks they could locate. I was advised that there were places where there was too much deflection at pipe joints. I was further advised that there was one area where the pipe did not have enough cover. I was also informed that there were rolled gaskets causing many of the leaks.

11. After the City relet the subject job, the low bid was One Hundred Seven Thousand Thirty Seven and 50/100 ($107,037.50) Dollars. I was informed that this included One Thousand Seven Hundred Fifty and No/100 ($1,750.00) Dollars for a fire hydrant that was not in the original job. There was also one change order for Seventy Two and 50/100 ($72.50) Dollars. With the fire hydrant excluded and the change order excluded, the amount bid to take up and relay the line was One Hundred Five Thousand Two Hundred Eighty Seven and 50/100 ($105,287.50) Dollars. The City was holding Sixty Three Thousand Six Hundred Sixty and 32/100 ($63,660.32) Dollars in contract funds. Therefore, the difference was Forty One Thousand Six Hundred Twenty Seven and 18/100 ($41,627.17) Dollars. The original contract was scheduled for completion on October 31, 2002. Advantage Construction had been terminated on January 8, 2003 when the project was sixty-nine (69)

days late in completion. RLI Insurance Company ultimately entered into a settlement of RLI's performance bond liabilities with the City of Portland). (See Wilber Deposition, pp. 34-38, and Ex. 7 to Wilber Deposition). I ultimately made the decision to settle the performance bond obligations for Forty Six Thousand Two Hundred Sixteen and 50/100 ($46,216.50) Dollars. While this is slightly more than the difference between the bid to tear out and relay the line and the amount remaining in the job, I was willing to pay this extra amount because the contract had a liquidated damage provision providing that if the contractor was late in completing the job, the contractor would pay liquidated damages of Three Hundred and No/100 ($300.00) Dollars a day. When Advantage was terminated from the job, Advantage was already sixty-nine (69) days late in completing the job. The investigation I had performed by Jones Bros. indicated that the job was no where near being completed. Thus, I feared that if I did not get the matter resolved, the City would seek to reduce the contract funds it held by the amount of the liquidated damages. In addition, it could have taken several more months to complete the job. There was also a backcharge of Two Thousand Nine Hundred Thirty Seven and 03/100 ($2,937.03) Dollars because Advantage or its subcontractor damaged a water line that was separate and apart from the water line being installed. If this backcharge were allowed, it would have further reduced the available contract funds. Further, pursuant to the provisions of the contract if the contract was breached, the City could charge for any extra engineering expenses that were incurred and for its reasonable and necessary attorney fees. Clearly the City was incurring attorney fees and was likely to incur additional engineering costs for preparing specifications to have the job rebid and for inspection services. Also, if I had tried to contest the matter in court, RLI Insurance Company would have incurred significant attorney fees in defending any action. It was therefore my opinion that the settlement of the performance bond

liabilities for Forty Six Thousand Two Hundred Sixteen and 50/100 ($46,216.50) Dollars was an excellent settlement, and I made the same on behalf of RLI Insurance Company.

12. With respect to the Webster County, Kentucky job, the job was complete except for punch list items when RLI was notified of a default. The County completed the punch list and forwarded to RLI the sum of Two Thousand Seven Hundred Twenty Six and 72/100 ($2,726.72) Dollars representing the unpaid balance of the contract proceeds. I used Common Wealth Business Service to meet with the County and determine what remained to be done on the job and the amount unpaid on the job. The final tabulation showing completed quantities and the amount owed is attached as Exhibit B. This was prepared by the Webster County Water Department.

13. With respect to the claim of Walter A. Woods Supply Company, I would not pay the claim on the City of Portland job until such time as the pipe was dug up and was reused. I had RLI Insurance Company's attorney, Angus Gillis, III, check with the contractor who relaid the line for the City of Portland to verify that they were reusing the same pipe and were not having any problems with any defective pipe. The contractor verified that they were not finding any defective pipe and were able to use the pipe which they were uncovering.

14. All attorney fees from Schulman, LeRoy & Bennett have been charged to the City of Portland job. A small amount of the time represents time spent on the Webster County job.

Further affiant saith not.

Timothy E. Winship [signature]

Timothy E. Winship
Sr. Bond Claims Analyst
RLI Insurance Company

Sworn to and subscribed before me, this the 15th day of July, 2005.

Sandra J. Clayton [signature]

Notary Public

Commission Expires:
10/29/05

"OFFICIAL SEAL"
SANDRA J. CLAYTON
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 10/29/05

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been mailed via United States mail, postage prepaid, to Timothy V. Potter, Reynolds, Potter & Ragan, attorneys for Defendants, Advantage Construction Services, LLC, Trent B. Smith, Illiad Jefferson and Southern Consulting, LLC, Glynmar Center, 114 Highway 70 East, Building A, Suite 1, Dickson, TN 37055, on this the 18th day of July, 2005.

Angus Gillis, III

Angus Gillis, III

X:\Angus\RLI\Advantage-Webster Co\affidavit-winship.wpd

**EXHIBIT A**

# RLI INSURANCE COMPANY

## Proof of Claim

STATE OF Tennessee, COUNTY OF Hamilton, being duly sworn, deposes and says:

1. (a) IF AN INDIVIDUAL, OR SOLE PROPRIETOR: That he/she is the Claimant herein, and operates a business under the firm name and style of ________, at ________, City of ________, County of ________, State of ________.

(b) IF A CO-PARTNERSHIP: That he/she is ________ of ________, a co-partnership, hereinafter designed as Claimant, composed of deponent and ________, which firm has its principal place of business at ________, City of ________, County of ________, State of ________.

(c) IF A CORPORATION: That he/she is Pam Humphrey of Walter A. Wood Supply Company, Inc., Claimant herein, which is a corporation organized and existing under the laws of the State of Tennessee, and having a place of business at 4509 Rossville Boulevard, City of Chattanooga, County of Hamilton, State of Tennessee, and is duly authorized to make this Proof of Claim on its behalf.

2. That Advantage Construction, hereinafter called Contractor, was at and before the filing of this Proof of Claim, and still is, justly and truly indebted to Claimant, in the sum of Thirty-three thousand, seventy-seven &43/100 Dollars ($33,077.43), for labor, materials, supplies and/or services heretofore furnished to said Contractor for use in the performance of Contractor's contract with Portland, Tennessee. Attached is itemized statement of claim together with supporting evidence, consisting of copy of subcontract, invoices ~~or~~/ and statement showing service charges

3. That the date of which Claimant last furnished any labor, material or supplies and services in connection with said claim was September 19, 2002.

4. That Claimant has satisfied in full all claims for labor, materials, supplies and/or other things of value, purchased, furnished, fabricated or supplied by it for use in connection with the aforesaid contract, except those noted on the back of this form, and no such payments have been made by notes which are unpaid at this time.

5. That there are not setoffs, counterclaims, back charges, or other credits due said Contractor against said claim, and that Claimant is not indebted to said Contractor on this, or on any other account, and that claimant does not hold any note or security of any kind whatsoever for said debt.

6. That this Affidavit is made in support of the above-described claim against, and for the purpose of inducing, RLI as surety for said Contractor, to pay said claim under the bond which it executed as surety for said Contractor.

~~7. Should, and to the extent, RLI makes payment, Claimant hereby agrees that all guarantees and warranties required under the terms of the aforesaid contract pertaining to the work, labor and materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.~~

8. That Claimant is aware that it is against the law to file a false or fraudulent claim, and that to do so may subject them to criminal prosecution.

Subscribed and sworn to before me this *10th* day of *September*, 2003

*[signature]*
Notary Public

*Pam Humphrey*
Signature

Pam Humphrey
Printed Name of Signature

Company Name: Walter A. Wood Supply Company, Inc.

Claim #: 00153529

Bond #: SSB 337832

Examiner: Timothy Winship

REMIT TO
4509 ROSSVILLE BOULEVARD
P.O. BOX 72847
CHATTANOOGA, TENNESSEE 37407-5847
PHONE 423/867-1033
FAX 423/867-7944

WALTER WOOD SUPPLY CO., INC.

5638 MANCHESTER HWY.
P.O. BOX 308
MORRISON, TENNESSEE 37357-0308
PHONE 931/668-7866
FAX 931/668-3095

SHIP/TRANSFER NUMBER
A01221

SHIP/TR/INVOICE NUMBER
2164348-01

BILL TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

SHIP TO: ADVANTAGE CONSTRUCTION SVCS
1-615-740-0937
PORTLAND TN

CUSTOMER P.O. NO.

