WITNESS WHEREOF, this instrument is executed in 5 (Number) counterparts, each of which shall be deemed an original, this the _____ day of _________________.

ATTEST: Freida Jones Notary
Freida Jones Exp 6-5-07

Norris Excavating
Principle

_________________________
(Principal) Secretary

By [signature] (s)

(SEAL) FREIDA JONES NOTARY PUBLIC AT LARGE SUMNER COUNTY TENNESSEE

559 North Leath Road
(Address)

Portland, TN 37148

_________________________
Witness as to Principle

_________________________
(Address)

_________________________

ATTEST:

_________________________
Surety

By _________________________
Attorney-in-Fact

_________________________
Witness as to Surety

_________________________
(Address)

_________________________
(Address)

_________________________

NOTE: Date of BOND must not be prior to date of Contract.
If CONTRACTOR Is partnership, all partners should execute BOND.

IMPORTANT: Surety companies executing BONDS must appear on the Treasury Department's most current list (Circular 570 as amended) and be authorized to transact business in the State where the Project is located.

RUS Bulletin 1780-13
Attachment 7

# NOTICE OF AWARD

TO: Norris Excavating
559 North Leath Road
Portland, TN 37148

PROJECT
Description: Water System Improvements, Contract 2 - Water Distribution Line

The OWNER has considered the BID submitted by you for the above described WORK in response to its Advertisement for Bids dated July 30, 2003, and Information for Bidders.

You are hereby notified that your BID has been accepted for items in the amount of $ 107,037.50.

You are required by the Information for Bidders to execute the Agreement and furnish the required CONTRACTOR'S Performance BOND, Payment BOND and certificates of insurance within ten (10) calendar days from the date of this Notice to you.

If you fail to execute said Agreement and to furnish said BONDS within ten (10) days from the date of this Notice, said OWNER will be entitled to consider all your rights arising out of the OWNER's acceptance of your BID as abandoned and as a forfeiture of your BID BOND. The OWNER will be entitled to such other rights as may be granted by law.

You are required to return an acknowledged copy of this NOTICE OF AWARD to the OWNER.

Dated this 4th day of August, 2003.

City of Portland
Owner

By Jim Calloway

Title Mayor

## ACCEPTANCE OF NOTICE

Receipt of the above NOTICE OF AWARD is hereby acknowledged

by Norris Excavating. this the 4th day of August, 2003.

By [signature]

Title Owner

# NOTICE TO PROCEED

TO: Norris Excavating
559 North Leath Road
Portland, TN 37148

DATE: 9/23/03

Project: Water System Improvements
Contract 2 - Water Distribution Line

You are hereby notified to commence WORK in accordance with the Agreement dated Sept. 15, 2003, on or before Oct. 6, 2003, __, and you are to complete the WORK within 150 consecutive calendar days thereafter. The date of completion of all WORK is therefore March 4, 2004.

City of Portland
Owner

By [signature]

Title Mayor

ACCEPTANCE OF NOTICE

Receipt of the above NOTICE TO PROCEED is hereby acknowledged by ______ Norris Excavating,

this the 9/23, 2003

By [signature]

Title Owner

Employer Identification Number 621762836

oOo

# TABLE OF CONTENTS

## TECHNICAL SPECIFICATIONS

## CONTRACT 2 - WATER DISTRIBUTION LINE - RE-BID


| DIVISION | SUBJECT | PAGES |
|---|---|---|
| 01045 | Cutting and Patching | 1 - 3 |
| 01050 | Field Engineering | 1 - 2 |
| 01090 | Reference Standards | 1 - 2 |
| 01340 | Shop Drawings/Product Data & Samples | 1 - 4 |
| 01530 | Barriers | 1 |
| 01560 | Temporary Controls | 1 – 2 |
| 01570 | Traffic Regulation | 1 – 2 |
| 01710 | Cleaning | 1 – 2 |
| 02221 | Trenching, Backfilling & Compaction | 1 – 5 |
| 02485 | Lawn and Grass Landscaping | 1 – 6 |
| 02713 | Water Distribution Systems | 1 – 7 |
| 02795 | Measurement & Basis of Payment – Water | 1 – 2 |


Case 3:04-cv-00555 Document 77 Filed 07/19/05 Page 4 of 50 PageID #: 388

SECTION 01045

CUTTING AND PATCHING

PART 1 GENERAL

1.01 REQUIREMENTS INCLUDED

A. Contractor shall be responsible for all cutting, fitting and patching, including attendant excavation and backfill, required to complete the work or to:

1. Make its several parts fit together properly.

2. Uncover portions of the work to provide for installation and ill-timed work.

3. Remove and replace defective work.

4. Remove and replace work not conforming to requirements of contract documents.

5. Remove samples of installed work as specified for testing.

6. Provide routine penetrations of non-structural surfaces for installation of piping.

1.02 RELATED DOCUMENTS

A. Section 02221: Trenching, Backfilling, and Compaction

1.03 SUBMITTALS:

A. Submit a written request to Engineer well in advance of executing any cutting or alteration which affects:

1. Work of the Owner or any separate contractor.

2. Structural value of integrity of any element of the Project.

3. Integrity or effectiveness of weather-exposed, or moisture-resistant elements, or systems.

4. Efficiency, operational life, maintenance, or safety of operational elements.

5. Visual qualities of sight-exposed elements.



Case 3:04-cv-00555 Document 77 Filed 07/19/05 Page 5 of 50 PageID #: 389

C. Report unsatisfactory or questionable conditions to Engineer in writing; do not proceed with work until Engineer has provided further instructions.

3.02 PREPARATION

A. Provide adequate temporary support as necessary to assure structural value or integrity of affected portion of work.

B. Provide devices and methods to protect other portions of project from damage.

C. Provide protection from elements for that portion of the project which may be exposed by cutting and patching work, and maintain excavations free from water.

3.03 PERFORMANCE

A. Execute cutting and demolition by methods which will prevent damage to other work, and will provide proper surfaces to receive installation of repairs.

B. Execute excavating and backfilling by methods which will prevent settlement or damage to other work.

C. Employ original installer or fabricator to perform cutting and patching for:

1. Weather-exposed or moisture-resistant elements.

2. Sight-exposed finished surfaces.

D. Execute fitting and adjustment of products to provide a finished installation to comply with specified products, functions, tolerances and finishes.

E. Restore work which has been cut or removed; install new products to provide completed work in accordance with requirements of contract documents.

F. Fit work airtight to pipes, sleeves, ducts, conduit and other penetrations through surfaces.

G. Refinish entire surfaces as necessary to provide an even finish to match adjacent finishes:

1. For continuous surfaces, refinish to existing grade.

2. For an assembly, refinish entire unit.

END OF SECTION

SECTION 01050

FIELD ENGINEERING

PART 1 GENERAL

1.01 REQUIREMENTS INCLUDED

A. Provide and pay for field engineering services required for the Project.

1. Survey work required in execution of Project.

2. Civil, structural or other professional engineering services specified, or required to execute Contractor's construction methods.

