John Coleman Hayes, P. C.
Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401 • Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415

COPY

December 30, 2002

RECEIVED ... 2003

The Honorable Jim Calloway
Mayor of Portland, Tennessee
100 South Russell
Portland, TN 37148

Re: Portland, Tennessee
New Water Treatment Plant
16" Ductile Water Line

Dear Mayor Calloway:

I received your letter of December 19, 2002, regarding our invoices #972 and #999. I appreciate the faith you and others have placed in us over the many years we have served the City of Portland. We are proud of the many successful improvements to the city infrastructure that we have accomplished by working together as a team. I would like very much to continue this team approach to assist you in your efforts to work out past water plant operational problems with the State.

The redundant 500-gallon miox tank and various fittings are being installed at the plant today. This should complete this State's requirements for the miox system.

As for the 16" water line, the contractor has not been on the job since last Monday but our inspector has checked on the job daily. It is the responsibility of the contractor to complete this project to meet the requirements of the plans, specifications and other contract documents.

We have not heard from the contractor's bonding company regarding any action on their part and I doubt that any action will be taken unless the bond is actually called.

There is a provision in the general conditions of the contract whereby the City can take possession of the project and see to its completion. If you choose this option I would notify the bonding company as well as the contractor and his sub-contractor accordingly with appropriate notice as per contract documents.

EXHIBIT
#6 Wilbur 6-6-05 LMW

I understand the latest test indicated seven leaks in a 250ft. length of pipe, which is totally unacceptable. This section and maybe other sections as well should probably be re-laid in its entirety.

We stand ready to assist the City of Portland in any way including recommendation of a contractor to complete this project in an acceptable and timely manner. I assure you that no one wants the job finished quickly and properly more than we do.

Sincerely,

John C. Hayes, Jr.
President

Jch123002

cc: David Amonette, City Attorney
Ken Wilber, Public Works Superintendent
John Gilmore, Project Engineer

John Coleman Hayes, P. C.
Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401 • Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415

COPY

October 8, 2002

Mr. Trent Smith
Advantage Construction Services, LLC
101-B West Railroad Street
Dickson, Tennessee 37055

RE: Contract 2 - Water Distribution Line
Water System Improvements
City of Portland, TN

Dear Trent:

I have enclosed U. S. Pipe's investigation of your complaints about "egg-shaped" pipe. This report shows gaskets that are torn from stabbing the pipe into place; you can read the report for yourself. The U.S. Pipe was in tolerance according to the report. If you have problems with the sleeves, or joints, I would suggest that you mic the joint in question for proof, or drop the allegations; bite the bullet and repair the leaks.

Your pipe supplier sent us copies of the invoices for this project. They indicate that $97, 379.58 was invoiced, and $65,000.00 was paid. You told me that the balance was not paid because of the pipe, or bad fittings. Meanwhile, the City and the project is suffering, and the time limit for completion of this project is the end of this month, at which time, liquidated damages would start. My suggestion is to get sufficient manpower and equipment on the project immediately and continue testing the line. If there is a leak, find it, investigate the problem, and if it is a pipe, or joint, call me after making sure that it is out of tolerance; otherwise, fix it and finish the project.

All vendors must be paid before the project can be closed out. Your cooperation would be appreciated.

Sincerely,

John E. Gilmore, Jr., P.E.
Chief Engineer

/dlm.JEGLtr.9611.1

Enclosure

cc: Mr. Ken Wilber, Director of Public Works, City of Portland, TN (w/encls)
File

EXHIBIT
#15 Wilber
6-6-05

## UNITED STATES PIPE & FOUNDRY CO., INC.

**Date**: 9/27/02

**TO:** Mr. T.E. Brakefield

**LOCATION:** G.O. Executive

**FROM:** Greg Key

**LOCATION:** Sales Engineering

**Customer Name:** W A Wood Supply Co./ Advantage Construction Co.

**Product**: 16" TJ-Bessemer Pipe

**Complaint No.( if available)**: N/A

**COPIES TO**: Messrs. T. Hines, M. Keel, J. M. LaRock, J. Spransy
T. Cwynar, J. Murray, W.H. Owen, S.J. Gables, R.W. Rowell, G. A. Craft,
M. Staglad

**Field / Complaint Summary (details of situation):**

Customer complained of several leaks and "egg-shaped" pipe. Mike Stegald and myself made a job-site visit.

**Technical Summary (application, dimensions, photos,etc.):**

Investigation revealed two leaks, one which had been repaired, and one that had just been uncovered. In place of cutting out the joint ( bell and spigot), the spigot was cut and pulled out, leaving the bell with the gasket in place. Examination of the bell revealed a cut gasket.



Cut Gasket at Joint

Examination of the gasket from the second joint also revealed a torn gasket. Gaskets torn in this manner are typically damaged during the assembly process as the pipe spigot is pushed into the bell; improper alignment ( stabbing the pipe into place) or insufficient lubrication can cause gaskets to be torn.



