*Portion of log that hadn't yet been submitted - they were holding to attach to 3rd invoice*

COPY

Unnumbered Letter

DAILY INSPECTION REPORT

Report No. 26

Date 5/7/05

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements: Contract 2 - Water Distribution Lines

Work Location: Portland, TN

Weather Conditions: *90° THUNDERSTORMS*

Description of Work Accomplished: *FILLING 16" DIP WATERLINE & GETTING AIR OUT.*

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

EXHIBIT

*#21 wilbr 6-6-05 LW*

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: *4*

Contractor Hours Today: *8*

Number of Crews Working: *1*

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: *Danny Hall*

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The Engineer must submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.

(1) Assigned by Resident Inspector in consecutive order beginning ...

COPY

Unnumbered Letter

# DAILY INSPECTION REPORT

Report No. 27 (1)
Date 10-7-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: Cloudy 76°

Description of Work Accomplished: PRESSURE TESTING 16" D.I.P. WATER LINE CONT. DID NOT GET LINE PUMPED UP.

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 4

Contractor Hours Today: 4
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering Project Inspection Invoice submitted. The reports and invoice should cover the same timeframe.

Case 3:04-cv-00555 Document 79 Filed 07/19/05 Page 2 of 40 PageID #: 463

(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

COPY
Unnumbered Letter

# DAILY INSPECTION REPORT

Report No. 28 (1)
Date 10-10-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: 70° RAINY

Description of Work Accomplished: MET WITH CONT. & U.S. PIPE REPRESENTIVE TO CHECK PIPE THAT WAS LEAKING

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 4

Contractor Hours Today: 4
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Donny Hawkes

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection invoice submitted. The reports and invoices should cover the same timeframe.



(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

COPY Unnumbered Letter

# DAILY INSPECTION REPORT

Report No. 29 (1)
Date 11-29-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: SUNNY 50°

Description of Work Accomplished: FIXING LEAK IN 16" DIP WATER LINE, BELL WAS LEAKING CENT. CUT OUT SECTION PIPE INSTALLED 11¼° BEND & SLEEVE, HE DID NOT SAFE VOID UNDER PIPE WITH 57

Items of Interest Which Occurred: CRUSHED STONE & HE BACKFILLED WITH MUD WITH BIG ROCK MIXED IN.

Delays or Work Restraining Orders: KICKER ON 11¼° BEND LOOKS INSUFFICIENT.

Change Orders Requested/Authorized: ~~You didn't sign because of this. Do you still have~~

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 4

Contractor Hours Today: 4
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [ ] Yes [X] No

Resident Inspector: Danny Hawkes

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.
Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.

(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

FILE Contract 2

John Coleman Hayes, P. C.
Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401 • Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415

COPY

August 29, 2002

Ken – this is the one we pd. – log is attached

Ms. Teresa Keen
City of Portland
100 South Russell Street
Portland, Tennessee 37148

RE: Recommendations for Payment
Water System Improvements
Contract 1 – Water Treatment Plant (Recommendation No. 21)
Contract 2 – Water Distribution Line (Recommendation No. 2)
JCH Project No. 9611

Dear Ms. Keen:

Enclosed, for the Mayor's review and signature, are complete Recommendation for Payment packages for contractor work on the referenced projects; packages are marked "City of Portland Copy". Also enclosed is an additional copy of the contractor's pay request, which is marked "RD Copy", and is provided for the Mayor's review and signature as well. Upon approval and signature of these RD copies, please fax the signature page only of each pay request and mail each "RD Copy" of the pay request to Ms. Barbara Brown at the following fax number and address:

Ms. Barbara Brown
U. S. Department of Agriculture, Rural Development
3322 West End Avenue, Suite 302
Nashville, TN 37203-6835
Fax: (615) 783-1340

Per Ms. Brown's direction, I have also provided her a complete copy of the Recommendation for Payment package, and have provided the contractor copies of the Recommendation of Payment and Partial Payment Estimate for their record. Should you have any questions, please do not hesitate to contact this office.

