# DAILY INSPECTION REPORT

Report No. 8 (1)
Date 6-20-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: SUNNY 90°

Description of Work Accomplished: LAYING 16" DIP WATER LINE, 280FT.

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman: [signature]

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection invoice submitted. The reports and invoices should cover the same timeframe.

Case 3:04-cv-00555 Document 80 Filed 07/19/05 Page 1 of 40 PageID #: 502

(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

Unnumbered Letter

# DAILY INSPECTION REPORT

Report No. 9 (1)
Date 6-25-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: SHOWERS 89°

Description of Work Accomplished: LAYING 16" D.I.P. WATER LINE, 620 FT

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman: [signature]

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection invoice submitted. The reports and invoices should cover the same timeframe.



(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

Unnumbered Letter

# DAILY INSPECTION REPORT

Report No. 10 (1)
Date 6-26-03

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: ISOLATED SHOWERS 89°

Description of Work Accomplished: LAYING 16" DIP WATERLINE. 660 FT.

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman: [signature]

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.

(1) Assigned by Resident Inspector in consecutive order beginning with No. 1

# DAILY INSPECTION REPORT

Report No. 11 (1)
Date 6-27-01

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: ISOLATED SHOWERS 87°

Description of Work Accomplished: LAYING 16" D.I.P. WATER LINE, DRILLING + BLASTING ROCK & CLEANUP. 440 FT.

Items of Interest Which Occurred: LEFT END OF PIPE OPEN AT END OF DAY. 460 FT

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection invoice submitted. The reports and invoices should cover the same timeframe.

Case 3:04-cv-00555 Document 80 Filed 07/19/05 Page 4 of 40 PageID #: 505

(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 12 (1)
Date 6-28-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: SHOWERS 83°

Description of Work Accomplished: LAYING 16" D.I.P. WATER LINE. 460 + 340 ON WEEKEND.

Items of Interest Which Occurred: LEFT END OF PIPE OPEN AT END OF DAY.

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection invoice submitted. The reports and invoices should cover the same timeframe.



(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 13 (1)
Date 7-1-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: ISOLATED SHOWERS 93°

Description of Work Accomplished: LAYING 16" D.I.P WATERLINE

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 2

Contractor Hours Today: 0
Number of Crews Working: 0

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection invoice submitted. The reports and invoices should cover the same timeframe.



(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 14 (1)
Date 7-2-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: ISOLATED STORMS 93°

Description of Work Accomplished: LAYING 16" D.I.P. WATER LINE 360 FT PIPE & 1-16" BUTTERFLY VALVE.

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawks

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.
Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection invoice submitted. The reports and invoices should cover the same timeframe.



(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 15 (1)
Date 7-3-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: ISOLATED SHOWERS 93°

Description of Work Accomplished: LAYING 16" DIP, WATER LINE, 800 FT.

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection invoice submitted. The reports and invoices should cover the same timeframe.

Case 3:04-cv-00555 Document 80 Filed 07/19/05 Page 8 of 40 PageID #: 509

(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 16 (1)
Date 7-5-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: SUNNY 93°

Description of Work Accomplished: LAYING 16" D.I.P. WATER LINE.

Items of Interest Which Occurred: CONT. GOT OFF EASEMENT. CALLED KEN. WILBURN TO CONFIRM

Delays or Work Restraining Orders: ______

Change Orders Requested/Authorized: ______

Additional Remarks (Include problems, delays and controversies on orders): ______

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [✓] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman: ______

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Case 3:04-cv-00555 Document 80 Filed 07/19/05 Page 9 of 40 PageID #: 510

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.

# DAILY INSPECTION REPORT

Report No. 17 (1)
Date 7-9-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: SUNNY 930

Description of Work Accomplished: LAYING 16" D.I.P. WATER LINE. CLEAN UP.

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection invoice submitted. The reports and invoices should cover the same timeframe.

