John Coleman Hayes, P.C.
Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401, Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415 E-MAIL JCHAYESPC@AOL.COM

# FACSIMILE COVER SHEET

| | |
|---|---|
| TO: | Mr. Ken Wilber |
| FAX: | 325-5345 |
| TO: | Ms. Barbara Brown |
| FAX: | 783-1340 |
| TO: | Mr. David Amonette |
| FAX: | 452-5592 |
| TO: | Mr. Trent Smith |
| FAX: | 826-6858 |
| FROM: | John E. Gilmore, Jr., P.E. |
| PHONE: | 615-269-6397 |
| FAX: | 615-269-6415 |
| DATE: | 5/17/02 |
| PAGES INCLUDING THIS COVER PAGE: | Two (2) |
| COMMENTS: | My letter, dated May 17, 2002, regarding the Contract 2 - Water Distribution Line Pre-Construction Conference date and time, follows for your earliest information and planning purposes. Copies of this letter are also being mailed to you today. |

C:\MAC\FORMS\FAXFORM.WROGERS

John Coleman Hayes, P. C.
Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401 • Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415

July 3, 2002

Ms. Teresa Keen
City of Portland
100 South Russell Street
Portland, Tennessee 37148

RE: Recommendations for Payment
Water System Improvements
Contract 2 – Water Distribution Line (Recommendation No. 1)
JCH Project No. 9611

Dear Ms. Keen:

Enclosed, for the Mayor's review and signature, is a complete Recommendation for Payment package for contractor work on the referenced project; package is marked "City of Portland Copy". Also enclosed is an additional copy of the contractor's pay request, which is marked "RD Copy", and is provided for the Mayor's review and signature as well. Upon approval and signature of this RD copy, please fax the signature page only of the pay request and mail the "RD Copy" of the pay request to Ms. Barbara Brown at the following fax number and address:

Ms. Barbara Brown
U. S. Department of Agriculture, Rural Development
3322 West End Avenue, Suite 302
Nashville, TN 37203-6835
Fax: (615) 783-1340

Per Ms. Brown's direction, I have also provided her a complete copy of the Recommendation for Payment package, and have provided the contractor copies of the Recommendation of Payment and Partial Payment Estimate for their record. Should you have any questions, please do not hesitate to contact this office.

Sincerely,

John E. Gilmore, Jr., P. E.
Chief Engineer

/dlm.JGLtr.9611.1

Enclosures

cc: Ms. Barbara Brown, U. S. Department of Agriculture, Rural Development
Jill Boone
File



C:\MAC\9611CNT2.PAYRQ01

# Water Project - Plant, Tank, Intake, Reservoir

## Water Distribution Main - Phase II

ontract #2 awarded to Advantage Construction, LLC
ontract price $136,169.00
ontract work to begin June 3, 2002
ontract completion date October 31, 2002

| Date | Hand Written Check No. | Invoice or PO # | Construction | | Retainer | Other Costs | | | Comments/Other Explanation | Work/Service Performed By/Amount Paid To |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/01/2001 | #10 | 121342 | | | | $ 847.55 | | | Advertising for bids | Nashville Tennessean |
| 7/19/2002 | #1043 | Pay Est #1 | $ 75,348.00 | | | | | | | Advantage Construction Services |
| otals | | | 75,348.00 | | | $ 847.55 | | | | |
| otal This Worksheet | | | $ 76,195.55 | | | | | | | |

ontract 2-Phase II 01/30/2003

Liq. Damages as of 2/3/03 = # 28,500.00

Bill 2937

2/6/03 29,400

WATER PLANT UPGRADE II
100 SOUTH RUSSELL ST
PORTLAND, TN 37148

1042

87-299/641

July 19, 2002 DATE

PAY TO THE ORDER OF John Coleman Hayes, P.C. $ 15,855 18

Fifteen Thousand Eight Hundred Fifty Five - and 18/100 DOLLARS

Security Features Details on Back.

Volunteer State Bank
Portland, TN 37148

FOR Phase II - Lake Project - Invoice #961

⑈001042⑈ ⑆064102999⑆ 050 439 4⑈

DATE: July 19, 2002

CHECK: #1042

TO: John Coleman Hayes, PC

INVOICE: Invoice #961

FOR: Phase II Lake Project
Engineering During Construction and Inspection

TOTAL: $ 15,855.18

413-11218 Bank
413-52116-254

cc: Billy Cunningham
Patricia Keen
Accounts Payable

Jill Done


# John Coleman Hayes, P. C.

Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401 • Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6435


Mr. Ken Wilber
City Of Portland
100 South Russell
Portland, Tn 37148

Invoice Date: July 2, 2002
Invoice No.: 961
Project: Water Treatment Facilities, Portland, Tn

Phase II

**Statement For Professional Services**

Professional Services Rendered For Engineering Services In Accordance With Section F & I.B.2 Of Our Contract.

| | | Construction Amount |
|---|---|---|
| Contract 2-Water Distribution Main | $ | 139,169.00 ✓ misprint |
| Contract 4-Caney Fork Reservoir | $ | 1,300,000.00 |
| Total Estimated Construction Cost | $ | 1,439,169.00 |
| Design Fee Contract 2 (Table 2) =8.45% X $136,169 X 80% Complete = | $ | 9,205.03 ok |
| Design Fee Contract 4 (Table 1) =7.47% X $1,300,000 X 50% Complete = | $ | 48,555.00 |
| Sub-Total= | $ | 57,760.03 |
| Engineering During Construction | | |
| Contract 2 8.45% x $83,720 Complete x 15% of Fee= | $ | 1,061.15 |
| Contract 4 7.49% x $ 0 Complete x 15% Of Fee= | $ | - |
| Resident Inspection Services through 6/26/02-56 hours X $35.00/hr= | $ | 1,960.00 |
| Total Earned to Date | $ | 60,781.18 |
| Less Previous Payments | $ | (44,926.00) |
| Total Amount Due This Invoice | $ | 15,855.18 |

Approved by: Jim Calloway
Jim Calloway, Mayor
Date: 7/9/02

Approved by: Darlena A. Brown
Barbra Brown, Rural Development
Date: Jul 10, 2002

John Coleman Hayes, P. C.
Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401 • Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415

Mr. Ken Wilber
City Of Portland
100 South Russell
Portland, Tn 37148

Invoice Date: July 2, 2002
Invoice No.: 961
Project: Water Treatment Facilities, Portland, Tn

Phase II

**Statement For Professional Services**

Professional Services Rendered For Engineering Services In Accordance With Section F & 1.B.2 Of Our Contract.

| | | Construction Amount |
|---|---|---|
| Contract 2-Water Distribution Main | $ | 139,169.00 |
| Contract 4-Caney Fork Reservoir | $ | 1,300,000.00 |
| Total Estimated Construction Cost | $ | 1,439,169.00 |

| | | |
|---|---|---|
| Design Fee Contract 2 (Table 2) =8.45% X $136,169 X 80% Complete = | $ | 9,205.03 |
| Design Fee Contract 4 (Table 1) =7.47% X $1,300,000 X 50% Complete = | $ | 48,555.00 |
| Sub-Total= | $ | 57,760.03 |
| Engineering During Construction | | |
| Contract 2 8.45% x $83,720 Complete x 15% of Fee= | $ | 1,061.15 |
| Contract 4 7.49% x $ 0 Complete x 15% Of Fee= | $ | - |
| Resident Inspection Services through 6/26/02-56 hours X $35.00/hr= | $ | 1,960.00 |
| Total Earned to Date | $ | 60,781.18 |
| Less Previous Payments | $ | (44,926.00) |
| **Total Amount Due This Invoice** | $ | 15,855.18 |

Approved by: Jim Calloway
Jim Calloway, Mayor

Date: 7/9/02

Approved by: __________
Barbra Brown, Rural Development

Date: __________

# City of Portland
## Office of the Mayor
## 100 South Russell Street
## Portland, Tennessee 37148

July 9, 2002

FAX

| | |
|---|---|
| TO: | Rural Development<br>Ms Barbra Brown<br>783-1340<br>4 pages, including this cover page |
| FROM: | City of Portland<br>325-5345 |
| RE: | **Phase II - Water Project Invoice** |

Please review the following invoices for approval:

| | |
|---|---|
| John Coleman Hayes, PC<br>Invoice #961 | $15,855.18 |
| Advantage Construction Services<br>Pay Estimate #1 | $75,348.00 |
| Total | $91,203.18 |

Please call should you have questions regarding these invoices.

