December 27, 2002

To: Mayor Calloway

From: Kenneth Wilber (Public Works Superintendent)

Ref: Advantage Construction (Water Line Project)

I feel like this project is at a point where the City needs to start to look at all of our legal options. Since our meeting with the contractor and engineer here in Portland they are no closer too finishing the line now than they were then. I know our attorney has sent their bonding company a letter letting them know that the job is not being performed according to the contract. With as many problems that they are having in testing the line to the required pressure and the numbers of leaks already repaired it is obvious that we are not going to get a new line but a repaired one and this is not in the best interest of the City. I am not an attorney and cannot advise what our next step should be if the City wishes to start legal action. The longer we wait I feel like it will be harder and longer to have a resolution to this problem and a product that the City is comfortable with. Please let me know what you want me to do.

CC: Vice-Mayor Luther Bratton
Alderman Don Anderson
Alderman Jim Butler
Alderman Jerry Denning
Alderman Ronnie Meadows
Alderman Walter Morris
Alderwoman Marilyn Utley
City Attorney David Amonette

COPY

Water System Improvements
Rebid of 16-inch line
Pre-construction meeting July 23, 2003

Please sign in

1. Jerry B. Brasher (Butch)
2. Jon D. Nyquen (Averton Pipe Co. Inc.)
3. [illegible]
4. Justin Morris (Morris Bros. Excavating)
5. Mark Jenkins - Jenkins Const. Co.
6. GEORGE H. ROBERTSON 101 CONSTRUCTION
7. Kenneth L. Brown Brown Const
8. Nathan [illegible] (Anchor Pipe Co. Inc.)
9. [illegible] City of Portland
10. Brian [illegible] City of Portland
11. Chris Norris - Norris Excavating
12. Deborah Burnett - City Hall Public Works
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.

U S Pipe and Foundry Company
Michael Steagald
3303 Crystal Springs Lane
Hermitage, Tn. 37076

Phone # (615) 883-2747
Fax # (615) 883-6251
msteagald@uspipe.com

U.S. Pipe * Contact
Name & Number if any questions about Pipe -

RUS Bulletin 1780-13
Attachment 7

## NOTICE OF AWARD

TO: Norris Excavating
559 North Leath Road
Portland, TN 37148

PROJECT
Description: Water System Improvements, Contract 2 - Water Distribution Line

The OWNER has considered the BID submitted by you for the above described WORK in response to its Advertisement for Bids dated July 30, 2003, and Information for Bidders.

You are hereby notified that your BID has been accepted for items in the amount of $ 107,037.50.

You are required by the Information for Bidders to execute the Agreement and furnish the required CONTRACTOR'S Performance BOND, Payment BOND and certificates of insurance within ten (10) calendar days from the date of this Notice to you.

If you fail to execute said Agreement and to furnish said BONDS within ten (10) days from the date of this Notice, said OWNER will be entitled to consider all your rights arising out of the OWNER's acceptance of your BID as abandoned and as a forfeiture of your BID BOND. The OWNER will be entitled to such other rights as may be granted by law.

You are required to return an acknowledged copy of this NOTICE OF AWARD to the OWNER.

Dated this 4th day of August, 2003

City of Portland
Owner

By Jim Calloway

Title Mayor

## ACCEPTANCE OF NOTICE

Receipt of the above NOTICE OF AWARD is hereby acknowledged

by Norris Excavating this

the 4th day of August, 2003.

By [signature]

Title Owner

# Western Surety Company

## PERFORMANCE BOND

Bond Number: 69565316

KNOW ALL PERSONS BY THESE PRESENTS, That we Norris Excavating

559 N. Leath Rd., Portland, TN 37148 of

referred to as the Principal, and Western Surety Company, hereinafter

as Surety, are held and firmly bound unto City of Portland,

of 100 S. Russell St., Portland, TN 37148

referred to as the Obligee, in the sum of One Hundred Seven Thousand Thirty-Eight and 00/100 Dollars ($107,038.00), for the payment of which we bind ourselves, our legal representatives, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, Principal has entered into a contract with Obligee, dated the ______ day of ______, ______, for Contract 2-Water distribution Line-Re-bid. Portland Blvd. to Portland City Lake, Portland, TN. Reinstallation of 16" Water Distribution Lines.

NOW, THEREFORE, if the Principal shall faithfully perform such contract or shall indemnify and save harmless the Obligee from all cost and damage by reason of Principal's failure so to do, then this obligation shall be null and void; otherwise it shall remain in full force and effect.

ANY PROCEEDING, legal or equitable, under this Bond may be instituted in any court of competent jurisdiction in the location in which the work or part of the work is located and shall be instituted within two years after Contractor Default or within two years after the Contractor ceased working or within two years after the Surety refuses or fails to perform its obligations under this Bond, whichever occurs first. If the provisions of this Paragraph are void or prohibited by law, the minimum period of limitation available to sureties as a defense in the jurisdiction of the suit shall be applicable.

NO RIGHT OF ACTION shall accrue on this Bond to or for the use of any person or corporation other than the Obligee named herein or the heirs, executors, administrators or successors of the Obligee.

SIGNED, SEALED AND DATED this 12th day of August, 2003.

Norris Excavating
(Principal)

By Chris Norris
Imogene Norris PARTNER (Seal)

Western Surety Company
(Surety)

By M. Bent M. Bent, Ass't Secy (Seal)
Attorney-in-Fact

G-105578-C

# Western Surety Company

## GENERAL PURPOSE RIDER

TO BE ATTACHED TO and form part of Bond Number 69565316 issued by the Western Surety Company, as Surety, on behalf of Norris Excavating of 559 N. Leath, Portland, TN 37148, hereinafter referred to as the Principal, and in favor of City of Portland of 100 S. Russell St., Portland, TN 37148, hereinafter referred to as the Obligee, in the sum of One Hundred Seven Thousand Thirty-Eight and 00/100 Dollars ($ $107,038.00 ), effective the 15th day of September, 2003.

NOW, THEREFORE, it is agreed that the effective date has been changed to read: September 12, 2003

IT IS FURTHER AGREED that all other terms and conditions of this bond shall remain unchanged.

THIS RIDER IS TO BE EFFECTIVE the 15th day of September, 2003.

SIGNED, SEALED AND DATED this 15th day of September, 2003.

Accepted By:

By Imogene Norris
Partner

Norris Excavating
(Principal)

By Claire Norris (Seal)

Western Surety Company
(Surety)

By M. Bent M. Bent, Ass't. Sec. (Seal)
Attorney-in-Fact

G-23174-D

# Western Surety Company

## POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS:**

That WESTERN SURETY COMPANY, a corporation organized and existing under the laws of the State of South Dakota, and authorized and licensed to do business in the States of Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, and the United States of America, does hereby make, constitute and appoint

M. Bent of Sioux Falls, State of South Dakota, its regularly elected Assistant Secretary, as Attorney-in-Fact, with full power and authority hereby conferred upon him to sign, execute, acknowledge and deliver for and on its behalf as Surety and as its act and deed, all of the following classes of documents to-wit:

Indemnity, Surety and Undertakings that may be desired by contract, or may be given in any action or proceeding in any court of law or equity, policies indemnifying employers against loss or damage caused by the misconduct of their employees; official, bail, and surety and fidelity bonds. Indemnity in all cases where indemnity may be lawfully given; and with full power and authority to execute consents and waivers to modify or change or extend any bond or document executed for this Company, and to compromise and settle any and all claims or demands made or existing against said Company.

Western Surety Company further certifies that the following is a true and exact copy of Section 7 of the by-laws of Western Surety Company duly adopted and now in force, to-wit:

Section 7. All bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys-in-Fact or agents who shall have authority to issue bonds, policies, or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile.

In Witness Whereof, the said WESTERN SURETY COMPANY has caused these presents to be executed by its Senior Vice President with the corporate seal affixed this 12th day of August, 2003.