CUSTOMER P.O. NO. PORTLAND

| SHIP/TR/INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 2164348-01 | 644 | 06/07/02 | 104 | PORTLAND | 06/17/02 |

| INSTRUCTIONS | FRT. | PAGE NO. |
|---|---|---|
| DIRECT | P | 1 |

| QUANTITY ORDERED | QUANTITY B.O./RET | QUANTITY SHIPPED | DISP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 5200 | | 5223.40 | F* | *UD16" CL-350 DUCTILE IRON PIPE | EA | 16.1000 | 84096. |

We received $65,000.00 which was credited to this invoice leaving a balance of $26,034.72

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.
B - BALANCE BACK ORDERED
C - CONSIDER COMPLETE
D - DIRECT SHIPMENT
F - FACTORY MINIMUM
rt - RETURNED CYL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| 0.00 | 0.00 |

NET TERMS: 1N66 30 DUE 07/17/02

| | |
|---|---|
| SUB TOTAL | 84.096. |
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | 0. |
| FED./OTHER TAX | |
| STATE TAX | 6.937. |
| PAYMENT REC'D | 0. |

**REMIT TO**
4509 ROSSVILLE BOULEVARD
P.O. BOX 72847
CHATTANOOGA, TENNESSEE 37407-5847
PHONE 423/867-1033
FAX 423/867-7944

WALTER A. WOOD SUPPLY CO., INC.

5638 MANCHESTER HWY.
P.O. BOX 308
MORRISON, TENNESSEE 37357-0308
PHONE 931/668-7866
FAX 931/668-3095

SHIP/TRANSFER NUMBER
A01221

SHIP/TR/INVOICE NUMBER
2172843-01

BILL TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

SHIP TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

CUSTOMER P.O. NO.

CUSTOMER P.O. NO. 07/02/02 16:11:18

| SHIP/TR/INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 2172843-01 | 644 | 07/02/02 | 104 | 07/02/02 16:11:18 | 07/06/02 |

| INSTRUCTIONS | FRT. | PAGE NO. |
|---|---|---|
| W/C | P | 1 |

| QUANTITY ORDERED | B.O./RET. | SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | | 1 | * | *UF16-MJ-22-1/2<br>16" MJ 22-1/2 | EA | 214.2000 | 214. |
| 3 | | 3 | * | UF16STD<br>16" MJ STD ACC SETS | EA | 31.9800 | 95. |
| 1 | | 1 | * | UF12-MJ-90-NO/ACC<br>12 MJ 90 NO ACCESSORIES | EA | 104.1300 | 104. |
| 1 | | 1 | * | FMFAST-905-8A<br>8" 8.63-9.05 8A TAP SLEEVE | EA | 400.0000 | 400. |
| 1 | | 1 | * | UF12X8-MJ-RED-NO/ACC<br>12X8 MJ RED NO ACCESSORIES | EA | 61.6200 | 61. |
| 2 | | 2 | * | UF8TRANS<br>8" MJ TRANS. ACC. SETS | EA | 9.9800 | 19. |
| 2 | | 2 | * | FTI562-S<br>24-36" CI VALVE BOX | EA | 22.5000 | 45. |
| 1 | 1 | 0 | B* | *UF16-MJ-PLUG<br>16" MJ PLUG | EA | 127.6000 | 0. |

CODE EXPLANATION

* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.
B - BALANCE BACK ORDERED
C - CONSIDER COMPLETE
D - DIRECT SHIPMENT
F - FACTORY MINIMUM
rt - RETURNED CYL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| 0.00 | 0.00 |

NET TERMS: INV 30 DUE: 08/05/02

| | |
|---|---|
| SUB TOTAL | 940. |
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | 0. |
| FED./OTHER TAX | |
| STATE TAX | 77. |
| PAYMENT REC'D | 0. |

Case 3:04-cv-00555 Document 66 Filed 07/19/05 Page 14 of 41 PageID #: 36

**REMIT TO**
4509 ROSSVILLE BOULEVARD
P.O. BOX 72847
CHATTANOOGA, TENNESSEE 37407-5847
PHONE 423/867-1033
FAX 423/867-7944

WALTER A. WOOD SUPPLY CO., INC.

5638 MANCHESTER HWY.
P.O. BOX 308
MORRISON, TENNESSEE 37357-0308
PHONE 931/668-7866
FAX 931/668-3095

SHIP/TRANSFER NUMBER
A01221

SHIP/TR/INVOICE NUMBER
2172843-02

BILL TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

SHIP TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

CUSTOMER P.O. NO.

CUSTOMER P.O. NO. 07/02/02 16:11:18

| SHIP/TR/INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 2172843-02 | 644 | 07/02/02 | 104 | 07/02/02 16:11:18 | 07/16/02 |

| INSTRUCTIONS | FRT. | PAGE NO. |
|---|---|---|
| W/C AVERITT | B | 1 |

| QUANTITY ORDERED | B.O./RET. | SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | | 1 | * | *UF16-MJ-PLUG<br>16" MJ PLUG | EA | 127.6000 | 127. |

CODE EXPLANATION
* - STATE TAX APPLICABLE
\# - FED./OTHER TAX APPLICABLE
\+ - STATE & FEDERAL TAX APPL.
B - BALANCE BACK ORDERED
C - CONSIDER COMPLETE
D - DIRECT SHIPMENT
F - FACTORY MINIMUM
R - RETURNED CYL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| 0.00 | 39.91 |

| | |
|---|---|
| SUB TOTAL | 127. |
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | 39. |
| FED./OTHER TAX | |
| STATE TAX | 13. |
| PAYMENT REC'D | 0. |

Case 3:04-cv-00555 Document 66 Filed 07/19/05 Page 15 of 41 PageID #: 37

NET TERMS: INV 30 DUE: 08/15/02

YOU MAY DEDUCT A CASH DISCOUNT

**REMIT TO**
4509 ROSSVILLE BOULEVARD
P.O. BOX 72847
CHATTANOOGA, TENNESSEE 37407-5847
PHONE 423/867-1033
FAX 423/867-7944

# WALTER WOOD SUPPLY CO., INC.

5638 MANCHESTER HWY.
P.O. BOX 308
MORRISON, TENNESSEE 37357-0308
PHONE 931/668-7866
FAX 931/668-3095

SHIP/TRANSFER NUMBER: A01221

SHIP/TR/INVOICE NUMBER: 2526282-01

BILL TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

SHIP TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

CUSTOMER P.O. NO.

CUSTOMER P.O. NO. PORTLAND

| SHIP/TR/INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 2526282-01 | 644 | 07/02/02 | 104 | PORTLAND | 07/19/02 |

| INSTRUCTIONS | FRT. | PAGE NO. |
|---|---|---|
| W/C | P | 1 |

| QUANTITY ORDERED | B.O./BET | SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| -2 | | -2 | * | UD12MJ/LESS ACC<br>12" R/S MJ GATE VALVE/ LESS ACCESSORIES | EA | 835.9100 | -1671. |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.
B - BALANCE BACK ORDERED
C - CONSIDER COMPLETE
D - DIRECT SHIPMENT
F - FACTORY MINIMUM
R - RETURNED CYL.

*** THIS IS YOUR CREDIT ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| 0.00 | 0.00 |

| | |
|---|---|
| SUB TOTAL | -1,671. |
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | 0. |
| FED./OTHER TAX | |
| STATE TAX | -137. |
| PAYMENT REC'D | 0 |

NET TERMS: INV 30 DUE: 08/18/02

REMIT TO
4509 ROSSVILLE BOULEVARD
P.O. BOX 72847
CHATTANOOGA, TENNESSEE 37407-5847
PHONE 423/867-1033
FAX 423/867-7944

WALTER A. WOOD SUPPLY CO., INC.

5638 MANCHESTER HWY.
P.O. BOX 308
MORRISON, TENNESSEE 37357-0308
PHONE 931/668-7866
FAX 931/668-3095

SHIP/TRANSFER NUMBER
A01221

615-740-0930

SHIP/TR/INVOICE NUMBER
2174952-0001-02

BILL TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

SHIP TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

CUSTOMER P.O. NO.

CUSTOMER P.O. NO. PORTLAND 1

| SHIP/TR/INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 2174952-0001-02 | 644 | 07/10/02 | 104 | PORTLAND 1 | 07/23/02 |

| INSTRUCTIONS | FRT. | PAGE NO. |
|---|---|---|
| DIRECT | P | 1 |

| QUANTITY ORDERED | B/ORD | SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 259 | | 261.50 | F* | *UD16" CL-350 DUCTILE IRON PIPE | EA | 16.1000 | 4210. |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.
B - BALANCE BACK ORDERED
C - CONSIDER COMPLETE
D - DIRECT SHIPMENT
F - FACTORY MINIMUM
rl - RETURNED CYL.