B. Owner's Representative will identify existing control points and property line corner stakes indicated on the drawings, as required.

1.02 RELATED REQUIREMENTS

A. Conditions of the Contract

B. Section 01010: Summary of Work

C. Section 01720: Record Documents

1.03 QUALIFICATIONS OF SURVEYOR OR ENGINEER

A. Qualified engineer or registered land surveyor, acceptable to Contractor and Owner.

B. Registered professional engineer of the discipline required for the specific service on the Project, if required, licensed in the state in which the project is located.

1.04 SURVEY REFERENCE POINTS

A. Existing basic horizontal and vertical control points for the Project are those designated on drawings.

B. Locate and protect control points prior to starting site work, and reserve all permanent reference points during construction.

1. Make no changes or relocations without prior written notice to Engineer.

2. Report to Engineer when any reference point is lost or destroyed, or required relocation because of necessary changes in grades or locations.

SECTION 01090

REFERENCE STANDARDS

PART 1 GENERAL

1.01 REQUIREMENTS INCLUDED

A. Abbreviations and acronyms used in Contract Documents to identify reference standards.

1.02 QUALITY ASSURANCE

A. Application: When a standard is specified by reference, comply with requirements and recommendations stated in that standard, except when requirements are modified by the Contract Documents, or applicable codes establish stricter standards.

B. Publication Date: The publication in effect on the date of issue of Contract Documents, except when a specific publication date is specified.

1.03 ABBREVIATIONS, NAMES, AND ADDRESSES OF ORGANIZATIONS

A. Obtain copies of referenced standard direct from publication source, when needed for proper performance of Work, or when required for submittal by Contract Documents.

| | |
|---|---|
| AASHTO | American Association of State Highway and Transportation Officials<br>444 North Capitol Street, N.W.<br>Washington, D.C. 20001 |
| ANSI | American National Standards Institute<br>(Formerly American Standards Association - ASA)<br>1430 Broadway<br>New York, New York 10018 |
| AREA | American Railroad Engineering Association<br>2000 "L" Street, N.W.<br>Washington, D.C. 20036 |
| ASCE | American Society of Civil Engineers<br>345 East 47th Street<br>New York, New York 10017 |



Case 3:04-cv-00555 Document 77 Filed 07/19/05 Page 8 of 50 PageID #: 392

SECTION 01340

SHOP DRAWINGS, PRODUCT DATA AND SAMPLES

PART 1 GENERAL

1.01 REQUIREMENTS INCLUDED:

A. Submit shop drawings, product data and samples required by Contract Documents.

1.02 RELATED REQUIREMENTS:

A. Conditions of the Contract: Definitions and additional responsibilities of the parties.

B. Designate in the construction activity listing, or in a separate coordinated schedule, the dates for submission and the dates that reviewed Shop Drawings, Product Data and Samples will be needed.

1.03 SHOP DRAWINGS:

A. Drawings shall be presented in a clear and thorough manner.

1. Details shall be identified by reference to sheet and detail, schedule or room numbers shown on the Contract Drawings.

1.04 PRODUCT DATA:

A. Preparation:

1. Clearly mark each copy to identify pertinent products or models.

2. Show performance characteristics and capacities.

3. Show dimensions and clearances required.

4. Show wiring or piping diagrams and controls.

B. Manufacturer's Standard Schematic Drawings and Diagrams:

1. Modify drawings and diagrams to delete information which is not applicable to the work.

2. Supplement standard information to provide information specifically applicable to the work.

2. The project title and number.

3. Contract identification.

4. The names of:

    a. Contractor.

    b. Supplier.

    c. Manufacturer.

5. Identification of the product with the specification section number.

6. Field dimensions, clearly identified as such.

7. Relation to adjacent or critical features of the work or materials.

8. Applicable standards, such as ASTM or Federal Specification numbers.

9. Identification of deviations from Contract Documents.

10. Identification of revisions on submittals.

11. An 8" X 3" blank space for Contractor and Engineer stamps.

12. Contractor's stamp, initialed or signed, certifying to review of submittal, verification of products, field measurements and field construction criteria, and coordination of the information within the submittal with requirements of the work and of contract documents.

1.08 RESUBMISSION REQUIREMENTS:

A. Make any corrections or changes in the submittals required by the Engineer and resubmit until approved.

B. Shop Drawings and Product Data:

1. Revise initial drawings or data, and resubmit as specified for the initial submittal.

2. Indicate any changes which have been made other than those requested by the Engineer.

C. <u>Samples</u>: Submit new samples as required for initial submittal.

SECTION 01530

BARRIERS

PART 1 GENERAL

1.01 REQUIREMENTS INCLUDED

A. Furnish, install and maintain suitable barriers as required to prevent public entry, and to protect the work, existing facilities, trees and plants from construction operations; remove when no longer needed, or at completion of work.

PART 2 PRODUCTS

2.01 MATERIALS, GENERAL

A. Materials may be new or used, suitable for the intended purpose, but must not violate requirements of applicable codes and standards.

2.02 FENCING

A. Materials to Contractor's option, minimum fence height six (6) feet.

2.03 BARRIERS

A. Materials to Contractor's option, as appropriate to serve required purpose.

PART 3 EXECUTION

3.01 GENERAL

A. Install facilities of a neat and reasonable uniform appearance, structurally adequate for required purposes.

B. Maintain barriers during entire construction period.

C. Relocate barriers as required by progress of construction.

3.02 FENCES

A. Prior to start of work at the project site, install enclosure fence with suitably locked entrance gates.

END OF SECTION

SECTION 01560

TEMPORARY CONTROLS

PART 1 GENERAL

1.01 REQUIREMENTS INCLUDED

A. Provide and maintain methods, equipment, and temporary construction, as necessary to provide controls over environmental conditions at the construction site and related areas under Contractor's control; remove physical evidence of temporary facilities at completion of work.

1.02 RELATED REQUIREMENTS

A. Section 01570: Traffic Regulation

B. Section 01710: Cleaning

1.03 DUST CONTROL

A. Provide positive methods and apply dust control materials to minimize raising dust from construction operation, and provide positive means to prevent air-borne dust from dispersing into the atmosphere.

1.04 WATER CONTROL

A. Provide methods to control surface water to prevent damage to the project, the site, or adjoining properties.

1. Control fill, grading and ditching to direct surface drainage away from excavations, pits, tunnels and other construction areas; and to direct drainage to proper runoff.

B. Provide, operate and maintain hydraulic equipment of adequate capacity to control surface and water.

C. Dispose of drainage water in a manner to prevent flooding, erosion, or other damage to any portion of the site or to adjoining areas.