Torn Gasket of Second Joint

The alleged "egg-shaped" pipe issue was due to the crew not being able to slide a solid sleeve over the cut end of piece of pipe that was going to be used for the repair. The crew had cut the non-gauged pipe at the bell chime, which has the taper. Pipe is not to be cut within 2-feet of the bell chime for gauged pipe, and should be measured before cutting any piece of non-gauged pipe, this was explained to the customer. The cut end was measured and found to be 17.39", tolerance range is 17.45-17.32. Checking for ovality revealed a max. of 17.43" and min. of 17.31-within tolerance.

**Action Required (responsibility, salesmen involvement, etc.):**

None by USP.



Case 3:04-cv-00555 Document 78 Filed 07/19/05 Page 5 of 27 PageID #: 439

View Invoices

Customer: A01221 ADVANTAGE CONSTRUCTION SVCS
Balance: 61,293.28 View Mode: Open

| Inv Date | Invoice# | Description | Inv Amount | Open Amount |
|---|---|---|---|---|
| 06/17/02 | 2164348-0001 | PORTLAND | 91,034.72 | 26,034.72 |
| 07/06/02 | 2172843-0001 | 07/02/02 16:11:18 | 1,018.47 | 1,018.47 |
| 07/16/02 | 2172843-0002 | 07/02/02 16:11:18 | 181.33 | 181.33 |
| 07/23/02 | 2174952-0001 | PORTLAND 1 | 4,599.59 | 4,599.59 |
| 08/31/02 | 2187626-0001 | WEBSTER COUNTY,KY. | 17,868.93 | 17,868.93 |
| 08/31/02 | 2702936-0000 | SERVICE CHARGE | 990.52 | 990.52 |
| 09/10/02 | 2187626-0002 | WEBSTER COUNTY,KY. | 10,165.71 | 10,165.71 |
| 09/13/02 | 2189060-0001 | WEBSTER CTY KY | 2,312.82 | 2,312.82 |
| 09/13/02 | 2195112-0001 | PORTLAND | 284.29 | 284.29 |
| 09/19/02 | 2197181-0001 | PORTLAND | 261.18 | 261.18 |
| 09/24/02 | 2527143-0001 | 09/19/02 08:31:51 | -711.22 | -711.22 |
| 10/04/02 | 2527311-0001 | WEBSTER CTY KY | -1,713.06 | -1,713.06 |

F1=Help F2=Go F4=Quit F6=PowrDrill F7=Toolbox

Specify the invoice date.

# The Walter A. Wood Supply Company, Inc.

**REMIT TO**
4509 ROSSVILLE BOULEVARD
P.O. BOX 72847
CHATTANOOGA, TENNESSEE 37407-5847
PHONE 423/867-1033
FAX 423/867 7944

5638 MANCHESTER HWY.
P.O. BOX 308
MORRISON, TENNESSEE 37357-0308
PHONE 931/668-7866
FAX 931/668-3095

**INVOICE NUMBER**
2164348-01

A01221

BILL TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

SHIP TO: ADVANTAGE CONSTRUCTION SVCS
1-615-740-0937
PORTLAND TN

CUSTOMER P.O. NO. PORTLAND

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NO. | DATE |
|---|---|---|---|---|---|
| 2164348-01 | 644 | 06/07/02 | 104 | PORTLAND | 06/17/02 |

| INSTRUCTIONS | FRT. | PAGE NO. |
|---|---|---|
| DIRECT | P | 1 |

| QUANTITY ORDERED | QUANTITY B.O./RET. | QUANTITY SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 5200 | | 5223.40 | F* | *UD16" CL-350 DUCTILE IRON PIPE | EA | 16.1000 | 84096.74 |

CODE EXPLANATION
★ - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.
B - BALANCE BACK ORDERED
C - CONSIDER COMPLETE
D - DIRECT SHIPMENT
F - FACTORY MINIMUM
R - RETURNED CYL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| 0.00 | 0.00 |

NET TERMS: INV 30 DUE: 07/17/02

| | |
|---|---|
| SUB TOTAL | 84,096.74 |
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | 0.00 |
| FED./OTHER TAX | |
| STATE TAX | 6,937.98 |
| PAYMENT REC'D. | 0.00 |
| TOTAL AMT DUE | [illegible] |

# The Walter A. Wood Supply Company, Inc.

REMIT TO
4509 ROSSVILLE BOULEVARD
P.O. BOX 72847
CHATTANOOGA, TENNESSEE 37407-5847
PHONE 423/867-1033
FAX 423/867-7944

5638 MANCHESTER HWY.
P.O. BOX 308
MORRISON, TENNESSEE 37357-0308
PHONE 931/668-7866
FAX 931/668-3095

A01221

INVOICE NUMBER
2172843-01

BILL TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

SHIP TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

CUSTOMER P.O. NO. 07/02/02 16:11:18

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NO. | DATE |
|---|---|---|---|---|---|
| 2172843-01 | 644 | 07/02/02 | 104 | 07/02/02 16:11:18 | 07/06/02 |