Sincerely,

John E. Gilmore, Jr., P. E.
Chief Engineer

/dlm.JGLtr.9611.1

Enclosures

M/R: Complete Pkgs 1st Class Mailed to Teresa Keen & Barbara Brown on 8/29/02; copy of Recommendation of Payment & Partial Payment Request 1st Class Mailed to W. Rogers Company & Advantage Construction Services LLC on 8/29/02 - dlm

cc: Ms. Barbara Brown, U. S. Department of Agriculture, Rural Development
Jill Boone
File

# RECOMMENDATION OF PAYMENT

OWNER's Project No. ................ ENGINEER's Project No. 9611

Project Water Distribution Line

CONTRACTOR Advantage Construction Services, LLC

Contract For Water System Improvement Contract 2 Contract Date May 15, 2002

Application Date 7/24/02 Application Amount $49,359.49

For Period Ending 7/23/02

To City of Portland
OWNER

Attached hereto is the CONTRACTOR's Application for Payment for Work accomplished under the Contract through the date indicated above. The Application meets the requirements of the Contract Documents and includes the CONTRACTOR's Certificate stating that all previous payments to him under the Contract have been applied by him to discharge in full all of his obligations in connection with the Work covered by all prior Applications for Payments.

In accordance with the Contract the undersigned recommends payment to the CONTRACTOR of the amount due as shown below.

John Coleman Hayes, P.C.
ENGINEER

Dated August 29, 2002, XX By [signature]

## STATEMENT OF WORK

| | | | |
|---|---|---|---|
| Original Contract Price | $ 136,169.00 | Work to Date | $ 139,008.32 |
| Net Change Orders | $ 2,839.32 | Amount Retained | $ 14,300.83 |
| Current Contract Price | $ 139,008.32 | Subtotal | $ 124,707.49 |
| Work to be Done | $ 14,300.83 | Previous Payments Recommended | $ 75,348.00 |
| | | Amount Due This Payment | $ 49,359.49 |

NSPE-ACEC 1910-8-C (1978 Edition)

© 1978, National Society of Professional Engineers

FORM APPROVED
OMB NO. 0575-004

USDA-FmHA
Form FmHA 1924-18
(Rev. 2/87)

# PARTIAL PAYMENT ESTIMATE

CONTRACT NO.

PARTIAL PAYMENT ESTIMATE NO. 2

PAGE 1 OF 2

OWNER: City of Portland

CONTRACTOR: Advantage Construction Svcs.

PERIOD OF ESTIMATE
FROM 6/15 TO 7/23

## CONTRACT CHANGE ORDER SUMMARY

| No. | FmHA Approval Date | Amount | |
|---|---|---|---|
| | | Additions | Deductions |
| | | | |
| TOTALS | | | |
| NET CHANGE | | | |

## ESTIMATE

| | | |
|---|---|---|
| 1. | Original Contract | 136,169.00 |
| 2. | Change Orders | 2,839.32 |
| 3. | Revised Contract (1 + 2) | 139,008.32 |
| 4. | Work Completed * | 139,008.32 |
| 5. | Stored Materials * | |
| 6. | Subtotal (4 + 5) | 139,008.32 |
| 7. | Retainage * | 14,300.83 |
| 8. | Previous Payments | 75,348.00 |
| 9. | Amount Due (6-7-8) | 49,359.49 |

* *Detailed breakdown attached*

## CONTRACT TIME

Original (days) 150
Revised
Remaining

On Schedule ☒ Yes ☐ No
ahead of schedule

Starting Date June 12, 2002
Projected Completion July 26, 2002

**CONTRACTOR'S CERTIFICATION:**
The undersigned Contractor certifies that to the best of their knowledge, information and belief the work covered by this payment estimate has been completed in accordance with the contract documents, that all amounts have been paid by the contractor for work for which previous payment estimates was issued and payments received from the owner, and that current payment shown herein is now due.

Contractor Advantage Construction Services, LLC

By [signature]

Date 7-24-02

**ARCHITECT OR ENGINEER'S CERTIFICATION:**
The undersigned certifies that the work has been carefully inspected and to the best of their knowledge and belief, the quantities shown in this estimate are correct and the work has been performed in accordance with the contract documents.

Architect or Engineer John Coleman Hayes, P.C.

By [signature]

Date AUG 29 2002

**APPROVED BY OWNER:**

Owner

By

Date

**ACCEPTED BY FmHA:**
The review and acceptance of this estimate by FmHA does not attest to the correctness of the quantities shown or that the work has been performed in accordance with the contract documents.