Case 3:04-cv-00555 Document 80 Filed 07/19/05 Page 10 of 40 PageID #: 511

(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 18 (1)
Date 7-10-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: THUNDERSTORMS 86°

Description of Work Accomplished: LAYING 16" D.I.P. CLEANUP CHIPPING TREES + BRUSH

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.



(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 19 (1)
Date 7-11-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: ISOLATED STORMS 84°

Description of Work Accomplished: LAYING 16" D.I.P. PIPE WATER LINE. CLEAN UP CHIPPING TREES + BRUSH.

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.

Case 3:04-cv-00555 Document 80 Filed 07/19/05 Page 12 of 40 PageID #: 513

(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 20 (1)
Date 7-12-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: ISOLATED THUNDER STORMS 83°

Description of Work Accomplished: LAYING 6" D.I.P. WATER LINE.

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection invoice submitted. The reports and invoices should cover the same timeframe.

Case 3:04-cv-00555 Document 80 Filed 07/19/05 Page 13 of 40 PageID #: 514

(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

Unnumbered Letter

# DAILY INSPECTION REPORT

Report No. 21 (1)
Date 7-15-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: SUNNY 89°

Description of Work Accomplished: MAKING TIE IN AT 8" EXISTING 8" LINE, LEFT JOB AT 5:00 AFTERNOON, LINE WAS BACKFILLED TUES. MORN. 7-16-02 I CANNOT VOUCH FOR KICKERS OR RODS.

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hamber

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.



(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 22 (1)
Date 7-16-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: SUNNY 90°

Description of Work Accomplished: CLEAN UP & POURING KICKERS ON FITTINGS IN 16" D.I.P. WATERLINE.

Items of Interest Which Occurred: ______

Delays or Work Restraining Orders: ______

Change Orders Requested/Authorized: ______

Additional Remarks (Include problems, delays and controversies on orders): ______

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: ______

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman: ______

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.



(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 23 (1)
Date 7-17-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: ISOLATED STORMS 93°

Description of Work Accomplished: CLEANING UP 16" DIA WATER LINE.

Items of Interest Which Occurred: CONTRACTOR BROKE EXISTING CITY 12" WATER LINE.

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 8

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection invoice submitted. The reports and invoices should cover the same timeframe.



(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

# DAILY INSPECTION REPORT

Report No. 24 (1)
Date 7-18-02

Owner: City of Portland, TN

Contractor: Advantage Construction Services LLC

Project: Water System Improvements; Contract 2 - Water Distribution Line

Work Location: Portland, TN

Weather Conditions: ISOLATED STORMS 89°

Description of Work Accomplished: CLEAN UP 16" D.I.P. WATER LINE.

Items of Interest Which Occurred:

Delays or Work Restraining Orders:

Change Orders Requested/Authorized:

Additional Remarks (Include problems, delays and controversies on orders):

Inspection Hours Today: 4

Contractor Hours Today: 8
Number of Crews Working: 1

Is adequate progress being made to meet scheduled completion date? [X] Yes [ ] No

Resident Inspector: Danny Hawker

Superintendent/Job Foreman:

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is resolved.

Note: The original Daily Inspection Reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the Project Engineer and Contractor. The engineer should submit copies of the Daily Inspection Reports to RUS with each Engineering/Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.



(1) Assigned by Resident Inspector in consecutive order beginning with No. 1.

LAW OFFICES
SCHULMAN, LEROY & BENNETT, P.C.
SUITE 701-THE FIVE HUNDRED AND ONE UNION BUILDING
POST OFFICE BOX 190676
NASHVILLE, TENNESSEE 37219-0676
TELEPHONE (615) 244-6670
FACSIMILE (615) 254-5407

W. WAYNE LEROY
ANGUS GILLIS, III
GARY S. RUBENSTEIN
KEENE W. BARTLEY
BARBARA J. PERUTELLI
DOUGLAS E. JONES
ASHLEY N. ARNOLD