Thank you,

Teresa Keen
Administrative Assistant

/tk

July 9, 2002

TO: Billy Cunningham, City Recorder

FROM: Teresa Keen *TK*

RE: Request for Transfer of Funds for Water Treatment Plant/Tank/Lake Project - Phase II (AKA Water Plant Upgrade)

The following invoices are from:

| | |
|---|---|
| John Coleman Hayes, PC<br>Invoice #961 | $15,855.18 |
| Advantage Construction Services<br>Pay Estimate #1 | <u>$75,348.00</u> |
| Total | $91,203.18 |

Please transfer an adequate amount of Phase II loan funds into account #050 439 4 to cover payment of the above and maintain the minimum balance that you feel is needed in this bank account.

Thanks, Teresa

CC: Accounts Payable
Patricia Keen

CITY OF PORTLAND
100 S. RUSSELL ST.
PORTLAND, TN 37148

# FAX

Wire Received by Volunteer State Bank ______________________________

==================================================================

**TO: Volunteer State Bank - Attn: Freida Jones Fax: 325-7777**

**FROM: Billy Cunningham** ________________ **Fax: 325:7075**

**DATE: 7/11/02**

**NUMBER OF PAGES: 1**

You should receive the following transfer on the date indicated. Thanks

==================================================================

| | |
|---|---|
| Date to Receive: | **7/12/02** |
| Post to Account: | **050-439-4** |
| Amount: | **$91,203.18** |
| Wire Sent From: | **Local Government Investment Pool** |
| ABA No. | **064-000-266** |
| Account No.: | **183313-11** |
| For: | **City of Portland** |

STATE OF TENNESSEE
TREASURY DEPARTMENT
CASH MANAGEMENT
11TH FLOOR, ANDREW JACKSON BUILDING
NASHVILLE, TENNESSEE 37243-0244

**LGIP FAX INSTRUCTION SHEET**
**FAX NUMBER (615) 741-0755**

DELIVER TO: LGIP Office (615) 532-1163

FROM: **CITY OF PORTLAND**

DATE: **7/11/02**

We are sending **1** page to you (including this cover sheet). If you need a resend of any page, call (615) 325-6776. If you do not call, we will assume you received the pages satisfactorily.

**LGIP TRANSACTION INSTRUCTIONS**

Request Date: **7/11/02** Transaction Date: **7/12/02**

articipant's Phone Number: **(615) 325 6776**

Transaction Type: Deposit **X** Withdrawal Transfer

Transaction Description: Withdraw from LGIP Account Number: **183313-11**

Deposit to LGIP Account Number:

Amount: **$91,203.18**

Entity Name: **CITY OF PORTLAND**

Authorized Signature: Billy Cunningham

Typed Name and Title: **BILLY CUNNINGHAM, CITY RECORDER**

Bank's Name: **VOLUNTEER STATE BANK**

Bank's Account Number: **050-439-4**

================================================================

FOR LGIP USE ONLY

Ticket # ______________ Bank T/R # ______________ Account Balance ______________

Correspondent Bank Name: ______________________ Correspondent Bank T/R # ______________

John Coleman Hayes, P. C.
Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401 • Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415

July 3, 2002

Ms. Teresa Keen
City of Portland
100 South Russell Street
Portland, Tennessee 37148

RE: Recommendations for Payment
Water System Improvements
Contract 2 – Water Distribution Line (Recommendation No. 1)
JCH Project No. 9611

Dear Ms. Keen:

Enclosed, for the Mayor's review and signature, is a complete Recommendation for Payment package for contractor work on the referenced project; package is marked "City of Portland Copy". Also enclosed is an additional copy of the contractor's pay request, which is marked "RD Copy", and is provided for the Mayor's review and signature as well. Upon approval and signature of this RD copy, please fax the signature page only of the pay request and mail the "RD Copy" of the pay request to Ms. Barbara Brown at the following fax number and address:

Ms. Barbara Brown
U. S. Department of Agriculture, Rural Development
3322 West End Avenue, Suite 302
Nashville, TN 37203-6835
Fax: (615) 783-1340

Per Ms. Brown's direction, I have also provided her a complete copy of the Recommendation for Payment package, and have provided the contractor copies of the Recommendation of Payment and Partial Payment Estimate for their record. Should you have any questions, please do not hesitate to contact this office.

Sincerely,

John E. Gilmore, Jr., P. E.
Chief Engineer

/dlm.JGLtr.9611.1

Enclosures

cc: Ms. Barbara Brown, U. S. Department of Agriculture, Rural Development
Jill Boone
File

C:\MAC\9611CNT2.PAYRQ01

Mayor:
Jim Calloway
Vice-Mayor:
Bill Caudill

Board of Aldermen:
Luther Bratton
Tim Coker
Jerry Denning
Allen Dyer
Phil Hobdy
Jody McDowell

CITY OF PORTLAND, TN
Proud, Progressive Portland
Home of the STRAWBERRY FESTIVAL
100 South Russell, Portland, Tennessee 37148
615-325-6776

August 22, 2003

David Amonette
554 West Main Street
Gallatin, Tennessee 37066

RE: Debt of Advantage Construction Company/Cyclone LLC

**U. S. Mail and Telefacsimile**

David:

The enclosed letter from Dixie Fuels is self-explanatory about their expectations of receiving payment from either the debtor or the City of Portland.

Please write a letter to Dixie Fuels letting them know that this is not a City issue and we are not liable for payment. And if you would, please provide a copy of the correspondence to RLI.

Thank you,

Jim

Jim Calloway
Mayor

JC:tk

ENCL

DIXIE
FUELS & LUBRICANTS, INC.
P.O. BOX 50321
NASHVILLE, TENNESSEE 37205
TELEPHONE 615/352-5210

AUG 20 REC'D

AUGUST 18, 2003

RLI INSURANCE COMPANY
P. O. BOX 3961
PEORIA, ILLINOIS 61612

RE: ADVANTAGE CONSTRUCTION CO./CYCLONE LLC

GENTLEMEN:

THE ABOVE CAPTIONED COMPANY, WHICH HAS A PERFORMANCE BOND ISSUED BY YOUR COMPANY, HAS A CONTRACT TO INSTALL A DISTRIBUTION WATER MAIN FOR THE CITY OF PORTLAND, TN. THIS IS TO ADVISE THAT WE SUPPLIED PETROLEUM PRODUCTS ON THIS PROJECT AND HAVE BEEN UNABLE TO RECEIVE PAYMENT.

WE HAVE MAILED INVOICES TO THE ABOVE CAPTIONED COMPANY AND HAVE RECEIVED NO RESPONSE. WE HAVE DISCUSSED THE MATTER WITH THE CITY OF PORTLAND AND HAVE RECEIVED NO SATISFACTION. (ATTACHED IS A COPY OF CORRESPONDANCE TO THE MAYOR OF PORTLAND.)

THIS IS TO ADVISE THAT BEFORE THE CITY OF PORTLAND "SIGNS OFF" ON THIS PROJECT WE ARE EXPECTING OUR ACCOUNT TO BE PAID IN FULL BY RLI INSURANCE COMPANY OR THE CITY OF PORTLAND, TN.

SHOULD YOU HAVE QUESTIONS PLEASE DO NOT HESITATE TO CONTACT US.

VERY TRULY YOURS,

Bill Patterson

BILL PATTERSON
DIXIE FUELS & LUBRICANTS, INC.

CC: CITY OF PORTLAND

# FAX TRANSMISSION

**DAVID M. AMONETTE & ASSOCIATES**
100 MAIN STREET, SUITE 104
PORTLAND, TN 37148
615-325-1806
FAX: 615-325-1807

| | | | |
|---|---|---|---|
| **To:** | Mayor Calloway | **Date:** | March 27, 2003 |
| **Fax #:** | 325-5345 | **Pages:** | 3 |
| **From:** | DAVID M. AMONETTE | | |
| **Subject:** | Portland 16 Inch Water Distribution Line Project | | |

Enclosed is the letter being sent to Mr. Angus Gillis, III, attorney for RLI Insurance Company and Mr. John Coleman Hayes. Call should you have further questions or comments.

DAVID M. AMONETTE & ASSOCIATES

ATTORNEYS AT LAW

RICHLAND BUILDING
100 MAIN STREET, SUITE 104
P.O. BOX 366
PORTLAND, TN 37148-0366
TELEPHONE: (615) 325-1806
FAX: (615) 325-1807

GALLATIN
AMONETTE & STUBBS
554 WEST MAIN ST.
GALLATIN, TN 37066
TEL: (615) 452-5537
FAX: (615) 452-5592

March 26, 2003

Mr. Angus Gillis, III
Schulman, LeRoy & Bennett, P.C.
Suite 701, The Five Hundred and One Union Building
Post Office Box 190676
Nashville, TN 37219-0676

***RE: Your Client: RLI Insurance Company***

Dear Angus:

As you know, your client, RLI Insurance Company, issued its bid bond, performance bond and payment bond on behalf of Advantage Construction Services, LLC to secure the obligations of this company to the City of Portland, Tennessee. These bonds were issued in connection with a contract dated May 15, 2002 between Advantage Construction Services, LLC and the City of Portland, Tennessee providing for the construction of a water distribution line located within the City of Portland. The completion date of this project as stated in the contract was October 31, 2002. The project was not completed within the time required, nor completed in accordance with the contract documents, plans and specifications and the City was required to terminate the services of the contractor and take possession of the project and you and your client were previously informed of this action by the City.