ATTEST

A. Vietor
Assistant Secretary

WESTERN SURETY COMPANY

By Paul T. Bruflat
Paul T. Bruflat, Senior Vice President

STATE OF SOUTH DAKOTA
COUNTY OF MINNEHAHA } ss

On this 12th day of August, 2003, before me, a Notary Public, personally appeared Paul T. Bruflat and A. Vietor who, being by me duly sworn, acknowledged that they signed the above Power of Attorney as Senior Vice President and Assistant Secretary, respectively, of the said WESTERN SURETY COMPANY, and acknowledged said instrument to be the voluntary act and deed of said Corporation.

D. KRELL
SEAL NOTARY PUBLIC SOUTH DAKOTA SEAL

D. Krell
Notary Public

My Commission Expires November 30, 2006

Form 672-4-2002

IN WITNESS WHEREOF, this instrument is executed in 5 (Number) counterparts, each one of which shall be deemed an original, this the 19th day of September, 2003.

ATTEST:

*Imogene Norris*
(Principal) Secretary

(SEAL)

Norris Excavating
Principle

By *Chris Norris* (S)

559 North Leach Road
(Address)
Portland, TN 37148

*Kathy R. Dixon*
Witness as to Principle
*Exp. 6-5-05*
(Address)
*County: Sumner State: TN*

ATTEST:

WESTERN SURETY COMPANY
Surety

*L Johnson*
Witness as to Surety

101 S. Phillips Avenue
(Address)

Sioux Falls, SD 57104-6703

By *G. Van Veldhuizen*
G. Van Veldhuizen, Attorney-in-Fact

101 S. Phillips Avenue
(Address)

Sioux Falls, SD 57104-6703

NOTE: Date of BOND must not be prior to date of Contract.

If CONTRACTOR is partnership, all partners should execute BOND.

IMPORTANT: Surety companies executing BONDS must appear on the Treasury Department's ... amended) and be authorized to transact business in the state where the Project is located.

Norris Excavating

559 North Leath Road
Portland, TN 37148

SEP 2 .. COPY

09/24/03

Telephone 615-325-2608

TO: CITY OF PORTLAND
100 S. Russell Street
Portland, TN 37148

RE: Return of bid bond
Water System Improvements, Contract 2 --
Water Distribution Line-Rebid

We request return of bid bond deposit (July 30, 2003) in the amount of Five Thousand Three Hundred Fifty-one dollars and eighty-eight cents ($5,351.88).

Thank you,

Imogene Norris

Imogene Norris, Partner/Bookkeeper
NORRIS EXCAVATING

OK to pay
Per JCN
9/24/03

FORM TN 1942-12

# INSPECTION REPORT

REV. 11/02

[ ] PERIODIC [ ] PRE-FINAL [✓] FINAL [ ] WARRANTY [ ] SECURITY

FOR City of Portland Phase II STATE TN

Loan/Grant No. ______ Loan Amount $ 2,112,500 Grant $ 1,137,500 COUNTY Sumner

| Item of Development | Contract No. | Contractor | Percent Complete |
|---|---|---|---|
| WATER DIST LINE | Re-bid | NORRIS EXCAVATING | 100% |

DATE of Subst Comp 11/20/03

**ITEMIZE AND DESCRIBE** the significant conditions observed to at variance with the approved plans and specifications and make your recommendations for correcting the deficiencies. Also make comments with respect to the progress of the work. In the case of development performed by the borrower method, carefully compare work accomplished with funds available and record any facts that indicate those actual costs are significantly at variance with planned costs. Check to see that deficiencies previously reported have been corrected.

[ ] Inspector at site.
[ ] Inspector's Daily Log reviewed and current.
[ ] Mitigation measures being followed.
[ ] Construction crew working at ______________________.
[ ] Construction acceptable. No Exceptions Noted.
[ ] Construction acceptable but behind schedule due to ______________________.
[ ] Punchlist Attached.
[ ] Punch list items have been completed.
[ ] Project complete. Workmanship and materials appear acceptable.
[ ] Borrower indicates all contract requirements have been fulfilled.

[ ] *See reverse side for additional comments*

DATE 12/16/03 SIGNED [signature]

*Indicate whether:* [✓] Agency *Representative or* [ ] *Contractor*

**FINAL INSPECTION**

**I CERTIFY** that I have inspected for the purposes set forth in 7 CFR 1924 Subpart A an 7 CFR 1942 Subpart A, the above listed items of development and that those shown as 100% complete have been completed n accordance with the Drawings and Specifications or other descriptive material. TDEC approval was been given to the water and waste disposal system on (date) ______________. Builder's Warranty is dated ______________

DATE 12/16/03 SIGNED [signature] *USDA Representative*

The undersigned gives approval of acceptance of the work constructed under the conditions of the contract and Builder's Warranty.

DATE 12/16/03 SIGNED [signature] *Borrower*

DATE ______________ SIGNED ______________ *Builder (Optional)*

Position 6

**Hughes Supply, Inc.**
20 North Orange Avenue
Suite 200
Orlando, Florida 32801
T 407 254 2999
F 407 481 8682

HUGHES

RECEIVED OCT 20 2003

October 17, 2003

City of Portland
100 S Russell St
Portland TN 37148

To Whom it May Concern:

The purpose of this letter is to inform you that Hughes Supply, Inc. has been asked to supply materials to **Brown Construction** for the following described project for which you are listed as the owner or general contractor:

*Water Distribution Line*
*Denning Ford Road*
*Portland TN*
*Sumner County*

Should you wish to verify amounts due, require a lien waiver, or need any other information, please do not hesitate to contact the undersigned. When contacting us, please reference our job number **268010-7011-06** or attach a copy of this notice to any correspondance.

Hughes Supply is committed to providing our customers with the best products and services in the industry.

Sincerely,

*Chris Richards*

Chris Richards
District Credit Manager
704-375-9508x16

via Certified Mail, Return Receipt Requested
71555474410012108894

Celebrating 75 Years of Building Relationships

**City of Portland**
**Office of the Mayor**
**100 South Russell Street**
**Portland, Tennessee 37148**

**Phone 615/325-6776**
**Fax 615/325-5345**

COPY

November 20, 2003

FAX

TO: John Coleman Hayes
269.6415

FROM: Teresa Keen
City of Portland
325.5345

RE: Invoice

Please review the Norris' invoice for construction of the 16" distribution main. Their numbers are slightly over the contract amount, but no change order was approved (at least one isn't signed) The unit price breakdown does not indicate where the overrun occurred, but implies that all quantities are the same as contract. I'm sure it may have been a legitimate overrun, but I'll need something to substantiate it when I send it to Rural Development for approval.

Thank you.

Teresa

$72.50 over

RESOLUTION

NO. 2805

A RESOLUTION AUTHORIZING THE MAYOR OF THE CITY OF PORTLAND TO CAUSE A GRANT APPLICATION TO BE PREPARED FOR A NEW 3,000,000 GALLONS PER DAY WATER PLANT FOR THE CITY OF PORTLAND.

NOW, THEREFORE BE IT RESOLVED by the Mayor and Board of Aldermen of the City of Portland that we realize that Portland's existing water plant is outdated, overworked and operating at near capacity; and

WHEREAS, the City of Portland is not financially able to fund the construction of this new 3,000,000 GPD water plant; and

WHEREAS, should the new federal emergency work program provide financing for this 3,000,000 GPD water plant we desire to have the proper paperwork engineering and application prepared and ready for submission; and

WHEREAS, EMPE Engineering of Nashville, Tennessee, has volunteered to provide their technical assistance in the preparation of this application; and

WHEREAS, the Mayor is authorized to secure the necessary engineering and documentation for said application; and

WHEREAS, it is the understanding of this body that the engineering and supporting information, including preparation for the application will represent no cost to the City of Portland; and

BE IT FURTHER RESOLVED that this Resolution shall become effective upon its passage, the public welfare requiring it.