** THIS IS YOUR INVOICE **

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 4210. |
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 389. |
| PAYMENT REC'D | 0. |

NET TERMS: INV 30 DUE: 08/22/02



YOU MAY DEDUCT A CASH DISCOUNT

REMIT TO
4509 ROSSVILLE BOULEVARD
P.O. BOX 72847
CHATTANOOGA, TENNESSEE 37407-5847
PHONE 423/867-1033
FAX 423/867-7944

WALTER WOOD SUPPLY CO., INC.

5638 MANCHESTER HWY.
P.O. BOX 308
MORRISON, TENNESSEE 37357-0308
PHONE 931/668-7866
FAX 931/668-3095

SHIP/TRANSFER NUMBER
A01221

SHIP/TR/INVOICE NUMBER
2195112-01

BILL TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

SHIP TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

CUSTOMER P.O. NO.

CUSTOMER P.O. NO. PORTLAND

| SHIP/TR/INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 2195112-01 | 644 | 09/10/02 | 642 | PORTLAND | 09/13/02 |

| INSTRUCTIONS | FRT. | PAGE NO. |
|---|---|---|
| | P | 1 |

| QUANTITY ORDERED | B.O./RET. | SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | | 1 | * | UF16-MJ-LNG-SLV-NO/ACC<br>16" MJ LNG SLV NO ACC | EA | 175.1100 | 175.1 |
| 2 | | 2 | * | UF16STD<br>16" MJ STD ACC SETS | EA | 31.9800 | 63.9 |
| 1 | | 1 | * | *16" TJ GASKETS ONLY | EA | 21.1500 | 21.1 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.
B - BALANCE BACK ORDERED
C - CONSIDER COMPLETE
D - DIRECT SHIPMENT
F - FACTORY MINIMUM
rt - RETURNED CYL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| 0.00 | 0.00 |

NET TERMS: INV 30 DUE: 10/13/02

| | |
|---|---|
| SUB TOTAL | 260.7 |
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | 0. |
| FED./OTHER TAX | |
| STATE TAX | 24. |
| PAYMENT REC'D | 0. |

**REMIT TO**
4509 ROSSVILLE BOULEVARD
P.O. BOX 72847
CHATTANOOGA, TENNESSEE 37407-5847
PHONE 423/867-1033
FAX 423/867-7944

WALTER A. WOOD SUPPLY CO., INC.

5638 MANCHESTER HWY.
P.O. BOX 308
MORRISON, TENNESSEE 37357-030
PHONE 931/668-7866
FAX 931/668-3095

SHIP/TRANSFER NUMBER
A01221

SHIP/TR/INVOICE NUMBER
2527025-01

BILL TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

SHIP TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

CUSTOMER P.O. NO.

CUSTOMER P.O. NO. PORTLAND 1

| SHIP/TR/INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 2527025-01 | 644 | 09/10/02 | 642 | PORTLAND 1 | 09/17/02 |

| INSTRUCTIONS | FRT. | PAGE NO. |
|---|---|---|
| | P | 1 |

| QUANTITY ORDERED | B.O./RET. | SHIPPED | DISP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| -3 | | -3 | * | UD6MJ/LESS ACC<br>6" R/S MJ GATE VALVE/LESS ACCESSORIES<br>*** SPECIAL PURCHASE **** | EA | 224.7500 | -674.2 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.
B - BALANCE BACK ORDERED
C - CONSIDER COMPLETE
D - DIRECT SHIPMENT
F - FACTORY MINIMUM
n - RETURNED CYL.

*** THIS IS YOUR CREDIT ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| 0.00 | 0.00 |

NET TERMS: INV 30 DUE: 10/17/02

| | |
|---|---|
| SUB TOTAL | -674.2 |
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | 0.0 |
| FED./OTHER TAX | |
| STATE TAX | -62.3 |
| PAYMENT REC'D | 0.0 |

REMIT TO
4509 ROSSVILLE BOULEVARD
P.O. BOX 72847
CHATTANOOGA, TENNESSEE 37407-5847
PHONE 423/867-1033
FAX 423/867-7944

WALTER WOOD SUPPLY CO., INC.

5638 MANCHESTER HWY.
P.O. BOX 308
MORRISON, TENNESSEE 37357-030
PHONE 931/668-7866
FAX 931/668-3095

SHIP/TRANSFER NUMBER
A01221

SHIP/TR/INVOICE NUMBER
2197181-01

BILL TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

SHIP TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

CUSTOMER P.O. NO.

CUSTOMER P.O. NO. PORTLAND

| SHIP/TR/INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 2197181-01 | 644 | 09/16/02 | 681 | PORTLAND | 09/19/02 |

| INSTRUCTIONS | FRT. | PAGE NO. |
|---|---|---|
| W/C | P | 1 |

| QUANTITY ORDERED | B.O./RET. | SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | | 1 | * | UF16-MJ-LNG-SLV-NO/ACC<br>16" MJ LNG SLV NO ACC | EA | 175.1100 | 175. |
| 2 | | 2 | * | UF16STD<br>16" MJ STD ACC SETS | EA | 31.9800 | 63. |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.
B - BALANCE BACK ORDERED
C - CONSIDER COMPLETE
D - DIRECT SHIPMENT
F - FACTORY MINIMUM
rt - RETURNED CYL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| 0.00 | 0.00 |

| | |
|---|---|
| SUB TOTAL | 239. |
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | 0. |
| FED./OTHER TAX | |
| STATE TAX | 22. |
| PAYMENT REC'D | 0. |

NET TERMS: INV 30 DUE: 10/19/02

YOU MAY DEDUCT ... CASH DISCOUNT

A01221 09/08/03 A01221 09/08/03

ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

1 1

******************************
PLEASE NOTE:
Any invoices dated after
SEPTEMBER 1, 2003, will
reflect new terms of
1% 10TH PROX, NET 30 DAYS
******************************

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/17/02 | 2164348-01 | 26034.72 | PORTLAND | | 2164348-01 | 26034.72 |
| 07/06/02 | 2172843-01 | 1018.47 | 07/02/02 16:11:18 | | 2172843-01 | 1018.47 |
| 07/16/02 | 2172843-02 | 181.33 | 07/02/02 16:11:18 | | 2172843-02 | 181.33 |
| 07/19/02 | 2526282-01 | -1809.75 | PORTLAND | | 2526282-01 | -1809.75 |
| 07/23/02 | 2174952-01 | 4599.59 | PORTLAND | 1 | 2174952-01 | 4599.59 |
| 08/31/02 | 2187626-01 | 17868.93 | WEBSTER COUNTY,KY. | | 2187626-01 | 17868.93 |
| 08/31/02 | 2702936-00 | 990.52 | SERVICE CHARGE | | 2702936-00 | 990.52 |
| 09/10/02 | 2187626-02 | 10165.71 | WEBSTER COUNTY,KY. | | 2187626-02 | 10165.71 |
| 09/13/02 | 2189060-01 | 2312.82 | WEBSTER CTY KY | | 2189060-01 | 2312.82 |
| 09/13/02 | 2195112-01 | 284.29 | PORTLAND | | 2195112-01 | 284.29 |
| 09/17/02 | 2527025-01 | -736.62 | PORTLAND | 1 | 2527025-01 | -736.62 |
| 09/19/02 | 2197181-01 | 261.18 | PORTLAND | | 2197181-01 | 261.18 |
| 09/24/02 | 2527143-01 | -711.22 | 09/19/02 08:31:51 | | 2527143-01 | -711.22 |
| 10/04/02 | 2527311-01 | -1713.06 | WEBSTER CTY KY | | 2527311-01 | -1713.06 |
| 10/31/02 | 2703182-00 | 477.51 | SERVICE CHARGE | | 2703182-00 | 477.51 |
| 11/30/02 | 2703389-00 | 909.84 | SERVICE CHARGE | | 2703389-00 | 909.84 |
| 12/31/02 | 2703553-00 | 866.35 | SERVICE CHARGE | | 2703553-00 | 866.35 |



| CURRENT | PAST DUE 31 - 60 | PAST DUE OVER 60 |
|---|---|---|

## *WALTER A. WOOD SUPPLY COMPANY, INC.*

4509 Rossville Boulevard * Post Office Box 72847
Chattanooga, Tennessee 37407-5847
(423) 308-1051
(423) 308-1054 FAX

August 27, 2003

Brian Ragan
Reynolds, Potter and Ragan
114 Highway 70, East
Dickson, Tennessee 37055

Dear Mr. Ragan:

I am writing you in regard to the outstanding balance on the Advantage Construction Services account. In particular we need to discuss the portion of the account that was for the Portland, Tennessee job. I spoke to Tim Winship of RLI Insurance Company yesterday. It is at his suggestion that I am writing you.