1.05 DEBRIS CONTROL

A. Maintain all areas under Contractor's control free of extraneous debris.



Case 3:04-cv-00555 Document 77 Filed 07/19/05 Page 12 of 50 PageID #: 396

SECTION 01570

TRAFFIC REGULATION

PART 1 GENERAL

1.01 REQUIREMENTS INCLUDED

A. Provide, operate and maintain equipment, services and personnel, with traffic control and protective devices, as required to expedite vehicular traffic flow on haul routes, at site entrances, on-site access roads, and parking areas.

B. Remove temporary equipment and facilities when no longer required, restore grounds to original, or to specified conditions.

1.02 RELATED REQUIREMENTS

A. Section 01530: Barriers

B. Section 01560: Temporary Controls

1.03 TRAFFIC SIGNALS AND SIGNS

A. Provide and operate traffic control and directional signals required to direct and maintain an orderly flow of traffic in all areas under Contractor's control, or affected by Contractor's operations.

B. Provide traffic control and directional signs, mounted on barricades or standard posts:

1. At each change of direction of a roadway and at each crossroad.

2. At detours.

3. At parking areas.

1.04 FLAGMEN

A. Provide qualified and suitably equipped flagmen when construction operations encroach on traffic lanes, as required for regulation of traffic.

1.05 FLARES AND LIGHTS

A. Provide flares and lights during periods of low visibility:

1. To clearly delineate traffic lanes and to guide traffic.

SECTION 01710

CLEANING

PART 1 GENERAL

1.01 REQUIREMENTS INCLUDED

A. Execute cleaning, during progress of the work, and at completion of the work, as required by General Conditions.

1.02 RELATED REQUIREMENTS

A. Conditions of the Contract.

B. Section 01560: Temporary Controls

C. Each Specification Section: Cleaning for specific products or work.

1.03 DISPOSAL REQUIREMENTS

A. Conduct cleaning and disposal operations to comply with codes, ordinances, regulations, and anti-pollution laws.

PART 2 PRODUCTS

2.01 MATERIALS

A. Use only those cleaning materials which will not create hazards to health or property and which will not damage surfaces.

B. Use only those cleaning materials and methods recommended by manufacturer of the surface material to be cleaned.

C. Use cleaning materials only on surfaces recommended by cleaning material manufacturer.

PART 3 EXECUTION

3.01 DURING CONSTRUCTION

A. Execute periodic cleaning to keep the work, the site and adjacent properties free from accumulations of waste materials, rubbish and windblown debris, resulting from construction operations.

Case 3:04-cv-00555 Document 77 Filed 07/19/05 Page 14 of 50 PageID #: 398

SECTION 02221

# TRENCHING, BACKFILLING, AND COMPACTION

## PART 1 GENERAL

### 1.01 WORK INCLUDED

A. Excavation for piped utility material.

B. Provide necessary sheeting, shoring and bracing.

C. Prepare trench bottom with appropriate materials.

D. Dewater excavation as required.

E. Place and compact granular beds, as required, and backfill.

### 1.02 PRECAUTIONS

A. Notify utility companies when excavating in their vicinity and when necessary to disturb existing facilities. Abide by the utility company's requirements for repairing and replacing.

B. Protect all vegetation and other features to remain.

C. Protect all benchmarks and survey points.

## PART 2 EXECUTION

### 2.01 PREPARATION

A. Install barriers and other devices to protect areas adjacent to construction.

B. Protect and maintain all benchmarks and other survey points.

### 2.02 EXCAVATION TRENCHES

A. Perform in such a manner as to form a suitable trench in which to place the pipe.

B. Maximum width at the crown of the pipe - 2 feet plus the nominal diameter of the pipe.

C. Trench Depth: For water lines and sewer force mains - sufficient to provide minimum cover of 30 inches over the top of the pipe; for sewer lines - as shown on the plans or as specified.


Case 3:04-cv-00555 Document 77 Filed 07/19/05 Page 15 of 50 PageID #: 399

D. Do not conduct blasting operations within 25 feet of water, sewer, gas or other utility lines.

E. Cover all shots with blasting mats to prevent flying material.

2.05 DISPOSAL OF EXCAVATED MATERIAL

A. Satisfactorily dispose of all excess excavated material that cannot be used for or is not suitable for embankments, or backfill.

2.06 UNAUTHORIZED EXCAVATION

A. All excavation outside or below the proposed lines and grades shown on the Plans.

B. Backfill areas of unauthorized excavation with the type material necessary (earth, rock or concrete) to insure the stability of the structure of construction involved.

C. Unauthorized excavation or backfill to replace same shall not be a pay item.

2.07 REMOVAL OF WATER

A. Keep excavated areas free of water while work is in progress.

B. Well-pointing shall be performed if required.

C. Take particular precautions to prevent the displacement of structures or pipelines as a result of accumulated water.

2.08 OBSTRUCTIONS

A. Obstructions shown on the Plans are for information only and do not guarantee their exact locations, nor that other obstructions are not present.

B. When utilities or obstructions are not shown on the plans but are present off the roadway at the location of the proposed pipeline route, the Contractor may request to relocate the pipeline in, or across, the roadway if necessary to avoid disturbing the utility or obstructions.

C. If the relocation is approved, the Contractor shall receive compensation for additional granular backfill and pavement replacement as measured and paid for under Crushed Stone for Shoulder Repair and Pavement Maintenance.

D. Exercise due care in excavating adjacent to existing obstructions and do not disturb same unless absolutely necessary.


Case 3:04-cv-00555 Document 77 Filed 07/19/05 Page 16 of 50 PageID #: 400

3. Neatly round sufficient surplus excavated material over the trench to compensate for after settlement.

4. Dispose of all surplus excavated material.

5. Prior to final acceptance, remove all mounds to the elevation of the surrounding terrain.

END OF SECTION


Case 3:04-cv-00555 Document 77 Filed 07/19/05 Page 17 of 50 PageID #: 401

SECTION 02485

LAWN AND GRASS LANDSCAPING

PART 1 GENERAL

1.01 WORK INCLUDED

A. Preparation of landscape area including loosening, pulverizing and fertilizing.

B. Placement of seed, sprigging, sod and topsoil including mulch, where required.

C. Watering of landscaping.

1.02 RELATED WORK

A. Section 02110: Clearing and Grubbing

PART 2 PRODUCTS

2.01 SEED MATERIALS

A. Inspect and test seed for germination and purity prior to mixing.

B. Uniformly mix by Group:

| SEED NAME | QUANTITY % BY WEIGHT |
|---|---|
| GROUP "A" | |
| Lespedeza (Common or Korean | 20% |
| Sericea Lespedeza | 15% |
| Kentucky 31 Fescue | 40% |
| English Rye | 25% |
| GROUP "B" | |
| Kentucky 31 Fescue | 55% |
| Redtop | 15% |
| English Rye | 30% |
| GROUP "C" | |
| Sericea Lespedeza | 50% |
| Kentucky 31 Fescue | 30% |
| English Rye | 20% |

C. Use Group "A" seed from February 1 to August 1.

D. Use Group "B" seed from August 1 to December 1, with the exception that either Group "A" or "B" may be used during the month of August.