| INSTRUCTIONS | FRT. | PAGE NO. |
|---|---|---|
| W/C | P | 1 |

| QUANTITY ORDERED | B.O./RET. | SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | | 1 | * | *UF16-MJ-22-1/2<br>16" MJ 22-1/2 | EA | 214.2000 | 214.20 |
| 3 | | 3 | * | UF16STD<br>16" MJ STD ACC SETS | EA | 31.9800 | 95.94 |
| 1 | | 1 | * | UF12-MJ-90-NO/ACC<br>12 MJ 90 NO ACCESSORIES | EA | 104.1300 | 104.13 |
| 1 | | 1 | * | FMFAST-905-8A<br>8" 8.63-9.05 8A TAP SLEEVE | EA | 400.0000 | 400.00 |
| 1 | | 1 | * | UF12X8-MJ-RED-NO/ACC<br>12X8 MJ RED NO ACCESSORIES | EA | 61.6200 | 61.62 |
| 2 | | 2 | * | UF8TRANS<br>8" MJ TRANS. ACC. SETS | EA | 9.9800 | 19.96 |
| 2 | | 2 | * | FTI562-S<br>24-36" CI VALVE BOX | EA | 22.5000 | 45.00 |
| 1 | 1 | 0 | B* | *UF16-MJ-PLUG<br>16" MJ PLUG | EA | 127.6000 | 0.00 |

CODE EXPLANATION
★ - STATE TAX APPLICABLE C - CONSIDER COMPLETE
# - FED/OTHER TAX APPLICABLE D - DIRECT SHIPMENT
+ - STATE & FEDERAL TAX APPL. F - FACTORY MINIMUM
B - BALANCE BACK ORDERED R - RETURNED CYL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| 0.00 | 0.00 |

NET TERMS: INV 30 DUE: 08/05/02

YOU MAY DEDUCT A CASH DISCOUNT
OF 18.82 IF PAID BY 07/16/02

| | |
|---|---|
| SUB TOTAL | 940.85 |
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | 0.00 |
| FED./OTHER TAX | |
| STATE TAX | 77.62 |
| PAYMENT REC'D. | 0.00 |
| TOTAL AMT DUE | [illegible] |

# The Walter A. Wood Supply Company, Inc.

**REMIT TO**
4509 ROSSVILLE BOULEVARD
P.O. BOX 72847
CHATTANOOGA, TENNESSEE 37407-5847
PHONE 423/867-1033
FAX 423/867 7944

5638 MANCHESTER HWY.
P.O. BOX 308
MORRISON, TENNESSEE 37357-0308
PHONE 931/668-7866
FAX 931/668-3095

A01221

INVOICE NUMBER
2172843-02

BILL TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

SHIP TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

CUSTOMER P.O. NO. 07/02/02 16:11:18

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NO. | DATE |
|---|---|---|---|---|---|
| 2172843-02 | 644 | 07/02/02 | 104 | 07/02/02 16:11:18 | 07/16/02 |

| INSTRUCTIONS | FRT. | PAGE NO. |
|---|---|---|
| W/C AVERITT | B | 1 |

| QUANTITY ORDERED | QUANTITY B.O./RET. | QUANTITY SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | | 1 | * | *UF16-MJ-PLUG<br>16" MJ PLUG | EA | 127.6000 | 127.60 |

CODE EXPLANATION
★ - STATE TAX APPLICABLE C - CONSIDER COMPLETE
# - FED/OTHER TAX APPLICABLE D - DIRECT SHIPMENT
+ - STATE & FEDERAL TAX APPL. F - FACTORY MINIMUM
B - BALANCE BACK ORDERED R - RETURNED CYL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| 0.00 | 39.91 |

NET TERMS: INV 30 DUE: 08/15/02

YOU MAY DEDUCT A CASH DISCOUNT
OF 2.55 IF PAID BY 07/26/02

| | |
|---|---|
| SUB TOTAL | 127.60 |
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | 39.91 |
| FED./OTHER TAX | |
| STATE TAX | 13.82 |
| PAYMENT REC'D. | 0.00 |
| TOTAL AMT DUE | 181.33 |

# The Walter A. Wood Supply Company, Inc.

**REMIT TO**
4509 ROSSVILLE BOULEVARD
P.O. BOX 72847
CHATTANOOGA, TENNESSEE 37407-5847
PHONE 423/867-1033
FAX 423/867 7944

5638 MANCHESTER HWY.
P.O. BOX 308
MORRISON, TENNESSEE 37357-0308
PHONE 931/668-7866
FAX 931/668-3095

**INVOICE NUMBER**
2174952-0001-02

A01221

615-740-0930

BILL TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

SHIP TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

CUSTOMER P.O. NO. PORTLAND 1

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NO. | DATE |
|---|---|---|---|---|---|
| 2174952-0001-02 | 644 | 07/10/02 | 104 | PORTLAND 1 | 07/23/02 |

| INSTRUCTIONS | FRT. | PAGE NO. |
|---|---|---|
| DIRECT | P | 1 |

| QUANTITY ORDERED | QUANTITY B.O./RET. | QUANTITY SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 259 | | 261.50 | F* | *UD16" CL-350 DUCTILE IRON PIPE | EA | 16.1000 | 4210.15 |

** THIS IS YOUR INVOICE **

CODE EXPLANATION
★ - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.
B - BALANCE BACK ORDERED
C - CONSIDER COMPLETE
D - DIRECT SHIPMENT
F - FACTORY MINIMUM
R - RETURNED CYL.