By

Date

Case 3:04-cv-00555 Document 79 Filed 07/19/05 Page 8 of 40 PageID #: 469

## TYPICAL UNIT PRICE BREAKDOWN *

| ITEM | DESCRIPTION | CONTRACT (revised) | | | THIS PERIOD | | TOTAL TO DATE | | % COMPLETE |
|---|---|---|---|---|---|---|---|---|---|
| | | QUANTITY | UNIT PRICE | AMOUNT | QUANTITY | AMOUNT | QUANTITY | AMOUNT | |
| A | 6" C50 | 5406 | $ 24.22 | $ 130,933.32 | 5406 | $ 130,933.32 | 5406 | $ 130,933.32 | 100 |
| | 6" Gate Valve | 1 | 1700.00 | 1,700.00 | 1 | 1,700.00 | 1 | 1,700.00 | 100 |
| | Tapping Tee & Valve | 1 | 1700.00 | 1,700.00 | 1 | 1,700.00 | 1 | 1,700.00 | 100 |
| | Concrete | 15 | 45.00 | 675.00 | 15 | 675.00 | 15 | 675.00 | 100 |
| | Connection | 2 | 2000.00 | 4,000.00 | 2 | 4,000.00 | 2 | 4,000.00 | 100 |
| | TOTALS | | | | | | | 139,008.32 | |

## TYPICAL LUMP SUM PRICE BREAKDOWN *

| ITEM | DESCRIPTION | SCHEDULED VALUE | WORK COMPLETED | | % COMPLETE |
|---|---|---|---|---|---|
| | | | THIS PERIOD | TO DATE | |
| | | $ | $ | $ | |
| | TOTALS | | | | |

## TYPICAL STORED MATERIALS AND RETAINAGE BREAKDOWN *

MATERIALS STORED AT END OF THIS PAYMENT PERIOD

| DESCRIPTION | QUANTITY | UNIT VALUE | AMOUNT |
|---|---|---|---|
| None | | $ | $ |

RETAINAGE

| | THIS ESTIMATE | PERCENT | RETAINED |
|---|---|---|---|
| WORK COMPLETED: | $ 139,008.32 | 100 % | $ 14,300.83 |
| STORED MATERIALS: | None | | |
| OTHER (explain) | | | |
| TOTAL | 139,008.32 | | 14,300.83 |

* As a minimum, detailed breakdowns should contain this information.

U.S. GPO: 1987-754-007/41515

Page 2 of 2

FmHA 1924-18 REVERSE

# DAILY INSPECTION REPORT

Report No. 11 (1)
Date 6-27-01

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: ISOLATED SHOWERS 87°

Description of Work Accomplished: LAYING 16" D.I.P. WATERLINE, DRILLING + BLASTING ROCK & CLEANUP. 440 FT.

Items of Interest Which Occurred: LEFT END OF PIPE OPEN AT END OF DAY.

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.

(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 12 (1)
Date 6-28-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: SHOWERS 83°

Description of Work Accomplished: LAYING 16" D.I.P. WATER LINE. 460 + 340 ON WEEKEND.

Items of Interest Which Occurred: LEFT END OF PIPE OPEN AT END OF DAY.

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [x] Yes [ ] No

Resident Inspector: Danny Hawks

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection invoice submitted. The reports and invoices should cover the same timeframe.



(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

Unnumbered Letter

# DAILY INSPECTION REPORT

Report No. 13 (1)
Date 7-1-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: ISOLATED SHOWERS 93°

Description of Work Accomplished: LAYING 16" DIP WATERLINE

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 2

Contractor Hours Today: 0
Number of Crews Working: 0

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.

Unnumbered Letter

# DAILY INSPECTION REPORT

Report No. 14 (1)
Date 7-2-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: ISolated Storms 93°

Description of Work Accomplished: LAYING 16" D.I.P. WATER LINE 360 FT PIPE & 1-16" BUTTERFLY VALVE.

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawk

Superintendent/Job Foreman: ____________

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.

... in consecutive order beginning with No. 1.

Case 3:04-cv-00555 Document 79 Filed 07/19/05 Page 12 of 40 PageID #: 473

Unnumbered Letter

# DAILY INSPECTION REPORT

Report No. 15 (1)
Date 7-3-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: ISOLATED SHOWERS 93°

Description of Work Accomplished: LAYING 16" DIP, WATER LINE. 800 FT.

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.

Case 3:04-cv-00555 Document 79 Filed 07/19/05 Page 13 of 40 PageID #: 474

Unnumbered Letter

# DAILY INSPECTION REPORT

Report No. 16 (1)
Date 7-5-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: SUNNY 93°

Description of Work Accomplished: LAYING 16" D.I.P. WATER LINE.

Items of Interest Which Occurred: CONT. GOT OFF EASEMENT CALLED KEN WILBURN TO CONFIRM.

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.