OF COUNSEL
J. CARSON STONE
JOHN I. HARRIS, III
BRENDA MEASELLS DOWDLE

I. R. SCHULMAN
(1908-1986)
T. T. McCARLEY
(1918-1975)
LEWIS D. PRIDE
(1933-1978)
H. MICHAEL BENNETT
(RETIRED 1998)
OF COUNSEL
SEYMOUR SAMUELS, JR.
(1912-1992)

February 26, 2003

**VIA FAX - 452-5592**
**AND U. S. MAIL**

David Amonette, Esq.
554 West Main Street
Gallatin, TN 37066-3132

Dear David:

You will find enclosed a fax copy of notes that Jones Bros. has made of their inspection of the line in question. Jones Bros. has even had a company use sound probes to test for potential leaks. There are a number of repairs that need to be made. John Coleman Hayes faxed me a letter that Mayor Calloway sent to him dated February 12, 2003. It seems apparent that Mayor Calloway is not going to accept repairs to the line. No Takeover Agreement has been agreed to by either party at this time. After consultation with my client, we are convinced that even if Jones Bros. makes proper repairs in this case, the Mayor is not going to be satisfied with the repairs and we quite likely are going to have a legal battle on our hands.

My client is therefore electing not to take over the project. It has spent $17,910.00 through February 14, 2003 in testing the line and trying to isolate where the problems are located. There are certainly stretches of this line that appear sound and which do not need to be relaid, but I gather your client is intent on relaying the whole line. I will be willing to discuss with you a lump sum settlement of the bond liability. You still have, as I recall, over $60,000.00 retainage in this project. Please give me a call to discuss this matter. We may wish to arrange a meeting with you, the Mayor, a representative of RLI Insurance Company and me to see if this case can be resolved, but we need to do it quickly.

60,000
18,000
42,000

Sincerely,

Angus Gillis, III

Angus Gillis, III

AG:ags
Enclosures
cc: Mr. Tim Winship
RLI Insurance Company



STA. 41+22
16" SLEEVE
STA. 41+26
16" SLEEVE
OLD HOUSE
45+00
STA. 47+28
CORPORATION STOP
(FOR AIR RELEASE)
PASTURE
50+00
STA. 51+74
16" SLEEVE
PLACE 5' FROM RIGHT
EASEMENT LINE
STA. 54+68 (APPROX.)
CONNECT PROP. WATER LINE
TO EXIST. 8" LINE
ROUTE PROP. WL UNDER 8" W.L.
16" WL
16"x16"x12" TEE
90° BEND
8x12 REDUCER
8"x8"x8" TAPPING TEE
W/8" VALVE
8" W



STA. 28+48
16" SLEEVE
STA. 27+94
16" SLEEVE
STA. 26+26
16" SLEEVE
30+00
35+00
0 50 100 200
EXISTING 12"W
VALVE
16" GATE VALVE
STA. 37+21
16" SLEEVE
STA. 37+11
16" SLEEVE
STA. 41+22
16" SLEEVE


STA. 7+23
11 1/4° BEND
STA. 7+33
16' SLEEVE
STA. 7+92
16' SLEEVE
STA. 10+34
45° BEND
10+00
PROP. 16" WATER LINE
15+00
20+00
PORTLAND LAKE
STA. 23+37
16' SLEEVE
MATCH LINE
STA. 24+00
SEE SHEET 4


NEW WATER TREATMENT PLANT
18" WATER LINE NOT IN THIS CONTRACT
STA. Ø+ØØ BEGIN PROP. 16" WATER LINE CONTRACT 2
STA. Ø+ØØ EXIST. 16" GATE VALVE
STA. 1+44 16' SLEEVE
STA. 4+25 11 1/4° BEND
STA. 6+20 45° BEND
STA. 7+23 11 1/4° BEND
STA. 7+33 16' SLEEVE
STA. 7+92 16' SLEEVE
STA. 10+34 45° BEND
0+00
5+00
10+00
CLEARWELL
AIR RELEASE IN MANHOLE
NEW WATER PLANT
NEW ROAD
PROP. 16" W.L. CONTRACT 2
16" 45° BEND
16" GATE VALVE
AIR RELEASE IN MANHOLE
8"W
12"W