Due to the default of the contractor for which your company is the surety, I have been directed to make demand upon your client, RLI Insurance Company, to complete the job pursuant to their obligations under the performance bond and to do so within the specifications of the contract documents. Please notify your client of this demand and ask that they contact Mr. John Coleman Hayes, John Coleman Hayes, P.C., Engineer for the project, to make arrangements for completion of this project in accordance with the obligations stated in the contract documents.

As you know, your client, RLI Insurance Company, retained the services of Jones Bros. Construction Company to examine the project and make an assessment of what actions are necessary to complete the project in accordance with the contract documents. I am advised that the City feels comfortable with this construction company performing the necessary work to complete this project in accordance with the contract documents and design specifications.

I will be glad to discuss this matter further with you should you deem that necessary, but it is appropriate for your client or its representatives to make arrangements through Mr. John Coleman Hayes of John Coleman Hayes, P.C., for completion of the project.

Very truly yours,

David M. Antonette

DAM/jm

cc: Mayor Jim Calloway, City of Portland
Mr. John Coleman Hayes, John Coleman Hayes, P.C.
sent via regular mail and facsimile to all parties

C:\OFFICE\WPWIN\WPDOCS\LETTERS\GILLIS.LTR

DIXIE
FUELS & LUBRICANTS, INC.
P.O. BOX 50321
NASHVILLE, TENNESSEE 37205
TELEPHONE 615/352-5210

MAR 24 REC'D

MARCH 24, 2003

MR. JIM CALLOWAY, MAYOR
CITY OF PORTLAND
100 N. RUSSELL STREET
PORTLAND, TN. 37148

RE: ADVANTAGE CONSTRUCTION/CYCLONE LLC

DEAR MR. MAYOR,

THIS IS IN RESPONSE TO YOUR LETTER DATED MARCH 4, 2003. SINCE THIS PROJECT REQUIRED A PERFORMANCE BOND, ANY INDEBTNESS INCURRED BY THE ABOVE CAPTIONED CONTRACTORS IS SECURED BY THIS BOND.

AS I HAVE ADVISED THE CITY, WE HAVE NOT BEEN PAID FOR PRODUCT DELIVERED ON THIS PROJECT AND BDFORE THE CITY "SIGNS OFF" ON THIS PROJECT WE EXPECT THE CITY OF PORTLAND TO WITH HOLD FINAL SETTLEMENT UNTIL THE CONTRACTOR PAYS DIXIE FUELS & LUBRICANTS IN FULL.

YOUR ASSISTANCE IN THIS MATTER IS APPRECIATED. PLEASE CONTACT ME SHOULD YOU HAVE QUESTIONS.

VERY TRULY YOURS,

Bill Patterson

BILL PATTERSON
DIXIE FUELS & LUBRICANTS, INC.

CC: MR. BRIAN GOODWIN

CITY OF PORTLAND
WATER PLANT UPGRADE II
100 SOUTH RUSSELL ST
PORTLAND, TN 37148

1043

87-299/641

July 19, 2002 DATE

PAY TO THE ORDER OF Advantage Construction Services $ 75,348.00

Seventy Five Thousand Three Hundred Forty Eight and no/100 DOLLARS

Volunteer State Bank
Portland, TN 37148

FOR Distribution Main Contract - Pay Estimate #1

⑈001043⑈ ⑆064102999⑆ 050 439 4⑈

DATE: July 19, 2002

CHECK: #1043

TO: Advantage Construction Services

INVOICE: Pay Estimate #1

FOR: Phase II Lake Project
Distribution Main Contract

TOTAL: $75,348.00

413-11218 Bank
413-52116-930

cc: Billy Cunningham
Patricia Keen
Accounts Payable

*AIA Document A310*

# Bid Bond

KNOW ALL MEN BY THESE PRESENTS, that we **Advantage Construction Services, LLC, 101-B, W. Railroad Street, Dickson, Tennessee 37055** (Here insert full name and address or legal title of Contractor)

as Principal, hereinafter called the Principal, and **RLI Insurance Company, P.O. Box 30669, Middleburg Heights, OH 44130** (Here insert full name and address or legal title of Surety)

a corporation duly organized under the laws of the State of **Illinois**
as Surety, hereinafter called the Surety, are held and firmly bound unto **City of Portland, Tennessee**
(Here insert full name and address or legal title of Owner)

As Obligee, hereinafter called the Obligee, in the sum of **5% of Bid Amount** Dollars (**$5% of Bid Amount**),

for the payment of which sum well and truly to be made, the said Principal and the said Surety, bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Principal has submitted a bid for **Water System Improvements, Portland, Tennessee** (Here insert full name, address and description of project)

NOW, THEREFORE, if the Obligee shall accept the bid of the Principal and the Principal shall enter into a Contract with the Obligee in accordance with the terms of such bid, and give such bond or bonds as may be specified in the bidding or Contract Documents with good and sufficient surety for the faithful performance of such Contract and for the prompt payment of labor and material furnished in the prosecution thereof, or in the event of the failure of the Principal to enter such Contract and give such bond or bonds, if the Principal shall pay to the Obligee the difference not to exceed the penalty hereof between the amount specified in said bid and such larger amount for which the Obligee may in good faith contract with another party to perform the Work covered by said bid, then this obligation shall be null and void, otherwise to remain in full force and effect.

Signed and sealed this **14th** day of **March, 2002**

(Witness)

(Witness)

**Advantage Construction Services, LLC**
(Principal) (Seal)

(Title) **Trent B. Smith - Principal**

**RLI Insurance Company**
(Surety ) (Seal)

(Title) **Charles B. Royse, Attorney-In-Fact**

AIA DOCUMENT A310 - BID BOND - AIA 0 FEBRUARY 1970 ED THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 N.Y. AVE., N.W., WASHINGTON, D. C. 20006

SURETY DIVISION
9025 N. Lindbergh Dr. • Peoria, IL 61615

# POWER OF ATTORNEY

***Know All Men by These Presents:***

**BOND NO. SSB- 337815**

That this Power of Attorney is not valid or in effect unless attached to the bond which it authorizes executed, but may be detached by the approving officer if desired.

That **RLI INSURANCE COMPANY**, an Illinois corporation, does hereby make, constitute and appoint Robert L. Harris, Patricia S. Phipps, Charles B. Royse, Jointly or Severally in the City of Nashville, State of Tennessee its true and lawful Agent and Attorney-in-Fact, with full power and authority hereby conferred, to sign, execute, acknowledge and deliver for and on its behalf as Surety, the following described bond.

**Any bond, undertaking, recognizances, or other written obligations (other than bail bonds, bank depository bonds, mortgage deficiency bonds, mortgage guarantee bonds, guarantees of installment paper or note guarantee bonds) providing the bond penalty does not exceed Five Million Dollars ($5,000,000).**

The acknowledgement and execution of such bond by the said Attorney-in-Fact shall be as binding upon this Company as if such bond had been executed and acknowledged by the regularly elected officers of this Company.

The RLI INSURANCE COMPANY further certifies that the following is a true and exact copy of the Resolution adopted by the Board of Directors of RLI Insurance Company, and now in force to-wit:

"All bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation shall be executed in the corporate name of the company by the President, Secretary, any Assistant Secretary, Treasurer, Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary and Assistant Secretary, or the Treasurer, may appoint Attorneys-in-Fact or Agents who shall have authority to issue bonds, policies, or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile."

*(Blue shaded area above indicates authenticity)*

IN WITNESS WHEREOF, the RLI Insurance company has caused these presents to be executed by its President with its corporate seal affixed this 1st day of January, 2000.

RLI INSURANCE COMPANY CORPORATE SEAL ILLINOIS

RLI INSURANCE COMPANY

By: Jonathan E. Michael
President

State of Illinois )
) SS
County of Peoria )

On this 1st day of January, 2000, before me, a Notary Public, personally appeared Jonathan E. Michael, who being by me duly sworn, acknowledged that he signed the above Power of Attorney as the aforesaid officer of the RLI INSURANCE COMPANY and acknowledged said instrument to be the voluntary act and deed of said corporation.