Robert L. Wilkinson
Mayor

Nancy Keen
City Recorder

03-01-93
Date

John Coleman Hayes, P. C.
Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401 • Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415

April 10, 1997

Mr. Wayne Walker
Superintendent of Utilities
City of Portland
100 South Russell Street
Portland, Tennessee 37148

RE: Portland Water Treatment Plant Facilities
JCH Project No. 9611

Dear Wayne:

Enclosed, please find three (3) copies of the Agreement for Engineering Services on the water plant project. The fees outlined in this Agreement are the same as those shown in the Engineering Report that was furnished to you and the Council. I did add one (1) provision and that is under Section F. and is worded as follows:

> "Due to the nature of this project and the potential for protracted delays in development of raw water source and the funding of this project, the Engineer shall be compensated under Section B.3.a. on a percentage of completion basis as design progresses up to a sum equal to seventy percent of total compensation for design services."

That Section is found at the bottom of Page -4- of the Agreement. I put that clause in there for obvious reasons as this project could get drawn out due to drilling for wells, property acquisition, or other reasons beyond the Engineer's control. We completed our design on the Drakewood Sewer project more than a year ago and we still haven't received over $20,000.00 of our design fees, and the easements we worked on for the City last summer have not been paid as of this date also. I don't want to beat a dead horse, but this is a City project and the City should have to fund this part of it, that's only fair. If the City is in agreement with this contract, please have the Mayor execute and sign where indicated.

Retain one (1) copy for your files, and return the remaining two (2) copies to our office. We look forward to getting started on this project and if you have any questions, or concerns, please feel free to contact me.

Sincerely,

John E. Gilmore, Jr., P.E.
Chief Engineer

/dlm.JGLtr.9611.1

Enclosure

cc: Honorable Robert Wilkinson, Mayor
Mr. Dan Jenkins, Vice Mayor
File

BIDS
City of Portland
100 South Russell Street
Portland, TN 37148

Separate sealed BIDS for the construction of WATER SYSTEM IMPROVEMENTS CONTRACT I: Water Treatmen Plant. Time limit 440 calendar days; liquidated damages of $500.00 each consecutive calendar day will be received by the City of Portland at the office of the City Recorder until 2:00 P.M. (Standard Time), July 27, 2000, and then publicly opened and read aloud at the City Hall.

The contract documents may be examined at the following locations:

F.W. Dodge, 1604 Elm Hill Pike, Suite 200, Nashville, TN 37210; Nashville Contractors Assoc., Inc., 1214 Pine Street, Nashville, TN 37203;West Tennessee Plan Rooms, 439 Airways Boulevard, Jackson, TN 38301; City of Portland, 100 South Russell Street,Portland, TN 37148

Copies of the Contract Documents may be obtained at the office of John Coleman Hayes, P.C., located at 104 Woodmont Blvd., Suite 401, Nashville, TN 37205 upon payment of $300.00 for each set.

Any bidder, except the successful bidder, upon returning the contract documents promptly and in good condition, will be refunded their full deposit, and any non-bidder upon so returning the contract documents will be refunded $200.00.

All bidders must be licensed contractors as required by Chapter 822 of the Contractors Licensing Act of 1976 of the General Assembly of the State of Tennessee and any amendments thereto. On each envelope containing a bid, the bidder shall show the name of the project, his applicable state license number, expiratin date, and that part of the classification applying to Bid. The license number, expiration date, and classification of the Subcontractor applying to the Bid for Electrical, Plumbing, or HVAC must appear on the outside of the Bid envelope, (when bid is less than $25,000, name of the Contractor only) along with the Prime/General Contractor's Licensing information, otherwise the bid will not be opened. For further information, please review statute TCA 62-6-119. Each bid must be accompanied by a bid bond payable to the OWNER for five percent of the amount of the bid.

Dan Jenkins, Mayor
City of Portland, TN
(141822)

# Affidavit of Publication

## State of Tennessee

### County of Davidson

I, Terry Walker, Controller for The Tennessean daily newspaper in the aforesaid state and county, hereby certify that the attached advertisement appeared in The Tennessean.

6/25/00

[signature: Terry Walker]

Subscribed and sworn to before me,

This 28th day June of 20 00

[signature]

Notary Public

My Commission Expires July 26, 2003

USDA

United States
Department of
Agriculture

Rural Development
a mission area of
USDA

3322 West End Avenue
Suite 302
Nashville, TN 37203
(615) 783-1340 FAX
(615) 783-1397 TDD
(615) 783-1359

October 23, 2001

City
COPY

MR JOHN GILMORE, JR., P.E.
JOHN COLEMAN HAYES, P.C.
WOODMONT CENTRE
104 WOODMONT BLVD, STE 401
NASHVILLE TN 37205

RE: $2,112,500 RUS LOAN & $1,137,500 RUS GRANT
CONTRACT 2 – WATER DISTRIBUTION LINE
PLANS, SPECS AND UNEXECUTED CONTRACT DOCUMENTS

Dear Mr. Gilmore:

We have reviewed the subject documents for technical requirements and find them to be generally acceptable except for the following:

1. Although it is not required by our instructions, we strongly suggest the local attorney review the plans, specifications and unexecuted contract prior to bidding to ensure the language complies with the local, state and federal laws. Of special concern is the recently enacted TCA 50-9-113 that requires a written affidavit regarding a Drug Free Workplace Program be submitted by the contractor with the bid or contract for construction services when contracting with a local government. This is not Form AD 1049 that Rural Development requires from the owner, but a separate form required by the state government from the contractor.

2. You have submitted a pre-bid cost estimate that indicates the less line will be installed than originally proposed.

3. You may use the simplified USDA temporary construction sign that can be found at: http://www.usda.gov/rus/water/ees/englib/contract.htm .

4. We must have written evidence of approval of the plans by the Tennessee Department of Environment and Conservation (TDEC) for our file. Contracts should not be advertised until this approval has been obtained.

*Rural Development is an Equal Opportunity Provider and Employer.*
*To file a complaint of discrimination, write: USDA, Director, Office of Civil Rights, Room 326 W, Whitten Building, 14th and Independence Ave, SW, Washington, D.C. 20250-9410 or call 202-720-5964*

Should you have any questions, please contact this office.

Sincerely,

Alice Wilcox
for BARBRA A. BROWN
Rural Development Specialist

cc: City of Portland

USDA

United States
Department of
Agriculture

Rural Development
a mission area of
USDA

3322 West End Avenue
Suite 302
Nashville, TN 37203
(615) 783-1340 FAX
(615) 783-1397 TDD
(615) 783-1359

City
COPY

October 23, 2001

MR JOHN GILMORE, JR., P.E.
JOHN COLEMAN HAYES, P.C.
WOODMONT CENTRE
104 WOODMONT BLVD, STE 401
NASHVILLE TN 37205

RE: $2,112,500 RUS LOAN & $1,137,500 RUS GRANT
CONTRACT 2 – WATER DISTRIBUTION LINE
PLANS, SPECS AND UNEXECUTED CONTRACT DOCUMENTS

Dear Mr. Gilmore:

We have reviewed the subject documents for technical requirements and find them to be generally acceptable except for the following:

1. Although it is not required by our instructions, we strongly suggest the local attorney review the plans, specifications and unexecuted contract prior to bidding to ensure the language complies with the local, state and federal laws. Of special concern is the recently enacted TCA 50-9-113 that requires a written affidavit regarding a Drug Free Workplace Program be submitted by the contractor with the bid or contract for construction services when contracting with a local government. This is not Form AD 1049 that Rural Development requires from the owner, but a separate form required by the state government from the contractor.

2. You have submitted a pre-bid cost estimate that indicates the less line will be installed than originally proposed.

3. You may use the simplified USDA temporary construction sign that can be found at: http://www.usda.gov/rus/water/ees/englib/contract.htm .