We furnished the pipe on the Portland job for Advantage Construction. We have an outstanding balance of $33,077.43 on that job. I am just now coming into this scenario since our former credit manager was discharged. I am discovering that Advantage Construction and RLI Insurance are trying to allege that there was bad pipe in the job and that fact counted for a portion of the leaks, which would not allow the pipe to be tested at 150 pounds pressure. I have spoken with Mr. Steagald of U.S. Pipe and Mr. Wilbur of the City of Portland and both assure me that they have not been able to discover <u>any</u> faulty pipe, only faulty construction techniques.

Mr. Steagald said that he had requested one bell be cut out and returned to us so that we might forward it to him for testing. I was told yesterday by Mr. Winship, that Advantage did not want to do that because they didn't want to release the "bad pipe". I assure you, as I know Mr. Stegald already has, that U.S. Pipe has not been in business for 100 years by using underhanded business practices. If the pipe goes to them for testing, only the truthful result of the test will be rendered, and if anybody on your side wants to claim "bad pipe" it will take a test by U.S. Pipe to prove it.

I understand from Mr. Wilbur, that they have re-bid the job and a new contractor will be finishing it shortly. This contractor will be uncovering the pipe, putting in new gaskets and putting it back in the ground. That proves to me the confidence that the City of Portland has in the pipe quality.

We are in the business of selling pipe for jobs. The fact that this job was not completed by Advantage Construction in no way bears on the fact that they owe us for the balance of that job and one other job, Webster County, KY. The Webster County job has an outstanding balance of $27,923.18. I spoke with Paul Lashbrooke and was told that even though Webster County was not going to finish paying for that job until the clean up was finished, that your client had already received enough funds from them to repay his debt to Walter A. Wood Supply Co., Inc.

I am enclosing a statement of the Advantage account. The invoices highlighted in yellow are for the Portland, TN, job, all others are for Webster County. I think your client should know that our intensions are not to continue to wait for payment. RLI says they will eventually pay after they wait to see what your client does. That really is not good enough at this point. I need a response from your client by September 15, 2003, or I will feel forced to turn this account over for collection.

Very truly yours,

THE WALTER A. WOOD SUPPLY COMPANY, INC.

Pam Humphrey
Credit and Collections

Enc:1
PGH:s

# REYNOLDS, POTTER & RAGAN, PLC

ATTORNEYS-AT-LAW

GLYNMAR CENTER
114 HIGHWAY 70 EAST
BUILDING A, SUITE #1
DICKSON, TENNESSEE 37055

STANLEY Q. REYNOLDS
TIMOTHY V. POTTER
BRIAN RAGAN

TELEPHONE: (615) 446-2221
FAX: (615) 446-2232


September 4, 2003

Ms. Pam Humphrey
Credit and Collections
The Walter A. Wood Supply Company, Inc.
P. O. Box 72847
Chattanooga, Tennessee 37407-5847

**RE: Advantage Construction Services**

Dear Ms. Humphrey:

This will acknowledge receipt of your letter of August 27, 2003 to Brian Ragan of our firm. I have forwarded a copy to Advantage Construction Services. We have not been retained to represent the company on this issue. If that changes, we will respond accordingly.

Sincerely yours,

**REYNOLDS, POTTER & RAGAN, PLC**

STAN REYNOLDS

SR:dmb
xc: Advantage Construction Services

THE WALTER A. WOOD SUPPLY COMPANY, INC.
4517 ROSSVILLE BLVD. • PHONE: 867-1033
CHATTANOOGA, TENN. 37407



CERTIFIED MAIL™

7002 2030 0000 9062 3433
7002 2030 0000 9062 343

RLI Surety
Div. of RLI Insurance Company
9025 N. Lindbergh Dr
Peoria, IL 61615-1499

Attn: Jim Winship

61615+1499 54

# RLI INSURANCE COMPANY

## Proof of Claim

STATE OF Tennessee, COUNTY OF Hamilton, being duly sworn, deposes and says:

1. (a) IF AN INDIVIDUAL, OR SOLE PROPRIETOR: That he/she is the Claimant herein, and operates a business under the firm name and style of ________, at ________, City of ________, County of ________, State of ________.

(b) IF A CO-PARTNERSHIP: That he/she is ________ of ________, a co-partnership, hereinafter designed as Claimant, composed of deponent and ________, which firm has its principal place of business at ________, City of ________, County of ________, State of ________.

(c) IF A CORPORATION: That he/she is Pam Humphrey of Walter A. Wood Supply Company, Inc., Claimant herein, which is a corporation organized and existing under the laws of the State of Tennessee, and having a place of business at 4509 Rossville Boulevard, City of Chattanooga, County of Hamilton, State of Tennessee, and is duly authorized to make this Proof of Claim on its behalf.

2. That Advantage Construction Co, hereinafter called Contractor, was at and before the filing of this Proof of Claim, and still is, justly and truly indebted to Claimant, in the sum of Twenty-seven thousand, nine hundred twenty-three 18 Dollars ($ 27,923.18 ), for labor, materials, supplies and/or services heretofore furnished to said Contractor for use in the performance of Contractor's contract with Webster County Kentucky. Attached is itemized statement of claim together with supporting evidence, consisting of copy of subcontract, invoices ~~or~~ and statement.

3. That the date of which Claimant last furnished any labor, material or supplies and services in connection with said claim was October 4, 2002.

4. That Claimant has satisfied in full all claims for labor, materials, supplies and/or other things of value, purchased, furnished, fabricated or supplied by it for use in connection with the aforesaid contract, except those noted on the back of this form, and no such payments have been made by notes which are unpaid at this time.

5. That there are not setoffs, counterclaims, back charges, or other credits due said Contractor against said claim, and that Claimant is not indebted to said Contractor on this, or on any other account, and that claimant does not hold any note or security of any kind whatsoever for said debt.

6. That this Affidavit is made in support of the above-described claim against, and for the purpose of inducing, RLI as surety for said Contractor, to pay said claim under the bond which it executed as surety for said Contractor.

7. Should, and to the extent, RLI makes payment, Claimant hereby agrees that all guarantees and warranties required under the terms of the aforesaid contract pertaining to the work, labor and materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

8. That Claimant is aware that it is against the law to file a false or fraudulent claim, and that to do so may subject them to criminal prosecution.

Subscribed and sworn to before me this 10th day of December, 2003

[signature]
Notary Public

[signature: Pam Humphrey]
Signature

Pam Humphrey
Printed Name of Signature

Company Name: Walter A. Wood Supply Co., Inc.

Claim #: 00163551

Bond #: SSB 337841

Examiner: Timothy Winship

# WALTER A. WOOD SUPPLY CO., INC.

P.O. BOX 72847
4509 ROSSVILLE BLVD.
CHATTANOOGA, TN 37407-5847
423-867-1033

**STATEMENT DATE:** 08/31/02

A01221

**TO:**

ADVANTAGE CONSTRUCTION SVCS
101 B W RAILROAD
DICKSON TN 37055

**PAGE NO.** 1

| INVOICE DATE | INVOICE NUMBER | INVOICE AMOUNT | CUSTOMER P.O. NUMBER |
|---|---|---|---|
| ~~06/17/02~~ | ~~2164348-01~~ | ~~26034.72~~ | ~~PORTLAND~~ |
| ~~07/06/02~~ | ~~2172843-01~~ | ~~1018.47~~ | ~~07/02/02 16:11:18~~ |
| ~~07/16/02~~ | ~~2172843-02~~ | ~~181.32~~ | ~~07/02/02 16:11:18~~ |
| ~~07/19/02~~ | ~~2526282-01~~ | ~~1809.75~~ | ~~PORTLAND~~ |
| ~~07/23/02~~ | ~~2174952-01~~ | ~~4599.59~~ | ~~PORTLAND~~ |
| 08/31/02 | 2187626-01 | 17868.93 | WEBSTER COUNTY.KY |
| ~~08/31/02~~ | ~~2702936-00~~ | ~~990.52~~ | ~~SERVICE CHARGE~~ |
| 09/10/02 | 2187626-02 | 10165.71 | WEBSTER COUNTY.KY |
| 09/13/02 | 2189060-01 | 2312.82 | WEBSTER CTY KY |
| ~~09/13/02~~ | ~~2195112-01~~ | ~~284.29~~ | ~~PORTLAND~~ |
| ~~09/17/02~~ | ~~2527025-01~~ | ~~726.62~~ | ~~PORTLAND~~ |
| ~~09/19/02~~ | ~~2197181-01~~ | ~~261.18~~ | ~~PORTLAND~~ |
| 09/24/02 | 2527143-01 | -711.22 | 09/19/02 08:21:51 |
| 10/04/02 | 2527311-01 | -1713.06 | WEBSTER CTY KY |
| ~~10/31/02~~ | ~~2703182-00~~ | ~~477.51~~ | ~~SERVICE CHARGE~~ |
| ~~11/30/02~~ | ~~2703389-00~~ | ~~909.84~~ | ~~SERVICE CHARGE~~ |
| ~~12/17/02~~ | ~~2703553-00~~ | ~~866.35~~ | ~~SERVICE CHARGE~~ |