2.03 JUTE MESH

A. Open plain weave of single jute yarn and non-toxic to vegetation.

B. Tag jute rolls for identification with 58 warp ends per yard, 41 weft ends per yard and weighing approximately 0.9 pounds per square yard with an acceptable tolerance of 5%.

2.04 STAPLES

A. New and unused, machine made of No. 11 gauge steel wire formed into a "U" shape.

2.05 SOD MATERIALS

A. Live dense, well-rooted growth of permanent grasses, free from Johnson grass, nutgrass, and other undesirable grasses or weeds and well-suited for the proposed application to particular soils.

B. Cleanly cut in strips having a reasonably uniform thickness of not less than 2-1/2 inches, a uniform width of approximately 8 inches, and a minimum length of 12 inches.

2.06 COMMERCIAL FERTILIZERS

A. Unless otherwise specified, inorganic 10-20-10 nitrogen, phosphoric acid, and potash for seeding and 15-15-15 or 1-1-1 for sodding.

B. Furnish in standard containers with the brand name, weight, and guaranteed analysis of the contents clearly marked.

C. Comply with Federal, State, and local laws.

D. Ammonium Nitrate shall be a standard commercial product, having a minimum of 33.5% nitrogen.

E. Agricultural limestone shall contain a minimum of 85% of calcium carbonate and magnesium carbonate combined, and be of particular size that 85% will pass a No. 10 mesh sieve.

2.07 WATER

A. Free from harmful organisms or other objectionable materials.

2.08 TOPSOIL

A. Natural, friable fertile, fine sandy loam possessing characteristics of representative topsoils in the vicinity which produce heavy growths of vegetation.


Case 3:04-cv-00555 Document 77 Filed 07/19/05 Page 19 of 50 PageID #: 403

3. Cover bridges, guardrails, signs and appurtenances, if the mulch binder is applied in such a way that it would come in contact with or discolor the structure(s).

4. When wood fiber mulch is used, uniformly apply at the rate of 28 to 35 pounds per 1,000 square feet with hydraulic mulching equipment.

3.02 SPRIGGING

A. Lightly incorporate fertilizer into the soil for a depth of 1/2 inch at the rate of:

1. Twelve pounds per 1,000 square feet for grade 0-20-20 or equivalent.

2. One-hundred pounds per 1,000 square feet for agricultural limestone.

B. Perform sprigging during September-November or April-May and only when the soil is in tillable or workable condition.

C. Do not set crowns during windy weather or when the ground surface is frozen.

D. Set crowns as soon as preparation of the sprig bed has been completed.

E. Set crowns at the rate of three sprigs per square yard by means of a tree-planting bar or equal.

F. When specified, perform mulching before sprigging:

1. Spread mulch material evenly over the area to be planted at the rate of 100 pounds per 1,000 square feet. This rate may be varied by the Engineer depending upon the texture and condition of the mulch material and the ground surface.

2. Cover with a uniform layer of mulch so that 20 to 25% of the ground is visible. The mulch shall be loose enough to allow sunlight to penetrate and air to circulate slowly, but thick enough to partially shade the ground and to reduce erosion.

3. Hold the mulch in place with mulch binders applied at the rate directed by the Engineer, not to exceed 0.1 gallon per square yard, as required to hold the mulch in place.

3.03 SODDING

A. Place sod at all locations shown on the Plans or where directed.

B. Loosen the surface of the ground to be sodded to a depth of not less than one inch with a rake or other device.


Case 3:04-cv-00555 Document 77 Filed 07/19/05 Page 20 of 50 PageID #: 404

SECTION 02713

WATER DISTRIBUTION SYSTEMS

PART 1 GENERAL

1.01 WORK INCLUDED

A. Installation, testing and disinfection of water lines and appurtenances.

1.02 RELATED WORK

A. Section 02221: Trenching, Backfilling and Compaction

B. Section 02305: Boring and Jacking

C. Section 02605: Separation of Piped Utilities

PART 2 PRODUCTS

2.01 DUCTILE IRON PIPE AND FITTINGS

A. Pipe:

1. Manufactured in accordance with ANSI A-21.50 (AWWA C-151) and ANSI A-21.10 (AWWA C-110).

2. A cement lining meeting the requirements of ANSI 21.4 (AWWA C-104).

3. A minimum of 1-mil thick bituminous coating on the outside surface.

4. Clearly mark with manufacturer's name, D.I. or Ductile, weight, class or nominal thickness, and casting period.

5. Unless otherwise specified or shown on the plans, ductile iron pipe shall be Class 50 for 200 psi working pressure.

B. Fittings:

1. Fittings 4" - 24": Pressure rated at 350 psi.

2. Fittings 30" - 26": Pressure rated at 240 psi.

3. Joints meeting the requirements of ANSI A-21.11 (AWWA C-111).



Case 3:04-cv-00555 Document 77 Filed 07/19/05 Page 21 of 50 PageID #: 405

3. Open when the downstream pressure is less than the valve setting and close tightly when the downstream pressure exceeds the valve setting.

4. Valve Opening: Proportional to the delivery requirements and not influenced by changes in inlet pressure.

5. Pilot Valve: Arranged to allow for its removal from the main valve while under pressure and easily accessible without removal of springs, weights, or the use of special tools.

6. Suitable to operation at 200 psi working water pressure and adjustable.

D. Valve Boxes:

1. Cast iron 2 or 3-piece, screw type with shaft diameter of not less than 5".

2. Heavy roadway type equipped with a cover containing the work "WATER" in raised letters on the top.

3. Base of such size as to permit its installation without allowing it to come in contact with either the valve or the pipe.

2.03 AIR RELEASE ASSEMBLIES

A. Furnish in 1" nominal diameter for 8" mains and smaller and in 2" nominal diameter for 10" mains and larger, unless otherwise specified or shown on Plans.

B. Air release assemblies shall consist of:

1. Double strap, bronze service clamp with neoprene gasket (for PVC lines).

2. Galvanized steel pipe of the nominal diameter required by the main size.

3. Red brass corporation stop.

4. Galvanized steel elbow.

5. Gate valve.

6. Air release valve.

C. Combination air release valves consisting of:

1. An air vacuum valve coupled with an air release valve.

D. Erect hydrants to stand plumb with the pumper nozzle facing the road.

E. Effect drainage of hydrants by using 6 cubic feet of gravel.

F. Close dead ends with cast iron plugs, or caps with blow-off assemblies, where shown on the drawings.

3.04 WATER LINE PRESSURE TESTS

A. After the pipe has been laid, subject all newly laid pipe, or any valved section thereof, to a hydrostatic pressure of at least 1.5 times the working or 150 psi, whichever is greater, pressure at the point of testing.