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

NET TERMS: INV 30 DUE: 08/22/02

YOU MAY DEDUCT A CASH DISCOUNT
OF $84.20 IF PAID BY 08/02/02

| | |
|---|---|
| SUB TOTAL | 4210.15 |
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | 389.44 |
| STATE TAX | 0.00 |
| PAYMENT REC'D. | |
| TOTAL AMT DUE | [illegible] |

Case 3:04-cv-00555 Document 78 Filed 07/19/05 Page 10 of 27 PageID #: 444

# The Walter A. Wood Supply Company, Inc.

**REMIT TO**
4509 ROSSVILLE BOULEVARD
P.O. BOX 72847
CHATTANOOGA, TENNESSEE 37407-5847
PHONE 423/867-1033
FAX 423/867 7944

5638 MANCHESTER HWY.
P.O. BOX 308
MORRISON, TENNESSEE 37357-0308
PHONE 931/668-7866
FAX 931/668-3095

INVOICE NUMBER
2195112-01

A01221

BILL TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

SHIP TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

CUSTOMER P.O. NO. PORTLAND

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NO. | DATE |
|---|---|---|---|---|---|
| 2195112-01 | 644 | 09/10/02 | 642 | PORTLAND | 09/13/02 |

| INSTRUCTIONS | FRT. | PAGE NO. |
|---|---|---|
| | P | 1 |

| QUANTITY ORDERED | B.O./RET. | SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | | 1 | * | UF16-MJ-LNG-SLV-NO/ACC<br>16" MJ LNG SLV NO ACC | EA | 175.1100 | 175.11 |
| 2 | | 2 | * | UF16STD<br>16" MJ STD ACC SETS | EA | 31.9800 | 63.96 |
| 1 | | 1 | * | *16" TJ GASKETS ONLY | EA | 21.1500 | 21.15 |

CODE EXPLANATION
★ - STATE TAX APPLICABLE C - CONSIDER COMPLETE
# - FED/OTHER TAX APPLICABLE D - DIRECT SHIPMENT
+ - STATE & FEDERAL TAX APPL. F - FACTORY MINIMUM
B - BALANCE BACK ORDERED R - RETURNED CYL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| 0.00 | 0.00 |

NET TERMS: INV 30 DUE: 10/13/02

YOU MAY DEDUCT A CASH DISCOUNT
OF 5.20 IF PAID BY 09/23/02

| | |
|---|---|
| SUB TOTAL | 260.22 |
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | 0.00 |
| FED./OTHER TAX | |
| STATE TAX | 24.07 |
| PAYMENT REC'D. | 0.00 |
| TOTAL AMT DUE | 284.29 |

# The Walter A. Wood Supply Company, Inc.

**REMIT TO**
4509 ROSSVILLE BOULEVARD
P.O. BOX 72847
CHATTANOOGA, TENNESSEE 37407-5847
PHONE 423/867-1033
FAX 423/867-7944

5638 MANCHESTER HWY.
P.O. BOX 308
MORRISON, TENNESSEE 37357-0308
PHONE 931/668-7866
FAX 931/668-3095

A01221

**INVOICE NUMBER**
2197181-01

BILL TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

SHIP TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

CUSTOMER P.O. NO. PORTLAND

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NO. | DATE |
|---|---|---|---|---|---|
| 2197181-01 | 644 | 09/16/02 | 681 | PORTLAND | 09/19/02 |

| INSTRUCTIONS | FRT. | PAGE NO. |
|---|---|---|
| W/C | P | 1 |

| QUANTITY ORDERED | QUANTITY B.O./RET. | QUANTITY SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | | 1 | * | UF16-MJ-LNG-SLV-NO/ACC<br>16" MJ LNG SLV NO ACC | EA | 175.1100 | 175.11 |
| 2 | | 2 | * | UF16STD<br>16" MJ STD ACC SETS | EA | 31.9800 | 63.96 |

CODE EXPLANATION
★ - STATE TAX APPLICABLE C - CONSIDER COMPLETE
# - FED/OTHER TAX APPLICABLE D - DIRECT SHIPMENT
+ - STATE & FEDERAL TAX APPL. F - FACTORY MINIMUM
B - BALANCE BACK ORDERED R - RETURNED CYL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| 0.00 | 0.00 |