Case 3:04-cv-00555 Document 79 Filed 07/19/05 Page 14 of 40 PageID #: 475

Unnumbered Letter

# DAILY INSPECTION REPORT

Report No. 17 (1)
Date 7-9-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: SUNNY 9-30

Description of Work Accomplished: LAYING 16" D.I.P. WATER LINE. CLEAN UP.

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.
Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.

(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

Case 3:04-cv-00555 Document 79 Filed 07/19/05 Page 15 of 40 PageID #: 476

Unnumbered Letter

# DAILY INSPECTION REPORT

Report No. 18 (1)
Date 7-10-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: THUNDERSTORMS 86°

Description of Work Accomplished: LAYING 16" D.I.P. CLEANUP CHIPPING TREES + BRUSH.

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

nspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

s adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

esident Inspector: Danny Hawker

uperintendent/Job Foreman:

ote: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is commended that additional work not be performed until the dispute is resolved.

ote: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports RUS with each Engineering/Project Inspection Invoice submittal. The reports and invoices should cover the same timeframe.



) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 19 (1)
Date 7-11-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: ISOLATED STORMS 84°

Description of Work Accomplished: LAYING 16" D.I.P. PIPE WATER LINE. CLEAN UP CHIPPING TREES + BRUSH.

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman:

**Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.**

**Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.**

# DAILY INSPECTION REPORT

Report No. 20 (1)
Date 7-12-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: ISOLATED THUNDER STORMS 83°

Description of Work Accomplished: LAYING 6" D.I.P. WATER LINE.

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.

...in consecutive order beginning with No. 1.

Unnumbered Letter

# DAILY INSPECTION REPORT

Report No. 21 (1)
Date 7-15-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: SUNNY 89°

Description of Work Accomplished: MAKING TIE IN AT 8" EXISTING 8" LINE, LEFT JOB AT 5:00 AFTERNOON, LINE WAS BACKFILLED TUES. MORN. 7-16-02 I CANNOT VOUCH FOR KICKERS OR

Items of Interest Which Occurred: RODS.

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hamber

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.

# DAILY INSPECTION REPORT

Report No. 22 (1)
Date 7-16-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: SUNNY 90°

Description of Work Accomplished: CLEAN UP & POURING KICKERS ON FITTINGS IN 16" D.I.P. WATERLINE

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working:

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.

Case 3:04-cv-00555 Document 79 Filed 07/19/05 Page 20 of 40 PageID #: 481

(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 23 (1)
Date 7-17-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: ISOLATED STORMS 93°

Description of Work Accomplished: CLEANING UP 16" D.I.P. WATER LINE.

Items of Interest Which Occurred: CONTRACTOR BROKE EXISTING CITY 12" WATER LINE.

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.
Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection invoice submitted. The reports and invoices should cover the same time frame.

Case 3:04-cv-00555 Document 79 Filed 07/19/05 Page 21 of 40 PageID #: 482

(1) Assigned by Resident Inspector in consecutive order beginning with No 1

Unnumbered Letter

# DAILY INSPECTION REPORT

Report No. 24 (1)
Date 7-18-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: ISOLATED STORMS 89°

Description of Work Accomplished: CLEAN UP 16" D.I.P. WATER LINE.

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 4

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.
Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection invoice submitted. The reports and invoices should cover the same timeframe.

(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 25 (1)
Date 7-24-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: ISOLATED SHOWERS 89°

Description of Work Accomplished: CHECKING 16" D.I.P. LINE FOR CLEAN UP + FILLING LINE. CONT. DID NOT SHOW UP.

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 4

Contractor Hours Today: 0
Number of Crews Working: 0

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign [illegible] recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month [illegible] Note: The engineer should submit copies of the Daily [illegible] of the report furnished to the Project Engineer and Contractor. The reports and invoices should cover the same [illegible] to RUS with each Engineering/Project Inspection Invoice submitted.

(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 1 (1)
Date 6-7-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: SUNNY 87°

Description of Work Accomplished: CLEARING + DRILLING & BLASTING FOR NEW 16" DIP WATER LINE. SURVEYORS STAKING OUT EASEMENT ON McGLOTHLIN PROPERTY.

Items of Interest Which Occurred: CONTRACTOR TOOK DOWN A SECTION OF FENCE + LET COWS OUT ON CITY PROP. + TRACKED UP

Delays or Work Restraining Orders: FRESH TOP SOIL + NEW SOWN GRASS,

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman: [signature]

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.