Norris
Construction

Daily Inspection Report

Report # 1
Date: 10/16/03
Owner: City of Portland
Contractor: Norris Excavating
Project: 16-inch water line
Work Location: Water Treatment Plant
Weather Conditions 70's Sunny

**Description of Work Accomplished –**

Started at Water Plant end uncovered 200 ft. of pipe-realigned ditch and laid 80 ft. pressure washed ends and put new gaskets in.

Items of interest that occurred:
NA

Delays or Work Restraining Orders:

Change Orders Requested / Authorized:

Additional Remarks (Include Problems, delays, and controversies on orders):

Inspection Hours Today 3 Contractor Hours Today: 10
Number crews Working: 2 crews A- four men
B- two men

Is adequate progress being made to meet schedule completion date? {X} Yes {} No

Resident Inspector Steve Whitehead

Superintendent / Job Foreman: Chris Norris

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is solved.
Note: the original daily inspection reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the project engineer and contractor. The engineer should submit copies of the daily inspection reports to RUS with each Engineering / Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.
(1) Assigned by Resident Inspection in consecutive order beginning with No.

Daily Inspection Report

Report # 2
Date: 10/17/03
Owner: City of Portland
Contractor: Norris Excavating
Project: 16-inch water line
Work Location: Water Treatment Plant
Weather Conditions 70 Sunny

**Description of Work Accomplished –**

Started at station 200 uncovered to station 600. Continued to realign trench. Installed 220 ft. of pipe one crew pressure washing ends. While realigning ditch, we found trench that had been blasted but not used. We removed rock and used this trench for better alignment of pipe.

Items of interest that occurred:
NA

Delays or Work Restraining Orders:

Change Orders Requested / Authorized:

Additional Remarks (Include Problems, delays, and controversies on orders):

Inspection Hours Today 3 Contractor Hours Today: 10
Number crews Working: 2 crews A- four men
B- two men

Is adequate progress being made to meet schedule completion date? {X} Yes {} No

Resident Inspector Steve Whitaker

Superintendent / Job Foreman: Chris Norris

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is solved.
Note: the original daily inspection reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the project engineer and contractor. The engineer should submit copies of the daily inspection reports to RUS with each Engineering / Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.
(1) Assigned by Resident Inspection in consecutive order beginning with No.

Daily Inspection Report

Report # 3
Date: 10/20/03
Owner: City of Portland
Contractor: Norris Excavating
Project: 16-inch water line
Work Location: Water Treatment Plant
Weather Conditions 70 Sunny

**Description of Work Accomplished –**

Started uncovering pipe at station 600' to station 1200' washed pipe and put in new gaskets. Installed 500' of pipe and four loads of stone to bed pipe.

Items of interest that occurred:

NA

Delays or Work Restraining Orders:

Change Orders Requested / Authorized:

Additional Remarks (Include Problems, delays, and controversies on orders):

Inspection Hours Today 3

Contractor Hours Today: 10

Number crews Working: 2 crews A- four men
B- two men

Is adequate progress being made to meet schedule completion date? {X} Yes {} No

Resident Inspector Steve Whitehead

Superintendent / Job Foreman: Chris Norris

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is solved.

Note: the original daily inspection reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the project engineer and contractor. The engineer should submit copies of the daily inspection reports to RUS with each Engineering / Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.

(1) Assigned by Resident Inspection in consecutive order beginning with No.

Daily Inspection Report

Report # 4
Date: 10/21/03
Owner: City of Portland
Contractor: Norris Excavating
Project: 16-inch water line
Work Location: Water Treatment Plant
Weather Conditions 70 Sunny

**Description of Work Accomplished –**

Started uncovering line from station 1200' to station 1800. Washed pipe and gaskets. Laid no pipe had to wait for easement to be re-staked did an air test on first 800 ' of pipe laid.
Test was good @ 10 psi. Measured two bends in pipe – one measured 8" deflection and one measured 10" deflection – these bends ok.