Cynthia S. Dohm
Notary Public

"OFFICIAL SEAL"
CYNTHIA S. DOHM
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 02/24/02

## CERTIFICATE

I, the undersigned officer of RLI Insurance Company, a stock corporation of the State of Illinois, do hereby certify that the attached Power of Attorney is in full force and effect and is irrevocable; and furthermore, that the Resolution of the Company as set forth in the Power of Attorney, is now in force. In testimony whereof, I have hereunto set my hand and the seal of the RLI Insurance Company this 14th day of March, 2002.

RLI INSURANCE COMPANY

By: Jonathan E. Michael
President

USDA-FmHA
Form FmHA 1924-18
(Rev. 2/87)

# RD COPY

OMB NO. 0575-004

## PARTIAL PAYMENT ESTIMATE

PARTIAL PAYMENT ESTIMATE NO. 2

PAGE 1 OF 2

OWNER: City of Portland

CONTRACTOR: Advantage Construction Svcs.

PERIOD OF ESTIMATE FROM 6/15 TO 7/23

**CONTRACT CHANGE ORDER SUMMARY**

| No. | FmHA Approval Date | Amount Additions | Amount Deductions |
|---|---|---|---|
| | | | |
| TOTALS | | | |
| NET CHANGE | | | |

**ESTIMATE**

| | |
|---|---|
| 1. Original Contract | 136,169.00 |
| 2. Change Orders | 2,839.32 |
| 3. Revised Contract (1 + 2) | 139,008.32 |
| 4. Work Completed * | 139,008.32 |
| 5. Stored Materials * | |
| 6. Subtotal (4 + 5) | 139,008.32 |
| 7. Retainage * | 14,300.83 |
| 8. Previous Payments | 75,348.00 |
| 9. Amount Due (6-7-8) | 49,359.49 |

* *Detailed breakdown attached*

**CONTRACT TIME**

Original (days) 150
Revised
Remaining

On Schedule ☒ Yes ☐ No
ahead of schedule

Starting Date June 12, 2002
Projected Completion July 26, 2002

**CONTRACTOR'S CERTIFICATION:**
The undersigned Contractor certifies that to the best of their knowledge, information and belief the work covered by this payment estimate has been completed in accordance with the contract documents, that all amounts have been paid by the contractor for work for which previous payment estimates was issued and payments received from the owner, and that current payment shown herein is now due.

Contractor Advantage Construction Services, LLC
By [signature]
Date 7-24-02

**ARCHITECT OR ENGINEER'S CERTIFICATION:**
The undersigned certifies that the work has been carefully inspected and to the best of their knowledge and belief, the quantities shown in this estimate are correct and the work has been performed in accordance with the contract documents.

Architect or Engineer John Coleman Hayes, P.C.
By [signature]
Date AUG 29 2002

**APPROVED BY OWNER:**

Owner
By
Date

**ACCEPTED BY FmHA:**
The review and acceptance of this estimate by FmHA does not attest to the correctness of the quantities shown or that the work has been performed in accordance with the contract documents.

By
Date

Case 3:04-cv-00555 Document 81 Filed 07/19/05 Page 22 of 50 PageID #: 563

## TYPICAL UNIT PRICE BREAKDOWN *

| ITEM | DESCRIPTION | CONTRACT (revised) | | | THIS PERIOD | | TOTAL TO DATE | | % COMPLETE |
|---|---|---|---|---|---|---|---|---|---|
| | | QUANTITY | UNIT PRICE | AMOUNT | QUANTITY | AMOUNT | QUANTITY | AMOUNT | |
| 1A | 16" C50 | 5406 | $ 24.22 | $ 130,933.32 | 5406 | $ 130,933.32 | 5406 | $ 130,933.32 | 100 |
| 2 | 16" Gate Valve | 1 | 1700.00 | 1,700.00 | 1 | 1,700.00 | 1 | 1,700.00 | 100 |
| 3 | Tapping Tee & Valve | 1 | 1700.00 | 1,700.00 | 1 | 1,700.00 | 1 | 1,700.00 | 100 |
| 6 | Concrete | 15 | 45.00 | 675.00 | 15 | 675.00 | 15 | 675.00 | 100 |
| 7 | Connection | 2 | 2000.00 | 4,000.00 | 2 | 4,000.00 | 2 | 4,000.00 | 100 |
| | TOTALS | | | | | | | 139,008.32 | |

## TYPICAL LUMP SUM PRICE BREAKDOWN *

| ITEM | DESCRIPTION | SCHEDULED VALUE | WORK COMPLETED | | % COMPLETE |
|---|---|---|---|---|---|
| | | | THIS PERIOD | TO DATE | |
| | | $ | $ | $ | |
| | TOTALS | | | | |

## TYPICAL STORED MATERIALS AND RETAINAGE BREAKDOWN *

MATERIALS STORED AT END OF THIS PAYMENT PERIOD

| DESCRIPTION | QUANTITY | UNIT VALUE | AMOUNT |
|---|---|---|---|
| None | | $ | $ |

RETAINAGE

| | THIS ESTIMATE | PERCENT | RETAINED |
|---|---|---|---|
| WORK COMPLETED: | $ 139,008.32 | 100 % | $ 14,300.83 |
| STORED MATERIALS: | None | | |
| OTHER (explain) | | | |
| TOTAL | 139,008.32 | | 14,300.83 |

* As a minimum, detailed breakdowns should contain this information.

*U.S. GPO: 1987-754-007/41515



FmHA 1924-18 REVERSE

# RECOMMENDATION OF PAYMENT

OWNER's Project No. ................. ENGINEER's Project No. 9611

Project Water Distribution Line

CONTRACTOR Advantage Construction Services, LLC

Contract For Water System Improvement Contract 2 Contract Date May 15, 2002

Application Date 7/24/02 Application Amount $49,359.49

For Period Ending 7/23/02

To City of Portland
OWNER

Attached hereto is the CONTRACTOR's Application for Payment for Work accomplished under the Contract through the date indicated above. The Application meets the requirements of the Contract Documents and includes the CONTRACTOR's Certificate stating that all previous payments to him under the Contract have been applied by him to discharge in full all of his obligations in connection with the Work covered by all prior Applications for Payments.

In accordance with the Contract the undersigned recommends payment to the CONTRACTOR of the amount due as shown below.

John Coleman Hayes, P.C.
ENGINEER

Dated August 29, 2002, XX By [signature]

## STATEMENT OF WORK

| | | | |
|---|---|---|---|
| Original Contract Price | $ 136,169.00 | Work to Date | $ 139,008.32 |
| Net Change Orders | $ 2,839.32 | Amount Retained | $ 14,300.83 |
| Current Contract Price | $ 139,008.32 | Subtotal | $ 124,707.49 |
| Work to be Done | $ 14,300.83 | Previous Payments Recommended | $ 75,348.00 |
| | | Amount Due This Payment | $ 49,359.49 |

NSPE-ACEC 1910-8-C (1978 Edition)

© 1978, National Society of Professional Engineers

# CITY OF PORTLAND

USDA-FmHA
Form FmHA 1924-18
(Rev. 2/87)

## PARTIAL PAYMENT ESTIMATE

PARTIAL PAYMENT ESTIMATE NO. 2

PAGE 1 OF 2

OWNER: City of Portland

CONTRACTOR: Advantage Construction Svcs.

PERIOD OF ESTIMATE FROM 6/15 TO 7/23

**CONTRACT CHANGE ORDER SUMMARY**

| No. | FmHA Approval Date | Amount: Additions | Amount: Deductions |
|---|---|---|---|
| | | | |
| TOTALS | | | |
| NET CHANGE | | | |

**ESTIMATE**

| | |
|---|---|
| 1. Original Contract | 136,169.00 |
| 2. Change Orders | 2,839.32 |
| 3. Revised Contract (1 + 2) | 139,008.32 |
| 4. Work Completed * | 139,008.32 |
| 5. Stored Materials * | |
| 6. Subtotal (4 + 5) | 139,008.32 |
| 7. Retainage * | 14,300.83 |
| 8. Previous Payments | 75,348.00 |
| 9. Amount Due (6-7-8) | 49,359.49 |

* *Detailed breakdown attached*

**CONTRACT TIME**

Original (days) 150
Revised
Remaining

On Schedule ☒ Yes ☐ No
ahead of schedule

Starting Date June 12, 2002
Projected Completion July 26, 2002

**CONTRACTOR'S CERTIFICATION:**
The undersigned Contractor certifies that to the best of their knowledge, information and belief the work covered by this payment estimate has been completed in accordance with the contract documents, that all amounts have been paid by the contractor for work for which previous payment estimates was issued and payments received from the owner, and that current payment shown herein is now due.