4. We must have written evidence of approval of the plans by the Tennessee Department of Environment and Conservation (TDEC) for our file. Contracts should not be advertised until this approval has been obtained.

*Rural Development is an Equal Opportunity Provider and Employer.*
*To file a complaint of discrimination, write: USDA, Director, Office of Civil Rights, Room 326 W. Whitten Building, 14th and Independence Ave, SW, Washington, D.C. 20250-9410 or call 202-720-5964*

Should you have any questions, please contact this office.

Sincerely,

Alice Wiles
for BARBRA A. BROWN
Rural Development Specialist

cc: City of Portland

Pre-Bid Meeting Water Distribution Line
November 8, 2001

Sign in sheet with all contractors name.

Wilber: An alternate plan will be ready first of week November 13, 2001.

Contractor: 12-inch AC 8-inch cast iron Line

Contractor: Questioned are there bore logs for these areas. (No per John Gilmore)

Who will repair if line is damaged? Melvin Minnis if they mark the line, we will be responsible.

AC what kind of bedding does this line have? Melvin stated he thought just dirt.

Blasting could cause damage to line.

Council will approve the bid on the first Monday night of December.

Encasement concrete?

- Pay item for concrete encasement.

Danny Hawker: Includes price of pipe. What is concrete in bid for?

Melvin Minnis: Explore line every 100 ft. for bidder.

Melvin Minnis: will get material to fix old line with.

M.M: will show turns or bends for water line.

Site: on Portland Blvd. between two bricks homes

Wilber stated this would be the alternate route: 50 ft of ROW on side of old house. Maybe an easier route 16-inch line. Gas, Water and sewer in the area.

Contractor: What size of pipe would the bidder be tying into on Portland Blvd? Minnis would have to locate he didn't know.

In Front of Mr. McGlothlin Property:
Goodwin & Wilber would like to get GPS line as soon as possible.

Wilber stated would go around barn.

Would the existing line be abandoned? Wilber only if we go 16-inch line, will not if 12-inch line.

Clearing the wooded area – pile and burn
Save all fences

- Contractor: How much of a cover on a 16-inch line?
- Wilber: If a rock clause would be included.
- Contractor: Special pipe – Jr. Johnson suggested river pipe. This is where the pipe will go across the swell.
- Clarify who makes the connection to the WTP.
- Explain how the bid will be awarded if we go the alternate route.

John Coleman Hayes, P.C.
Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401, Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415 E-MAIL JCHAYESPC@AOL.COM

# FACSIMILE COVER SHEET

TO: Mr. Ken Wilber

COMPANY: City of Portland

PHONE: 325-6776

FAX: 325-5345

RE: Addendum 1
Contract 2 - Water Distribution Line
Water System Improvements
City of Portland, TN

FROM: Mr. John E. Gilmore, Jr., P. E.

PHONE: 615-269-6397

FAX: 615-269-6415

DATE: 11/12/01

PAGES INCLUDING THIS COVER PAGE: Two (2)

COMMENTS: The following referenced Addendum 1 is provided for your immediate information and/or use as may be needed. A copy of this Addendum is also being mailed to you today.

FILE: FAXFORM.TGM

# ADDENDUM NO. ONE (1)

## WATER SYSTEM IMPROVEMENTS
## CITY OF PORTLAND, TN

## CONTRACT 2 – WATER DISTRIBUTION LINE

PLANS DATE: SEPTEMBER 11, 2001
BID DATE & TIME: TO BE ANNOUNCED
ADDENDUM DATE: NOVEMBER 12, 2001

Notice is hereby given that the City of Portland and their Engineers are studying alternative routes for the Contract 2 Water Distribution Line and that bids will be postponed until further notice. We are hopeful that there will only be a short delay.

END OF ADDENDUM

C:MAC/WTP/ADDENDUM1.BK2

November 8, 2001
Pre Bid Meeting for the Water Distribution Line (12-inch line from WTP)

Please sign in:

1. Jerry Parrot
2. Ronnie Rerdue
3. Darline Baker
4. Dan Harbour D & M Const.
5. Jimmy Johnson JdJ
6. Kenneth R Rich Kenneth Rich Const. Co.
7. Jim Brasher Bolden Pipe
8. Benny Hand " "
9. Steve Sigrey " "
10. Wayne Timbs Dodd Const.
11. Adam Ray Contracting Services Inc.
12. Wayne Haynes " "
13 Jenkins Const Co. – Mack Jenkins
14 " Sammy Steffer
15 John Keck Portland Utilities Construction
16 Danny Harden John Coleman Hayes P.C.
17 City of Portland
18 Brian Goodman City of Portland

20. Melvin Mimms
21 Jimmy Stewart

MAY 2 3 2002

John Coleman Hayes, P. C.
Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401 • Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415

May 24, 2002

Mr. Ken Wilber
Director of Public Works
City of Portland
100 South Russell Street
Portland, Tennessee 37148

RE: Transmittal of Document
Contract 2 - Water Distribution Line
Water System Improvements
City of Portland, TN
JCH Project No. 9611

Dear Ken:

For your record, please find enclosed one (1) copy of the Record of Pre-Construction Conference for Contract 2 for the above referenced Water System Improvements project. By copy of this letter, I am also providing each attendee at the Pre-Construction Conference a copy of the Record for their use as may be required.

Should you have any questions, or comments, please feel free to contact this office.

Sincerely,

John E. Gilmore, Jr., P.E.
Chief Engineer

/dlm.JGLtr.9611.1

Enclosure

cc: Ms. Barbara Brown, U.S. Department of Agriculture, Rural Development
Mr. Trent B. Smith, Advantage Construction Services LLC
Mr. Tyrone Tackett, Cyclone, Inc.
File

(Rev. 2/87)

DATE: 5/24/02

COP

| NAME OF ASSOCIATION | ADDRESS *(Including Zip Code and Telephone)* |
|---|---|
| City of Portland | 100 South Russell Street<br>Portland, TN 37148 |
| NAME OF CONSULTING ENGINEER (FIRM) | ADDRESS *(Including Zip Code and Telephone)* |
| John Coleman Hayes, P.C. | 104 Woodmont Boulevard, Suite 401<br>Nashville, TN 37205 |
| NAME OF CONTRACTOR (FIRM) | ADDRESS *(Including Zip Code and Telephone)* |
| Advantage Construction Services LLC | 101-B W. Railroad Street<br>Dickson, TN 37055 |

LOCATION OF CONFERENCE

City Hall, Portland, TN

**SUBJECTS TO BE DISCUSSED**

1. Identification of Official Representatives of Association, Architect, Engineer, Contractor and FmHA:

ASSOCIATION: Honorable Jim Calloway, Mayor ARCHITECT/ENGINEER: John E. Gilmore, Jr., P.E.

HEADQUARTERS: Portland, TN HEADQUARTERS: Nashville, TN

CONTRACTOR: Trent B. Smith FmHA: Barbara Brown

HEADQUARTERS: Dickson, TN HEADQUARTERS: Nashville, TN

2. Responsibilities of Consulting Architect/Engineer: *(Does not "supervise" the contractor's employees, equipment or operations.)*

Represents owner. Supervises resident inspector. Reviews and approves construction schedule, shop drawings, pay estimates, change orders. Maintains cost control. Certifies project completion. Furnishes as-built drawings.

3. Responsibilities of Association's Governing Body: *(Actual contracting Organization.)*

Approves pay estimates and change orders. Pays contractor on schedule. Keeps accurate cost record. Cooperates on tie-ins and notifies citizens of shutdowns. Assigns operator to learn system during construction and start-up.

4. Responsibilities of FmHA Representative: *(Must see that approval conditions are observed and represents the Government's interests.)*

Records monthly and final inspections on Form 424-12. Approves pay estimates and bills. Keep cost record on Form 402-1. Makes recommendation on change orders. Orders loan and grants as needed.