Webster County Job

27,923[18]

| TOTAL DUE | CURRENT | PAST DUE 31 - 60 | PAST DUE OVER 60 |
|---|---|---|---|
| 51000.[illegible] | 0.00 | 0.00 | 51000.[illegible] |

REMIT TO
4509 ROSSVILLE BOULEVARD
P.O. BOX 72847
CHATTANOOGA, TENNESSEE 37407-5847
PHONE 423/867-1033
FAX 423/867-7944

WALTER A. WOOD SUPPLY CO., INC.

Nashville Area Branch
Smyrna
8125 TRIDON DRVE
SMYRNA, TN 37167
PHONE 615/462-2410
FAX 615/462-2429
TOLL FREE 866/244-5060

SHIP/TRANSFER NUMBER
A01221

SHIP/TR/INVOICE NUMBER
2187626-02

BILL TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

CUSTOMER P.O. NO.

SHIP TO: MADISONVILLE, KY.
PENNY RYLE PKWY.EXIT HWY
41A-L- GO TO STOP LIGHT
JOB 3MILES ON -L-

CUSTOMER P.O. NO. WEBSTER COUNTY,KY

| SHIP/TR/INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 2187626-02 | 644 | 08/16/02 | 642 | WEBSTER COUNTY,KY | 09/10/02 |

| INSTRUCTIONS | FRT. | PAGE NO. |
|---|---|---|
| DIRECT - PLEASE CALL PRIOR TO DELV: (615)740-8777 | P | 1 |

| QUANTITY ORDERED | B.O./RET. | SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10460 | | 3700 | D* | PVC200-06<br>6" CL-200 GSK PVC PIPE | EA | 2.0600 | 7622.0 |
| 2840 | | 1700 | D* | PVC200-04<br>4" CL-200 GSK PVC PIPE | EA | 0.9900 | 1683.0 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.
B - BALANCE BACK ORDERED
C - CONSIDER COMPLETE
D - DIRECT SHIPMENT
F - FACTORY MINIMUM
R - RETURNED CYL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| 0.00 | 0.00 |

| | |
|---|---|
| SUB TOTAL | 9,305.0 |
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | 0.0 |
| FED./OTHER TAX | |
| STATE TAX | 860.7 |
| PAYMENT REC'D | 0.0 |

NET TERMS: INV 30 DUE: 10/10/02

YOU MAY DEDUCT A CASH DISCOUNT

Case 3:04-cv-00555 Document 66 Filed 07/19/05 Page 28 of 41 PageID #: 50

American Pipe Corporation
2801 Post Oak Blvd, Suite 600
Houston, Texas 77056

**PLEASE REMIT TO:** P.O. BOX 19825[illegible]
ATLANTA, GA. 3[illegible]

SOLD TO: WOOD WALTER A SUPPLY CO. INC.
CUSTOMER NUMBER 8500
4509 ROSSVILLE BLVD
CHATTANOOGA TN 37407

| F.O.B: 2106 Springfield, KY | | RATE 1.56 |
|---|---|---|
| SHIPPED VIA | DATE MO- DAY-YR | BILL OF LADING N |
| Coffey | 08/28/02 | S 8027699 |

SHIP TO: 8500
ADVANTAGE CONSTRUCTION
WEBSTER CO.
MADISONVILLE KY 00000
2187626

Terms 1.5/10th N/15th:1.5/25th/30th

| INVOICE | DATE | ORDER NUMBER | TYPE | SALESMAN1 | SALESMAN2 | CUSTOMER ORDER NUMBER |
|---|---|---|---|---|---|---|
| 90204634 | 08/28/02 | 231643 C03 | INV | MID-AMERICA MARKETING | | 2035568 |

| DESCRIPTION | PRODUCT NUMBER | QUANTITY SHIPPED | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 6"CL200 IBX20 WHITE | 12206002010000 | 3,700.00 | FT | 1.9700 | 7,289.0 |
| 4"CL200 IBX20 WHITE | 12204002010000 | 1,700.00 | FT | 0.9400 | 1,598.0 |

| | DATE | BY |
|---|---|---|
| INVOICE RECEIVED | SEP 04 2002 | |
| GOODS RECEIVED | | |
| EXTENSION CHECKED | | |
| APPROVED FOR PAYMENT | | [signature] |
| | AMT POSTED | DATE |
| DISCOUNT EARNED | | |

Acctg Doc. # : 100129211

| TAX ACCOUNT | RATE | LOC |
|---|---|---|
| NON-TAXABLE 2-620413180-01 | | KY |

| | |
|---|---|
| SUBTOTAL | 8,887.[illegible] |
| SALE TAX | |
| SALE TAX | |
| SALE TAX | |
| 275.00 FREIGHT ALLOWANCE / TRANSPORTATION CHARGES | |
| INVOICE TOTAL | 8,887.[illegible] |

| CASH DISCOUNT | | MATERIAL VALUE | | TAKE CASH DISCOUNT | IF PAID BY MO-DAY-YR |
|---|---|---|---|---|---|
| 1.50 % | OF | 8,612.00 | = | 129.18 | 09/25/02 |

Page NO : 1 of 1

Case 3:04-cv-00555 Document 66 Filed 07/19/05 Page 29 of 41 PageID #: 51

* Items are subject to Sales Tax

XXXXXX

North America Pipe
Springfield Pipe Plant
500 Bloomfield Road
Springfield KY 40069

(1)

DATE : 08/28/2002

5 80276599

SOLD TO: 8500
WOOD WALTER A SUPPLY CO. INC.
4509 ROSSVILLE BLVD.
CHATTANOOGA TN 37407
UNITED STATES

SHIP TO: 8500
ADVANTAGE CONSTRUCTION
WEBSTER CO.
MADISONVILLE KY 00000

| REGION | OUR ORDER # | SALES REP | TOTAL LBS SHIPPED | DATE SHIPPED | CUSTOMER P.O.# | SHIP VIA | SHIPMENT TYPE | RATE |
|---|---|---|---|---|---|---|---|---|
| 2106 | 231643 | 8536 | 18,643.000 | 08/28/2002 | 2035568 | Coffey | PA | 256/1.56 |

| ORDERED | SHIPPED | BACK ORD'D | PIECES | PALLETS | PRODUCT CODE | DESCRIPTION |
|---|---|---|---|---|---|---|
| 1,700.00 | 1,700.00 | 0.00 | 105.00 | 1426,3pcs | 12206002010000 | 6"CL200 IBX20 WHITE |
| 1,700.00 | 1,700.00 | 0.00 | 85.00 | 1957,28pcs | 12204002010000 | 4"CL200 IBX20 WHITE |

PRECALL 615-740-8777

PENNY RYLE PARKWAY EXIT HWY 41A-L GO TO STOP LIGHT JOB 3 MILES ON LEFT

Delivery date, 08/29/02: 8:00 am

****SMOKE TARP REQUIRED OR UNDERNEATH EXHAUST.****

THIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or records.

CARRIER Coffey CARRIER'S NO.