B. Test pressures shall:

1. Not be less than 1.25 times the working pressure at the highest point along the test section.

2. Not exceed the pipe or thrust restraint design pressures.

3. Be of at least 2-hour duration.

4. Not vary by more than +/- 5 psi.

5. Not exceed twice the rated pressure of closed valves of hydrants included in the test section.

6. Not exceed the rated pressure of resilient-seated butterfly valves.

C. Pressurization:

1. Slowly fill each valved section of pipe with water.

2. Apply the specified test pressure, based on the elevation of the lowest point of the line, or section under test, and correct to the elevation of the test gauge by means of a pump connected to the pipe in a manner satisfactory to the Owner.

D. Air Removal:

1. Before applying the specified test pressure, expel air completely from the pipe, valves, and hydrants.

2. If permanent air vents are not located at all high points, install corporation cocks at such points to expel air as the line if filled with water.

3. After all the air has been expelled, close the corporation cocks and apply the test pressure.

4. Retain the chlorine solution in the lines for a period of 24 hours.

5. At the end of the 24-hour period, the residual chlorine must be a minimum of 25 ppm; otherwise, repeat the disinfection procedure again.

6. Upon refilling the lines, collect a sample for bacteriological analysis. If the same is acceptable, the lines may be connected to the system; otherwise, repeat the disinfection procedure until acceptable samples are obtained.

END OF SECTION

SECTION 02795

# MEASUREMENT AND BASIS OF PAYMENT - WATER

## PART 1 GENERAL

The Contractor shall furnish all the necessary labor, equipment, materials and incidentals required to perform all work including all excavation and backfill, without additional compensation, for the unit prices indicated in the proposal for the various work items provided for.

## PART 2 WORK ITEMS

### 2.01 WATER LINES

A. Water lines shall be measured along the centerline of the pipe without deduction for valves or fittings. Crushed stone backfill when required shall not be measured for payment, but included in the price per linear foot of pipe. Water lines shall be paid for at the contract unit price per linear foot of pipe for the various sizes and type materials shown in the contract proposal. The price per linear foot shall also include tracer wire and all necessary fittings.

### 2.02 GATE VALVES AND BOXES

A. Gate valves and boxes shall be measured and paid for at the contract unit price per each installed and accepted complete and in place.

### 2.03 RECONNECTION OF EXISTING WATER SERVICES

A. Reconnection of the existing water services shall be measured and paid for at the contract unit price for each service reconnected complete, including tapping of the new line and furnishing and installing all corporation stops, tapping saddles, couplings and appurtenances thereto.

### 2.04 CRUSHED STONE FOR MAINTENANCE

A. Crushed stone (TDOT Size 57 or 67) shall be measured and paid for by the contract unit price per ton for crushed stone to replace that which was whipped out by traffic rather than settling it. Crushed stone required in the original trench backfill shall not be measured for payment, but included in the price per linear foot of pipe for which it is associated.

2.08 DRY CONNECTIONS

A. Where new water lines are connected to existing lines no measurement shall be made for payment as a dry connection if such connection is not made under pressure with special tapping equipment. Payment for such connections shall be included in other items.

END OF SECTION



Case 3:04-cv-00555 Document 77 Filed 07/19/05 Page 26 of 50 PageID #: 410

4. At the conclusion of the pressure test, remove the corporation cocks and plug, or lease in place at the discretion of the Owner.

E. Examination:

1. Carefully examine all exposed pipe, fittings, valves, hydrants, and joints.

2. Repair, or replace, any damaged, or defective pipe, fittings, valve, or hydrants, that are discovered with sound material and repeat the test until it is satisfactory to the Owner.

3.05 WATER LINE LEAKAGE TESTS

A. Concurrently conduct a leakage test with the pressure test.

B. Leakage Defined: The quantity of water that must be supplied into the newly laid pipe to maintain the specified test pressure after the air in the pipeline has been expelled and the pipe has been filled with water.

C. Allowable Leakage:

1. The maximum allowable leakage (water lines and sewage force mains) shall not exceed 10 gallons per inch of pipe diameter per mile of pipe per 24 hours when tested at 1-1/2 times the working pressure or rated pressure of the pipe, whichever is greater.

2. When hydrants are in the test section, test against the closed hydrant.

3.06 ACCEPTANCE OF INSTALLATION

A. If any test of pipe laid discloses leakage greater than that specified above, locate and repair the defective material until the leakage is within the specified allowance.

B. Repair all visible leaks regardless of the amount of leakage.

3.07 CLEANING AND DISINFECTION OF WATER LINES

A. Flush water lines clean prior to disinfection.

B. Thoroughly disinfect water lines prior to placing in service.

1. Use chlorine disinfecting agent applied to produce a 50 ppm dosage.

2. Allow water to escape from the ends of all lines to cause dispersion of the chlorine solution into all parts of the system.

3. Operate all valves and hydrants during the time disinfection is occurring.

2. Case iron body, stainless steel float, bronze linkage, bronze trim, suitable for use in mains having a working pressure of 200 psi.

D. Install in a precast concrete manhole, 48" in diameter and 48" deep, with 24" nominal diameter cast iron frame and cover.

E. Place crushed stone from the top of main to 12" below the bottom of main.

## PART 3 EXECUTION

### 3.01 PREPARATION

A. Prior to laying pipe, prepare a suitable bedding according to Section 02221.

B. Before placing pipe in the trench, field inspect for cracks or other defects; remove defective pipe from the construction site.

C. Swab the interior of the pipe to remove all undesirable material.

D. Prepare the bell end and remove undesirable material from the gasket and gasket recess.

### 3.02 INSTALLING WATER LINES

A. Lay all pipe in a straight line on a uniform grade.

B. After applying gasket lubricant, take extreme care to keep the sprigot end from contacting the ground.

C. Hone the pipe with suitable tools or equipment.

D. Closely follow the manufacturer's instruction in laying and joining pipe.

E. Cut pipe for inserting valves, fittings, etc., in a neat and workmanlike manner without damaging the pipe so as to leave a smooth end at right angles to the axis of the pipe.

F. Locate water lines in relation to other piped utilities in accordance with Section 02605.

### 3.03 INSTALLING APPURTENANCES

A. Securely plug open ends of pipe at the close of each work day and during temporary discontinuance of pipe laying.

B. Set all valves, fittings, hydrants, and other specials in a neat workmanlike manner.

C. Use thrust blocks, as shown on the plans, pipe anchors, or other approved means to prevent displacement or other fittings.


Case 3:04-cv-00555 Document 77 Filed 07/19/05 Page 29 of 50 PageID #: 413

2.02 VALVES AND VALVE BOXES

A. Gate Valves:

1. AWWA C-500.

2. Of iron body, bronze mounted, double disc, parallel seat, non-rising stem type.

3. Stuffing Boxes: O-ring seal type with two (2) rings in the stem located above the thrust collar.

4. 2" square wrench nut for operation of the valve.