NET TERMS: INV 30 DUE: 10/19/02

YOU MAY DEDUCT A CASH DISCOUNT
OF 4.78 IF PAID BY 09/29/02

| | |
|---|---|
| SUB TOTAL | 239.07 |
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | 0.00 |
| FED./OTHER TAX | |
| STATE TAX | 22.11 |
| PAYMENT REC'D. | 0.00 |
| TOTAL AMT DUE | 261.18 |

# DAVID M. AMONETTE & ASSOCIATES

ATTORNEYS AT LAW

RICHLAND BUILDING
100 MAIN STREET, SUITE 104
P.O. BOX 366
PORTLAND, TN 37148-0366
TELEPHONE: (615) 325-1806
FAX: (615) 325-1807

GALLATIN
AMONETTE & STUBBS
554 WEST MAIN ST.
GALLATIN, TN 37066
TEL: (615) 452-5537
FAX: (615) 452-5592

December 19, 2002

Robert L. Harris
Patricia S. Phipps or
Charles B. Royse
RLI Insurance Company
P. O. Box 30669
Middleburg Heights, OH 44130

RE: Advantage Construction Services, LLC
Performance and Payment Bond No. SSB-337832
Project: Water System Improvements, Contract 2 - Water Distribution Line

Dear Ladies and Gentlemen:

I am the City Attorney for the City of Portland. As City Attorney, I have been instructed to notify you of a potential claim by the City of Portland arising out of the above-referenced matter. As you are aware, Advantage Construction Services, LLC was awarded the contract on May 15, 2002, for installation of a water distribution line from the Water Treatment Plant into the City of Portland, Tennessee. According to the Notice to Proceed, installation of such water line was to begin on or before June 3, 2002 and the contract completion date was to be October 31, 2002. Completion time was 150 consecutive calendar days after the begin date.

The Agreement between Advantage Construction Services, LLC and the City of Portland states:

> "The CONTRACTOR will commence the work required by the CONTRACT DOCUMENTS within 10 calendar days after the date of the NOTICE TO PROCEED and will complete the same within 150 calendar days unless the period for completion is extended otherwise by the CONTRACT DOCUMENTS."

EXHIBIT



2/14/Dcf
6-6-05

In relation to liquidated damages, the Bid states:

> "BIDDER agrees to pay as liquidated damages, the sum of $300.00 for each consecutive day thereafter as provided in Section 1 of the General Conditions."

As of today's date, December 19, 2002, the work has yet to be completed. We have been advised by the Contractor or its Subcontractor that delay has been due in part to faulty material, that being the sections of pipe installed. Testing for the pipes has been commenced and I am advised that there have been seven (7) leaks in approximately 240 sections of laid pipe. The City of Portland has contacted the manufacturer's representative for the pipe company and apparently they are investigating the matter. As of this time, the Engineer for the City has not been able to give assurance that the pipe as constructed will test properly. Due to the failure to complete the project timely, liquidated damages continue to escalate.

Because of the foregoing circumstances, the City of Portland thought it prudent to notify you as the Surety of a potential claim against your company as the Surety. The City of Portland requests that you investigate this matter.

As indicated below, we are sending a copy of this letter to the Contractor, the City's Engineer, John Coleman Hays and Associates, and the appropriate officials with the City of Portland. Should there be questions, feel free to contact myself or Mayor Calloway with the City of Portland.

Sincerely,

David M. Amonette
City Attorney

DMA/jm

Mayor Jim Calloway, City of Portland
Mr. Ken Wilber, Superintendent of Public Works
City of Portland
Mr. John Gilmore, Engineer, John Coleman Hayes, P.C.
Mr. Trent B. Smith, Owner, Advantage Construction Services, LLC

C:\OFFICE\WPWIN\WPDOCS\MUNICIPA\COPBOND.LTR

# Advantage Construction Services, LLC

101 B W Railroad Street
Dickson, TN 37055

## FAX MEMORANDUM

| | | | |
|---|---|---|---|
| **DATE:** | December 13, 2002 | **TIME:** | 8:48 AM |
| **TO:** | Mr. John E. Gilmore, Jr., P.E.<br>John Coleman Hayes, P.C. | **PHONE:**<br>**FAX:** | (615) 269-6397<br>(615) 269-6415 |
| **FROM:** | Trent Smith, P.E.<br>Advantage Construction | **PHONE:**<br>**FAX:** | (615) 740-0930<br>(615) 740-0504 |

**RE:** **Portland Water Project**

**CC:** Mr. Kenneth Wilber, Public Works Director 615 325-5345

**Number of pages including cover sheet: 1**

---

The following is the status and anticipated schedule for the completion of the waterline project:

1. Repairing leak at Sta 2+00 ±
2. Due to concern with re-using gaskets, new gaskets have been ordered and are promised for delivery on Friday December 13, 2002.
3. Leak repair and relaying pipe at this location to be performed Friday (barring severe weather).
4. The pipe trench to be backfilled only enough to allow for filling and testing.
5. Upon completion of No. 3, commence with refilling waterline Friday.
6. Upon completion of No. 4, Testing to commence Saturday December 14, 2002.
7. As weather allows (or wet soils dry) crushed stone bedding will be placed in this pipe area.
8. Upon successful completion of testing please provide a punch list. Remediation of punch list items will be initiated next week.