(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 2 (1)
Date 6-12-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: SUNNY 88°

Description of Work Accomplished: UNLOADING + DISTRIBUTING 5,200 FT. 16" DUCTILE IRON PIPE.

Items of Interest Which Occurred: ________

Delays or Work Restraining Orders: ________

Change Orders Requested/Authorized: ________

Additional Remarks (Include problems, delays and controversies on orders): ________

Inspection Hours Today: 4

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman: [signature]

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.

(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

Unnumbered Letter

# DAILY INSPECTION REPORT

Report No. 3 (1)
Date 6-17-03

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: Sunny 80°

Description of Work Accomplished: Lay 16" Dip, 100 FT.

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 4

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman: [signature]

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.



(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 4 (1)
Date 6-18-04

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: SUNNY 85°

Description of Work Accomplished: LAYING 16" DUCTILE IRON WATER LINE, 240 FT

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 4

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman: JM

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.



(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 5 (1)
Date 6-19-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: SUNNY 89°

Description of Work Accomplished: LAYING 16" D.I.P. WATER LINE,

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 4

Contractor Hours Today: 4
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman: [signature]

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.



(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 5 (1)
Date 6-20-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: SUNNY 90°

Description of Work Accomplished: LAYING 16" D.I.P. WATERLINE. 220 FT.

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 4

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman: [signature]

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.
Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.



(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 7 (1)
Date 6-21-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: Sunny 92°

Description of Work Accomplished: Laying 16" Dip.

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 4

Contractor Hours Today: 4
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawks

Superintendent/Job Foreman: [signature]

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.



(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 8 (1)
Date 6-24-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: SUNNY 90°

Description of Work Accomplished: LAYING 16" Dip WATER LINE, 280FT,

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman: [signature]

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.

(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 9 (1)
Date 6-25-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: SHOWERS 89°

Description of Work Accomplished: LAYING 16" D.I.P. WATER LINE, 620 FT

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: [signature]

Superintendent/Job Foreman: [signature]

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.

(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 19 (1)
Date 6-26-03

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: ISOLATED SHOWERS 89°

Description of Work Accomplished: LAYING 16" DIP WATERLINE

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Tommy Hawkins

Superintendent/Job Foreman: [signature]

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.



(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 1 (1)
Date 6-7-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: SUNNY 87°

Description of Work Accomplished: CLEARING + DRILLING + BLASTING FOR NEW 16" DIP WATER LINE, SURVEYORS STAKING OUT EASEMENT ON MC GLOTHLIN PROPERTY.

Items of Interest Which Occurred: CONTRACTOR TOOK DOWN A SECTION OF FENCE + LET COWS OUT ON CITY PROP. + TRACKED UP

Delays or Work Restraining Orders: FRESH TOP SOIL + NEW SOWN GRASS,

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman: [signature]

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.



(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 2 (1)
Date 6-12-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: SUNNY 88°

Description of Work Accomplished: UNLOADING + DISTRIBUTING 5,180 FT. 16" DUCTILE IRON PIPE.

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 4

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman: [signature]

Note: Signature indicates acceptanee of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.

Case 3:04-cv-00555 Document 79 Filed 07/19/05 Page 35 of 40 PageID #: 496

(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

Unnumbered Letter

# DAILY INSPECTION REPORT

Report No. 3 (1)
Date 6-17-03

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: SUNNY 80°

Description of Work Accomplished: LAY 16" DIP, 100 FT.

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 4

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.



(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 4 (1)
Date 6-18-04

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: SUNNY 85°

Description of Work Accomplished: LAYING 16" DUCTILE IRON WATER LINE, 240 FT

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 4

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman: [signature]

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.

(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 5 (1)
Date 6-19-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: SUNNY 89°

Description of Work Accomplished: LAYING 16" D.I.P. WATER LINE.

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 4

Contractor Hours Today: 4
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman: [signature]

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.

Unnumbered Letter

# DAILY INSPECTION REPORT

Report No. 6 (1)
Date 6-20-04

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: SUNNY 90°

Description of Work Accomplished: LAYING 16" D.I.P. WATER LINE. 220 FT.

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 4

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman: [signature]

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.

(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

Unnumbered Letter

# DAILY INSPECTION REPORT

Report No. 7 (1)
Date 6-21-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: Sunny 92°

Description of Work Accomplished: Laying 16" Dip.

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 4

Contractor Hours Today: 4
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman: [signature]

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.
Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection invoice submitted. The reports and invoices should cover the same timeframe.



(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.