Items of interest that occurred:

Delays or Work Restraining Orders:

Change Orders Requested / Authorized:

Additional Remarks (Include Problems, delays, and controversies on orders):

Inspection Hours Today 4 Contractor Hours Today: 10
Number crews Working: 2 crews A- four men
B- two men

Is adequate progress being made to meet schedule completion date? {X} Yes {} No

Resident Inspector Steve Whitehead

Superintendent / Job Foreman: Chris Norris

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is solved.
Note: the original daily inspection reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the project engineer and contractor. The engineer should submit copies of the daily inspection reports to RUS with each

Daily Inspection Report

Report # 5
Date: 10/22/03
Owner: City of Portland
Contractor: Norris Excavating
Project: 16-inch water line
Work Location: Water Treatment Plant
Weather Conditions 70 Sunny

**Description of Work Accomplished –**

Started uncovering line from station 1800' to station 2600. Washed pipe laid 600' of pipe and put in new gaskets- Easement staked.

Items of interest that occurred:

Delays or Work Restraining Orders:

Change Orders Requested / Authorized:

Additional Remarks (Include Problems, delays, and controversies on orders):

Inspection Hours Today 3 Contractor Hours Today: 10
Number crews Working: 2 crews A- four men
B- two men

Is adequate progress being made to meet schedule completion date? {X} Yes {} No

Resident Inspector Steve Whitehead

Superintendent / Job Foreman: Chris Norris

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is solved.
Note: the original daily inspection reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the project engineer and contractor. The engineer should submit copies of the daily inspection reports to RUS with each Engineering / Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.
(1) Assigned by Resident Inspection in consecutive order beginning with No.

Daily Inspection Report

Report # 6
Date: 10/23/03
Owner: City of Portland
Contractor: Norris Excavating
Project: 16-inch water line
Work Location: Water Treatment Plant
Weather Conditions 70 Sunny

**Description of Work Accomplished –**

Started uncovering line at station 2600' to station 3200'. Washed pipe laid new line from station 1400' to station 1800' – Tested line @ 10 PSI – Line is good

Items of interest that occurred:

Delays or Work Restraining Orders:

Change Orders Requested / Authorized:

Additional Remarks (Include Problems, delays, and controversies on orders):

Inspection Hours Today 3 Contractor Hours Today: 10
Number crews Working: 2 crews A- four men
B- two men

Is adequate progress being made to meet schedule completion date? {X} Yes {} No

Resident Inspector [signature]

Superintendent / Job Foreman: [signature]

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is solved.
Note: the original daily inspection reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the project engineer and contractor. The engineer should submit copies of the daily inspection reports to RUS with each Engineering / Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.
(1) Assigned by Resident Inspection in consecutive order beginning with No.

Daily Inspection Report

Report # 7
Date: 10/24/03
Owner: City of Portland
Contractor: Norris Excavating
Project: 16-inch water line
Work Location: Water Treatment Plant
Weather Conditions 70 Sunny

**Description of Work Accomplished –**

Started uncovering from station 3200' to station 4100' started laying line from station 1800 to station 2100' used 2 loads of stone at creek crossing.

Items of interest that occurred:

Delays or Work Restraining Orders:

Change Orders Requested / Authorized:

Additional Remarks (Include Problems, delays, and controversies on orders):

Inspection Hours Today 3 Contractor Hours Today: 10
Number crews Working: 2 crews A- five men
B- two men

Is adequate progress being made to meet schedule completion date? {X} Yes {} No

Resident Inspector ____________________

Superintendent / Job Foreman: ____________________

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is solved.
Note: the original daily inspection reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the project engineer and contractor. The engineer should submit copies of the daily inspection reports to RUS with each Engineering / Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.
(1) Assigned by Resident Inspection in consecutive order beginning with No.