Contractor Advantage Construction Services, LLC
By [signature]
Date 7-24-02

**ARCHITECT OR ENGINEER'S CERTIFICATION:**
The undersigned certifies that the work has been carefully inspected and to the best of their knowledge and belief, the quantities shown in this estimate are correct and the work has been performed in accordance with the contract documents.

Architect or Engineer John Coleman Hayes, P.C.
By [signature]
Date AUG 29 2002

**APPROVED BY OWNER:**

Owner
By
Date

**ACCEPTED BY FmHA:**
The review and acceptance of this estimate by FmHA does not attest to the correctness of the quantities shown or that the work has been performed in accordance with the contract documents.

By
Date

| ITEM | DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT | THIS PERIOD QUANTITY | THIS PERIOD AMOUNT | TOTAL TO DATE QUANTITY | TOTAL TO DATE AMOUNT | % COMPLETE |
|---|---|---|---|---|---|---|---|---|---|
| 1A | 16" C50 | 5406 | $ 24.22 | $ 130,933.32 | 5406 | $ 130,933.32 | 5406 | $ 130,933.32 | 100 |
| 2 | 16" Gate Valve | 1 | 1700.00 | 1,700.00 | 1 | 1,700.00 | 1 | 1,700.00 | 100 |
| 3 | Tapping Tee & Valve | 1 | 1700.00 | 1,700.00 | 1 | 1,700.00 | 1 | 1,700.00 | 100 |
| 6 | Concrete | 15 | 45.00 | 675.00 | 15 | 675.00 | 15 | 675.00 | 100 |
| 7 | Connection | 2 | 2000.00 | 4,000.00 | 2 | 4,000.00 | 2 | 4,000.00 | 100 |
| | TOTALS | | | | | | | 139,008.32 | |

TYPICAL LUMP SUM PRICE BREAKDOWN *

| ITEM | DESCRIPTION | SCHEDULED VALUE | WORK COMPLETED THIS PERIOD | WORK COMPLETED TO DATE | % COMPLETE |
|---|---|---|---|---|---|
| | | $ | $ | $ | |
| | TOTALS | | | | |

TYPICAL STORED MATERIALS AND RETAINAGE BREAKDOWN *

MATERIALS STORED AT END OF THIS PAYMENT PERIOD

| DESCRIPTION | QUANTITY | UNIT VALUE | AMOUNT |
|---|---|---|---|
| None | | $ | $ |

RETAINAGE

| | THIS ESTIMATE | PERCENT | RETAINED |
|---|---|---|---|
| WORK COMPLETED: | $ 139,008.32 | 100 % | $ 14,300.83 |
| STORED MATERIALS: | None | | |
| OTHER (explain) | | | |
| TOTAL | 139,008.32 | | 14,300.83 |

* As a minimum, detailed breakdowns should contain this information.

*U.S. GPO: 1987-754 007/41515



FmHA 1924-18 REVERSE

Case 3:04-cv-00555 Document 81 Filed 07/19/05 Page 25 of 50 PageID #: 566

# BASE BID SCHEDULE
## WATER SYSTEM IMPROVEMENTS
## CONTRACT 2 - WATER DISTRIBUTION LINE

Bidder acknowledges receipt of the following Addendum(s): #1 2 3 4

______________________ Bidder agrees to perform all improvements described in the specifications and as show on the plans for the following unit prices:

| ITEM NO. | DESCRIPTION & UNIT PRICE IN WORDS | ESTIMATED QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 1. | 16" C905 PVC Water Line<br>For Eighteen Dollars Seventy eight Cents, per Linear Foot | 5,200 | L.F. | $ ~~[illegible]~~ 18,78 | $ ~~[illegible]~~ 97,656 |
| 1A. | 16" Class 50, Ductile Iron Pipe<br>For ~~[illegible]~~ Twenty Four Dollars ~~[illegible]~~ Twenty two Cents, per Linear Foot | 5,200 | L.F. | $ ~~[illegible]~~ 24,22 | $ ~~[illegible]~~ 125,944. |
| 2. | 16" Gate Valve W/Box<br>For Seventeen Hundred Dollars no Cents, per Each | 1 | EACH | $ 1700, | $ 1700, |
| 3. | 8" Tapping Tee w/8" Valve<br>For Seventeen Hundred Dollars no Cents, per Each | 1 | EACH | $ 1700, | $ 1700 |
| 4. | Crushed Stone for Undercut & Miscellaneous<br>For Nine Dollars Zero Cents, per Ton | 100 | TON | $ 9, | $ 900, |
| 5. | Hot Mix Pavement Replacement<br>For Twenty five Dollars Zero Cents, per Square Yard | 50 | S.Y. | $ 25, | $ 1250, |
| 6. | Concrete Encasement & Miscellaneous<br>For Forty five Dollars no Cents per Cubic Yard | 15 | C.Y. | $ 45, | $ 675, |



Case 3:04-cv-00555 Document 81 Filed 07/19/05 Page 26 of 50 PageID #: 567

SHOULD THE OWNER ELECT TO USE 12" INSTEAD OF 16" THE BIDDER SHALL INDICATE A PRICE FOR THE QUANTITIES LISTED BELOW. THE BASE BID SHALL BE BASED ON EITHER THE 16" OR 12" WATER LINE DEPENDING UPON THE BID AMOUNTS AND AVAILABLE FUNDING.

# ALTERNATE BID SCHEDULE

WATER SYSTEM IMPROVEMENTS
CONTRACT 2 - WATER DISTRIBUTION LINE

| ITEM NO. | DESCRIPTION & UNIT PRICE IN WORDS | ESTIMATED QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 1. | 12" C900 PVC Water Line<br>For Fourteen<br>Dollars Forty<br>Cents, per Linear Foot | 5,200 | L.F. | $ 14.20 | $ 73,840. |
| 1A. | 12" Class 50, Ductile Iron Pipe<br>For Seventeen<br>Dollars Eighty-seven<br>Cents, per Linear Foot | 5,200 | L.F. | $ 17.87 | $ 92,924. |
| 2. | 12" Gate Valve W/Box<br>For Seventeen Hundred<br>Dollars No<br>Cents, per Each | 1 | EACH | $ 1700.. | $ 1700. |
| 3. | 8" Tapping Tee w/8" Valve<br>For [illegible]<br>Dollars No<br>Cents, per Each | 1 | EACH | $ 1900. | $ 1900. |
| 4. | Crushed Stone for Undercut & Miscellaneous<br>For Nine<br>Dollars No<br>Cents, per Ton | 80 | TON | $ 9. | $ 720 |
| 5. | Hot Mix Pavement Replacement<br>For Twenty-five<br>Dollars No<br>Cents, per Square Yard | 50 | S.Y. | $ 25. | $ 1250 |
| 6. | Concrete Encasement & Miscellaneous<br>For Forty-five<br>Dollars No<br>Cents, per Cubic Yard | 15 | C.Y. | $ 45. | $ 675. |


Case 3:04-cv-00555 Document 81 Filed 07/19/05 Page 27 of 50 PageID #: 568

Resolution

# City Of Portland, Tennessee

No. 4569

**A RESOLUTION AUTHORIZING THE ACCEPTANCE OF THE BEST BID FOR A WATER LINE FROM THE NEW WATER PLANT TO THE CITY OF PORTLAND.**

WHEREAS, the following bids have been properly solicited and received for a water line from the new water plant to the City of Portland which is included in the new water treatment plant and lake project:

Copies of the entire bid tabulation are attached, a summary of the bids is listed below.