5. Responsibilities of Contractor: *(Review contract terms.)*

Complete construction within time limit. Maintain job safety. Maintain continuous clean-up. Make no changes based on verbal orders from owner or without change orders.

6. Responsibilities of Any Other Agency Contributing to the Project:

Engineer will coordinate application for grant payments. Schedule for payments? Deposit payments in construction account. Inspections by agency?

7. General Discussion of Contract:

A. Alternative Specifications: *(Does everyone understand the alternatives applicable to the contract as awarded?)*

B. Initiative Construction: *(Notice to Proceed.)*

Interim financing has been set up for this program to fund pay request.

C. Completion Time for Contract: *(Does everyone understand contract requirements and me..._s of Computing?)*

150 calendar days, after date stated in "Notice to Proceed".

D. Liquidated Damages:

Specified amount per day applies to all days that work is incomplete past contract time unless extension was approved. (Liquidated damages $ 300.00 per calendar day)

E. Requests for Extension of Contract Time:

Document and approve extension on change order.

F. Procedures for Making Partial Payments:

Use Form 1924-18. All copies must be signed by engineer and owner before District Office signs. District Office keeps approved copy of all pay estimates and other bills.

G. Guarantee on Completed Work: *(Materials, Installed Equipment, Workmanship, Etc.)*

One year guarantee dates from final acceptance or from beneficial occupancy, whichever is first. 11-month inspection by FmHA, owner and their engineer.

H. Other Requirements of the Contract and Specifications which Deserve Special Discussions by All Parties.

Work that must be completed early should be reviewed.

8. Contractor's Schedule:

A. Analyze Work Schedule in Sufficient Detail to Enable Consulting Engineer to Plan His Operations: *(Consideration must be given to needs of Association and the planned operations of other contractors.)*

FmHA should receive copy of construction schedule that has been approved by owner's engineer. Discuss sequence of work required in contract.

B. Equipment to be Used by Contractor:

Discuss storage and parking areas permitted.

C. Contractor's Plans for Delivering Materials to Project Site: *(Protection and Storage of Materials.)*

Specify acceptable storage areas. Materials stored must be accessible for engineer to check prior to approving payment for materials. Invoices also required.

9. Sub-Contracts: *(Review and approval of proposed Sub-Contractors and their work schedules.)*

FmHA should receive list of sub-contractors that has been approved by owner's engineer.

10. Status of Materials Furnished by Association:

A. Schedule for Future Deliveries:

B. Procedures to be Adopted by Contractor In Accounting for and Storing Such Materials:

11. Change Orders: *(Detailed explanation of procedure to be followed and clearance which must be obtained before changes are implemented.)*
Use Form 1924-7. All copies must be signed by owner, engineer and contractor and submitted to District Director to send to State Director for approval.

12. Staking of Work: *(Clearly Define responsibilities of Architect/Engineer and Contractor. Line and Grade must be furnished by Architect/Engineer.)*
Review responsibilities stated in contract.

13. Project Inspection:
A. Functions of Consulting Architect/Engineer, Including Records and Reports:
Must be approved by owner and FmHA identify resident inspector. Keep diary. Furnish daily inspection reports weekly.

B. Responsibilities of Owner:
Does not direct contractor. Works through engineer and inspector.

C. Responsibilities of FmHA:
District Director inspects monthly prior to approval of pay estimates. FmHA engineer inspects periodically and at pre-final.

D. Safety and Sanitary Regulations:
Emphasize OSHA rules, barricades and warning signs, trenching and shoring requirement.

14. Final Acceptance of Work: *(Include requirements for tests and cleanup of project site.)*
Owner's engineer must issue written certification of completion to owner and FmHA.

15. Labor Requirements:
A. Equal Employment Opportunity Requirements:
Furnish Form 400-3, AD 425, if applicable, and EEO poster to each contractor and specify poster must be visible at work site.

B. Davis-Bacon Act:
Not applicable on water, waste disposal and community facility projects financed by FmHA only.

C. Other Federal Requirements:
OSHA, Clean Air Act, Water Pollution Control Act, U.S. Department of Labor (Title 40 U.S.C., Section 276 C), Local Labor Plan.

D. State and Local Requirements:
May require State or Local Highway Department approval if their highways are affected before final acceptance. Contractor furnishes these approvals, if required.

E. Union Agreements:

F. Reports Required:

16. Equal Employment Provisions of Contract:

17. Rights-of-Way and Easements:

A. Explain any Portion of Project Not Available to Contractor:

All easements or rights-of-way and property have been obtained.

B. Contractors Responsibilities During Work Covered by Contract:

Minimize damage to trees and shrubs. Keep cut driveways accessible. Replace anything damaged to original condition (as close as possible).

C. Coordination With Railroads, Highway Departments and Other Organizations:

Permits will be kept at owner's office.

18. Placement of Project Signs and Posters:

Determine best locations of project identification signs. Contractor should install sign(s) early and remove at end of job.

19. Handling Disputes:

Review contract on engineer's authority in settling disputes, arbitration rules. FmHA is not a party to contract.

NOTED AND CONCURRED WITH, *But understood not to be a modification of any existing contracts or agreements:*

(Signatures of Members of Governing Board of Association)

Advantage Constr. Svcs. LLC (Contractor Representative)

City of Portland (Chairman)

(Contractor Representative)

Kenneth Wilbur (Board Member)

(Consulting Engineer Representative)

(Board Member)

(FHA Representative)

Gregg Harris JCH

Danny Hawker JCH

John Gilmore JCH

Darlene Baker City of Portland

Government Printing Office: 767-281

# John Coleman Hayes, P. C.

Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401 • Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415


May 17, 2002

Mr. Ken Wilber
Director of Public Works
City of Portland
100 South Russell Street
Portland, Tennessee 37148

RE: Pre-Construction Conference Date Change
Contract 2 - Water Distribution Line
Water System Improvements
City of Portland, TN

Dear Ken:

Due to a scheduling conflict, the Pre-Construction Conference for the above referenced project has been reset for May 24, 2002, at 10:00 A.M.

Should additional conflicts arise, please advise soonest.

Sincerely,

John E. Gilmore, Jr., P.E.
Chief Engineer

/dlm.JGLtr.9611.1

cc: Ms. Barbara Brown, U.S. Department of Agriculture, Rural Development
Mr. David Amonette, City Attorney
Mr. Trent Smith, Advantage Construction Services LLC
Mr. Danny Hawker, JCH Project Inspector
File

John Coleman Hayes, P. C.
Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401 • Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415

March 26, 2002

Honorable Jim Calloway
Mayor
City of Portland
100 South Russell Street
Portland, Tennessee 37148

RE: Certification of Bids
Contract 2 - Water Distribution Line
City of Portland, TN

Dear Mayor Calloway:

As your authorized representative, I hereby certify that all Contract 2 - Water Distribution Line bids submitted for consideration were received sealed and were opened in my presence.

Sincerely,

John E. Gilmore, Jr., P.E.
Chief Engineer

/dlm.JGLtr.9611.1

cc: File

MAR 2 ? 2002

COPY


John Coleman Hayes, P. C.
Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401 • Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415


March 26, 2002

Honorable Jim Calloway
Mayor
City of Portland
100 South Russell Street
Portland, Tennessee 37148

RE: Contract 2 - Water Distribution Line
Water System Improvements
City of Portland, TN

Dear Mayor Calloway:

Bids were received for the referenced project on March 14, 2002. The low bidder was Advantage Construction Services LLC in the amount of $136,169.00. The low bidder intends to sub most, if not all, work out to Cyclone Construction Company. We have contacted references of the contractor and find them to be experienced on this type of work and with adequate equipment to perform the work. The references advise that Cyclone Construction Company performs adequately, although I did not get shining praises about their work; however, they do perform satisfactorily.

We recommend that the award be given to the low bidder, and further recommend that ductile iron pipe be used on this important waterline.