RECEIVED, subject to classifications and tariffs in effect on the date of the issue of this Bill Lading,
AT (CITY, STATE) Springfield KY 40069 19 FROM NORTH AMERICAN PIPE CORP.
the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Subject to section 7 of Conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

ROUTE | DELIVERING CARRIER | VEHICLE NUMBER

KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS:

| PACKAGES | PLASTIC FITTINGS | WEIGHT | CLASS/RATING | PACKAGES | PLASTIC PIPE TUBING STR(LBS/FEET) | WEIGHT | CLASS/RATING | |
|---|---|---|---|---|---|---|---|---|
| 1 | PLASTIC PIPE FITTINGS BOX INSIDE DIAM. NOT EXCEEDING 6" | | 92.50 | 1 | I.D.2" OR LESS NOT EXCEEDING 21 FEET IN LENGTH | | 77 | 1 |
| 2 | CTNS, CEMENT, PIPE FITTINGS COMBINING PLASTIC PIPE CLEAN | | 55 | 2 | I.D. OVER 2" NOT GREATER THAN 6" NOT EXCEEDING 21" IN LENGTH | | 77.50 | 2 |
| 3 | BUNDLES I.D. NOT EXCEEDING 6" | | 150 | 3 | I.D.2" OR LESS EXCEEDING 21 FEET IN LENGTH | | 77.50 | 3 |
| 4 | | | | 4 | I.D. OVER 2" NOT GREATER THAN 6" EXCEEDING 21 FEET IN LENGTH | | 92.50 | 4 |

Signature of consignor
If the charges are to be prepaid write or stamp here "To be Prepaid"
Received $ to apply in prepayment of the charges on the property described hereon.
(Agent or Cashier)
Per
(The signature here acknowledges only the amount prepaid)
Charges Advanced $
Collection on Delivery $

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's weight or shipper's weight."
Note: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding Per

NORTH AMERICAN PIPE CORPORATION Agent
Per Per
POST OFFICE ADDRESS OF SHIPPER [illegible]

This shipment is correctly described. Correct weight is shown and is subject to verification [illegible]

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of [illegible]

REMIT TO
4509 ROSSVILLE BOULEVARD
P.O. BOX 72847
CHATTANOOGA, TENNESSEE 37407-5847
PHONE 423/867-1033
FAX 423/867-7944

# WALTER A. WOOD SUPPLY CO., INC.

Nashville Area Branch
Smyrna
8125 TRIDON DRVE
SMYRNA, TN 37167
PHONE 615/462-2410
FAX 615/462-2429
TOLL FREE 866/244-5060

SHIP/TRANSFER NUMBER
A01221

SHIP/TR/INVOICE NUMBER
2187626-01

BILL TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

CUSTOMER P.O. NO.

SHIP TO: MADISONVILLE, KY.
PENNY RYLE PKWY.EXIT HWY
41A-L- GO TO STOP LIGHT
JOB 3MILES ON -L-

CUSTOMER P.O. NO. WEBSTER COUNTY,KY.

| SHIP/TR/INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 2187626-01 | 644 | 08/16/02 | 642 | WEBSTER COUNTY,KY. | 08/31/02 |

| INSTRUCTIONS | FRT. | PAGE NO. |
|---|---|---|
| DIRECT - PLEASE CALL PRIOR TO DELV: (615)740-8777 | P | 1 |

| QUANTITY ORDERED | B.O./RET. | SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10460 | 3700 | 6760 | D* | PVC200-06<br>6" CL-200 GSK PVC PIPE | EA | 2.0600 | 13925.6 |
| 2840 | 1700 | 1140 | D* | PVC200-04<br>4" CL-200 GSK PVC PIPE | EA | 0.9900 | 1128.6 |
| 120 | | 120 | D* | PVC200-12<br>12" CL-200 GSK PVC PIPE | EA | 7.8900 | 946.8 |
| 100 | | 100 | D* | PVC200-08<br>8" CL-200 GSK PVC PIPE | EA | 3.5500 | 355.0 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.
B - BALANCE BACK ORDERED
C - CONSIDER COMPLETE
D - DIRECT SHIPMENT
F - FACTORY MINIMUM
R - RETURNED CYL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| 0.00 | 0.00 |

| | |
|---|---|
| SUB TOTAL | 16,356.0 |
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | 0.0 |
| FED./OTHER TAX | |
| STATE TAX | 1,512.9 |
| PAYMENT REC'D | 0.0 |

NET TERMS: INV 30 DUE: 09/30/02

YOU MAY DEDUCT A CASH DISCOUNT

North American Pipe Corporation
2801 Post Oak Blvd, Suite 600
Houston, Texas 77056

PLEASE REMIT TO: P.O. BOX 198258 ATLANTA, GA. 3038

SOLD TO: WOOD WALTER A SUPPLY CO. INC.
4509 ROSSVILLE BLVD
CHATTANOOGA TN 37407

CUSTOMER NUMBER 3500

| F.O.B: 2106 Springfield, KY | | RATE 2.60 |
|---|---|---|
| SHIPPED VIA | DATE MO-DAY-YR | BILL OF LADING NO. |
| TST | 08/19/02 | S 80275583 |

SHIP TO: 3500
ADVANTAGE CONSTRUCTION
WEBSTER CO.
MADISONVILLE KY 00000

2187626

Terms 1.5/10th N/15th:1.5/25th/30th

| INVOICE | DATE | ORDER NUMBER | TYPE | SALESMAN1 | SALESMAN2 | CUSTOMER ORDER NUMBER |
|---|---|---|---|---|---|---|
| 90203411 | 08/19/02 | 231643 C03 | INV | MID-AMERICA MARKETING | | 2035568 |

| DESCRIPTION | PRODUCT NUMBER | QUANTITY SHIPPED | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 6"CL200 IBX20 WHITE | 12206002010000 | √6,760.00 | FT | 1.9700 | 13,317.20 |
| 4"CL200 IBX20 WHITE | 12204002010000 | √1,140.00 | FT | 0.9400 | 1,071.60 |
| 12"CL200 IBX20 WHITE | 12212002010000 | √120.00 | FT | 7.4100 | 889.20 |
| 8"CL200 IBX20 WHITE | 12208002010000 | √100.00 | FT | 3.3600 | 336.00 |
| LUBRICANT-QUART | 19900000000000 | 14.00 | EA | 0.0000 | 0.00 |

| | DATE | BY |
|---|---|---|
| INVOICE RECEIVED | AUG 26 2002 | |
| GOODS RECEIVED | | |
| EXTENSION CHECKED | | |
| APPROVED FOR PAYMENT | | |
| | AMT. | DATE |
| DISCOUNT EARNED | | 9-25 |

POSTED

Acctg Doc. # : 100128179

| TAX ACCOUNT | RATE | LOC | | |
|---|---|---|---|---|
| NON-TAXABLE | | KY | SUBTOTAL | 15,614.00 |
| 2-620413180-01 | | | SALE TAX | |
| | | | SALE TAX | |
| | | | SALE TAX | |
| 400.00 | FREIGHT ALLOWANCE | | TRANSPORTATION CHARGES | |
| | | | INVOICE TOTAL | 15,614.00 |

| CASH DISCOUNT | | MATERIAL VALUE | | TAKE CASH DISCOUNT | IF PAID BY MO-DAY-YR |
|---|---|---|---|---|---|
| 1.50 | % OF | 15,214.00 | = | 228.21 | 09/25/02 |

* Items are subject to Sales Tax



Case 3:04-cv-00555 Document 66 Filed 07/19/05 Page 32 of 41 PageID #: 54

North American Pipe
Springfield Pipe Plant
500 Bloomfield Road
Springfield KY 40069

DATE : 08/19/2002

SHIP TO: 8500
ADVANTAGE CONSTRUCTION
WEBSTER CO.
MADISONVILLE KY 00000

SOLD TO: 8500
WOOD WALTER A SUPPLY CO. INC.
4509 ROSSVILLE BLVD
CHATTANOOGA TN 37407
UNITED STATES

| REGION | OUR ORDER # | SALES REP | TOTAL LBS SHIPPED | DATE SHIPPED | CUSTOMER P.O.# | SHIP VIA | SHIPMENT TYPE | RATE |
|---|---|---|---|---|---|---|---|---|
| 2106 | 231643 | 8536 | 32,906.980 | 08/19/2002 | 2035568 | TST | PA | 154/2.60 |

| ORDERED | SHIPPED | BACK ORD'D | PIECES | PALLETS | PRODUCT CODE | DESCRIPTION |
|---|---|---|---|---|---|---|
| 8,400.00 | 6,760.00 | 1,640.00 | 338.00 | | 12206002010000 | 6"CL200 IBX10 WHITE |
| 2,100.00 | 1,140.00 | 960.00 | 57.00 | | 12204002010000 | 4"CL200 IBX20 WHITE |
| 120.00 | 120.00 | 0.00 | 6.00 | | 12212002010000 | 12"CL200 IBX20 WHITE |
| 100.00 | 100.00 | 0.00 | 5.00 | | 12208002010000 | 8"CL200 IBX20 WHITE |
| 14.00 | 14.00 | 0.00 | 14.00 | | 19900000000000 | LUBRICANT-QUART |

PRECALL 615-740-8777

PENNY RYLE PARKWAY EXIT HWY 41A-L GO TO STOP LIGHT JOB 3 MILES ON LEFT

Del 8/20 8 am

****SMOKE TARP REQUIRED OR UNDERNEATH EXHAUST.****

GT 8-20-02

THIS MEMORANDUM is an acknowledgment that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or records.