5. Minimum design working water pressure of 200 psi for valves with diameters 2"-12" and 150 psi for valves with diameters of 14"-54" unless otherwise specified or shown on the Plans.

6. Joints: ANSI A-21.11 (AWWA C-111).

7. Bonnet or Body Markings: Manufacturer's name, year of casting, size, pressure rating, and OPEN with direction.

8. Open by counter-clockwise operation, unless otherwise specified.

B. Butterfly Valves:

1. AWWA C-504.

2. Cast iron body, rubber-seated tight closing type.

3. Cast Markings: Valve size, manufacturer's name, class, direction of opening, and the year of casting.

4. Class 150, suitable for working water pressure of 150 psi unless otherwise specified or shown on the Plans.

5. Open by counter-clockwise operation, unless otherwise specified.

C. Main Line Pressure Reducing Valves:

1. Cast iron globe body, full bronze mounted, external pilot operated, single, resilient seated type.

2. Packed with leather (or other soft material) to insure tight closure and to prevent metal to metal friction and seating.


Case 3:04-cv-00555 Document 77 Filed 07/19/05 Page 30 of 50 PageID #: 414

C. If necessary, sprinkle with water until saturated for a minimum depth of one inch and keep moist until the sod is placed.

D. Immediately before placing the sod, fertilize the prepared surface uniformly at the rate of:

1. Twelve pounds per 1,000 square feet for grade 10-10-10 or equivalent.

2. One-hundred pounds per 1,000 square feet for agricultural limestone.

E. Place sod as soon as practical after removal from the point of origin, and keep in a moist condition during the interim.

F. Carefully place, by hand, on the prepared ground surface with the edges in close contact and, as far as possible, in a position to break joints.

G. Each strip of sod laid shall be fitted and pounded into place using 10 inch by 10 inch wood tramps, or other satisfactory implements.

H. Immediately after placing, thoroughly wet and roll with an approved roller or hand-tamp as approved by the Engineer.

I. On slopes of two-to-one or steeper, pinning or pegging may be required to hold the sod in place.

3.04 TOPSOIL

A. Prepare landscape area to receive topsoil in close conformity to the lines and grades shown on the drawings.

B. Place topsoil at depths and locations shown on the drawings.

END OF SECTION

B. Free from subsoil, noxious weeds, stones larger than one inch in diameter, lime, cement, ashes, slag, or other deleterious matter.

C. Well drained in its original position and free from toxic quantities of acid or alkaline elements.

## PART 3 EXECUTION

### 3.01 SEEDING

A. Scarify, disc, harrow, rake, or otherwise work each area to be seeded until it has been loosened and pulverized to a depth as directed by the Engineer.

B. Uniformly incorporate fertilizer into the soil for a depth of approximately 1/2 inch at the rate of:

1. Not less than 20 pounds per 1,000 square feet for grade 10-10-10 or equivalent.

2. Not less than 100 pounds per 1,000 square feet for agricultural limestone.

C. Fertilizer need not be incorporated in the soil as specified above when mixed with seed in water and applied with power sprayer equipment.

D. Sow seed of the specified group as soon as preparation of the seedbed has been completed.

E. Sow uniformly by means of a rotary seeder, hydraulic equipment, or other satisfactory means at the rate of 1-1/2 pounds per 1,000 square feet, unless otherwise specified.

F. Inoculate Group "C" seed and seeds of legumes, when sown alone, before sowing in accordance with the recommendations of the manufacturer of the inoculant.

G. Do not perform seeding during windy weather, or when the ground surface is frozen, wet or otherwise non-tillable. No seeding shall be performed during December through February unless otherwise permitted.

H. When specified, provide seeding with mulch:

1. Spread hay or straw mulch evenly over the seeded area at an approximate rate of 75 pounds per 1,000 square feet immediately following the seeding operations. This rate may be varied by the Engineer, depending on the texture and condition of the mulch material and the characteristics of the area seeded.

2. Hold hay or straw mulch in place by the use of a mulch binder applied at the approximate rate of 4 gallons per 1,000 square feet as required.

E. Use Group "C" seed from February 1 to December 1 only when specified on the plans or otherwise approved.

F. All seed shall meet the requirements of the Tennessee Department of Agriculture.

G. Furnish the Engineer a certified laboratory report showing the analysis of the seed to be furnished. The report shall bear the signature of a senior seed technologist.

H. Inoculant for Legumes:

1. Nitrogen fixing bacteria cultures adapted to the particular seed to be treated.

2. Furnish in containers of a size sufficient to treat the specified quantity of seed to be planted.

2.02 MULCH MATERIALS

A. Hay composed of approved stalks from grasses, sedges, or legumes; or straw composed of stalks from rye, oats, wheat, or other approved grains.

B. Air dried and reasonably free from noxious weeds, weed seeds, and other detrimental plant growth.

C. Suitable for spreading with mulch blower machinery.

D. Wood fiber mulch, when used, shall meet the following specifications:

| | | |
|---|---|---|
| 1. | Moisture Content | 10.0% +/- 2% |
| 2. | Organic Matter | 99.4% +/- 0.2% |
| 3. | Ash Content | 0.6% +/- 0.2% |
| 4. | Water Hold Capacity | (Per Hundred .... 1050 Grams Minimum Grams of Oven Dry Fiber) |

E. Mulch Binders:

1. Cut back asphalt, Grade RC-70 or RC-250 conforming to AASHTO M-81, M-82 or M-141, for the type and grade specified.

2. Emulsified asphalt, Type SS-1 conforming to AASHTO M-140. In addition to Type SS-l, a special mixing material AE-3 or a special priming material AE-P may be specified.

E. In the event obstructions are disturbed, repair or replace as quickly as possible to the condition existing prior to their disturbance. This repair or replacement will not be a pay item.

F. If desired by the utility company, pay for the repair or replacement work performed by the forces of the utility company or other appropriate party.

G. If replacement or repair of disturbed obstructions is not performed after a reasonable period of time, the Owner may have the necessary work done and deduct the cost of same from payments to the Contractor.

2.09 INITIAL BACKFILLING

A. Do not begin backfilling before the Engineer has inspected the grade and alignment of the pipe, the bedding of the pipe, and the joints between the pipe. If backfill material is placed over the pipe before an inspection is made, reopen the trench in order for an inspection to be made.

B. Perform backfilling by hand, together with tamping, until fill has progressed to 18 inches above the top of the pipe.

1. Deposit Class I granular material, size 57, or 67, in streets, shoulders and driveways, or in unimproved areas use loose soil free from lumps, clods, frozen material or stones in layers approximately 6 inches thick. Crushed stone so placed shall not be a pay item, but included in the price per linear foot of pipe.

2. Compact by hand, or with manually operated machine tampers actuated by compressed air or other suitable means.

3. Use tamps and machines of a suitable type which do not crush or otherwise damage the pipe.

2.10 FINAL BACKFILLING

A. After the backfill has reached a point 18 inches or more above the top of the pipe, perform final backfilling depending upon the location of the work and danger from subsequent settlement.