101-B West Railroad Street, Dickson, TN 37055

EXHIBIT
#16 Wilber
6-605 cw

John Coleman Hayes, P.C.
Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401, Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415 E-MAIL JCHAYESPC@AOL.COM

# FACSIMILE COVER SHEET

TO: Mr. Ken Wilber
Director of Public Works

COMPANY: City of Portland

PHONE: 325-6776

FAX: 325-5345

FROM: Mr. John E. Gilmore, Jr., P. E.

PHONE: 615-269-6397

FAX: 615-269-6415

DATE: 12/18/02

PAGES INCLUDING THIS COVER PAGE: Two (2)

COMMENTS: Danny retired a while back and could only make so much money. He has reached the limit, so we had to have a replacement. The replacement's name is Ralph Kiefer. He has an impressive resume and he will be good to finish this job; his resume is attached. No one expected this job to last this long.

CC: Honorable Jim Calloway, Mayor, City of Portland, TN
FAX: 325-5345

CC: Ms. Barbara Brown, U. S. Department of Agriculture, Rural Development
FAX: 783-1340

EXHIBIT
#17 Wilber

700 Welsh Drive, LaVergne, TN 37086 615.319.1036

# RALPH L. KIEFER

**Experience**

1980-1986 Consolidated Utilities Murfreesboro, TN

**Maintenance**

- General Maintenance – Repair leaks in service, and installed new water lines

1986–1988 Consolidated Utilities Murfreesboro, TN

**INSPECTOR**

- New installations and Repair installations

1988-1999 Portland Utilities Portland, TN

**Superintendent**

- Managed Crew / Installation of Water Lines & Sewer
- Managed Crew / Relocation of Water Lines & Sewer

1999-current Pitt Excavating Goodlettsville, TN

**Superintendent**

- Manage Crew / Pipe Installation of Water Lines & Sewer
- Manage Crew / Pipe Relocation of Water Lines & Sewer

**Education**

1976 - 1980 Louisville Baylor Louisville, KY

- Certification by OSHA
- Training / America Pipe Company for DIP Pipe
- Training / Vulcan Plastic Pipe
- Various Training Sessions offered by Hayes Pipe & Hughes Supply

AMONETTE AND STUBBS
ATTORNEYS AT LAW
AN ASSOCIATION OF SOLE PRACTITIONERS
554 WEST MAIN STREET
GALLATIN, TENNESSEE 37066

DAVID M. AMONETTE
WALTER H. STUBBS

GALLATIN
(615) 452-5537

TELECOPIER
(615) 452-5592

RECEIVED AUG 8 2003

August 7, 2003

Mr. Angus Gillis, III
Schulman, LeRoy, Bennett, P.C.
P.O. Box 190676
Suite 701, 501 Union Building
Nashville, Tennessee 37219-0676

Re: RLI Insurance Company/City of Portland

Dear Angus:

At its last meeting the City of Portland again deferred final action to approve a settlement agreement with your client, RLI Insurance Company. I have been requested to ask for certain modifications in the agreement which are included as set forth in the enclosed proposed agreement that I have drafted. It is believed that these changes are reasonable and are based upon your client's obligations to honor the payment and performance bonds it has issued.

The City has now rebid the project and awarded the contract to Norris Construction Company as the low bidder with construction expected to commence soon. The bid of Norris is for the sum of $107,037.50. Consequently the city is requesting a change in the agreement to increase the amount paid by RLI from $40,000.00 to $46,216.50.

As we have discussed, the City intends in the reconstruction to reuse the pipe originally installed, except for the pipe that was damaged. The cost of the damaged pipe to be replaced is included in the bid by Norris. It is, however, unknown if other pipe which is to be reused has been damaged and will require replacement. This will not be known until the reconstruction is commenced. Because of these circumstances, the City believes it is reasonable for RLI to indemnify the City for the cost of any pipe that requires replacement but which can not yet be determined. It is believed that the risk of this possibility is minimal.

Please forward the enclosed agreement to your client for approval and hopefully we can conclude this matter at the regularly scheduled of the City scheduled in September.

Very Truly Yours,

David M. Amonette

DMA\aa
Enclosure

Cc: Mayor Jim Calloway
Ken Wilbur

C:\City of Portland\Gillis, A – letter 080603

EXHIBIT
#18 Wilbur

RELEASE, ASSIGNMENT AND AGREEMENT

**WHEREAS**, RLI Insurance Company, a surety corporation with principal offices in Peoria, Illinois, hereinafter "Surety", executed as Surety a bond covering the following contract:

| | |
|---|---|
| Principal | Advantage Construction Services, LLC |
| Bond No. | 337832 |
| Type of Bond | Performance Bond |
| Obligee | City of Portland, Tennessee |
| Project | Water System Improvements Contract 2- Water Distribution Line |

and

**WHEREAS**, City of Portland, Tennessee has made claim against the Surety under said bond and does covenant and warrant that Advantage Construction Services, LLC has not performed the work in accordance with the plans and specifications, and