Daily Inspection Report

Report # 8
Date: 10/25/03
Owner: City of Portland
Contractor: Norris Excavating
Project: 16- inch water line
Work Location: Water Treatment Plant
Weather Conditions 70 Sunny

**Description of Work Accomplished**
Did not uncover line. Laid 900' of line. Pressure tested 3000' of line @ 10 P.S.I. Line ok.

Items of interest that occurred:

Delays or Work Restraining Orders:

Change Orders Requested / Authorized:

Additional Remarks (Include Problems, delays, and controversies on orders):

Inspection Hours Today 3 Contractor Hours Today: 10
Number crews Working: 1- 5 men

Is adequate progress being made to meet schedule completion date? {X} Yes {} No

Resident Inspector Steve Whitehead

Superintendent / Job Foreman: Chris Norris

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is solved.
Note: the original daily inspection reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the project engineer and contractor. The engineer should submit copies of the daily inspection reports to RUS with each Engineering / Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.
(1) Assigned by Resident Inspection in consecutive order beginning with No.

Daily Inspection Report

Report # 9
Date: 10/27/03
Owner: City of Portland
Contractor: Norris Excavating
Project: 16-inch water line
Work Location: Water Treatment Plant
Weather Conditions 70 Cloudy

**Description of Work Accomplished –**
Started uncovering from station 4100' to station 4600'. Started laying line from station 3000' to station 3500'. Used two loads of stone.

Items of interest that occurred:

Delays or Work Restraining Orders:

Change Orders Requested / Authorized:

Additional Remarks (Include Problems, delays, and controversies on orders):

Inspection Hours Today 2 Contractor Hours Today: 10
Number crews Working: 2 crews A- three men B-2 men

Is adequate progress being made to meet schedule completion date? {X} Yes {} No

Resident Inspector Steve Whitehead

Superintendent / Job Foreman: Chris Norris

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is solved.
Note: the original daily inspection reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the project engineer and contractor. The engineer should submit copies of the daily inspection reports to RUS with each Engineering / Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.
(1) Assigned by Resident Inspection in consecutive order beginning with No.

Daily Inspection Report

Report # 10
Date: 10/28/03
Owner: City of Portland
Contractor: Norris Excavating
Project: 16-inch water line
Work Location: Water Treatment Plant
Weather Conditions 80's Sunny

**Description of Work Accomplished –**
Started uncovering from station 4600' to station 5000'. Installed new line from station 3500' to station 4100'.

Items of interest that occurred:

Delays or Work Restraining Orders:

Change Orders Requested / Authorized:

Additional Remarks (Include Problems, delays, and controversies on orders):

Inspection Hours Today 2 Contractor Hours Today: 10
Number crews Working: 2 crews A- three men B-2 men

Is adequate progress being made to meet schedule completion date? {X} Yes {} No

Resident Inspector Steve Whitehead

Superintendent / Job Foreman: Chris Norris

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is solved.
Note: the original daily inspection reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the project engineer and contractor. The engineer should submit copies of the daily inspection reports to RUS with each Engineering / Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.
(1) Assigned by Resident Inspection in consecutive order beginning with No.

Daily Inspection Report

Report # 11
Date: 10/29/03
Owner: City of Portland
Contractor: Norris Excavating
Project: 16-inch water line
Work Location: Water Treatment Plant
Weather Conditions 70's Cloudy

**Description of Work Accomplished –**
Started uncovering from station 5000' to station 5300'. Installed new line from station 4100' to station 4800'.

Items of interest that occurred:

Delays or Work Restraining Orders:

Change Orders Requested / Authorized:

Additional Remarks (Include Problems, delays, and controversies on orders):

Inspection Hours Today 2 Contractor Hours Today: 8
Number crews Working: 2 crews A- 3 men B-3 men

Is adequate progress being made to meet schedule completion date? {X} Yes {} No

Resident Inspector Steve Whitehead

Superintendent / Job Foreman: [signature]

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is solved.
Note: the original daily inspection reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the project engineer and contractor. The engineer should submit copies of the daily inspection reports to RUS with each Engineering / Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.
(1) Assigned by Resident Inspection in consecutive order beginning with No.