Bids with 16 inch line

| COMPANY | TOTAL WITH PVC ALTERNATE | TOTAL WITH DIP ALTERNATE |
|---|---|---|
| Advantage Construction | 107,661.00 | 136,169.00 |
| Crowder Construction | 119,695.55 | 155,835.55 |
| Portland Utilities Construction | 124,110.00 | 156,350.00 |
| Purdue Trucking & Excavating | 146,895.00 | 207,059.00 |
| Dillard & Maynard Construction | 148,500.00 | 174,500.00 |
| Eatherly Construction | 148,565.00 | 177,685.00 |
| Jenkins Construction | 154,275.00 | 201,075.00 |
| TPM, Incorporated | 157,196.00 | 202,498.00 |
| Trammel Construction | 179,974.00 | 199,786.00 |
| King Pipeline & Utility Co. | 187,850.00 | 212,550.00 |
| Johnson & Johnson Construction | 205,841.20 | 228,721.20 |
| Bolden Pipe Construction | 223,450.00 | 254,130.00 |
| Charles Deweese Construction | 230,363.73 | 253,711.73 |

Bids with 12 inch line

| | | |
|---|---|---|
| Advantage Construction | 83,885.00 | 102,969.00 |
| Crowder Construction | 82,465.26 | 105,761.26 |
| Portland Utilities Construction | 91,350.00 | 122,550.00 |
| Purdue Trucking & Excavating | 104,064.40 | 139,736.40 |
| Dillard & Maynard Construction | 119,400.00 | 142,280.00 |
| Eatherly Construction | 107,335.00 | 121,375.00 |
| Jenkins Construction | 117,345.00 | 152,445.00 |
| TPM, Incorporated | 145,915.00 | 162,555.00 |
| Trammel Construction | 147,783.00 | 173,939.00 |
| King Pipeline & Utility Co. | 155,830.00 | 166,230.00 |
| Johnson & Johnson Construction | 169,002.31 | 187,514.31 |
| Bolden Pipe Construction | 191,133.50 | 219,993.50 |
| Charles Deweese Construction | 196,842.48 | 209,062.48 |

**LISCO** INCORPORATED
P.O. DRAWER 807
ONEONTA, ALABAMA 35121
**PHONE (205) 274-2398**

1-8-03

Mr. McGlothin reported at 3:00pm water leak on 16-inch line. He thought it had been leaking for a week, but didn't know if they were working on line.

*GAS LEAKAGE SURVEYS*
*PORTABLE & MOBILE FLAME IONIZATION DETECTORS*
*COMBUSTIBLE GAS INDICATORS • PROBE BARS*
*PIPE & VALVE BOX LOCATORS*

Jim Calloway.
Mayor

Luther Bratton.
Vice-Mayor

City Council:
Don Anderson
Jim Butler
Jerry Denning
Ronnie Meadows
Walter "Buck" Morris
Marilyn Utley

CITY OF PORTLAND, TN
Proud, Progressive Portland
Home of the STRAWBERRY FESTIVAL
100 South Russell, Portland, Tennessee 37148
615-325-6776

COPY

September 26, 2002

John Coleman Hayes, PC
Woodmont Centre
104 Woodmont Blvd, Suite 401
Nashville, Tennessee 37205

RE: City of Portland
Advantage Construction Services, LLC

Mayor Calloway and Barbra Brown of Rural Development have signed *Change Order #1*, requested for Advantage Construction's water distribution main contract. A copy is enclosed for your use. I'm sorry that it's not a very clean copy, as everything goes to Rural Development by fax and is then returned likewise.

Please let me know if I should send a copy directly to Advantage Construction. Otherwise, I'll assume your copy is sufficient.

Thanks,

Teresa Keen
Administrative Assistant

/tk

ENCL

cc: Ken Wilber, Public Works Superintendent

USDA-FmHA

Form FmHA 1924-7
(Rev. 2/87)

# CONTRACT CHANGE ORDER

ORDER NO. One

DATE 7/24/02

STATE Tennessee

COUNTY Sumner

CONTRACT FOR Water System Improvements - Contract 2 - Water Distribution Line

OWNER City of Portland, TN

To Advantage Construction Services, LLC
(Contractor)

You are hereby requested to comply with the following changes from the contract plans and specifications:

| Description of Changes | DECREASE in Contract Price | INCREASE in Contract Price |
|---|---|---|
| 1. ADD 206 LF of 16" Class 50, Ductile Iron Pipe @ $24.22/LF | | $ 4,989.32 |
| 2. DEDUCT 100 Tons of Crushed Stone @ $9.00/Ton | $ 900.00 | |
| 3. DEDUCT 50 SY of Hot Mix Pavement Replacement @ $25.00/SY | $ 1,250.00 | |
| TOTALS | $ 2,150.00 | $ 4,989.32 |
| NET CHANGE IN CONTRACT PRICE | $ | $ 2,839.32 |

JUSTIFICATION: Balance final quantities.

The amount of the Contract will be Increased By the Sum Of: Two Thousand and Eight Hundred Thirty-Nine and 32 / 100 Dollars ($ 2,839.32 ). The Contract Total Including this and previous Change Orders Will Be: One Hundred Thirty-Nine Thousand, Eight and 32 / 100 Dollars ($ 139,008.32 ).

The Contract Period Provided for Completion Will Be Unchanged: 440 Days.

This document will become a supplement to the contract and all provisions will apply hereto.

Requested [signature] City of Portland (Owner) 9/17/02 (Date)

Recommended [signature] John Coleman Hayes, P.C. (Owner's Architect/Engineer) JUL 24 2002 (Date)

Accepted [signature] Advantage Construction Services, LLC (Contractor) 7-24-02 (Date)

Approved By FmHA [signature], Rural Development Specialist (Name and Title) 9/18/02 (Date)

Advantage Construction Services, LLC
101 B West Railroad Street
Dickson, TN 37055

June 17, 2002

Mr. John Gilmore
John Coleman Hayes
104 Woodmont Blvd, Suite 401
Nashville, TN 37205

RE: City of Portland Water System Improvements

Dear Mr. Gilmore:

Please find enclosed payment request number 1. The request is for materials received and stored on the subject project.

If you have any questions, please call me at (615) 740-0930.

Sincerely,
ADVANTAGE CONSTRUCTION SERVICES, LLC

Trent Smith, P.E.
Project Manager

615.740.0930 615.740.0504



RECEIVED JUN 1 8 2002

Advantage Construction Services, LLC
101 B West Railroad Street
Dickson, TN 37055

June 17, 2002

Mr. John Gilmore
John Coleman Hayes
104 Woodmont Blvd, Suite 401
Nashville, TN 37205

RE: City of Portland Water System Improvements

Dear Mr. Gilmore:

Please find enclosed payment request number 1. The request is for materials received and stored on the subject project.

If you have any questions, please call me at (615) 740-0930.

Sincerely,
ADVANTAGE CONSTRUCTION SERVICES, LLC

Trent Smith, P.E.
Project Manager

615.740.0930 615.740.0504 (F)

WATER PLANT UPGRADE II
100 SOUTH RUSSELL ST
PORTLAND, TN 37148

PAY TO THE ORDER OF Advantage Construction Services — July 19, 2002 DATE

87-299

Seventy Five Thousand Three Hundred Forty Eight and 00/100 DOLLARS — $ 75,348.00

Volunteer State Bank
Portland, TN 37148

FOR Distribution Main Contract - Pay Estimate #1

⑈001043⑈ ⑆064102999⑆ 050 439 4⑈

DATE: July 19, 2002

CHECK: #1043

TO: Advantage Construction Services

INVOICE: Pay Estimate #1

FOR: Phase II Lake Project
Distribution Main Contract

TOTAL: $75,348.00

413-11218 Bank
413-52116-930

cc: Billy Cunningham
Patricia Keen
Accounts Payable

Ken asked for copies of log sheets -

TK

FILE Contract

COPY

John Coleman Hayes, P. C.
Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401 • Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415

July 3, 2002

Ms. Teresa Keen
City of Portland
100 South Russell Street
Portland, Tennessee 37148

(2) This is the one we didn't pay with log attached

RE: Recommendations for Payment
Water System Improvements
Contract 2 – Water Distribution Line (Recommendation No. 1)
JCH Project No. 9611

Dear Ms. Keen:

Enclosed, for the Mayor's review and signature, is a complete Recommendation for Payment package for contractor work on the referenced project; package is marked "City of Portland Copy". Also enclosed is an additional copy of the contractor's pay request, which is marked "RD Copy", and is provided for the Mayor's review and signature as well. Upon approval and signature of this RD copy, please fax the signature page only of the pay request and mail the "RD Copy" of the pay request to Ms. Barbara Brown at the following fax number and address:

Ms. Barbara Brown
U. S. Department of Agriculture, Rural Development
3322 West End Avenue, Suite 302
Nashville, TN 37203-6835
Fax: (615) 783-1340

Per Ms. Brown's direction, I have also provided her a complete copy of the Recommendation for Payment package, and have provided the contractor copies of the Recommendation of Payment and Partial Payment Estimate for their record. Should you have any questions, please do not hesitate to contact this office.

Sincerely,

John E. Gilmore, Jr., P. E.
Chief Engineer

/dlm.JGLtr.9611.1

Enclosures

M/R: Complete Pkg 1st Class Mailed to Teresa Keen & Barbara Brown on 7/3/02; Copy of Recommendation of Payment & Partial Payment Request 1st Class Mailed. to Advantage Construction Services LLC on 7/3/02 – dlm

cc: Ms. Barbara Brown, U. S. Department of Agriculture, Rural Development
Jill Boone
File

# RECOMMENDATION OF PAYMENT

OWNER's Project No. . . . . . . . . . . . . . . . .