Sincerely,

John E. Gilmore, Jr., P.E.
Chief Engineer

/dlm.JGLtr.9611.1

cc: Mr. Ken Wilber, Director of Public Works, City of Portland, TN
Ms. Barbara Brown, U.S. Department of Agriculture, Rural Development
File


C:\MAC\FORM\TEMPLATE.LTR

# Bid Tabulation
## Water System Improvements
## City of Portland
## Contract 2 - Water Distribution Line (16" Base Bid)

Bid Date: March 14, 2002 Bid Time: 2:00 P.M.

| Item | Quan. | Unit | Advatage Construction Unit Price | Advatage Construction Extended Amount | Crowder Construction Unit Price | Crowder Construction Extended Amount | Portland Utilities Construction Unit Price | Portland Utilities Construction Extended Amount | Perdue Trucking & Excavating Unit Price | Perdue Trucking & Excavating Extended Amount | Dillard & Maynard Construction Unit Price | Dillard & Maynard Construction Extended Amount | Eatherly Construction Unit Price | Eatherly Construction Extended Amount | Jenkins Construction Unit Price | Jenkins Construction Extended Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16" PVC Water Line | 5200 | L.F. | $18.78 | $97,656.00 | $20.13 | $104,676.00 | $21.80 | $113,360.00 | $25.57 | $132,964.00 | $26.00 | $135,200.00 | $25.70 | $133,640.00 | $27.00 | $140,400.00 |
| 16" DIP Water Line | 5200 | L.F. | $24.22 | $125,944.00 | $27.08 | $140,816.00 | $28.00 | $145,600.00 | $37.14 | $193,128.00 | $31.00 | $161,200.00 | $31.30 | $162,760.00 | $36.00 | $187,200.00 |
| 16" Gate Valve | 1 | Each | $1,700.00 | $1,700.00 | $3,743.98 | $3,743.98 | $3,600.00 | $3,600.00 | $3,150.00 | $3,150.00 | $4,500.00 | $4,500.00 | $4,000.00 | $4,000.00 | $4,500.00 | $4,500.00 |
| 8" Tapping Tee & Valve | 1 | Each | $1,700.00 | $1,700.00 | $2,763.03 | $2,763.03 | $1,700.00 | $1,700.00 | $1,790.00 | $1,790.00 | $3,200.00 | $3,200.00 | $1,650.00 | $1,650.00 | $3,000.00 | $3,000.00 |
| Crushed Stone | 100 | Ton | $9.00 | $900.00 | $13.45 | $1,345.00 | $10.00 | $1,000.00 | $9.68 | $968.00 | $1.00 | $100.00 | $20.00 | $2,000.00 | $10.00 | $1,000.00 |
| Hot Mix Pavement | 50 | S.Y. | $25.00 | $1,250.00 | $47.80 | $2,390.00 | $25.00 | $1,250.00 | $19.00 | $950.00 | $10.00 | $500.00 | $30.00 | $1,500.00 | $5.00 | $250.00 |
| Concrete Encasement | 15 | C.Y. | $45.00 | $675.00 | $146.22 | $2,193.30 | $120.00 | $1,800.00 | $95.00 | $1,425.00 | $100.00 | $1,500.00 | $225.00 | $3,375.00 | $75.00 | $1,125.00 |
| Connection to Existing | 2 | Each | $2,000.00 | $4,000.00 | $1,292.12 | $2,584.24 | $700.00 | $1,400.00 | $2,824.00 | $5,648.00 | $1,750.00 | $3,500.00 | $1,200.00 | $2,400.00 | $2,000.00 | $4,000.00 |
| Total with PVC Alternate | | | | $107,881.00 | | $119,695.55 | | $124,110.00 | | $146,895.00 | | $148,500.00 | | $148,565.00 | | $154,275.00 |
| Total with DIP Alternate | | | | $136,169.00 | | $155,835.55 | | $156,350.00 | | $207,059.00 | | $174,500.00 | | $177,685.00 | | $201,075.00 |

I HEREBY CERTIFY THAT THESE TABULATIONS REPRESENT THE BIDS RECEIVED ON THE ABOVE PROJECT AT THE NOTED DATE AND TIME AND ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

BY: ______________________

John E. Gilmore, Jr., P. E

## Bid Tabulation
## Water System Improvements
## City of Portland
## Contract 2 - Water Distribution Line (16" Base Bid)

Bid Date: March 14, 2002 | Bid Time: 2:00 P.M.

| Item | Quan. | Unit | TPM, Inc. Unit Price | TPM, Inc. Extended Amount | Trammel Construction Unit Price | Trammel Construction Extended Amount | King Pipeline & Utility Co. Unit Price | King Pipeline & Utility Co. Extended Amount | Johnson & Johnson Construction Unit Price | Johnson & Johnson Construction Extended Amount | Bolden Pipe Construction Unit Price | Bolden Pipe Construction Extended Amount | Charles Deweese Construction Unit Price | Charles Deweese Construction Extended Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16" PVC Water Line | 5200 | L.F. | $30.23 | $157,196.00 | $32.50 | $169,000.00 | $33.00 | $171,600.00 | $37.70 | $196,040.00 | $38.60 | $200,720.00 | $40.94 | $212,888.00 |
| 16" DIP Water Line | 5200 | L.F. | $36.13 | $187,876.00 | $36.31 | $188,812.00 | $37.75 | $196,300.00 | $42.10 | $218,920.00 | $44.50 | $231,400.00 | $45.43 | $236,236.00 |
| 16" Gate Valve | 1 | Each | $4,511.00 | $4,511.00 | $3,637.00 | $3,637.00 | $4,500.00 | $4,500.00 | $3,630.43 | $3,630.43 | $4,050.00 | $4,050.00 | $5,117.25 | $5,117.25 |
| 8" Tapping Tee & Valve | 1 | Each | $1,761.00 | $1,761.00 | $2,092.00 | $2,092.00 | $2,500.00 | $2,500.00 | $2,895.77 | $2,895.77 | $2,295.00 | $2,295.00 | $2,933.48 | $2,933.48 |
| Crushed Stone | 100 | Ton | $18.00 | $1,800.00 | $8.20 | $820.00 | $13.50 | $1,350.00 | $10.00 | $1,000.00 | $14.00 | $1,400.00 | $14.00 | $1,400.00 |
| Hot Mix Pavement | 50 | S.Y. | $24.00 | $1,200.00 | $10.00 | $500.00 | $65.00 | $3,250.00 | $0.00 | $0.00 | $250.00 | $12,500.00 | $15.00 | $750.00 |
| Concrete Encasement | 15 | C.Y. | $150.00 | $2,250.00 | $95.00 | $1,425.00 | $150.00 | $2,250.00 | $85.00 | $1,275.00 | $88.00 | $1,320.00 | $125.00 | $1,875.00 |
| Connection to Existing | 2 | Each | $1,550.00 | $3,100.00 | $1,250.00 | $2,500.00 | $1,200.00 | $2,400.00 | $500.00 | $1,000.00 | $582.50 | $1,165.00 | $2,700.00 | $5,400.00 |
| Total with PVC Alternate | | | | $171,818.00 | | $179,974.00 | | $187,850.00 | | $205,841.20 | | $223,450.00 | | $230,363.73 |
| Total with DIP Alternate | | | | $202,498.00 | | $199,786.00 | | $212,550.00 | | $228,721.20 | | $254,130.00 | | $253,711.73 |

**Bid Tabulation**
**Water System Improvements**
**City of Portland**
**Contract 2 - Water Distribution Line (12" Alternate)**

Bid Date: March 14, 2002 Bid Time: 2:00 P.M.