CARRIER'S NO. 129

CARRIER TST

RECEIVED, subject to classifications and tariffs in effect on the date of the issue of this Bill of Lading, FROM NORTH AMERICAN PIPE CORP.

AT CITY, STATE Springfield KY 40069

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Subject to section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of consignor)

If the charges are to be prepaid, write or stamp here "To be Prepaid"

Received $ to apply in prepayment of the charges on the property described hereon.

(Agent or Cashier)

Per

(The signature here acknowledges only the amount prepaid)

Charges Advanced $

Collection-on-Delivery

DELIVERING CARRIER | VEHICLE NUMBER

| ROUTE | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT | CLASS/RATING | PACKAGES | PLASTIC PIPE TUBING STR (LEN/FEET) | WEIGHT | CLASS/RATING | |
|---|---|---|---|---|---|---|---|---|
| PACKAGES | PLASTIC FITTINGS | | 92.50 | 1 | I.D.2" OR LESS NOT EXCEEDING 21 FEET IN LENGTH | | 70 | 1 |
| 1 | PLASTIC PIPE FITTINGS NOT INSIDE DIAM. NOT EXCEEDING 6" | | 55 | 2 | I.D. OVER 2" NOT GREATER THAN 6" NOT EXCEEDING 21" IN LENGTH | | 77.50 | 2 |
| 2 | CTNS, CEMENT, PIPE FITTINGS COMPOUND, PLASTIC PIPE CLEAN | | 150 | 3 | I.D.2" OR LESS EXCEEDING 21 FEET IN LENGTH | | 77.50 | 3 |
| 3 | BUNDLES I.D. NOT EXCEEDING 6" | | | 4 | I.D.OVER 2" NOT GREATER THAN 6" EXCEEDING 21 FEET IN LENGTH | | 92.50 | 4 |
| 4 | | | | | | | | |

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's weight or shipper's weight.

Note: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ______ Per ______

This shipment is correctly described, correct weight is ______ and is subject to verification according to [illegible]

NORTH AMERICAN PIPE CORPORATION

Agent Mark Goff

Per

Shipper's imprint in lieu of stamp; not a part of bill of lading approved [illegible]

POST OFFICE ADDRESS OF SHIPPER

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

NAPCO SPRINGFIELD

REMIT TO
4509 ROSSVILLE BOULEVARD
P.O. BOX 72847
CHATTANOOGA, TENNESSEE 37407-5847
PHONE 423/867-1033
FAX 423/867-7944

WALTER WOOD SUPPLY CO., INC.

Nashville Area Branch
Smyrna
8125 TRIDON DRVE
SMYRNA, TN 37167
PHONE 615/462-2410
FAX 615/462-2429
TOLL FREE 866/244-5060

SHIP/TRANSFER NUMBER
A01221

SHIP/TR/INVOICE NUMBER
2189060-01

BILL TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

SHIP TO: CALL TRENT @ 615-405-7050
OR 615-740-8777
DICKSON KY

CUSTOMER P.O. NO.

CUSTOMER P.O. NO. WEBSTER CTY KY

| SHIP/TR/INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 2189060-01 | 644 | 08/21/02 | 642 | WEBSTER CTY KY | 09/13/02 |

| INSTRUCTIONS | FRT. | PAGE NO. |
|---|---|---|
| DIRECT | P | 1 |

| QUANTITY ORDERED | QUANTITY B.O./RET. | QUANTITY SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 120 | | 120 | D* | *12" .250 STEEL CASING | EA | 10.8500 | 1302.0 |
| 100 | | 100 | D* | *8" .250 STEEL CASING | EA | 8.1500 | 815.0 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.
B - BALANCE BACK ORDERED
C - CONSIDER COMPLETE
D - DIRECT SHIPMENT
F - FACTORY MINIMUM
R - RETURNED CYL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| 0.00 | 0.00 |

NET TERMS: INV 30 DUE: 10/13/02

| | |
|---|---|
| SUB TOTAL | 2,117.0 |
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | 0.0 |
| FED./OTHER TAX | |
| STATE TAX | 195.8 |
| PAYMENT REC'D | 0.0 |

YOU MAY DEDUCT A CASH DISCOUNT

SOUTHLAND PIPE AND SUPPLY
PO BOX 1828
5311 SOUTHLAND CIRCLE
BESSEMER, AL 35020

# INVOICE

INVOICE NUMBER: 036996

INVOICE DATE: 08/27/02

Source: Order 011732

PAGE: 1

SOLD TO: WALTER A WOOD SUPPLY
P O BOX 72847
CHATTANOOGA, TN
37407-5847

SHIP TO: CALL TRENT @ 615-405-7050
615-740-8777
DICKSON, KY
423-867-1033

2189060

SHIP VIA ............... : TEI
SHIP DATE ............ : 08/27/02
DUE DATE ............. : 09/26/02
TERMS .................. : NET 30

CUST. I.D. ......................... : 93104
P.O. NUMBER ................... : 2035639
P.O. DATE ........................ :
OUR ORDER NO. ............ :
SALESPERSON ............... : TS

| ITEM I.D./DESC. | ORDERED | SHIPPED | UNIT | PRICE | NET | TX |
|---|---|---|---|---|---|---|
| 12 X 250 WALL X 20'S | 120.00 | 120.00 | EACH | 9.5000 | 1140.00 | |
| 8 X 250 WALL X 20'S | 100.00 | 100.00 | EACH | 6.6000 | 660.00 | |
| FREIGHT | 1.00 | 1.00 | | 0.0000 | 0.00 | |

| | DATE | BY |
|---|---|---|
| [illegible] RECEIVED | SEP 0 5 2002 | |
| GOODS RECEIVED | | |
| EXTENSION CHECKED | | |
| APPROVED FOR PAYMENT | | |
| POSTED | AMT. | DATE |
| DISCOUNT EARNED | | 9-26 |

PLEASE REMIT TO:
SOUTHLAND PIPE AND SUPPLY
DEPARTMENT 40104 PO BOX 830770
BIRMINGHAM, AL 35283

Subtotal: 1800.00
Tax.....: 0.00
Payments: 0.00
Total...: 1800.00

# STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE

Shipper No. 01173
Carrier No. 303934
Date 8-21-0

Truckers Express Inc
(Name of Carrier) (SCAC)

TO: Consignee: Webster County Water Work
FROM: Shipper: SOUTHLAND PIPE & SUPPLY CO., INC.

Street: 5311 Southland Circle
Destination: Dixon, Ky Zip Code
Origin: Bessemer, AL Zip Code 3502
Vehicle Number: 615-740-8777 Trent
U.S. DOT Hazmat Reg. Number
Route: 423-867-1033 or 615-740-0930 Ilia

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGE |
|---|---|---|---|---|---|
| | | Carbon Steel Pipe OK'd To Drop on Job Site | | | |
| 5pc | | 8" x 250 x 20' Ilia @ 615-740-8777 | | | |
| 6pc | | 12" x 250 x 20' | | | |
| 11pc | | Total | 6242# | | |
| | | "PREPAID" | | | |

REMIT C.O.D. TO: ADDRESS
COD Amt: $
C.O.D. FEE: PREPAID ☐ COLLECT ☐ $
TOTAL CHARGES $

Note – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ ____ per ____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted...

SHIPPER: Southland Pipe & Supply
PER: TERRY STEPHENS
EMERGENCY RESPONSE TELEPHONE NUMBER:

CARRIER: Truckers Express
PER: [signature]
DATE: 8/21/02 TRK 28224

BLCC-602-3
PRINTED IN U.S.A.

# UNIFORM STRAIGHT BILL OF LADING—Original—Not Negotiable

Received, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

T E

TRUCKERS EXPRESS, INC. P.O. BOX 4267, MISSOULA, MONTANA 59806 CARRIER PRO No. 303934

FROM Southland Pipe Supply Co. Shipper's No. 011732

AT Date 8/27/02

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed thereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to Webster County Water Works

Street ______ City Dixon State Ky County ______

Route ______

Delivering Carrier Truckers Exp. Unit No. 28224 / 28225

Collect on Delivery and remit to: ______ Street ______ City ______ State ______

C.O.D. charge to be paid by { Shipper / Consignee

| No. Packages | HM | Description and Classification (proper Shipping Name and Class per 49 CFR 172.101) | Weight (Sub. to Corr.) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 500 | | 8" X 250 X 20' | | | |
| 600 | | 12" X 250 X 20 | | | |
| 1100 | | Total | 6242 # | | |
| | | | | | |
| | | | | | |
| | | PLACARDS TENDERED YES ☐ NO ☐ | | | |

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ ______ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per ______ (The Signature here acknowledges only the amount prepaid.)