B. Backfilling in unimproved areas:

1. Dispose of and replace all soft or yielding material which is unsuitable for trench backfill with suitable material.

2. Deposit backfill to the surface of the ground by dragline, bulldozer, or other suitable equipment in such a manner so as not to disturb the pipe.


Case 3:04-cv-00555 Document 77 Filed 07/19/05 Page 35 of 50 PageID #: 419

D. Align trench as shown on the Plans unless a change is necessary to miss an unforeseen obstruction.

E. For water, or force main pipe, shape the bottom of the trench to provide uniform bearing of the pipe on undisturbed earth, or crushed stone where required, throughout its entire length. Dig bell holes to aid in securing uniform support of the pipe.

F. When unstable soil is encountered at the trench bottom, remove it to a depth required to assure support of the pipeline and backfill to the proper grade with coarse aggregate AASHTO M-43, Size No. 2 or 3. This will be a pay item under crushed stone for undercutting material.

G. Remove rock encountered in trench excavation to a depth of 6 inches below the bottom of the pipe barrel, backfill with an approved material, and compact to uniformly support the pipe. In no case shall solid rock exist within 6 inches of the finished pipeline.

H. When rock borings or soundings are provided, they are for information only and do not guarantee existing conditions. Make such investigations as deemed necessary to determine existing conditions.

2.03 SHEETING, SHORING AND BRACING

A. When necessary furnish, put in place, and maintain such sheeting, bracing, etc., as may be required to support the sides of the excavation and to prevent movement.

B. Take care to prevent voids outside the sheeting.

C. If voids are formed, immediately fill and ram the void area.

D. Devise plans for performing this work.

E. Unless adjacent facilities will be injured, remove all sheeting, shoring, and bracing after backfill has been placed to a depth of 18 inches over the pipeline.

F. Cut shoring off at the top of the pipe and leave the lower section in the trench.

2.04 USE OF EXPLOSIVES

A. Conduct all blasting operations in accordance with prevailing municipal, State, or other agency regulations, codes, ordinances, or laws.

B. Exercise due caution when blasting adjacent to existing structures and pipelines.

C. If structures or pipelines are damaged, promptly replace or repair them at no expense to Owner.

B. Provide on-site containers for the collection of waste materials, debris and rubbish.

C. Remove waste materials, debris and rubbish from the site periodically and dispose of at legal disposal areas away from the site.

3.02 FINAL CLEANING

A. Employ skilled workmen for final cleaning.

B. Broom clean exterior paved surfaces; rake clean other surfaces of the grounds.

C. Prior to final completion, or Owner occupancy, Contractor shall conduct an inspection of sight-exposed exterior surfaces, and all work areas, to verify that all work areas are clean.

END OF SECTION

2. For use by flagmen in directing traffic.

B. Provide illumination of critical traffic and parking areas.

1.06 CONSTRUCTION PARKING CONTROL

A. Control vehicular parking to preclude interference with public traffic of parking, access by emergency vehicles, Owner's operations, or construction operations.

B. Monitor parking of construction personnel's private vehicles:

1. Maintain free vehicular access to and through parking areas.

2. Prohibit parking on or adjacent to access roads, or in non-designated areas.

1.07 HAUL ROUTES

A. Consult with governing authorities, establish public thoroughfares which will be used as haul routes and site access.

B. Confine construction traffic to designated haul routes.

C. Provide traffic control at critical areas of haul routes to expedite traffic flow, to minimize interference with normal public traffic.

PART 2 PRODUCTS

(Not Used)

PART 3 EXECUTION

(Not Used)

END OF SECTION

B. Initiate and maintain a specific program to prevent accumulation of debris at construction site, storage and parking areas, or along access roads and haul routes.

1. Provide containers for deposit of debris as specified in Section 01710 - Cleaning.

END THIS SECTION

1.09 DISTRIBUTION:

A. Distribute reproductions of shop drawings and copies of product data which carry the Engineer stamp of approval to:

1. Job site file.

2. Other affected contractors.

3. Subcontractors.

4. Supplier or fabricators.

1.10 ENGINEER DUTIES:

A. Review submittals with reasonable promptness and in accordance with the schedule.

B. Affix stamp and initials or signature, and indicate requirements for resubmittal, or approval of submittal.

C. Return submittals to contractor for distribution, or for resubmission.

END OF SECTION



Case 3:04-cv-00555 Document 77 Filed 07/19/05 Page 41 of 50 PageID #: 425

1.05 SAMPLES:

A. Office samples shall be of sufficient size and quantity to clearly illustrate:

1. Functional characteristics of the product with integrally related parts and attachment devices.

2. Full range of color, texture and pattern.

1.06 CONTRACTOR'S RESPONSIBILITIES:

A. Review shop drawings, product data and samples prior to submission.

B. Determine and verify:

1. Field measurements.

2. Field construction criteria.

3. Catalog numbers and similar data.

4. Conformance with specifications.

C. Coordinate each submittal with requirements of the work and of the Contract documents.

D. Notify the Construction Manager in writing, at the time of submission, of any deviations in the submittals from requirements of the Contract documents.

E. Begin no fabrication or work which requires submittals until return of submittals with Engineer's approval.

1.07 SUBMISSION:

A. Make submittals promptly in accordance with approved schedule, and in such sequence as to cause no delay in the work or in the work of any other contractor.

B. Number of submittals required;

1. <u>Shop Drawings:</u> Submit eight (8) opaque reproductions or two (2) opaque reproductions and one (1) reproducible.

C. Submittals shall contain:

1. The date of submission and the dates of any previous submission.


Case 3:04-cv-00555 Document 77 Filed 07/19/05 Page 42 of 50 PageID #: 426

| | |
|---|---|
| ASTM | American Society for Testing and Materials<br>1916 Race Street<br>Philadelphia, Pennsylvania 19103 |
| AWWA | American Water Works Association<br>6666 W. Quincy Avenue<br>Denver, Colorado 80235 |
| FHWA | Federal Highway Administration<br>Federal Building, U.S. Courthouse<br>Nashville, Tennessee 37202 |
| FSS | Federal Specification and Standards<br>General Services Administration<br>Specifications and Consumer Information<br>Distribution Section (WFSIS)<br>Washington Navy Yard, Building 197<br>Washington, D.C. 20407 |
| TDOT | Tennessee Department of Transportation<br>James K. Polk Building<br>505 Deaderick Street<br>Nashville, Tennessee 37243 |

PART 2 PRODUCTS

(Not Used)

PART 3 EXECUTION

(Not Used)

END OF SECTION



Case 3:04-cv-00555 Document 77 Filed 07/19/05 Page 43 of 50 PageID #: 427

3. Require surveyor to replace project control points which may be lost or destroyed.

a. Establish replacements based on original survey control.