**WHEREAS**, the original contract amount was in the amount of $136,169.00, and

**WHEREAS**, there was one change order to the contract in the amount of $2,839.32 dated July 24, 2002, and

**WHEREAS**, the sum of $75,348.00 has been paid under the contract; and

**WHEREAS**, $63,660.32 remains unpaid under the contract; and

**WHEREAS**, City of Portland and RLI Insurance Company have agreed to resolve any claims that the City of Portland may have against RLI Insurance Company subject to the terms as contained herein; and

**WHEREAS**, the parties wish to execute this Release and Assignment to set forth their agreement.

**NOW, THEREFORE**, for and in consideration of the premises, the payment by the Surety of the sum of $42,216.50 to the City of Portland, Tennessee, the parties agree as follows:



Case 3:04-cv-00555 Document 78 Filed 07/19/05 Page 19 of 27 PageID #: 453

1. The City of Portland, Tennessee, for and on behalf of itself, its officers, elected officials successors and assigns, does hereby release RLI Insurance Company, its officers, directors, successors and assigns from any and all liability that RLI Insurance Company might have to the City of Portland under the Performance Bond which bears Bond No. 337832 and which is the Performance Bond for the Water System Improvements, Contract 2 – Water Distribution Line (the Project).

2. The City of Portland, Tennessee shall be responsible for the completion of the work that was to be performed by Advantage Construction Services, LLC and for the correction of any work performed by Advantage Construction Services, LLC or its subcontractors.

3. There is a Payment Bond issued on this project which also bears Bon NO. 337832 under which the principal is Advantage Construction Services, LLC, the Surety is RLI Insurance Company and the City of Portland is the owner or oblige. The Payment Bond shall remain in full force and effect in accordance with its terms and applicable law for any claims for labor, materials or other services that are properly and timely made for all such labor, materials or other services provided to the project prior to January 22, 2003.

Nothing herein shall be construed as a waiver or relinquishment of any defenses Surety has against any claims made by any material suppliers. Each of the parties represent and warrant that they are not aware of any potential claims by material suppliers except for a claim by Walter A. Wood Supply Company, Inc., the alleged pipe supplier and a company who alleges it supplied fuel to the Project.

4. The City of Portland, Tennessee does hereby assign, transfer and set over to said Surety and all claims it has of any nature against Advantage Construction Services, LLC and its successors, assigns, officers, owners and members as well as any claims it has against any

IN WITNESS WHEREOF, the parties have hereunto set their hands on the day and date set forth opposite their names.

Dated: ______________________________

CITY OF PORTLAND, TENNESSEE
By: ______________________________
Mayor Jim Calloway

Dated: ______________________________

RLI INSURANCE COMPANY
By: ______________________________
Timothy E. Winship
Its: ______________________________

SURETY

STATE OF TENNESSEE
COUNTY OF SUMNER

Before me, ________________________ of the State and County aforesaid, personally appeared Mayor Jim Calloway, with whom I am personally acquainted, or proved to me on the basis satisfactory evidence, and who, upon oath acknowledged himself to be the Mayor of City of Portland, Tennessee, the within bargainor, and that he as such Mayor being so authorized to do, executed the foregoing instrument for the purpose therein contained by signing the name of the City of Portland, Tennessee by himself as Mayor.

Witness my hand and official seal at ________________, Sumner County, Tennessee, this the ___ day of ________________, 2003.

______________________________________
NOTARY PUBLIC

My commission expires:

______________________

STATE OF TENNESSEE
COUNTY OF ______________

Before me, __________________________ of the State of Tennessee and County aforesaid, personally appeared Timothy E. Winship, with whom I am personally acquainted or proved to me on the basis satisfactory evidence, and who, upon oath acknowledged himself to be the _____________ of RLI Insurance Company, the within bargainor and that he as such ____________________ being so authorized to do, executed the foregoing instrument for the



Case 3:04-cv-00555 Document 78 Filed 07/19/05 Page 21 of 27 PageID #: 455

purpose therein contained by signing the name of the RLI Insurance Company by himself as ________________.

Witness my hand and official seal at ________________, ______________ County, Tennessee, this the ___ day of ________________, 2003.