Daily Inspection Report

Report # 12
Date: 10/30/03
Owner: City of Portland
Contractor: Norris Excavating
Project: 16-inch water line
Work Location: Water Treatment Plant
Weather Conditions 70's Sunny

**Description of Work Accomplished –**
Started uncovering from station 5300' to station 5440' (end of line) Laid line from station 4800' to station 5300'. City changed plans for end of line to include 12" valve and plug.

Items of interest that occurred:

Delays or Work Restraining Orders:

Change Orders Requested / Authorized:

Additional Remarks (Include Problems, delays, and controversies on orders):

Inspection Hours Today 2    Contractor Hours Today: 8
Number crews Working: 2 crews A- 3 men B-3 men

Is adequate progress being made to meet schedule completion date? {X} Yes {} No

Resident Inspector Steve Whitehead

Superintendent / Job Foreman: Chris Norris

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is solved.
Note: the original daily inspection reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the project engineer and contractor. The engineer should submit copies of the daily inspection reports to RUS with each Engineering / Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.
(1) Assigned by Resident Inspection in consecutive order beginning with No.

Daily Inspection Report

Report # 13
Date: 11/3/03
Owner: City of Portland
Contractor: Norris Excavating
Project: 16-inch water line
Work Location: Water Treatment Plant
Weather Conditions 70's Sunny

**Description of Work Accomplished –**
Laid new line from station 5300' to station 5400'. Put saddles on 3 air reliefs.

Items of interest that occurred:

Delays or Work Restraining Orders:

Change Orders Requested / Authorized:

Additional Remarks (Include Problems, delays, and controversies on orders):

Inspection Hours Today 2 Contractor Hours Today: 8
Number crews Working: 1-4 men

Is adequate progress being made to meet schedule completion date? {X} Yes {} No

Resident Inspector Steve Whitehead

Superintendent / Job Foreman: Chris Norris

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is solved.
Note: the original daily inspection reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the project engineer and contractor. The engineer should submit copies of the daily inspection reports to RUS with each Engineering / Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.
(1) Assigned by Resident Inspection in consecutive order beginning with No.

Daily Inspection Report

Report # 14
Date: 11/5/03
Owner: City of Portland
Contractor: Norris Excavating
Project: 16-inch water line
Work Location: Water Treatment Plant
Weather Conditions 80's Sunny

**Description of Work Accomplished –**
Laid new line from station 5300' to station 5440' end of line. Installed 12" valve and 8" line to exsisting 8" line on Westland.

Items of interest that occurred:

Delays or Work Restraining Orders:

Change Orders Requested / Authorized:

Additional Remarks (Include Problems, delays, and controversies on orders):

Inspection Hours Today 2 Contractor Hours Today: 8
Number crews Working: 1-4 men

Is adequate progress being made to meet schedule completion date? {X} Yes {} No

Resident Inspector Steve Whitehead

Superintendent / Job Foreman: Chris Norris

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is solved.
Note: the original daily inspection reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the project engineer and contractor. The engineer should submit copies of the daily inspection reports to RUS with each Engineering / Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.
(1) Assigned by Resident Inspection in consecutive order beginning with No.

Daily Inspection Report

Report # 15
Date: 11/6/03
Owner: City of Portland
Contractor: Norris Excavating
Project: 16-inch water line
Work Location: Water Treatment Plant
Weather Conditions 70's Sunny

**Description of Work Accomplished –**
Installed three saddles for air reliefs. Filled line with water, line pressure tested in two places 130 psi & 110 psi in accordance to elevations. Started final grading.