ENGINEER's Project No. 9611

Project Water Distribution Line

CONTRACTOR Advantage Construction Services, LLC

Contract For Water System Improvement Contract 2

Contract Date May 15, 2002

Application Date June 14, 2002

Application Amount $75,348.00

For Period Ending June 26, 2002

To City of Portland
OWNER

Attached hereto is the CONTRACTOR's Application for Payment for Work accomplished under the Contract through the date indicated above. The Application meets the requirements of the Contract Documents and includes the CONTRACTOR's Certificate stating that all previous payments to him under the Contract have been applied by him to discharge in full all of his obligations in connection with the Work covered by all prior Applications for Payments.

In accordance with the Contract the undersigned recommends payment to the CONTRACTOR of the amount due as shown below.

John Coleman Hayes, P.C.
ENGINEER

Dated July 2, 2002 . . . . , XX . . . .

By [signature]

## STATEMENT OF WORK

| | | | |
|---|---|---|---|
| Original Contract Price | $ 136,169.00 | Work to Date | $ 83,720.00 |
| Net Change Orders | $ | Amount Retained | $ 8,372.00 |
| Current Contract Price | $ 136,169.00 | Subtotal | $ 75,348.00 |
| Work to be Done | $ 52,449.00 | Previous Payments Recommended | $ 0.00 |
| | | Amount Due This Payment | $ 75,348.00 |

NSPE-ACEC 1910-8-C (1978 Edition)

© 1978, National Society of Professional Engineers

WATER PLANT UPGRADE II
100 SOUTH RUSSELL ST
PORTLAND, TN 37148

1042

87-299/641

July 19, 2002 DATE

PAY TO THE ORDER OF John Coleman Hayes, P.C. $ 15,855.18

Fifteen Thousand Eight Hundred Fifty Five - and 18/100 DOLLARS

Volunteer State Bank
Portland, TN 37148

FOR Phase II - Lake Project - Invoice #961

⑈001042⑈ ⑆064102999⑆ 050 439 4⑈

DATE: July 19, 2002

CHECK: #1042

TO: John Coleman Hayes, PC

INVOICE: Invoice #961

FOR: Phase II Lake Project
Engineering During Construction and Inspection

TOTAL: $ 15,855.18

413-11218 Bank
413-52116-254

cc: Billy Cunningham
Patricia Keen
Accounts Payable

Jill Lohe


# John Coleman Hayes, P. C.

Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401 • Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415


Mr. Ken Wilber
City Of Portland
100 South Russell
Portland, Tn 37148

Invoice Date: July 2, 2002
Invoice No.: 961
Project: Water Treatment Facilities, Portland, Tn

Phase II

**Statement For Professional Services**

Professional Services Rendered For Engineering Services In Accordance With Section F & I.B.2 Of Our Contract.

| | | Construction Amount |
|---|---|---|
| Contract 2-Water Distribution Main | $ | 139,169.00 ✓ misprint |
| Contract 4-Caney Fork Reservoir | $ | 1,300,000.00 |
| Total Estimated Construction Cost | $ | 1,439,169.00 |
| Design Fee Contract 2 (Table 2) =8.45% X $136,169 X 80% Complete = | $ | 9,205.03 ok |
| Design Fee Contract 4 (Table 1) =7.47% X $1,300,000 X 50% Complete = | $ | 48,555.00 |
| Sub-Total= | $ | 57,760.03 |
| Engineering During Construction | | |
| Contract 2 8.45% x $83,720 Complete x 15% of Fee= | $ | 1,061.15 |
| Contract 4 7.49% x $ 0 Complete x 15% Of Fee= | $ | - |
| Resident Inspection Services through 6/26/02-56 hours X $35.00/hr= | $ | 1,960.00 |
| Total Earned to Date | $ | 60,781.18 |
| Less Previous Payments | $ | (44,926.00) |
| **Total Amount Due This Invoice** | $ | 15,855.18 |

Approved by: Jim Calloway (signature)
Jim Calloway, Mayor
Date: 7/9/02

Approved by: Darlene A. Brown (signature)
Barbra Brown, Rural Development
Date: Jul 10, 2002

John Coleman Hayes, P. C.
Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401 • Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415

Mr. Ken Wilber
City Of Portland
100 South Russell
Portland, Tn 37148

Invoice Date: July 2, 2002
Invoice No.: 961
Project: Water Treatment Facilities, Portland, Tn

Phase II

**Statement For Professional Services**

Professional Services Rendered For Engineering Services In Accordance With Section F & 1.B.2 Of Our Contract.

| | | Construction Amount |
|---|---|---|
| Contract 2-Water Distribution Main | $ | 139,169.00 |
| Contract 4-Caney Fork Reservoir | $ | 1,300,000.00 |
| Total Estimated Construction Cost | $ | 1,439,169.00 |
| | | |
| Design Fee Contract 2 (Table 2) =8.45% X $136,169 X 80% Complete = | $ | 9,205.03 |
| Design Fee Contract 4 (Table 1) =7.47% X $1,300,000 X 50% Complete = | $ | 48,555.00 |
| Sub-Total= | $ | 57,760.03 |
| | | |
| Engineering During Construction | | |
| Contract 2 8.45% x $83,720 Complete x 15% of Fee= | $ | 1,061.15 |
| Contract 4 7.49% x $ 0 Complete x 15% Of Fee= | $ | - |
| | | |
| Resident Inspection Services through 6/26/02-56 hours X $35.00/hr= | $ | 1,960.00 |
| | | |
| Total Earned to Date | $ | 60,781.18 |
| Less Previous Payments | $ | (44,926.00) |
| **Total Amount Due This Invoice** | $ | 15,855.18 |

Approved by: Jim Calloway
Jim Calloway, Mayor

Date: 7/9/02

Approved by: ____________________
Barbra Brown, Rural Development

Date: ____________________

# City of Portland
## Office of the Mayor
## 100 South Russell Street
## Portland, Tennessee 37148

July 9, 2002

FAX

TO: Rural Development
Ms Barbra Brown
783-1340
4 pages, including this cover page

FROM: City of Portland
325-5345

RE: **Phase II - Water Project Invoice**

Please review the following invoices for approval:

| | |
|---|---|
| John Coleman Hayes, PC<br>Invoice #961 | $15,855.18 |
| Advantage Construction Services<br>Pay Estimate #1 | $75,348.00 |
| Total | $91,203.18 |

Please call should you have questions regarding these invoices.

Thank you,

Teresa Keen
Administrative Assistant

/tk

July 9, 2002

TO: Billy Cunningham, City Recorder

FROM: Teresa Keen *TK*

RE: Request for Transfer of Funds for Water Treatment Plant/Tank/Lake Project - Phase II (AKA Water Plant Upgrade)

The following invoices are from:

| | |
|---|---|
| John Coleman Hayes, PC<br>Invoice #961 | $15,855.18 |
| Advantage Construction Services<br>Pay Estimate #1 | $75,348.00 |
| Total | $91,203.18 |

Please transfer an adequate amount of Phase II loan funds into account #050 439 4 to cover payment of the above and maintain the minimum balance that you feel is needed in this bank account.

Thanks, Teresa

CC: Accounts Payable
Patricia Keen

Case 3:04-cv-00555 Document 81 Filed 07/19/05 Page 43 of 50 PageID #: 584

CITY OF PORTLAND
100 S. RUSSELL ST.
PORTLAND, TN 37148

# FAX

Wire Received by Volunteer State Bank ________________________________

==========================================================================

**TO: Volunteer State Bank - Attn: Freida Jones Fax: 325-7777**

**FROM: Billy Cunningham** ____________ **Fax: 325:7075**

**DATE: 7/11/02**

**NUMBER OF PAGES: 1**

You should receive the following transfer on the date indicated. Thanks

==========================================================================

| | |
|---|---|
| Date to Receive: | **7/12/02** |
| Post to Account: | **050-439-4** |
| Amount: | **$91,203.18** |
| Wire Sent From: | **Local Government Investment Pool** |
| ABA No. | **064-000-266** |
| Account No.: | **183313-11** |
| For: | **City of Portland** |

STATE OF TENNESSEE
TREASURY DEPARTMENT
CASH MANAGEMENT
11TH FLOOR, ANDREW JACKSON BUILDING
NASHVILLE, TENNESSEE 37243-0244

**LGIP FAX INSTRUCTION SHEET**
**FAX NUMBER (615) 741-0755**

DELIVER TO: LGIP Office (615) 532-1163

FROM: **CITY OF PORTLAND**

DATE: **7/11/02**

We are sending **1** page to you (including this cover sheet). If you need a resend of any page, call (615) 325-6776. If you do not call, we will assume you received the pages satisfactorily.