| Item | Quan. | Unit | Advatage Construction Unit Price | Advatage Construction Extended Amount | Crowder Construction Unit Price | Crowder Construction Extended Amount | Portland Utilities Construction Unit Price | Portland Utilities Construction Extended Amount | Perdue Trucking & Excavating Unit Price | Perdue Trucking & Excavating Extended Amount | Dillard & Maynard Construction Unit Price | Dillard & Maynard Construction Extended Amount | Eatherly Construction Unit Price | Eatherly Construction Extended Amount | Jenkins Construction Unit Price | Jenkins Construction Extended Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12" PVC Water Line | 5200 | L.F. | $14.20 | $73,840.00 | $13.63 | $70,876.00 | $16.00 | $83,200.00 | $17.76 | $92,352.00 | $20.60 | $107,120.00 | $18.30 | $95,160.00 | $20.75 | $107,900.00 |
| 12" DIP Water Line | 5200 | L.F. | $17.87 | $92,924.00 | $18.11 | $94,172.00 | $22.00 | $114,400.00 | $24.62 | $128,024.00 | $25.00 | $130,000.00 | $21.00 | $109,200.00 | $27.50 | $143,000.00 |
| 12" Gate Valve | 1 | Each | $1,700.00 | $1,700.00 | $1,286.05 | $1,286.05 | $1,200.00 | $1,200.00 | $1,125.00 | $1,125.00 | $3,500.00 | $3,500.00 | $1,500.00 | $1,500.00 | $1,345.00 | $1,345.00 |
| 8" Tapping Tee & Valve | 1 | Each | $1,700.00 | $1,700.00 | $2,771.54 | $2,771.54 | $1,700.00 | $1,700.00 | $1,790.00 | $1,790.00 | $3,200.00 | $3,200.00 | $2,200.00 | $2,200.00 | $3,000.00 | $3,000.00 |
| Crushed Stone | 80 | Ton | $9.00 | $720.00 | $13.49 | $1,079.20 | $10.00 | $800.00 | $9.68 | $774.40 | $1.00 | $80.00 | $20.00 | $1,600.00 | $10.00 | $800.00 |
| Hot Mix Pavement | 50 | S.Y. | $25.00 | $1,250.00 | $47.96 | $2,398.00 | $25.00 | $1,250.00 | $19.00 | $950.00 | $10.00 | $500.00 | $30.00 | $1,500.00 | $5.00 | $250.00 |
| Concrete Encasement | 15 | C.Y. | $45.00 | $675.00 | $146.67 | $2,200.05 | $120.00 | $1,800.00 | $95.00 | $1,425.00 | $100.00 | $1,500.00 | $225.00 | $3,375.00 | $70.00 | $1,050.00 |
| Connection to Existing | 2 | Each | $2,000.00 | $4,000.00 | $927.21 | $1,854.42 | $700.00 | $1,400.00 | $2,824.00 | $5,648.00 | $1,750.00 | $3,500.00 | $1,000.00 | $2,000.00 | $1,500.00 | $3,000.00 |
| Total with PVC Alternate | | | | $83,885.00 | | $82,465.26 | | $91,350.00 | | $104,064.40 | | $119,400.00 | | $107,335.00 | | $117,345.00 |
| Total with DIP Alternate | | | | $102,969.00 | | $105,761.26 | | $122,550.00 | | $139,736.40 | | $142,280.00 | | $121,375.00 | | $152,445.00 |

# Bid Tabulation

## Water System Improvements

## City of Portland

## Contract 2 - Water Distribution Line (12" Alternate)

Bid Date: March 14, 2002 | Bid Time: 2:00 P.M.

| Item | Quan. | Unit | TPM, Inc. Unit Price | TPM, Inc. Extended Amount | Trammel Construction Unit Price | Trammel Construction Extended Amount | King Pipeline & Utility Co. Unit Price | King Pipeline & Utility Co. Extended Amount | Johnson & Johnson Construction Unit Price | Johnson & Johnson Construction Extended Amount | Bolden Pipe Construction Unit Price | Bolden Pipe Construction Extended Amount | Charles Deweese Construction Unit Price | Charles Deweese Construction Extended Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12" PVC Water Line | 5200 | L.F. | $25.79 | $134,108.00 | $26.79 | $139,308.00 | $27.50 | $143,000.00 | $31.15 | $161,980.00 | $32.95 | $171,340.00 | $35.57 | $184,964.00 |
| 12" DIP Water Line | 5200 | L.F. | $28.99 | $150,748.00 | $31.82 | $165,464.00 | $29.50 | $153,400.00 | $34.71 | $180,492.00 | $38.50 | $200,200.00 | $37.92 | $197,184.00 |
| 12" Gate Valve | 1 | Each | $1,921.00 | $1,921.00 | $1,302.00 | $1,302.00 | $1,350.00 | $1,350.00 | $1,450.43 | $1,450.43 | $1,690.00 | $1,690.00 | $2,200.00 | $2,200.00 |
| 8" Tapping Tee & Valve | 1 | Each | $1,761.00 | $1,761.00 | $2,092.00 | $2,092.00 | $2,500.00 | $2,500.00 | $2,496.88 | $2,496.88 | $1,643.50 | $1,643.50 | $2,933.48 | $2,933.48 |
| Crushed Stone | 80 | Ton | $15.00 | $1,200.00 | $8.20 | $656.00 | $13.50 | $1,080.00 | $10.00 | $800.00 | $14.50 | $1,160.00 | $14.00 | $1,120.00 |
| Hot Mix Pavement | 50 | S.Y. | $24.00 | $1,200.00 | $10.00 | $500.00 | $65.00 | $3,250.00 | $0.00 | $0.00 | $255.00 | $12,750.00 | $15.00 | $750.00 |
| Concrete Encasement | 15 | C.Y. | $175.00 | $2,625.00 | $95.00 | $1,425.00 | $150.00 | $2,250.00 | $85.00 | $1,275.00 | $90.00 | $1,350.00 | $125.00 | $1,875.00 |
| Connection to Existing | 2 | Each | $1,550.00 | $3,100.00 | $1,250.00 | $2,500.00 | $1,200.00 | $2,400.00 | $500.00 | $1,000.00 | $600.00 | $1,200.00 | $1,500.00 | $3,000.00 |
| Total with PVC Alternate | | | | $145,915.00 | | $147,783.00 | | $155,830.00 | | $169,002.31 | | $191,133.50 | | $196,842.48 |
| Total with DIP Alternate | | | | $162,555.00 | | $173,939.00 | | $166,230.00 | | $187,514.31 | | $219,993.50 | | $209,062.48 |

**Engineer's Estimate**
**Water System Improvements**
**City of Portland**
**Contract 2 - Water Distribution Line**

| Item | Quan. | Unit | Unit Price | Extended Amount |
|---|---|---|---|---|
| 12" PVC Water Line | 5200 | L.F. | $26.00 | $135,200.00 |
| 12" DIP Water Line | 5200 | L.F. | $30.00 | $156,000.00 |
| 12" Gate Valve | 1 | Each | $3,000.00 | $3,000.00 |
| 8" Tapping Tee & Valve | 1 | Each | $1,700.00 | $1,700.00 |
| Crushed Stone | 80 | Ton | $10.00 | $800.00 |
| Hot Mix Pavement | 50 | S.Y. | $30.00 | $1,500.00 |
| Concrete Encasement | 15 | C.Y. | $150.00 | $2,250.00 |
| Connection to Existing | 2 | Each | $2,500.00 | $5,000.00 |
| Total with PVC Alternate | | | | $149,450.00 |
| Total with DIP Alternate | | | | $170,250.00 |

| Item | Quan. | Unit | Unit Price | Extended Amount |
|---|---|---|---|---|
| 16" PVC Water Line | 5200 | L.F. | $32.00 | $166,400.00 |
| 16" DIP Water Line | 5200 | L.F. | $37.00 | $192,400.00 |
| 16" Gate Valve | 1 | Each | $4,000.00 | $4,000.00 |
| 8" Tapping Tee & Valve | 1 | Each | $1,700.00 | $1,700.00 |
| Crushed Stone | 100 | Ton | $10.00 | $1,000.00 |
| Hot Mix Pavement | 50 | S.Y. | $30.00 | $1,500.00 |
| Concrete Encasement | 15 | C.Y. | $150.00 | $2,250.00 |
| Connection to Existing | 2 | Each | $2,500.00 | $5,000.00 |
| Total with PVC Alternate | | | | $181,850.00 |
| Total with DIP Alternate | | | | $207,850.00 |

COPY


# John Coleman Hayes, P. C.

Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401 • Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415


March 27, 2002

Ms. Barbara Brown
U. S. Department of Agriculture
Rural Development
Nashville Area Office
3322 West End Avenue, Suite 302
Nashville, Tennessee 37203-6835

RE: Concurrence in Award of Contract Supporting Documentation
Contract 2 - Water Distribution Line
Water System Improvements
City of Portland, TN

Dear Ms. Brown:

The following documentation, as identified in Items 1. thru 4. of Rural Development's Guide Letter for Requesting Concurrence in Award, is herewith provided for your review and/or use as may be required.