Charges Advanced $ ______

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED:

Carrier's liability for any losses limited to the sum of $2.50 per pound to a maximum of $500,000.00 per shipment, unless valuation is declared and insurance is paid for same for each shipment. Shipper initial ______

BY: OK'd To Drop on Site By Ilia @ (615-740-8777 8/27/02

TARP ☐

NO TARP ☐

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ______ per ______

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight."

"This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 5 of the Consolidated Motor Freight Classification."

"Shipper's imprint in lieu of stamp, not a part of bill of lading approved by the Interstate Commerce Commission."

______, Shipper **1** Truckers Express, Inc., Per John Hall

(The Bill of Lading is to be signed by the shipper and agent of the carrier issuing the same.)

Per X ______
Permanent post-office address of shipper

MAIL TO MISSOULA

**REMIT TO**
4509 ROSSVILLE BOULEVARD
P.O. BOX 72847
CHATTANOOGA, TENNESSEE 37407-5847
PHONE 423/867-1033
FAX 423/867-7944

WALTER WOOD SUPPLY CO., INC.

**Nashville Area Branch**
**Smyrna**
8125 TRIDON DRVE
SMYRNA, TN 37167
PHONE 615/462-2410
FAX 615/462-2429
TOLL FREE 866/244-5060

SHIP/TRANSFER NUMBER
A01221

SHIP/TR/INVOICE NUMBER
2527143-01

BILL TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

SHIP TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

CUSTOMER P.O. NO.

CUSTOMER P.O. NO. 09/19/02 08:31:51

| SHIP/TR/INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 2527143-01 | 644 | 09/19/02 | 104 | 09/19/02 08:31:51 | 09/24/02 |

| INSTRUCTIONS | FRT. | PAGE NO. |
|---|---|---|
| W/C | P | 1 |

| QUANTITY ORDERED | B.O./RET. | SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| -60 | | -60 | * | *12" 250 STEEL CASING<br>ORIG: 2189060-0001 09/13/02<br>V204127/B21129 | EA | 10.8500 | -651.0 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
\# - FED./OTHER TAX APPLICABLE
\+ - STATE & FEDERAL TAX APPL.
B - BALANCE BACK ORDERED
C - CONSIDER COMPLETE
D - DIRECT SHIPMENT
F - FACTORY MINIMUM
rl - RETURNED CYL.

*** THIS IS YOUR CREDIT ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| 0.00 | 0.00 |

NET TERMS: INV 30 DUE: 10/24/02

| | |
|---|---|
| SUB TOTAL | -651.0 |
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | 0.0 |
| FED./OTHER TAX | |
| STATE TAX | -50.2 |
| PAYMENT REC'D | 0.0 |

**REMIT TO**
4509 ROSSVILLE BOULEVARD
P.O. BOX 72847
CHATTANOOGA, TENNESSEE 37407-5847
PHONE 423/867-1033
FAX 423/867-7944

WALTER A. WOOD SUPPLY CO., INC.

Nashville Area Branch
Smyrna
8125 TRIDON DRVE
SMYRNA, TN 37167
PHONE 615/462-2410
FAX 615/462-2429
TOLL FREE 866/244-5060

SHIP/TRANSFER NUMBER
A01221

SHIP/TR/INVOICE NUMBER
2527311-01

BILL TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

SHIP TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

CUSTOMER P.O. NO.

CUSTOMER P.O. NO. WEBSTER CTY KY

| SHIP/TR/INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 2527311-01 | 644 | 10/03/02 | 642 | WEBSTER CTY KY | 10/04/02 |

| INSTRUCTIONS | FRT. | PAGE NO. |
|---|---|---|
| | P | 1 |

| QUANTITY ORDERED | B.O./RET. | SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | ****************************** THIS CREDIT REFLECTS A 20% RESTOCKING CHARGE **************************** | | | |
| -40 | | -40 | * | *8" .250 STEEL CASING ORIG: 2189060-0001 09/13/02 V20412/B21129 | EA | 6.5300 | -261.2 |
| -100 | | -100 | * | PVC200-08 8" CL-200 GSK PVC PIPE ORIG: 2187626-0001 08/31/02 15309-MB52 | EA | 2.9300 | -293.0 |
| -120 | | -120 | * | PVC200-12 12" CL-200 GSK PVC PIPE ORIG: 2187626-0001 08/31/02 15309-MB52 | EA | 6.4400 | -772.8 |
| -18 | | -18 | * | *UD16" CL-350 DUCTILE IRON PIPE ORIG: 2164348-0001 06/17/02 PORTLAND | EA | 13.3900 | -241.0 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.
B - BALANCE BACK ORDERED
C - CONSIDER COMPLETE
D - DIRECT SHIPMENT
F - FACTORY MINIMUM
rl - RETURNED CYL.

*** THIS IS YOUR CREDIT ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| 0.00 | 0.00 |

NET TERMS: INV 30 DUE: 11/03/02

| | |
|---|---|
| SUB TOTAL | 1,568.0 |
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | 0.0 |
| FED./OTHER TAX | |
| STATE TAX | 145.0 |
| PAYMENT REC'D | 0.0 |

**EXHIBIT B**

Clarm # 163551

*Payment Request Estimate* Date: July 15, 2003

Submitted by: Advantage Construction Services, LLC
101 B W Railroad Street
Dickson, TN 37055

JUL 21 2003

Submitted To. Webster County Water District
P.O. Box 395
Dixon, KY 42409
270 639-9010

| Description | Quantity | Unit Price | Total | Total Units Installed | SubTotals | |
|---|---|---|---|---|---|---|
| 6" PVC | 15400 | $3.55 | $54,670.00 | 14462 | $51,340.10 | |
| 4" PVC | 2100 | $2.20 | $4,620.00 | 2878 | $6,331.60 | |
| 6" DIP | 200 | $10.00 | $2,000.00 | 0 | $0.00 | |
| 4" DIP | 200 | $8.00 | $1,600.00 | 0 | $0.00 | |
| 6" HDPE | 300 | $11.00 | $3,300.00 | 0 | $0.00 | |
| 6" GV | 6 | $150.00 | $900.00 | 6 | $900.00 | |
| 4" GV | 2 | $300.00 | $600.00 | 2 | $600.00 | |
| 12" Stl Case | 60 | $48.00 | $2,880.00 | 30 | $1,440.00 | |
| Open Cut 12" Stl C | 60 | $13.00 | $780.00 | 0 | $0.00 | |
| 8" Stl Case | 60 | $45.00 | $2,700.00 | 30 | $1,350.00 | |
| Open Cut 8" Stl Ca | 40 | $10.00 | $400.00 | 0 | $0.00 | |
| Meter Assembly | 16 | $280.00 | $4,480.00 | 16 | $4,480.00 | |
| 3/4 Service | 1200 | $3.40 | $4,080.00 | 807 | $2,743.80 | |
| 6" Tie | 1 | $500.00 | $500.00 | 1 | $500.00 | |
| ARV | 2 | $425.00 | $850.00 | 2 | $850.00 | |
| Leak Test Meter | 3 | $1,000.00 | $3,000.00 | 0 | $0.00 | |
| FH Assembly | 1 | $700.00 | $700.00 | 1 | $700.00 | |
| Blowoff | 2 | $450.00 | $900.00 | ~~0~~ 1 | ~~$0.00~~ | 450.00 |
| Asphalt Pvmt | 50 | $22.00 | $1,100.00 | 0 | $0.00 | |
| Crushed Stone | 100 | $11.00 | $1,100.00 | 35 | $385.00 | |
| Rip Rap | 100 | $11.00 | $1,100.00 | 60 | $660.00 | |
| Class C Concrete | 10 | $70.00 | $700.00 | 6 | $420.00 | |
| Total | | | $92,960.00 | | ~~$72,700.50~~ | 73,150.50 |
| Retainage | | | | | $0.00 | |
| Previously Paid | | | | | ~~$66,123.48~~ | 70,423.78 |
| Total Due | | | | | ~~$6,577.02~~ | 2,726.72 |

Submitted by: [signature] 7-15-03
Signature Title