1.05 PROJECT SURVEY REQUIREMENTS

A. Establish a minimum of two permanent bench marks on site, when not present, referenced to data established by survey control points.

1. Record locations, with horizontal and vertical data, on Project Record Documents.

B. Establish lines and levels, locate and lay out, by instrumentation and similar appropriate means:

1. Site Improvements:

a. Stakes for grading, fill and topsoil placement.

b. Utility slopes and invert elevations.

2. Batter boards for structures.

C. From time to time, verify layouts by same methods.

1.06 RECORDS

A. Submit name and address of Surveyor and professional engineer to Engineer.

B. On request of Engineer, submit documentation to verify accuracy of field engineering work.

C. Submit certificate signed by registered engineer or surveyor certifying that elevations and locations of improvements are in conformance, or non-conformance, with Contract Documents.

PART 2 PRODUCTS

(Not Used)

PART 3 EXECUTION

(Not Used)

END OF SECTION

B. Request shall include:

1. Identification of the Project.

2. Description of affected work.

3. The necessity for cutting, alteration or excavation.

4. Effect on work of Owner, or any separate contractor, or on structural, or weatherproof integrity of Project.

5. Description of proposed work:

   a. Scope of cutting, patching, alteration, or excavation.

   b. Trades who will execute the work.

   c. Products proposed to be used.

   d. Extent of refinishing to be done.

6. Alternatives to cutting and patching.

7. Cost proposal, when applicable.

8. Written permission of any separate contractor whose work will be affected.

C. Should conditions of work or the schedule indicate a change of products from original installation, Contractor shall submit request for substitution.

D. Submit written notice to Engineer designating the date and the time the work will be uncovered.

PART 2 PRODUCTS

2.01 MATERIALS

A. Comply with specifications and standards for each specific product involved.

PART 3 EXECUTION

3.01 INSPECTION

A. Inspect existing conditions of project, including elements subject to damage or to movement during cutting and patching.

B. After uncovering work, inspect conditions affecting installation of products, or performance of work.



Case 3:04-cv-00555 Document 77 Filed 07/19/05 Page 46 of 50 PageID #: 430

December 5, 2002

To: Mayor Calloway

From: Kenneth Wilber

Ref: 16" Water Line Advantage Construction

After our meeting last week concerning this line they have made the one repair but, have not tested it yet. They did not winterize their test pump and let it freeze. According to them the retest is suppose to take place Saturday. John Coleman Hayes inspector will be there to view the test if they do it. As you can tell from this they are not doing what they agreed to in the meeting. I still feel like we need to inform their bonding company of their performance on this project in order to get it completed.

EXHIBIT

#10 Wilber
6-6-05 cm

December 27, 2002

To: Mayor Calloway

From: Kenneth Wilber (Public Works Superintendent)

Ref: Advantage Construction (Water Line Project)

I feel like this project is at a point where the City needs to start to look at all of our legal options. Since our meeting with the contractor and engineer here in Portland they are no closer too finishing the line now than they were then. I know our attorney has sent their bonding company a letter letting them know that the job is not being performed according to the contract. With as many problems that they are having in testing the line to the required pressure and the numbers of leaks already repaired it is obvious that we are not going to get a new line but a repaired one and this is not in the best interest of the City. I am not an attorney and cannot advise what our next step should be if the City wishes to start legal action. The longer we wait I feel like it will be harder and longer to have a resolution to this problem and a product that the City is comfortable with. Please let me know what you want me to do.

CC: Vice-Mayor Luther Bratton
Alderman Don Anderson
Alderman Jim Butler
Alderman Jerry Denning
Alderman Ronnie Meadows
Alderman Walter Morris
Alderwoman Marilyn Utley
City Attorney David Amonette

EXHIBIT

Advantage Construction Services, LLC
101 B West Railroad Street
Dickson, TN 37055

COPY

January 10, 2003

Transmitted via Facsimile (615) 452-5592
and US Mail

Mr. David M. Amonette
City Attorney
Amonette and Stubbs
554 West Main Street
Gallatin, TN 37066

RE: City of Portland Water System Improvements

Dear Mr. Amonette:

I received your letter dated January 8, 2003, regarding execution of specification section 18.02 of the General Conditions of the Contract. At this time we believe that the execution of this Section of the contract is improper and will lead to a greater dispute than what already exists. Please consider the following:

1. The pipeline has been fully installed and as of January 10, 2003, each joint of the pipeline has been fully exposed to allow for visual inspection for leaks. The pressure testing of the pipe is commencing, with the exposed joints being viewed directly for any leaks.
2. As you stated in your earlier correspondence, we have been performing repairs associated with a defect presented by the pipe manufacturer.
3. The City's Engineer failed to comply with the contract requirements General Conditions Section 19.1, which states that the engineer shall approve or reject the payment request within 10 days of the request. The approval (of PPE 2) was approximately one month after receipt of the request.
4. The City failed to comply with the General Conditions Section 19.1, which relates to payment within 10 days of receipt of the Engineers recommended payment. The Engineer did approve/recommend payment.
5. The lack of payment by the City has caused us to operate on reduced funding impacting the level of resources that could be placed on this job.
6. In accordance with General Conditions Section 15.4.2 the Contractor is due an extension to the contract for causes beyond the control of the Contractor. We submitted a letter to the Engineer dated October 14, 2002 notifying him of the cause of delay and notifying him that we were due an extension of time. To date we have not been informed that we did not receive that extension.
7. On two occasions the Public Works Director has "opened" a valve that then allowed unsanitised water to enter the operating City water system. This creates a condition in which the residents are exposed to contaminated drinking water. The Engineer's inspector was notified of this problem (following the first incident) and was requested to ask the City to not exercise this valve. This valve is part of the "new" waterline and is not an integral



EXHIBIT
#12 Wilber 6-6-05

component of the City's operating system (i.e. there is no reason that the City should have opened this valve).

8. Since receipt of your letter, the City has threatened our staff, with police arrest if they perform any work on the project. While the arrests have not occurred, the harassment is impacting our ability to perform.

It is unfortunate and obvious that we are entering an adversarial relationship that if continued will result in our challenging the City and both of us raising issues that will cause damage to both parties. There is no doubt that both parties have made mistakes in this process, ranging from our assumption that the pipe was not defective and would test in a short time period to the City's contaminating the residential water system.

It is our goal to have completed the testing and if needed, repair of any leak prior to the 10-day deadline. However, the complete cleanup and punchlist remediation may not be practically completed within that time. I recommend that the City, you and myself meet on-site to discuss the timing involved with our completing the work vs. our leaving the project and having new and different staff performing the same work that we would be performing. There is no doubt that the completion would be reached sooner with our forces remaining.

If you have any questions, please call me at (615) 740-0930.

Sincerely,
ADVANTAGE CONSTRUCTION SERVICES, LLC

Trent Smith, P.E.
Project Manager