______________________________________
NOTARY PUBLIC

My commission expires:

______________________
c:\city of Portland\RLI Agreement

Resolution

# City of Portland, Tennessee

No. 4750

**A RESOLUTION AUTHORIZING THE ACCEPTANCE OF THE BEST BID FOR NEW CONSTRUCTION FOR A WATER LINE FROM THE NEW WATER PLANT TO THE CITY OF PORTLAND.**

**WHEREAS**, the reconstruction of the 16-inch water line which the City has taken over from Advantage Construction on January 20, 2003, due to failure to complete construction; and

**WHEREAS**, the following bids have been properly solicited and received for a water line from the new water plant to the City of Portland which is included in the new water treatment plant and lake project; and

| **BIDDING CONTRACTOR** | **BID AMOUNT** |
|---|---|
| Jenkins Construction | $109,050.00 |
| 101 Construction Company | $164,430.00 |
| Norris Construction | $107,037.50 |

**WHEREAS**, this project has been properly re-bid due to Advantage Construction failure to complete the project; and

**WHEREAS**, the funding will be from the remainder of this project which leaves $60, 821.00 and funding from Advantage's insurance company; and

**WHEREAS**, the City of Portland Public Works Inspector will be doing inspections on the project; and

**NOW, THEREFORE BE IT RESOLVED** by the Mayor and Board of Aldermen of the City of Portland accept the best bid from Norris Construction for the reconstruction of the 16-inch line water line; and

**BE IT FURTHER RESOLVED** that this Resolution shall become effective upon its passage, the public welfare requiring it.

EXHIBIT

#19 Wilbur 4-7-05 cm

Mayor

Acting City Recorder

Approved this 4th day of August, 2003

Res_4750_bid_new 16inch_waterline

COPY

Jim Calloway,
Mayor

Luther Bratton,
Vice-Mayor

City Council:
Don Anderson
Jim Butler
Jerry Denning
Ronnie Meadows
Walter "Buck" Morris
Marilyn Utley

CITY OF PORTLAND, TN
Proud, Progressive Portland
Home of the STRAWBERRY FESTIVAL

100 South Russell, Portland, Tennessee 37148
615-325-6776

July 23, 2002

Mr. Trent Smith
Advantage Construction Services, LLC
101 B. W. Railroad
Dickson, Tennessee 37055

RE: Construction Damage

On Wednesday, July 17, 2002, the water distribution main that is the sole source of water delivery from Portland's Water Treatment to our storage facilities in and around downtown Portland was seriously damaged by Advantage Construction, while working to install a new water distribution main.

Ken Wilber, Public Works Superintendent, has calculated the cost of the lost water, manpower, overtime, and materials to make the repair. A bill reflecting that cost is enclosed.

We understand that accidents such as this can happen during construction, however, we cannot absorb the costs associated with the repair. Please remit payment for the repair to damages by August 1, 2002, to:

City of Portland
Attn: Kenneth Wilber
100 South Russell Street
Portland, Tennessee 37148

Your prompt attention to this matter will be very much appreciated.

Thank you,

Jim Calloway

Jim Calloway
Mayor

JC:tk

ENCL

EXHIBIT

# CITY OF PORTLAND

100 SOUTH RUSSELL STREET
PORTLAND, TENNESSEE 37148
(615) 325-6776 fax (615) 325-7075 OR 325-5345

**Invoice No.** 308

## *INVOICE*

**Customer**

Name: Advantage Construction Services LLC
Address: 101 B. W. Railroad
City: Dickson State: TN ZIP: 37055
Phone:

Date: 7/23/02
Order No.:
Rep:
FOB:

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| | Labor | | $1,734.03 |
| | 2-sleeves w/gaskets | | $238.00 |
| | Joint of 12-inch pipe C900 | | $206.00 |
| | Lost water | | $572.00 |
| | Rock | | $67.00 |
| | Backhoe | | $120.00 |
| | ***Ref: Reimbursement for water line damage*** | | |
| | | SubTotal | $2,937.03 |
| | | Shipping & Handling | |
| | | Taxes | |
| | | **TOTAL** | $2,937.03 |

**Payment Details**

- ○ Cash
- ◉ Check
- ○ 0

Name ______
CC # ______
Expires ______

Office Use Only

*RETURN ORANGE COPY WITH PAYMENT!*

*THANK YOU!*

Jim Calloway,
Mayor

Luther Bratton,
Vice-Mayor

City Council:
Don Anderson
Jim Butler
Jerry Denning
Ronnie Meadows
Walter "Buck" Morris
Marilyn Utley

CITY OF PORTLAND, TN

Proud, Progressive Portland

Home of the STRAWBERRY FESTIVAL

100 South Russell, Portland, Tennessee 37148
615-325-6776

September 17, 2002

Mr. Trent Smith
Advantage Construction Services, LLC
101-B West Railroad Street
Dickson, Tennessee 37055

RE: City of Portland - Water Distribution Main Project
Third Correspondence

Mr. Smith,

We are in receipt of *Partial Pay Estimate #2* from Advantage in the amount of $49,359.49 for work performed from June 15 to July 23, 2002. However, we still have not received a response from Advantage regarding the letter and attached invoice from our office dated August 8, 2002.

We're also concerned that kickers were covered on the work before the Project Inspector viewed and approved the installation on July 15, 2002.

We are thereby withholding any payment for *Partial Pay Estimate #2* until we've been given sufficient reason to believe that an effort is being made on the part of the contractor to rectify these issues.

Please contact my office at 615/325-6776 to discuss this matter.

Thank you,

Jim Calloway

Jim Calloway
Mayor

JC:tk

EXHIBIT
#23 Wilber
6-6-05