Items of interest that occurred:

Delays or Work Restraining Orders:

---

Change Orders Requested / Authorized:

---

Additional Remarks (Include Problems, delays, and controversies on orders):

Inspection Hours Today 2 Contractor Hours Today: 8
Number crews Working: 1-4 men

Is adequate progress being made to meet schedule completion date? {X} Yes {} No

Resident Inspector Steve Whitehead

Superintendent / Job Foreman: Chris Norris

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is solved.
Note: the original daily inspection reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the project engineer and contractor. The engineer should submit copies of the daily inspection reports to RUS with each Engineering / Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.
(1) Assigned by Resident Inspection in consecutive order beginning with No.

Daily Inspection Report

Report # 16
Date: 11/8/03
Owner: City of Portland
Contractor: Norris Excavating
Project: 16-inch water line
Work Location: Water Treatment Plant
Weather Conditions 70's Cloudy

**Description of Work Accomplished –**
Pressure tested line @ 8:00 AM. Lost 5 lbs of pressure in 1 ½ hours failed. Turned line on open-air relief's and drained air. Pressure tested at 1:00 AM @ 200 psi did not drop – good line.

Items of interest that occurred:

Delays or Work Restraining Orders:

Change Orders Requested / Authorized:

Additional Remarks (Include Problems, delays, and controversies on orders):

Inspection Hours Today 2    Contractor Hours Today: 4
Number crews Working: 1- man

Is adequate progress being made to meet schedule completion date? {X} Yes {} No

Resident Inspector Steve Whitehead

Superintendent / Job Foreman: Chris Norris

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is solved.
Note: the original daily inspection reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the project engineer and contractor. The engineer should submit copies of the daily inspection reports to RUS with each Engineering / Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.
(1) Assigned by Resident Inspection in consecutive order beginning with No.

Daily Inspection Report

Report # 17
Date: 11/12/03
Owner: City of Portland
Contractor: Norris Excavating
Project: 16-inch water line
Work Location: Water Treatment Plant
Weather Conditions 80's Sunny

**Description of Work Accomplished**

Put (6) air relief valves and boxes on taps. Final grading on line

Items of interest that occurred:

Delays or Work Restraining Orders:

Change Orders Requested / Authorized:

Additional Remarks (Include Problems, delays, and controversies on orders):

Inspection Hours Today 1 Contractor Hours Today: 8
Number crews Working: 1- 4 men

Is adequate progress being made to meet schedule completion date? {X} Yes {} No

Resident Inspector Steve Whitehead

Superintendent / Job Foreman: Chris Norris

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is solved.
Note: the original daily inspection reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the project engineer and contractor. The engineer should submit copies of the daily inspection reports to RUS with each Engineering / Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.
(1) Assigned by Resident Inspection in consecutive order beginning with No.

Daily Inspection Report

Report # 18
Date: 11/14/03
Owner: City of Portland
Contractor: Norris Excavating
Project: 16-inch water line
Work Location: Water Treatment Plant
Weather Conditions 70's Sunny

**Description of Work Accomplished**

Had City water crew cut off water at Portland Rd and Westland Ave. to change out reverse valve on 8" existing water line changed valve.

Items of interest that occurred:

Delays or Work Restraining Orders:

Change Orders Requested / Authorized:

Additional Remarks (Include Problems, delays, and controversies on orders):

Inspection Hours Today 2 Contractor Hours Today: 4
Number crews Working: 1- 3men

Is adequate progress being made to meet schedule completion date? {X} Yes {} No

Resident Inspector Steve Whiteland

Superintendent / Job Foreman: Chris Norris

Note: Signature indicates acceptance of report. If report does not reflect actual events, then the foreman should not sign. It is recommended that additional work not be performed until the dispute is solved.
Note: the original daily inspection reports should be submitted to the owner at intervals not exceeding one (1) month, with copies of the report furnished to the project engineer and contractor. The engineer should submit copies of the daily inspection reports to RUS with each Engineering / Project Inspection Invoice submitted. The reports and invoices should cover the same timeframe.
(1) Assigned by Resident Inspection in consecutive order beginning with No.