**LGIP TRANSACTION INSTRUCTIONS**

Request Date: **7/11/02** Transaction Date: **7/12/02**

articipant's Phone Number: **(615) 325 6776**

Transaction Type: Deposit **X** Withdrawal Transfer

Transaction Description: Withdraw from LGIP Account Number: **183313-11**

Deposit to LGIP Account Number:

Amount: **$91,203.18**

Entity Name: **CITY OF PORTLAND**

Authorized Signature: Billy Cunningham

Typed Name and Title: **BILLY CUNNINGHAM, CITY RECORDER**

Bank's Name: **VOLUNTEER STATE BANK**

Bank's Account Number: **050-439-4**

========================================================================

FOR LGIP USE ONLY

Ticket # ______________ Bank T/R # ______________ Account Balance ______________
Correspondent Bank Name: ______________________________ Correspondent Bank T/R # ______________

OMB NO. 0575-0042

USDA-FmHA
Form FmHA 1924-18
(Rev. 2/87)

# CITY OF PORTLAND

## PARTIAL PAYMENT ESTIMATE

NO. JUL 2002

PARTIAL PAYMENT ESTIMATE NO. 1

PAGE 1 OF 3

| OWNER: | CONTRACTOR: | PERIOD OF ESTIMATE |
|---|---|---|
| City of Portland, TN | Advantage Const. Svcs | FROM June 1 TO 6/14/02 |

**CONTRACT CHANGE ORDER SUMMARY**

| No. | FmHA Approval Date | Amount Additions | Amount Deductions |
|---|---|---|---|
| | | | |
| TOTALS | | | |
| NET CHANGE | | | |

**ESTIMATE**

| | |
|---|---|
| 1. Original Contract | 136,169.00 |
| 2. Change Orders | 0 |
| 3. Revised Contract (1 + 2) | 136,169.00 |
| 4. Work Completed * | 0 |
| 5. Stored Materials * | 83720 |
| 6. Subtotal (4 + 5) | 83720 |
| 7. Retainage * | 8372 |
| 8. Previous Payments | 0 |
| 9. Amount Due (6-7-8) | 75,348 |

* *Detailed breakdown attached*

**CONTRACT TIME**

Original (days) 150
Revised 0
Remaining

On Schedule ☒ Yes ☐ No

Starting Date June 12, 2002
Projected Completion July 20, 02

**CONTRACTOR'S CERTIFICATION:**
The undersigned Contractor certifies that to the best of their knowledge, information and belief the work covered by this payment estimate has been completed in accordance with the contract documents, that all amounts have been paid by the contractor for work for which previous payment estimates was issued and payments received from the owner, and that current payment shown herein is now due.

Contractor Advantage Const. Svcs

By [signature]

Date 6/14/02

**ARCHITECT OR ENGINEER'S CERTIFICATION:**
The undersigned certifies that the work has been carefully inspected and to the best of their knowledge and belief, the quantities shown in this estimate are correct and the work has been performed in accordance with the contract documents.

Architect or Engineer John Coleman Hayes, P.C.

By [signature]

Date JUL 0 2 2002

**APPROVED BY OWNER:**

Owner City of Portland, TN

By [signature], Mayor

Date 7/9/02

**ACCEPTED BY FmHA:**
The review and acceptance of this estimate by FmHA does not attest to the correctness of the quantities shown or that the work has been performed in accordance with the contract documents.

By [signature], RDS

Date Jul 10, 2002

## TYPICAL UNIT PRICE BREAKDOWN *

| ITEM | DESCRIPTION | CONTRACT (revised) QUANTITY | CONTRACT (revised) UNIT PRICE | CONTRACT (revised) AMOUNT | THIS PERIOD QUANTITY | THIS PERIOD AMOUNT | TOTAL TO DATE QUANTITY | TOTAL TO DATE AMOUNT | % COMPLETE |
|---|---|---|---|---|---|---|---|---|---|
| 1A | 16" C50 | 5200 | $24.22 | $125,944 | – | $ – | – | $ – | 0 |
| 2 | Gate Value | 1 | 1700 | 1700 | – | | | | |
| 3 | Tapping Tee | 1 | 1700 | 1700 | – | | | | |
| 4 | Stone | 100 | 9 | 900 | – | | | | |
| 5 | Pavement | 50 | 25 | 1250 | – | | | | |
| 6 | Concrete | 15 | 45 | 675 | – | | | | |
| 7 | Connection | 2 | 2000 | 4000 | – | | | | |
| | TOTALS | | | 136169 | | 0 | | 0 | 0 |

## TYPICAL LUMP SUM PRICE BREAKDOWN *

| ITEM | DESCRIPTION | SCHEDULED VALUE | WORK COMPLETED THIS PERIOD | WORK COMPLETED TO DATE | % COMPLETE |
|---|---|---|---|---|---|
| | | $ | $ | $ | |
| | TOTALS | | | | |

## TYPICAL STORED MATERIALS AND RETAINAGE BREAKDOWN *

MATERIALS STORED AT END OF THIS PAYMENT PERIOD

| DESCRIPTION | QUANTITY | UNIT VALUE | AMOUNT |
|---|---|---|---|
| Pipe 16" C50 | 5200 | $16.10 | $83,720 |

RETAINAGE

| | THIS ESTIMATE | PERCENT | RETAINED |
|---|---|---|---|
| WORK COMPLETED: | $ 0 | 0 % | $ 0 |
| STORED MATERIALS: | 83,720 | 10 | 8,372 |
| OTHER (explain) | | | |
| TOTAL | 83,720 | | 8372 |

* As a minimum, detailed breakdowns should contain this information.

U.S. GPO: 1981-754-007/41515

Page 2 of 3

P.O. BOX 72847
[CHATT]ANOOGA, TENNESSEE 37407-5847
PHONE 423/867-1033
FAX 423/867-7944

P.O. BOX 308
MORRISON, TENNESSEE 37357-03
PHONE 931/668-7866
FAX 931/668-3095

SUPPLY CO., INC.

SHIP/TRANSFER NUMBER
A01221

SHIP/INVOICE NUMBER
2164348-01

BILL TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

SHIP TO: ADVANTAGE CONSTRUCTION SVCS
1-615-740-0937
PORTLAND TN

CUSTOMER P.O. NO.

CUSTOMER P.O. NO. PORTLAND

| SHIP/TR/INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 2164348-01 | 644 | 06/07/02 | 104 | PORTLAND | 06/17/02 |

| INSTRUCTIONS | FRT | PAGE NO. |
|---|---|---|
| DIRECT | P | 1 |

| QUANTITY ORDERED | B.O./RET. | SHIPPED | DISP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 5200 | | 5223.40 | F* | *UD16" CL-350 DUCTILE IRON PIPE | EA | 16.1000 | 84096. |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL
B - BALANCE BACK ORDERED
C - CONSIDER COMPLETE
D - DIRECT SHIPMENT
F - FACTORY MINIMUM
R - RETURNED CYL

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| 0.00 | 0.00 |

NET TERMS: INV 30 DUE: 07/17/02

| | |
|---|---|
| SUB TOTAL | 84,096.[illegible] |
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | 0.[illegible] |
| FED./OTHER TAX | |
| STATE TAX | 6,937.[illegible] |
| PAYMENT REC'D | 0.[illegible] |
| TOTAL AMT DUE | 91,034.[illegible] |

CLOPTB 1/11

Case 3:04-cv-00555 Document 81 Filed 07/19/05 Page 48 of 50 PageID #: 589

Jim Calloway
Mayor

Luther Bratton
Vice-Mayor

City Council:
Don Anderson
Jim Butler
Jerry Denning
Ronnie Meadows
Walter "Buck" Morris
Marilyn Utley

CITY OF PORTLAND, TN
Proud, Progressive Portland
Home of the STRAWBERRY FESTIVAL

100 South Russell, Portland, Tennessee 37148
615-325-6776

March 17, 2003

## Special Called Public Works Meeting

There will be a Special Called Meeting of the Portland Public Works Committee Tuesday, March 25, 2003 at 7:00 p.m. in the Council Chambers at Portland City Hall, 100 South Russell Street. Items to be considered during this meeting are as follows:

> Discuss completion for the 16-inch water distribution main.
>
> Discuss amendment to the contract for the project engineer (John Coleman Hayes) for the lake project.

Ronnie Meadow
Public Works Chairman

John Coleman Hayes

John

Pursuant to City Attorney David Amonette's letter to Advantage Construction Services, LLC, dated January 8, 2003, please notify Advantage Construction Services, LLC they are hereby instructed to vacate the City property relative to the construction of a Water Distribution Line.

DAVID

Attach