Should you have any questions regarding this submission, or the documentation included, please do not hesitate to contact me at 615-269-6397.

Sincerely,

John E. Gilmore, Jr., P. E.
~~Chief~~ Engineer

/dlm.JGLtr.9611.1

Enclosures

cc: Mr. Ken Wilber, Director of Public Works, City of Portland, TN (w/encls)
File



C:\MAC\FORM\TEMPLATE.LTR

# CITY OF PORTLAND

USDA-FmHA
Form FmHA 1924-18
(Rev. 2/87)

FORM APPROVED
OMB NO. 0575-0042

## PARTIAL PAYMENT ESTIMATE

NO. Jul
PARTIAL PAYMENT ESTIMATE NO. 1 2002
PAGE 1 OF 3

OWNER: City of Portland, TN

CONTRACTOR: Advantage Const. Svcs

PERIOD OF ESTIMATE FROM June 1 TO 6/14/02

| CONTRACT CHANGE ORDER SUMMARY | | | |
|---|---|---|---|
| No. | FmHA Approval Date | Amount: Additions | Amount: Deductions |
| | | | |
| TOTALS | | | |
| NET CHANGE | | | |

**ESTIMATE**

1. Original Contract ........ 136,169.00
2. Change Orders ........ 0
3. Revised Contract (1 + 2) ........ 136,169.00
4. Work Completed * ........ 0
5. Stored Materials * ........ 83720
6. Subtotal (4 + 5) ........ 83720
7. Retainage * ........ 8372
8. Previous Payments ........ 0
9. Amount Due (6-7-8) ........ 75,348.—

* Detailed breakdown attached

**CONTRACT TIME**

Original (days) 150
Revised 0
Remaining

On Schedule ☒ Yes ☐ No

Starting Date June 12, 2002
Projected Completion July 20, 02

**CONTRACTOR'S CERTIFICATION:**
The undersigned Contractor certifies that to the best of their knowledge, information and belief the work covered by this payment estimate has been completed in accordance with the contract documents, that all amounts have been paid by the contractor for work for which previous payment estimates was issued and payments received from the owner, and that current payment shown herein is now due.

Contractor Advantage Const. Svcs
By [signature]
Date 6/14/02

**ARCHITECT OR ENGINEER'S CERTIFICATION:**
The undersigned certifies that the work has been carefully inspected and to the best of their knowledge and belief, the quantities shown in this estimate are correct and the work has been performed in accordance with the contract documents.

Architect or Engineer John Coleman Hayes, P.C.
By [signature]
Date JUL 0 2 2002

**APPROVED BY OWNER:**

Owner City of Portland, TN
By [signature], Mayor
Date 7/9/02

**ACCEPTED BY FmHA:**
The review and acceptance of this estimate by FmHA does not attest to the correctness of the quantities shown or that the work has been performed in accordance with the contract documents.

By [signature], RDS
Date Jul 10, 2002

## TYPICAL UNIT PRICE BREAKDOWN *

| ITEM | DESCRIPTION | CONTRACT (revised) | | | THIS PERIOD | | TOTAL TO DATE | | % COMPLETE |
|---|---|---|---|---|---|---|---|---|---|
| | | QUANTITY | UNIT PRICE | AMOUNT | QUANTITY | AMOUNT | QUANTITY | AMOUNT | |
| 1A | 16" C50 | 5200 | $24.22 | $125,944 | – | $ – | – | $ – | 0 |
| 2 | Gate Value | 1 | 1700 | 1700 | – | | | | |
| 3 | Tapping Tee | 1 | 1700 | 1700 | – | | | | |
| 4 | Stone | 100 | 9 | 900 | – | | | | |
| 5 | Pavement | 50 | 25 | 1250 | – | | | | |
| 6 | Concrete | 15 | 45 | 675 | – | | | | |
| 7 | Connection | 2 | 2000 | 4000 | – | | | | |
| | TOTALS | | | 136169 | | 0 | | 0 | 0 |

## TYPICAL LUMP SUM PRICE BREAKDOWN *

| ITEM | DESCRIPTION | SCHEDULED VALUE | WORK COMPLETED | | % COMPLETE |
|---|---|---|---|---|---|
| | | | THIS PERIOD | TO DATE | |
| | | $ | $ | $ | |
| | TOTALS | | | | |

## TYPICAL STORED MATERIALS AND RETAINAGE BREAKDOWN *

MATERIALS STORED AT END OF THIS PAYMENT PERIOD

| DESCRIPTION | QUANTITY | UNIT VALUE | AMOUNT |
|---|---|---|---|
| Pipe 16" C50 | 5200 | $16.10 | $83,720 |

RETAINAGE

| | THIS ESTIMATE | PERCENT | RETAINED |
|---|---|---|---|
| WORK COMPLETED: | $ 0 | 0 % | $ 0 |
| STORED MATERIALS: | 83,720 | 10 | 8,372 |
| OTHER (explain) | | | |
| TOTAL | 83720 | | 8372 |

* As a minimum, detailed breakdowns should contain this information.

U.S. GPO: 1981-751-007/41515

Page 2 of 3

REMIT TO
...VILLE BOULEVARD
P.O. BOX 72847
...NOOGA, TENNESSEE 37407-5847
PHONE 423/867-1033
FAX 423/867-7944

SHIP/TRANSFER NUMBER
A01221

WATER WORKS SUPPLY CO., INC.

5638 MANCHESTER HWY.
P.O. BOX 308
MORRISON, TENNESSEE 37357-...
PHONE 931/668-7866
FAX 931/668-3095

SHIP/TR/INVOICE NUMBER
2164348-01

BILL TO: ADVANTAGE CONSTRUCTION SVCS
101 B W RAIROAD
DICKSON TN 37055

SHIP TO: ADVANTAGE CONSTRUCTION SVCS
1-615-740-0937
PORTLAND TN

CUSTOMER P.O. NO.

CUSTOMER P.O. NO. PORTLAND

| SHIP/TR/INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 2164348-01 | 644 | 06/07/02 | 104 | PORTLAND | 06/17/02 |

| INSTRUCTIONS | FBT | PAGE NO. |
|---|---|---|
| DIRECT | P | 1 |

| QUANTITY ORDERED | QUANTITY B.O./RET. | QUANTITY SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 5200 | | 5223.40 | F* | *UD16" CL-350 DUCTILE IRON PIPE | EA | 16.1000 | 84096... |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.
B - BALANCE BACK ORDERED
C - CONSIDER COMPLETE
D - DIRECT SHIPMENT
F - FACTORY MINIMUM
R - RETURNED CYL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| 0.00 | 0.00 |

NET TERMS: INV 30 DUE: 07/17/02

| | |
|---|---|
| SUB TOTAL | 84,096... |
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | 0... |
| FED./OTHER TAX | |
| STATE TAX | 6,937... |
| PAYMENT REC'D | 0... |
| TOTAL AMT... | 91,034... |

XLOPTB 8/88

ORIGINAL