5. Concrete Required at Thrust Blockings at Existing / New Bends. 40 C.Y. $ 65.00 $ 2600.00

For ______________________

Dollars ______________________

Cents, per Cubic Yard

6. 16-Inch D.I. Fittings. 3000 LBS $ 1.50 $ 4500.00

For ______________________

Dollars ______________________

Cents, per Pound

**TOTAL BID:** $ 107,037.50

One Hundred and Seven Thousand and Thirty Seven Dollars & 50 cents
(Total Amount in Words)

Respectfully submitted:

By Chris Norris
(Signature)

Norris Excavating - 559 N. Leath R[illegible] Portland TN. 3714[illegible]
(Business Name, Address & Zip Code)

Owner
(Title)

TN. License No. 47291

Exp. 7-31-03

______________________

______________________
(License Numbe

C:\MACWTTADDENDUM HK3(E)BID

# BID SCHEDULE

WATER SYSTEM IMPROVEMENTS
CONTRACT 2 - WATER DISTRIBUTION LINE - RE-BID

Bidder acknowledges receipt of the following Addendum(s): No. One

Bidder agrees to perform all improvements described in the specifications and as shown on the plans for the following unit prices:

| ITEM NO. | DESCRIPTION & UNIT PRICE IN WORDS | ESTIMATED QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 1. | Removal & Reinstallation of 16" Piping for Entire Project 140 L.F. of Existing / Unused On-Site Stored 16-Inch D.I. Pipeing & Appurtenances are Included for Use in the Reinstallation.<br>For Nineteen<br>Dollars No<br>Cents, per Linear Foot | 5,000 | L.F. | $ 19.00 | $ 95,000.00 |
| 2. | 16" Class 50, Ductile Iron Pipe. (Installation of this Piping is Included in Item 1.)<br>For Twenty Four<br>Dollars No<br>Cents, per Linear Foot | 300 | L.F. | $ 24.00 | $ 7,200.00 |
| 3. | 6-Inch Muller Fire Hydrant Assembly with One (1) 4½-Inch Pumper Connection & Two (2) 2½-Inch Nozzle Connections.<br>For Two Thousand Eight Hundred<br>Dollars No<br>Cents, per Each | 1 | EA | $ 2,800.00 | $ 2,800.00 |
| 4. | A Layer of Crushed Stone Bedding at Rock Bottoms.<br>For Ten<br>Dollars No<br>Cents, per Ton | 75 | TONS | $ 10.00 | $ 750.00 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Concrete Required at Thrust Blockings at Existing / New Bends. For Seventy Five Dollars No Cents, per Cubic Yard | 40 | C.Y. | $ 75.00 | $ 3,000.00 |
| 6. | 16-Inch D.I. Fittings. For No Dollars Ten Cents, per Pound | 3000 | LBS | $ .10¢ | $ 300.00 |

TOTAL BID: $ 109,050.00

One Hundred Nine Thousand Fifty Dollars and No cents.
(Total Amount in Words)

Respectfully submitted:

By Mack A. Jenkins (Signature) — Jenkins Construction (Business Name, Address & Zip Code)

Owner (Title)

1976 Rock Bridge Road

Bethpage, Tennessee 37022

000-16301 Exp- 1-31-2005
(License Numbe

# BID SCHEDULE

WATER SYSTEM IMPROVEMENTS
CONTRACT 2 - WATER DISTRIBUTION LINE - RE-BID

Bidder acknowledges receipt of the following Addendum(s): ONE (1) July 24, 2003

Bidder agrees to perform all improvements described in the specifications and as shown on the plans for the following unit price

| ITEM NO. | DESCRIPTION & UNIT PRICE IN WORDS | ESTIMATED QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 1. | Removal & Reinstallation of 16" Piping for Entire Project 140 L.F. of Existing / Unused On-Site Stored 16-Inch D.I. Pipeing & Appurtenances are Included for Use in the Reinstallation.<br>For Twentysix and Dollars 00/100's Cents, per Linear Foot | 5,000 | L.F. | $ 26.00 | $ 130,000.00 |
| 2. | 16" Class 50, Ductile Iron Pipe. (Installation of this Piping is Included in Item 1.)<br>For Fortynine and Dollars 00/100's Cents, per Linear Foot | 300 | L.F. | $ 49.00 | $ 14,700.00 |
| 3. | 6-Inch Muller Fire Hydrant Assembly with One (1) 4½-Inch Pumper Connection & Two (2) 2½-Inch Nozzle Connections.<br>For Eigth thousand and Dollars 00/100's Cents, per Each | 1 | EA | $ 8,000.00 | $ 8,000.00 |
| 4. | A Layer of Crushed Stone Bedding at Rock Bottoms.<br>For Fifteenhundred and Dollars 00/100's Cents, per Ton | 75 | TONS | $ 20.00 | $ 1,500.00 |

5. Concrete Required at Thrust Blockings at Existing / New Bends. | 40 | C.Y. | $ 87.00 | $ 3480.00

For Eightyseven and
Dollars 00/100's
Cents, per Cubic Yard

6. 16-Inch D.I. Fittings. | 3000 | LBS | $ 2.25 | $ 6,750.00

For Two and
Dollars 25/100's
Cents, per Pound

**TOTAL BID:** $ 164,430.00

One hundred sixty four thousand four hundred thirty dollars and no/100
(Total Amount in Words)

Respectfully submitted:

By [signature]
(Signature)

CEO
(Title)

101 Construction Company
(Business Name, Address & Zip Code)

761 Old Hickory Blvd

Suite 202

Brentwood, TN 37027

00033997 (BC-A,B) HRA ; A,B,C,E
(License Numbe

# BID OPENING RESULTS

WATER SYSTEM IMPROVEMENTS
CITY OF PORTLAND, TN

CONTRACT 2 – WATER DISTRIBUTION LINE - RE-BID

BID DATE: JULY 30, 2003
BID TIME: 2:00 P.M..

| BIDDING CONTRACTOR | AMOUNT OF BID |
|---|---|
| Anchor Pipe Company, Inc. | $ (LATE) (93,262 77) |
| Jenkins Construction | $ 109,050 |
| Johnson & Johnson Construction, Inc. | $ ——— |
| Norris Brothers Excavating | $ ——— |
| 101 Construction Company | $ 164,430.00 |
| Norris Excavating | $ 107,037.50 |
| | |
| | |
| | |
| | |

**Volunteer State Bank**
Portland, TN 37148

229495

REMITTER Norris Excavating

DATE July 30, 2003

87-299/641 01

PAY TO THE ORDER OF City of Portland $ 5,351.88

PAY EXACTLY 5,351.88 CTS DOLLARS

FOR: Bid Bond Deposit

**CASHIER'S CHECK**

⑈229495⑈ ⑆064102999⑆ 001 312 9⑈

John Coleman Hayes, P. C.
Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401 • Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415

July 31, 2003

Mr. Ken Wilber
Director of Public Works
City of Portland
100 South Russell Street
Portland, Tennessee 37148

RE: Verification and Shipment of Original Bid Packages
Contract 2 - Water Distribution Line - REBID
City of Portland, TN

Dear Ken:

Verification of subject bid packages, that were submitted and opened at City Hall at 2:00 p.m. on July 30, 2003, has been accomplished.

All submittals were found to meet the administrative criteria for acceptance as established in the Information for Bidders guidelines contained in this project's Specifications and Contract Documents manual. Two (2) bidders, Jenkins Construction and 101 Construction included a 5% Bid Bond with their submittal; Norris Excavating included a Cashier's Check representing 5% of their total bid amount in lieu of a Bid Bond, which is also acceptable.

The Bid Schedules were verified for accuracy; all three (3) submitted were found to be accurate.

During final verification of the bidders licensing classification in the State of Tennessee, with the Board for Licensing Contractors, it was determined that 101 Construction Company, Inc., does not have the licensing classification required (MU) to perform the work required. Both Norris Excavating and Jenkins Construction possess the required licensing classification needed. A record and explanation of the classification codes each company does possess is enclosed

The original bid submittals are enclosed and forwarded for further action as requested. Also enclosed, you will find Mr. Bowker's Certification of Bids statement, as well as the Bid Tabulation. Should you have any questions, do not hesitate to contact me.

Sincerely,

John C. Hayes, P.E.
President

/dlm.JCHLtr.9611.1

Enclosures

cc: File

C:\\ACFORM\TEMPLATE.LTR

John Coleman Hayes, P.C.
Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401, Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415 E-MAIL JCHAYESPC@AOL.COM

URGENT

# FACSIMILE COVER SHEET

| | |
|---|---|
| TO: | Mr. Ken Wilber<br>Director of Public Works |
| COMPANY: | City of Portland |
| PHONE: | 325-6776 |
| FAX: | 325-5345 |
| FROM: | Donald Mac Farlane |
| PHONE: | 615-269-6397 |
| FAX: | 615-269-6415 |
| DATE: | 8/01/03 |
| PAGES INCLUDING THIS COVER PAGE: | Two (2) |
| COMMENTS: | Ken - Please be advised that I will ship the original bid packages for Contract 2 - REBID, and other supporting documents pertinent to the verification of bids process, today. I placed the bid documents that were originally submitted back in their respective envelopes. I have included with this fax a copy of John Hayes' verification letter, of 8/01/03, for your earliest information and/or use as may be needed. You should received the UPS delivery before noon on Monday, 8/04/03. - Mac |

FILE: FAXFORM.TEM

JCH Development Company, Inc.
Real Estate Development, Construction & Property Management
Woodmont Centre
104 Woodmont Boulevard, Suite 401 • Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415

# FACSIMILE COVER SHEET

**To:** KEN WILBER
**Company:** CITY OF PORTLAND / PUBLIC WORKS SUPT.
**Phone:**
**Fax:** 1.615.325.5345

**From:** BUTCH BOWKER
**Phone:** (615) 269-6397
**Fax:** (615) 269-6415

**Date:** 11th/ July '03
**Pages including this cover page:** 4

**Comments:**
KEN,
PLEASE REVIEW THE ENCLOSED DOCUMENT. THE "MANDATORY" NOTE IS AS WE DISCUSSED. THE LAST SHEET COVERS THE DODGE ROOM AND THE TWO "MINORITY" VIEWING ROOMS. THIS WILL PROTECT YOU FROM ANY COMMENTS ABOUT LIMITING WHO BIDS. ANY PROBLEMS, GIVE ME A CALL. A GOOD WEEK-END TO YOU.
BUTCH

CONFIDENTIALITY NOTICE
This facsimile transmission and/or the documents accompanying same may contain confidential information belonging to the sender protected by the law. The information is intended only for the use by the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange the return or affirm the destruction of the documents.

:FAXCOVER.DOC

# INFORMATION FOR BIDDERS

BIDS will be received by the City of Portland, TN (herein called the "OWNER"), at 100 South Russell Street, Portland, TN 37148 until 2:00 P.M., July 30, 2003, and then at said office publicly opened and read aloud. All "CONTRACTORS" will be required to attend a "MANDATORY" Pre-Bid Meeting at 100 South Russell Street, Portland, TN 37148 at 10:00 A.M., July 23, 2003.

Each BID must be submitted in a sealed envelope, addressed to the City of Portland at 100 South Russell Street, Portland, TN 37148. Each sealed envelope containing a BID must be plainly marked on the outside as "WATER SYSTEM IMPROVEMENTS CONTRACT 2: WATER DISTRIBUTION LINE - RE-BID" and the envelope should bear on the outside the BIDDER's name, address, and license number if applicable, and the name of the project for which the BID is submitted. If forwarded by mail, the sealed envelope containing the BID must be enclosed in another envelope addressed to the OWNER at 100 South Russell Street, Portland, TN 37148.

Each BID in excess of $100,000 must be accompanied by lobbying activity certification, as required by Public Law PL 101-121. The certification form, provided in the BIDDING DOCUMENTS, must be signed and dated by the BIDDER.

All BIDS must be made on the required BID form(s). All blank spaces for BID prices must be filled in, in ink, or typewritten, and the BID form must be fully completed and executed when submitted. Only one copy of the BID form is required.

The OWNER may waive any informalities, or minor defects, or reject any and all BIDS. Any BID may be withdrawn prior to the above scheduled time for the opening of BIDS, or authorized postponement thereof. Any BID received after the time and date specified shall not be considered. No BIDDER may withdraw a BID within 60 days after the actual date of the opening thereof. Should there be reasons why the CONTRACT cannot be awarded within the specified period, the time may be extended by mutual agreement between the OWNER and the BIDDER.

BIDDERS must satisfy themselves of the accuracy of the estimated quantities in the BID Schedule by examination of the site and a review of the drawings and specifications including ADDENDA. After BIDS have been submitted, the BIDDER shall not assert that there was a misunderstanding concerning the quantities of WORK, or of the nature of the WORK to be done.

The OWNER shall provide to BIDDERS prior to BIDDING, all information which is pertinent to, and delineates and describes, the land owned and rights-of-way acquired, or to be acquired.

The CONTRACT DOCUMENTS contain the provisions required for the construction of the PROJECT. Information obtained from an officer, agent, or employee of the OWNER, or any other person shall not affect the risks from fulfilling any of the conditions of the CONTRACT.

Each BID must be accompanied by a BID bond payable to the OWNER for five percent of the total amount of the BID. As soon as the BID prices have been compared, the OWNER will return the BONDS of all except the three lowest responsible BIDDERS. When the Agreement is executed, the bonds of the two remaining unsuccessful BIDDERS will be returned. The BID BOND of the successful BIDDER will be retained until the payment BOND and performance BOND have been executed and approved, after which it will be returned. A certified check may be used in lieu of a BID BOND.

A performance BOND and a payment BOND each in the amount of 100 percent of the CONTRACT PRICE, with a corporate surety approved by the OWNER, will be required for the faithful performance of the CONTRACT.

Attorneys-in-fact who sign BID BONDS, or pay BONDS and performance BONDS, must file with each BOND a certified and effective dated copy of their power of attorney.

The party to whom the contract is awarded will be required to execute the Agreement and obtain the performance BOND and payment BOND within ten (10) calendar days from the date when NOTICE OF AWARD is delivered to the BIDDER. The NOTICE of AWARD shall be accompanied by the necessary Agreement and BOND forms. In case of failure of the BIDDER to execute the Agreement, the OWNER may consider the BIDDER in default, in which case the BID BOND accompanying the proposal shall become the property of the OWNER.

The OWNER, within ten (10) days of receipt of acceptable performance BOND, payment BOND and Agreement signed by the party to whom the Agreement was awarded, shall sign the Agreement and return to such party an executed duplicate of the Agreement. Should the OWNER not execute the Agreement within such period, the BIDDER may, by WRITTEN NOTICE, withdraw the signed Agreement. Such notice of withdrawal shall be effective upon receipt of the notice by the OWNER.

The NOTICE TO PROCEED shall be issued within thirty (30) days of the execution of the Agreement by the OWNER. Should there be reasons why the NOTICE TO PROCEED cannot be issued within such period, the time may be extended by mutual agreement between the OWNER and CONTRACTOR. If the NOTICE TO PROCEED has not been issued within the thirty (30) day period, or within the period mutually agreed upon, the CONTRACTOR may terminate the Agreement without further liability on the part of either party.

The OWNER may make such investigations as deemed necessary to determine the ability of the BIDDER to perform the WORK, and the BIDDER shall furnish to the OWNER all such information and data for this purpose as the OWNER may request. The OWNER reserves the right to reject any BID if the evidence submitted by, or investigation of, such BIDDER fails to satisfy the OWNER that such BIDDER is properly qualified to carry out the obligations of the Agreement and to complete the WORK contemplated therein.

A conditional, or qualified BID, will not be accepted.

Award will be made to the lowest responsible BIDDER.

All applicable laws, ordinances, and the rules and regulations of all authorities having jurisdiction over construction of the PROJECT shall apply to the contract throughout.

Each BIDDER is responsible for inspecting the site and for reading and being thoroughly familiar with the CONTRACT DOCUMENTS. The failure, or omission, of any BIDDER to do any of the foregoing shall in no way relieve any BIDDER from any obligation in respect to its BID.

Further, the BIDDER agrees to abide by the requirements under Executive Order No. 11246, as amended, including specifically, the provisions of the equal opportunity clause setforth in the SUPPLEMENTAL GENERAL CONDITIONS.

The low BIDDER shall supply the names and addresses of major material SUPPLIERS and SUBCONTRACTORS when required to do so by the OWNER.

The ENGINEER is John Coleman Hayes, P.C. The ENGINEER's address is 104 Woodmont Boulevard, Suite 401, Nashville, TN 37205 . Copies of the CONTRACT DOCUMENTS may be obtained at the office of the ENGINEER upon payment of $200.00 for each set of CONTRACT 2 - RE-BID. Any BIDDER, except the successful BIDDER, upon returning the CONTRACT DOCUMENTS promptly and in good condition, will be refunded their full deposit; any NON-BIDDER upon so returning the CONTRACT DOCUMENTS promptly after the bid opening, will be refunded $50.00 for CONTRACT 2 - RE-BID.

The CONTRACT DOCUMENTS may be examined at the following locations after July 16, 2003:

McGraw Hill Construction - Dodge, 1604 Elm Hill Pike, Suite 200, Nashville, TN 37210

Nashville Contractors Association, Inc., 1214 Pine Street, Nashville, TN 37203

Construction Market Data, 2 International Drive, Suite 108, Nashville, TN 37217

John Coleman Hayes, P.C.
Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401, Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415 E-MAIL JCHAYESPC@AOL.COM

# FACSIMILE COVER SHEET

| | | | |
|---|---|---|---|
| TO: | City of Portland ATTN: Mr. Ken Wilber | FAX: | 325-5345 |
| TO: | McGraw-Hill / Dodge Construction ATTN: Cindy and/or Susan | FAX: | 366-7420 |
| TO: | Nashville Contractors Association Inc. ATTN: Regina | FAX: | 254-1223 |
| TO: | Reed Construction Data | FAX: | 399-9141 |
| TO: | Anchor Pipe Company, Inc. ATTN: Mr. Jim Thigpen | FAX: | 354-9030 |
| TO: | Jenkins Construction ATTN: Mr. Matt Jenkins | FAX: | 1-615-888-2717 Call |
| TO: | Johnson & Johnson Constr. Inc ATTN: Mr. Henry Johnson Jr. | FAX: | 931-738-2093 |
| TO: | Norris Brothers Excavating ATTN: Mr. Jenkins Norris | FAX: | 931-277-5665 Call |
| TO: | 101 Construction Company ATTN: Mr. Randy Reed | FAX: | 371-1050 |

FROM: Donald Mac Farlane for Mr. Butch Bowker

PHONE: 615-269-6397

FAX: 615-269-6415

DATE: 7/28/03

PAGES INCLUDING THIS COVER PAGE: Four (4)

COMMENTS: Addendum 1 to Contract 2 - Water Distribution Line-Rebid for the City of Portland, TN, follows for your earliest information and use in the formulation of bids submitted for this project. A copy of this Addendum 1 is also being mailed to you today. Should any questions arise regarding this Addendum, please contact Mr. Butch Bowker at 615-269-6397.

M/R: Faxed to All Recipients from 11:18 A.M. to 11:37 A.M. on 7/28/03
1st Class Mailed to All Recipients on 7/28/03
dlm

John Coleman Hayes, P.C.
Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401, Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415 E-MAIL JCHAYESPC@AOL.COM

# FACSIMILE COVER SHEET

| | | | |
|---|---|---|---|
| TO: | City of Portland ATTN: Mr. Ken Wilber | FAX: | 325-5345 |
| TO: | McGraw-Hill / Dodge Construction ATTN: Cindy and/or Susan | FAX: | 366-7420 |
| TO: | Nashville Contractors Association Inc. ATTN: Regina | FAX: | 254-1223 |
| TO: | Reed Construction Data | FAX: | 399-9141 |
| TO: | Anchor Pipe Company, Inc. ATTN: Mr. Jim Thigpen | FAX: | 354-9030 |
| TO: | Jenkins Construction ATTN: Mr. Matt Jenkins | FAX: | 1-615-888-2717 Call |
| TO: | Johnson & Johnson Constr. Inc ATTN: Mr. Henry Johnson Jr. | FAX: | 931-738-2093 |
| TO: | Norris Brothers Excavating ATTN: Mr. Jenkins Norris | FAX: | 931-277-5665 Call |
| TO: | 101 Construction Company ATTN: Mr. Randy Reed | FAX: | 371-1050 |

FROM: Donald Mac Farlane for Mr. Butch Bowker

PHONE: 615-269-6397

FAX: 615-269-6415

DATE: 7/28/03

PAGES INCLUDING THIS COVER PAGE: Four (4)

COMMENTS: Addendum 1 to Contract 2 - Water Distribution Line-Rebid for the City of Portland, TN, follows for your earliest information and use in the formulation of bids submitted for this project. A copy of this Addendum 1 is also being mailed to you today. Should any questions arise regarding this Addendum, please contact Mr. Butch Bowker at 615-269-6397.

M/R: Faxed to All Recipients from 11:18 A.M. to 11:37 A.M. on 7/28/03
1st Class Mailed to All Recipients on 7/28/03
dlm

# ACTIVITY REPORT

TIME : 07/28/2003 11:41

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|---|---|---|---|---|---|---|---|---|
| #24 | 07/25 | 10:17 | 2283419 | 52 | 02 | OK | TX | ECM |
| | 07/25 | 10:19 | 6153820650 | 42 | 02 | OK | RX | ECM |
| | 07/25 | 10:26 | 615 871 9260 | 27 | 01 | OK | RX | ECM |
| | 07/25 | 11:39 | 8592698734 | 32 | 01 | OK | RX | ECM |
| #25 | 07/25 | 12:08 | 17043324313 | 31 | 02 | OK | TX | ECM |
| #26 | 07/25 | 12:10 | 3710325 | 20 | 01 | OK | TX | ECM |
| #27 | 07/25 | 13:08 | 3130090 | 01:34 | 06 | OK | TX | ECM |
| | 07/25 | 13:36 | 800 638 7402 | 39 | 03 | OK | RX | ECM |
| | 07/25 | 13:52 | | 01:23 | 01 | OK | RX | |
| | 07/25 | 14:01 | 3508149 | 18 | 01 | OK | RX | ECM |
| #28 | 07/25 | 14:26 | 18656898571 | 52 | 02 | OK | TX | ECM |
| #29 | 07/25 | 14:42 | 14232834386 | 51 | 02 | OK | TX | ECM |
| #31 | 07/25 | 14:51 | 18656898571 | 52 | 02 | OK | TX | ECM |
| #30 | 07/25 | 14:53 | 14232834386 | 01:42 | 04 | OK | TX | ECM |
| | 07/25 | 15:08 | 1013332811 | 42 | 01 | OK | RX | ECM |
| | 07/25 | 15:20 | 9724162097 | 34 | 01 | OK | RX | ECM |
| | 07/25 | 15:55 | 865 5887181 | 01:01 | 02 | OK | RX | |
| | 07/25 | 16:18 | V F | 10:54 | 02 | NG | RX | ECM |
| | 07/25 | 16:32 | V F | 19 | 00 | NG | RX | |
| | 07/25 | 16:46 | 615 325 7075 | 01:19 | 03 | OK | RX | |
| | 07/26 | 16:32 | V F | 02:54 | 02 | OK | RX | ECM |
| | 07/28 | 08:04 | | 21 | 01 | OK | RX | ECM |
| | 07/28 | 08:29 | 4232834386 | 46 | 02 | OK | RX | ECM |
| | 07/28 | 08:31 | 864 288 2446 | 01:27 | 03 | OK | RX | |
| | 07/28 | 08:37 | 5014101265 | 46 | 01 | OK | RX | ECM |
| | 07/28 | 08:53 | 4239494154 | 01:14 | 02 | OK | RX | |
| | 07/28 | 09:25 | 19315288658 | 01:03 | 02 | OK | RX | |
| | 07/28 | 09:32 | | 31 | 03 | OK | RX | ECM |
| | 07/28 | 09:33 | 864 288 2446 | 59 | 02 | OK | RX | |
| | 07/28 | 09:37 | | 33 | 01 | OK | RX | |
| #32 | 07/28 | 09:51 | 2925191 | 19 | 01 | OK | TX | ECM |
| | 07/28 | 09:53 | 9315379013 | 24 | 01 | OK | RX | ECM |
| #33 | 07/28 | 09:58 | 3257075 | 01:57 | 04 | OK | TX | |
| #34 | 07/28 | 10:20 | 3257075 | 01:12 | 02 | OK | TX | |
| | 07/28 | 10:29 | | 05:15 | 09 | OK | RX | ECM |
| | 07/28 | 10:37 | 615 244 6739 | 01:25 | 02 | OK | RX | ECM |
| | 07/28 | 10:48 | 662 369 8664 | 40 | 01 | OK | RX | ECM |
| | 07/28 | 10:51 | 931 432 6952 | 48 | 02 | OK | RX | ECM |
| | 07/28 | 10:54 | 931 432 6952 | 48 | 02 | OK | RX | ECM |
| | 07/28 | 11:10 | 931 5263495 | 56 | 02 | OK | RX | |
| #35 | 07/28 | 11:18 | PORTLAND CITY | 01:25 | 04 | OK | TX | ECM |
| #36 | 07/28 | 11:21 | 3667420 | 01:01 | 04 | OK | TX | ECM |
| | 07/28 | 11:23 | 615 242 3064 | 37 | 02 | OK | RX | ECM |
| #37 | 07/28 | 11:24 | 2541223 | 54 | 04 | OK | TX | ECM |
| #38 | 07/28 | 11:26 | 3999141 | 59 | 04 | OK | TX | ECM |
| #39 | 07/28 | 11:27 | 3549030 | 55 | 04 | OK | TX | ECM |
| #41 | 07/28 | 11:31 | 19317382093 | 01:24 | 04 | OK | TX | ECM |
| #42 | 07/28 | 11:33 | 19312775665 | 55 | 04 | OK | TX | ECM |
| #43 | 07/28 | 11:35 | 3711050 | 56 | 04 | OK | TX | ECM |
| #40 | 07/28 | 11:37 | 16158882717 | 02:09 | 04 | OK | TX | |

BUSY: BUSY/NO RESPONSE
NG : POOR LINE CONDITION
CV : COVERPAGE
CA : CALL BACK MSG
POL : POLLING
RET : RETRIEVAL

ADDENDUM NO. ONE (1)

WATER SYSTEM IMPROVEMENTS
CITY OF PORTLAND, TN

CONTRACT – WATER DISTRIBUTION LINE (RE-BID)

PLANS & SPECIFICATIONS DATE: JUNE 2, 2003
BID DATE & TIME: JULY 30, 2003 @ 2:00 P.M.
ADDENDUM DATE: JULY 24, 2003

This Addendum is issued to clarify a portion of the bid documents. Receipt of this Addendum should be taken into consideration when formulating your proposal and should be acknowledged on the 1st page of the Base Proposal Schedule; failure to do so shall not relieve the Proposer of the revisions set forth herein. The changes are as follows:

1. Specifications and Contract Documents:

   A. Bid Schedule:

      Discard in its entirety the Bid Schedule originally issued with the Specifications and Contract Documents manual and replace with the revised Bid Schedule issued with this Addendum.

2. Fire Hydrant Detail Sheet 1:

   This document is a new document and is intended to be used to further detail the installation of the added fire hydrant to the water distribution line.

3. Construction Plans:

   A. Sheet 3:

      A layer of crushed stone bedding shall be installed at rock bottoms within the shallow area as shown on this Sheet. Modify shallow area from Sta. 2+50 to Sta. 5+00 (±).

END OF ADDENDUM 1



# BID SCHEDULE

WATER SYSTEM IMPROVEMENTS
CONTRACT 2 - WATER DISTRIBUTION LINE - RE-BID

Bidder acknowledges receipt of the following Addendum(s): ____________________

______________________________________________________________

Bidder agrees to perform all improvements described in the specifications and as shown on the plans for the following unit prices:

| ITEM NO. | DESCRIPTION & UNIT PRICE IN WORDS | ESTIMATED QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 1. | Removal & Reinstallation of 16" Piping for Entire Project 140 L.F. of Existing / Unused On-Site Stored 16-Inch D.I. Pipeing & Appurtenances are Included for Use in the Reinstallation.<br>For ____________<br>Dollars ____________<br>Cents, per Linear Foot | 5,000 | L.F. | $ ________ | $ ________ |
| 2. | 16" Class 50, Ductile Iron Pipe. (Installation of this Piping is Included in Item 1.)<br>For ____________<br>Dollars ____________<br>Cents, per Linear Foot | 300 | L.F. | $ ________ | $ ________ |
| 3. | 6-Inch Muller Fire Hydrant Assembly with One (1) 4½-Inch Pumper Connection & Two (2) 2½-Inch Nozzle Connections.<br>For ____________<br>Dollars ____________<br>Cents, per Each | 1 | EA | $ ________ | $ ________ |
| 4. | A Layer of Crushed Stone Bedding at Rock Bottoms.<br>For ____________<br>Dollars ____________<br>Cents, per Ton | 75 | TONS | $ ________ | $ ________ |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Concrete Required at Thrust Blockings at Existing / New Bends.<br>For ________________<br>Dollars ________________<br>Cents, per Cubic Yard | 40 | C.Y. | $ __________ | $ __________ |
| 6. | 16-Inch D.I. Fittings.<br>For ________________<br>Dollars ________________<br>Cents, per Pound | 3000 | LBS | $ __________ | $ __________ |

**TOTAL BID:** $________________________

______________________________________________

(Total Amount in Words)

Respectfully submitted:

By ________________________

(Signature)

________________________

(Title)

________________________

(Business Name, Address & Zip Code)

________________________

________________________

________________________

________________________

(License Numbe

John Coleman Hayes, P.C.
Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401, Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415 E-MAIL JCHAYESPC@AOL.COM

# FACSIMILE COVER SHEET

| | |
|---|---|
| TO: | Mr. Ken Wilber, Director of Public Works |
| COMPANY: | City of Portland |
| PHONE: | 325-6776 |
| FAX: | 325-5345 |
| FROM: | Donald Mac Farlane for Mr. Butch Bowker |
| PHONE: | 615-269-6397 |
| FAX: | 615-269-6415 |
| DATE: | 7/29/03 |
| PAGES INCLUDING THIS COVER PAGE: | Three (3) |
| COMMENTS: | Ken - Received your faxed copy of the Norris Excavating check for the plans and specifications you issued to them. We have verified their current TN contractor's licensing status and classification, and have faxed and mailed them a copy of Addendum 1 to our project. A copy of our current Bidders List follows for your information and/or use as may be needed. |

FILE: FAXFORM.FRM

WATER SYSTEM IMPROVEMENTS
CONTRACT 2 – WATER DISTRIBUTION LINE - RE-BID
JCH PROJECT NO. 9611
BID TIME: 2:00 PM / BID DATE: JULY 30, 2003

MUST BE TN LICENSED CONTRACTOR / $100.00 DEPOSIT REQUIRED

BIDDERS LIST

| SET NO. | RECIPIENT NAME | DATE OF P/U | DATE MAILED | DEPOSIT AMOUNT | REFUND AMOUNT | LICENSE CLASS |
|---|---|---|---|---|---|---|
| 1 THRU 5 | CITY OF PORTLAND<br>100 SOUTH RUSSELL STREET<br>PORTLAND TN 37148<br>325-6776 (O) 325-5345 (F)<br>(KEN WILBER) | N/A | UPS SHIPPED 7/15/03 () | N/A | N/A | N/A |
| 6 | MCGRAW-HILL - DODGE CONSTR<br>1604 ELM HILL PIKE - SUITE 200<br>NASHVILLE TN 37210<br>366-4173 (O) 366-7420 (F)<br>(SUSAN OR CINDY) | COURIER P/U ON 7/16/03 | N/A | N/A | N/A | N/A |
| 7 | NASHVILLE CNTRS ASSOC INC<br>1214 PINE STREET<br>NASHVILLE TN 37203<br>254-8346 (O) 254-1223 (F)<br>(REGINA) | N/A | PRIORITY MAILED 7/17/03 ($3.95) | N/A | N/A | N/A |
| 8 | REED CONSTRUCTION DATA<br>2 INTERNATIONAL DR STE 108<br>NASHVILLE TN 37217<br>399-8991 (O) 399-9141 (F)<br>901-362-6367 (O) 901-362-8426 (F)<br>(DEBRA – MEMPHIS) | N/A | PRIORITY MAILED 7/17/03 ($3.95) | N/A | N/A | N/A |
| 9 | ANCHOR PIPE CO INC<br>6213 CHARLOTTE PIKE - STE 116<br>NASHVILLE TN 37209<br>354-9020 (O) 354-9030 (F)<br>(JIM THIGPEN) | P/U ON 7/18/03 | | $100.00 CK #2357 | | TN LIC: 43777 EXP: 06/30/04 CMC;MU-A,C,D;BC $750,000.00 |
| | **ISSUED FROM PORTLAND**<br>JENKINS CONSTRUCTION<br>1976 ROCKBRIDGE ROAD<br>BETHPAGE TN 37022<br>1-615-888-2717 (O & F) (CALL)<br>(MATT JENKINS) | | | $100.00 CK #6376 | | TN LIC: 16301 EXP: 1/31/05 MU-A.1,2,3,4; $2.000,000.00 |
| | **ISSUED FROM PORTLAND**<br>JOHNSON & JOHNSON CONSTR INC<br>1725 LESTER FLATT ROAD<br>SPARTA TN 38583<br>931-738-2043 (O) 931-738-2093 (F)<br>(HENRY JOHNSON JR) | | | $100.00 CK #20218 | | TN LIC: 21361 EXP: 0/31/03 MU-A; $3,000,000.00 |
| 10 | NORRIS BROTHERS EXCAVATING<br>P.O. BOX 233 / 139 S. SYCAMORE LN<br>PLEASANT HILL TN 38578<br>931-277-5665 (O & F) (CALL)<br>(JENKINS NORRIS | | PRIORITY MAILED 7/21/93 | $100.00 CH #1333 | | TN LIC: 48700 EXP: 7/31/04 MU-A,C,D-5; $275,000.00 |

C:\MAC\WTR\PLANHOLDERS.CONTRACT2RE-BID

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | 10· CONSTRUCTION COMPANY<br>76: OLD HICKORY BLVD STE 303<br>BRENTWOOD TN 37027<br>615-377-3830 (O) 615-371-1050 (F)<br>(RANDY REED) | | UPS SAVER SHIPPED 7/23/03 | $100.00<br>CK #111 | | TN LIC: 33997<br>EXP: 08/31/03<br>BC-A,B<br>HRA;A,B,C,E<br>UNLIMITED |
| | **ISSUED FROM PORTLAND**<br>NORRIS EXCAVATING<br>559 NORTH LEATH ROAD<br>PORTLAND TN 37148<br>615-325-2608 (O) 615-325-9607 (F)<br>615-323-0541 (F) | | | $100.00<br>CK #3750 | | TN LIC: 47291<br>EXP: 07/31/03<br>MU-A,C;HRA-A<br>$1,000,000 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

John Coleman Hayes, P.C.
Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401, Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415 E-MAIL JCHAYESPC@AOL.COM

# FACSIMILE COVER SHEET

| | | | |
|---|---|---|---|
| TO: | City of Portland ATTN: Mr. Ken Wilber | FAX: | 325-5345 |
| TO: | McGraw-Hill / Dodge Construction ATTN: Cindy and/or Susan | FAX: | 366-7420 |
| TO: | Nashville Contractors Association Inc. ATTN: Regina | FAX: | 254-1223 |
| TO: | Reed Construction Data | FAX: | 399-9141 |
| TO: | Anchor Pipe Company, Inc. ATTN: Mr. Jim Thigpen | FAX: | 354-9030 |
| TO: | Jenkins Construction ATTN: Mr. Matt Jenkins | FAX: | 1-615-888-2717 Call |
| TO: | Johnson & Johnson Constr. Inc ATTN: Mr. Henry Johnson Jr. | FAX: | 931-738-2093 |
| TO: | Norris Brothers Excavating ATTN: Mr. Jenkins Norris | FAX: | 931-277-5665 Call |
| TO: | 101 Construction Company ATTN: Mr. Randy Reed | FAX: | 371-1050 |

FROM: Donald Mac Farlane for Mr. Butch Bowker

PHONE: 615-269-6397

FAX: 615-269-6415

DATE: 7/28/03

PAGES INCLUDING THIS COVER PAGE: Two (2)

COMMENTS: The Fire Hydrant Detain Sheet 1 referenced in Addendum 1 to Contract 2 - Water Distribution Line-Rebid for the City of Portland, TN, was inadvertently omitted from the fax of subject Addendum 1 earlier today. It follows now for your information and use as may be needed.. Should any questions arise regarding the Addendum, or Fire Hydrant Detain Sheet 1., please contact Mr. Butch Bowker at 615-269-6397.

C:\MAC\WTPAC\DENDUM1.BK2REBIDFAX

NOTE:
UNIT PRICE BID ON ALL FIRE HYDRANTS SHALL INCLUDE
ALL OF THE APPURTENANCS BELOW




# FIRE HYDRANT DETAIL

NOT TO SCALE


John Coleman Hayes, P.C.
Consulting Engineers
104 Woodmont Boulevard
Nashville, Tennessee 37205
(615)662-4278 . FAX (615) 269-5415


WATER SYSTEM IMPROVEMENTS
PORTLAND, TENNESSEE
CONTRACT 2 WATER DISTRIBUTION LINE
REINSTALLED 16" WATER LINE

SHEET

1

John Coleman Hayes, P.C.
Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401, Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415 E-MAIL JCHAYESPC@AOL.COM

# FACSIMILE COVER SHEET

| | | | |
|---|---|---|---|
| TO: | City of Portland ATTN: Mr. Ken Wilber | FAX: | 325-5345 |
| TO: | McGraw-Hill / Dodge Construction ATTN: Cindy and/or Susan | FAX: | 366-7420 |
| TO: | Nashville Contractors Association Inc. ATTN: Regina | FAX: | 254-1223 |
| TO: | Reed Construction Data | FAX: | 399-9141 |
| TO: | Anchor Pipe Company, Inc. ATTN: Mr. Jim Thigpen | FAX: | 354-9030 |
| TO: | Jenkins Construction ATTN: Mr. Matt Jenkins | FAX: | 1-615-888-2717 Call |
| TO: | Johnson & Johnson Constr. Inc ATTN: Mr. Henry Johnson Jr. | FAX: | 931-738-2093 |
| TO: | Norris Brothers Excavating ATTN: Mr. Jenkins Norris | FAX: | 931-277-5665 Call |
| TO: | 101 Construction Company ATTN: Mr. Randy Reed | FAX: | 371-1050 |
| FROM: | Donald Mac Farlane for Mr. Butch Bowker | | |
| PHONE: | 615-269-6397 | | |
| FAX: | 615-269-6415 | | |
| DATE: | 7/28/03 | | |
| PAGES INCLUDING THIS COVER PAGE: | Four (4) | | |

COMMENTS: Addendum 1 to Contract 2 - Water Distribution Line-Rebid for the City of Portland, TN, follows for your earliest information and use in the formulation of bids submitted for this project. A copy of this Addendum 1 is also being mailed to you today. Should any questions arise regarding this Addendum, please contact Mr. Butch Bowker at 615-269-6397.

C:\MAC\WTPADDENDUM1.BX2REBIDFAX

ADDENDUM NO. ONE (1)

WATER SYSTEM IMPROVEMENTS
CITY OF PORTLAND, TN

CONTRACT – WATER DISTRIBUTION LINE (RE-BID)

PLANS & SPECIFICATIONS DATE: JUNE 2, 2003
BID DATE & TIME: JULY 30, 2003 @ 2:00 P.M.
ADDENDUM DATE: JULY 24, 2003

This Addendum is issued to clarify a portion of the bid documents. Receipt of this Addendum should be taken into consideration when formulating your proposal and should be acknowledged on the 1st page of the Base Proposal Schedule; failure to do so shall not relieve the Proposer of the revisions set forth herein. The changes are as follows:

1. Specifications and Contract Documents:

   A. Bid Schedule:

   Discard in its entirety the Bid Schedule originally issued with the Specifications and Contract Documents manual and replace with the revised Bid Schedule issued with this Addendum.

2. Fire Hydrant Detail Sheet 1:

   This document is a new document and is intended to be used to further detail the installation of the added fire hydrant to the water distribution line.

3. Construction Plans:

   A. Sheet 3:

   A layer of crushed stone bedding shall be installed at rock bottoms within the shallow area as shown on this Sheet. Modify shallow area from Sta. 2+50 to Sta. 5+00 (±).

END OF ADDENDUM 1




C:\MAC\WTPADDENDUM1.BK2REBID

# BID SCHEDULE

WATER SYSTEM IMPROVEMENTS
CONTRACT 2 - WATER DISTRIBUTION LINE - RE-BID

Bidder acknowledges receipt of the following Addendum(s): ______________________

______________________________________________

Bidder agrees to perform all improvements described in the specifications and as shown on the plans for the following unit prices:

| ITEM NO. | DESCRIPTION & UNIT PRICE IN WORDS | ESTIMATED QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 1. | Removal & Reinstallation of 16" Piping for Entire Project 140 L.F. of Existing / Unused On-Site Stored 16-Inch D.I. Pipeing & Appurtenances are Included for Use in the Reinstallation.<br>For ____________<br>Dollars ____________<br>Cents, per Linear Foot | 5,000 | L.F. | $ ________ | $ ________ |
| 2. | 16" Class 50, Ductile Iron Pipe. (Installation of this Piping is Included in Item 1.)<br>For ____________<br>Dollars ____________<br>Cents, per Linear Foot | 300 | L.F. | $ ________ | $ ________ |
| 3. | 6-Inch Muller Fire Hydrant Assembly with One (1) 4½-Inch Pumper Connection & Two (2) 2½-Inch Nozzle Connections.<br>For ____________<br>Dollars ____________<br>Cents, per Each | 1 | EA | $ ________ | $ ________ |
| 4. | A Layer of Crushed Stone Bedding at Rock Bottoms.<br>For ____________<br>Dollars ____________<br>Cents, per Ton | 75 | TONS | $ ________ | $ ________ |

C:\MAC\WTPADDENDUM1.BK2REBID

| | | | | | |
|---|---|---|---|---|---|
| 5. | Concrete Required at Thrust Blockings at Existing / New Bends.<br>For ______________<br>Dollars ______________<br>Cents, per Cubic Yard | 40 | C.Y. | $ ______ | $ ______ |
| 6. | 16-Inch D.I. Fittings.<br>For ______________<br>Dollars ______________<br>Cents, per Pound | 3000 | LBS | $ ______ | $ ______ |

**TOTAL BID:** $ ______________________

______________________________________________________________
(Total Amount in Words)

Respectfully submitted:

By ______________________ (Signature)

______________________ (Title)

______________________ (Business Name, Address & Zip Code)

______________________

______________________

______________________

______________________ (License Numbe

C:\MAC\WTPADDENDUM1.BKJREBID

U S Pipe and Foundry Company
Michael Steagald
3303 Crystal Springs Lane
Hermitage, Tn. 37076

Phone # (615) 883-2747
Fax # (615) 883-6251
msteagald@uspipe.com

U.S. Pipe * Contact
Name & number if any questions about Pipe-

John Coleman Hayes, P.C.
Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401, Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415 E-MAIL JCHAYESPC@AOL.COM

# FACSIMILE COVER SHEET

TO: Mr. Ken Wilber

COMPANY: City of Portland

FAX: 325-5345

TO: Susan and/or Cindy

COMPANY: McGraw-Hill - Dodge Construction

FAX: 366-7420

TO: Regina

COMPANY: Nashville Contractors Association, Inc.

FAX: 254-1223

TO: Reed Construction Data

FAX: 399-9141

FROM: Donald Mac Farlane

PHONE: 615-269-6397

FAX: 615-269-6415

DATE: 7/21/03

PAGES INCLUDING THIS COVER PAGE: Two (2)

COMMENTS: The following Bidders List is provided for your information and/or use as may be needed. Please note that only Anchor Pipe Co. Inc., Jenkins Construction, Johnson & Johnson Construction, Inc., and Norris Brothers Excavating are potential bidders at this time. Please do not hesitate to contact me should you have any questions.

FILE: FAXFORM.TEM

WATER SYSTEM IMPROVEMENTS

CONTRACT 2 – WATER DISTRIBUTION LINE - RE-BID

JCH PROJECT NO. 9611

BID TIME: 2:00 PM / BID DATE: JULY 30, 2003

## MUST BE TN LICENSED CONTRACTOR / $100.00 DEPOSIT REQUIRED

## BIDDERS LIST

| SET NO. | RECIPIENT NAME | DATE OF P/U | DATE MAILED | DEPOSIT AMOUNT | REFUND AMOUNT | LICENSE CLASS |
|---|---|---|---|---|---|---|
| 1 THRU 5 | CITY OF PORTLAND<br>100 SOUTH RUSSELL STREET<br>PORTLAND TN 37148<br>325-6776 (O) 325-5345 (F)<br>(KEN WILBER) | N/A | UPS SHIPPED 7/15/03 () | N/A | N/A | N/A |
| 6 | F W DODGE<br>1604 ELM HILL PIKE - SUITE 200<br>NASHVILLE TN 37210<br>366-4173 (O) 366-7420 (F)<br>(LORETTA OR CINDY) | COURIER P/U ON 7/16/03 | N/A | N/A | N/A | N/A |
| 7 | NASHVILLE CNTRS ASSOC INC<br>1214 PINE STREET<br>NASHVILLE TN 37203<br>254-8346 (O) 254-1223 (F)<br>(REGINA) | N/A | PRIORITY MAILED 7/17/03 ($3.95) | N/A | N/A | N/A |
| 8 | REED CONSTRUCTION DATA<br>2 INTERNATIONAL DR STE 108<br>NASHVILLE TN 37217<br>399-8991 (O) 399-9141 (F)<br>901-362-6367 (O) 901-362-8426 (F)<br>(DEBRA – MEMPHIS) | N/A | PRIORITY MAILED 7/17/03 ($3.95) | N/A | N/A | N/A |
| 9 | ANCHOR PIPE CO INC<br>6213 CHARLOTTE PIKE - STE 116<br>NASHVILLE TN 37209<br>354-9020 (O) 354-9030 (F)<br>(JIM THIGPEN) | P/U ON 7/18/03 | | $100.00 CK #2357 | | TN LIC: 43777 EXP: 06/30/04 CMC;MU-A,C,D;BC $750,000.00 |
| | **ISSUED FROM PORTLAND**<br>JENKINS CONSTRUCTION<br>1976 ROCKBRIDGE ROAD<br>BETHPAGE TN 37022<br>888-2717 (O)<br>(MATT JENKINS) | | | $100.00 CK #6376 | | TN LIC: 16301 EXP: 1/31/05 MU-A.1,2,3,4; $2,000,000.00 |
| | **ISSUED FROM PORTLAND**<br>JOHNSON & JOHNSON CONSTR INC<br>1725 LESTER FLATT ROAD<br>SPARTA TN 38583<br>931-738-2043 (O) 931-738-2093 (F)<br>(HENRY JOHNSON JR) | | | $100.00 CK #20218 | | TN LIC: 21361 EXP: 0/31/03 MU-A; $3,000,000.00 |
| 10 | NORRIS BROTHERS EXCAVATING<br>P.O. BOX 233 / 139 S. SYCAMORE LN<br>PLEASANT HILL TN 38578<br>931-277-5665 (O&F) (CALL FIRST)<br>(JENKINS NORRIS | | PRIORITY MAILED 7/21/93 | **WILL MAIL CHECK** | | TN LIC: 48700 EXP: 7/31/04 MU-A,C,D-5; $275,000.00 |

C:/MAC/WTPPLANHOLDERS.CONTRACT2RE-BID

JCH Development Company, Inc.
Real Estate Development, Construction & Property Management
Woodmont Centre
104 Woodmont Boulevard, Suite 401 • Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415

# FACSIMILE COVER SHEET

To: Brian C. Goodwin, P.E.
Company: City of Portland
Phone: 1.615.325.6776
Fax: 1.615.325.7075

From: Butch Bowker
Phone: (615) 269-6397
Fax: (615) 269-6415

Date: 25th July '03
Pages including this cover page: 5

Comments:

Brian,
Enclosed is a revised Addendum No. 1 for your review and comment. We will issue on Monday once signed and stamped by Mr. Hayes
Any problems, give me a call.
Butch.

CONFIDENTIALITY NOTICE
This facsimile transmission and/or the documents accompanying same may contain confidential information belonging to the sender protected by the law. The information is intended only for the use by the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange the return or affirm the destruction of the documents.

:FAXCOVER.DOC

ADDENDUM NO. ONE (1)

WATER SYSTEM IMPROVEMENTS
CITY OF PORTLAND, TN

CONTRACT – WATER DISTRIBUTION LINE (RE-BID)

PLANS & SPECIFICATIONS DATE: JUNE 2, 2003
BID DATE & TIME: JULY 30, 2003 @ 2:00 P.M.
ADDENDUM DATE: JULY 24, 2003

This Addendum is issued to clarify a portion of the bid documents. Receipt of this Addendum should be taken into consideration when formulating your proposal and should be acknowledged on the 1st page of the Base Proposal Schedule; failure to do so shall not relieve the Proposer of the revisions set forth herein. The changes are as follows:

1. Specifications and Contract Documents:

   A. Bid Schedule:

   Discard in its entirety the Bid Schedule originally issued with the Specifications and Contract Documents manual and replace with the revised Bid Schedule issued with this Addendum.

2. Fire Hydrant Detail Sheet 1:

   This document is a new document and is intended to be used to further detail the installation of the added fire hydrant to the water distribution line.

3. Construction Plans:

   A. Sheet 3:

   Delete

   6-inch thick x 48-inches wide layer of crushed stone bedding shall be installed at rock bottoms within the shallow area as shown on this Sheet. Modify shallow area from Sta. 2+50 to Sta. 5+00 (±).

   Just Bedding

END OF ADDENDUM 1

By Summons
325
6463

C:MAC/WTP/ADDENDUM1.BK2 REBID

# BID SCHEDULE

WATER SYSTEM IMPROVEMENTS
CONTRACT 2 - WATER DISTRIBUTION LINE - RE-BID

Bidder acknowledges receipt of the following Addendum(s): ______________________________

________________________________________________________________________

______________________ Bidder agrees to perform all improvements described in the specifications and as shown on the plans for the following unit prices:

| ITEM NO. | DESCRIPTION & UNIT PRICE IN WORDS | ESTIMATED QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 1. | Removal & Reinstallation of 16" Piping for Entire Project 140 L.F. of Existing / Unused On-Site Stored 16-Inch D.I. Pipeing & Appurtenances are Included for Use in the Reinstallation.<br>For ____________<br>Dollars ____________<br>Cents, per Linear Foot | 5,000 | L.F. | $ ________ | $ ________ |
| 2. | 16" Class 50, Ductile Iron Pipe. (Installation of this Piping is Included in Item 1.)<br>For ____________<br>Dollars ____________<br>Cents, per Linear Foot | 300 | L.F. | $ ________ | $ ________ |
| 3. | 6-Inch Muller Fire Hydrant Assembly with One (1) 4½-Inch Pumper Connection & Two (2) 2½-Inch Nozzle Connections.<br>For ____________<br>Dollars ____________<br>Cents, per Each | 1 | EA | $ ________ | $ ________ |
| 4. | 6-Inch Thick X 48-Inches Wide Layer of Crushed Stone Bedding at Rock Bottoms.<br>For ____________<br>Dollars ____________<br>Cents, per Ton | 75 | TONS | $ ________ | $ ________ |

C:\MAC\WTP\BIDSCHEDULE.BK2RE-BID(REV)

| | | | | | |
|---|---|---|---|---|---|
| 5. | Concrete Required at Thrust Blockings at Existing / New Bends.<br>For __________<br>Dollars __________<br>Cents, per Cubic Yard | 40 | C.Y. | $ ________ | $ ________ |
| 6. | 16-Inch D.I. 90° Bend.<br>For __________<br>Dollars __________<br>Cents, per Each | 2 | EA | $ ________ | $ ________ |
| 7. | 16-Inch D.I. 45° Bend.<br>For __________<br>Dollars __________<br>Cents, per Each | 2 | EA | $ ________ | $ ________ |
| 8. | 16-Inch D.I. 22½° Bend<br>For __________<br>Dollars __________<br>Cents, per Each | 2 | EA | $ ________ | $ ________ |

16 DI Fitting Guarantee

**TOTAL BID:** $ ________________

________________________________
(Total Amount in Words)

Respectfully submitted:

By ____________________
(Signature)

____________________
(Business Name, Address & Zip Code)

____________________
(Title)

____________________

____________________

____________________

____________________
(License Numbe)

C:\MAC\WTP\ADDENDUM I.IRK2KEBID

NOTE:
UNIT PRICE BID ON ALL FIRE HYDRANTS SHALL INCLUDE
ALL OF THE APPURTENANCS BELOW




# FIRE HYDRANT DETAIL

NOT TO SCALE


John Coleman Hayes, P.C.
Consulting Engineers
104 Woodmont Boulevard
Nashville, Tennessee 37205
(615)662-5276 FAX (615) 269-8415


WATER SYSTEM IMPROVEMENTS
PORTLAND, TENNESSEE
CONTRACT 2 WATER DISTRIBUTION LINE
REINSTALLED 16" WATER LINE

SHEET

1

JCH Development Company, Inc.
Real Estate Development, Construction & Property Management
Woodmont Centre
104 Woodmont Boulevard, Suite 401 • Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415

# FACSIMILE COVER SHEET

To: Brian C. Goodwin, P.E.
Company: City of Portland
Phone: 1.615.325.6776
Fax: 1.615.325.7075

From: Butch Bowker
Phone: (615) 269-6397
Fax: (615) 269-6415

Date: 28th July '03
Pages including this cover page: 4

Comments:

Brian,
THE ENCLOSED MODIFIED SHEETS SHOULD MEET YOUR NEEDS. WILL SEND OUT TODAY IF YOU HAVE NO PROBLEMS. WILL CALL.
Butch.

CONFIDENTIALITY NOTICE
This facsimile transmission and/or the documents accompanying same may contain confidential information belonging to the sender protected by the law. The information is intended only for the use by the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange the return or affirm the destruction of the documents.

:FAXCOVER.DOC

ADDENDUM NO. ONE (1)

WATER SYSTEM IMPROVEMENTS
CITY OF PORTLAND, TN

CONTRACT – WATER DISTRIBUTION LINE (RE-BID)

PLANS & SPECIFICATIONS DATE: JUNE 2, 2003
BID DATE & TIME: JULY 30, 2003 @ 2:00 P.M.
ADDENDUM DATE: JULY 24, 2003

This Addendum is issued to clarify a portion of the bid documents. Receipt of this Addendum should be taken into consideration when formulating your proposal and should be acknowledged on the 1st page of the Base Proposal Schedule; failure to do so shall not relieve the Proposer of the revisions set forth herein. The changes are as follows:

1. Specifications and Contract Documents:

   A. Bid Schedule:

   Discard in its entirety the Bid Schedule originally issued with the Specifications and Contract Documents manual and replace with the revised Bid Schedule issued with this Addendum.

2. Fire Hydrant Detail Sheet 1:

   This document is a new document and is intended to be used to further detail the installation of the added fire hydrant to the water distribution line.

3. Construction Plans:

   A. Sheet 3:

   A layer of crushed stone bedding shall be installed at rock bottoms within the shallow area as shown on this Sheet. Modify shallow area from Sta. 2+50 to Sta. 5+00 (±).

END OF ADDENDUM 1

C:\MAC\WTPADDENDUM1.BK2REBID

# BID SCHEDULE

WATER SYSTEM IMPROVEMENTS
CONTRACT 2 - WATER DISTRIBUTION LINE - RE-BID

Bidder acknowledges receipt of the following Addendum(s): ______________________________

______________________________________________________________________

Bidder agrees to perform all improvements described in the specifications and as shown on the plans for the following unit prices:

| ITEM NO. | DESCRIPTION & UNIT PRICE IN WORDS | ESTIMATED QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 1. | Removal & Reinstallation of 16" Piping for Entire Project 140 L.F. of Existing / Unused On-Site Stored 16-Inch D.I. Pipeing & Appurtenances are Included for Use in the Reinstallation.<br>For ____________<br>Dollars ____________<br>Cents, per Linear Foot | 5,000 | L.F. | $ ____________ | $ ____________ |
| 2. | 16" Class 50, Ductile Iron Pipe. (Installation of this Piping is Included in Item 1.)<br>For ____________<br>Dollars ____________<br>Cents, per Linear Foot | 300 | L.F. | $ ____________ | $ ____________ |
| 3. | 6-Inch Muller Fire Hydrant Assembly with One (1) 4½-Inch Pumper Connection & Two (2) 2½-Inch Nozzle Connections.<br>For ____________<br>Dollars ____________<br>Cents, per Each | 1 | EA | $ ____________ | $ ____________ |
| 4. | A Layer of Crushed Stone Bedding at Rock Bottoms.<br>For ____________<br>Dollars ____________<br>Cents, per Ton | 75 | TONS | $ ____________ | $ ____________ |

C:\MAC\WTPADDENDUM1.BK2REBID

| | | | | | |
|---|---|---|---|---|---|
| 5. | Concrete Required at Thrust Blockings at Existing / New Bends.<br>For ____________<br>Dollars ____________<br>Cents, per Cubic Yard | 40 | C.Y. | $ ________ | $ ________ |
| 6. | 16-Inch D.I. Fittings.<br>For ____________<br>Dollars ____________<br>Cents, per Pound | 3000 | LBS | $ ________ | $ ________ |

**TOTAL BID:** $ ____________________

______________________________________________
(Total Amount in Words)

Respectfully submitted:

By ______________________ (Signature)

______________________ (Business Name, Address & Zip Code)

______________________ (Title)

______________________

______________________

______________________ (License Numbe

C:\MAC\WTFADDENDUM1.BIDREBID

ATTN:
KEN WILBER
1 of 2

WATER SYSTEM IMPROVEMENTS
CONTRACT 2 – WATER DISTRIBUTION LINE - RE-BID
JCH PROJECT NO. 9611
BID TIME: 2:00 PM / BID DATE: JULY 30, 2003

MUST BE TN LICENSED CONTRACTOR / $100.00 DEPOSIT REQUIRED

BIDDERS LIST

| SET NO. | RECIPIENT NAME | DATE OF P/U | DATE MAILED | DEPOSIT AMOUNT | REFUND AMOUNT | LICENSE CLASS |
|---|---|---|---|---|---|---|
| 1 THRU 5 | CITY OF PORTLAND<br>100 SOUTH RUSSELL STREET<br>PORTLAND TN 37148<br>325-6776 (O) 325-5345 (F)<br>(KEN WILBER) | N/A | UPS SHIPPED 7/15/03 () | N/A | N/A | N/A |
| 6 | MCGRAW-HILL - DODGE CONSTR<br>1604 ELM HILL PIKE - SUITE 200<br>NASHVILLE TN 37210<br>366-4173 (O) 366-7420 (F)<br>(SUSAN OR CINDY) | COURIER P/U ON 7/16/03 | N/A | N/A | N/A | N/A |
| 7 | NASHVILLE CNTRS ASSOC INC<br>1214 PINE STREET<br>NASHVILLE TN 37203<br>254-8346 (O) 254-1223 (F)<br>(REGINA) | N/A | PRIORITY MAILED 7/17/03 ($3.95) | N/A | N/A | N/A |
| 8 | REED CONSTRUCTION DATA<br>2 INTERNATIONAL DR STE 108<br>NASHVILLE TN 37217<br>399-8991 (O) 399-9141 (F)<br>901-362-6367 (O) 901-362-8426 (F)<br>(DEBRA – MEMPHIS) | N/A | PRIORITY MAILED 7/17/03 ($3.95) | N/A | N/A | N/A |
| 9 | ANCHOR PIPE CO INC<br>6213 CHARLOTTE PIKE - STE 116<br>NASHVILLE TN 37209<br>354-9020 (O) 354-9030 (F)<br>(JIM THIGPEN) | P/U ON 7/18/03 | | $100.00 CK #2357 | | TN LIC: 43777 EXP: 06/30/04 CMC;MU-A,C,D;BC $750,000.00 |
| | **ISSUED FROM PORTLAND**<br>JENKINS CONSTRUCTION<br>1976 ROCKBRIDGE ROAD<br>BETHPAGE TN 37022<br>1-615-888-2717 (O & F) (CALL)<br>(MATT JENKINS) | | | $100.00 CK #6376 | | TN LIC: 16301 EXP: 1/31/05 MU-A.1,2,3,4; $2,000,000.00 |
| | **ISSUED FROM PORTLAND**<br>JOHNSON & JOHNSON CONSTR INC<br>1725 LESTER FLATT ROAD<br>SPARTA TN 38583<br>931-738-2043 (O) 931-738-2093 (F)<br>(HENRY JOHNSON JR) | | | $100.00 CK #20218 | | TN LIC: 21361 EXP: 0/31/03 MU-A; $3,000,000.00 |
| 10 | NORRIS BROTHERS EXCAVATING<br>P.O. BOX 233 / 139 S. SYCAMORE LN<br>PLEASANT HILL TN 38578<br>931-277-5665 (O & F) (CALL)<br>(JENKINS NORRIS | | PRIORITY MAILED 7/21/93 | $100.00 CH #1333 | | TN LIC: 48700 EXP: 7/31/04 MU-A,C,D-5; $275,000.00 |

C:/MAC/WTP/PLANHOLDERS CONTRACT2RE-BID

ATTN: KEN WILBER 2 of 2

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | 101 CONSTRUCTION COMPANY<br>761 OLD HICKORY BLVD STE 303<br>BRENTWOOD TN 37027<br>615-377-3830 (O) 615-371-1050 (F)<br>(RANDY REED) | | UPS SAVER SHIPPED 7/23/03 | $100.00<br>CK #111 | | TN LIC: 33997<br>EXP: 08/31/03<br>BC-A,B<br>HRA;A,B,C,E<br>UNLIMITED |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

BIDDERS LIST

C:\MACWTPPLANHOLDERS\CONTRACTORS-BID

MODIFIED PARAGRAPH

BIDS will be received by the City of Portland, TN, (herein called the "OWNER"), at 100 South Russell Street, Portland, TN 37148 until 2:00 P.M. July 30, 2003, and then at said office publicly opened and read aloud. ALL "CONTRACTORS" shall attend a "MANDATORY" Pre-Bid Meeting at 100 South Russell Street, Portland, TN 37148 at 10:00 A.M., July 23, 2003.

Note: Ken, the last paragraph on the "Information For BIDDERS" sheet will remain as shown. This note will give you control over the information the contractors will need/require. It will also guide the contractors as to how they must perform their work per your City Codes.

If you need or want to modify the paragraph, give me a call.

Thanks,
Butch

JCH Development Company, Inc.
Real Estate Development, Construction & Property Management
Woodmont Centre
104 Woodmont Boulevard, Suite 401 • Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415

# FACSIMILE COVER SHEET

**To:** KEN WILBER
**Company:** CITY OF PORTLAND / PUBLIC WORKS SUPT.
**Phone:**
**Fax:** 1.615.325.5345

**From:** BUTCH BOWKER
**Phone:** (615) 269-6397
**Fax:** (615) 269-6415

**Date:** 9th/ July '03
**Pages including this cover page:** 2

**Comments:**

Ken,
Please review and comment per "modified paragraph" on sheet 3.
If I can help, just give me a call, 269.6397.

Butch

CONFIDENTIALITY NOTICE
This facsimile transmission and/or the documents accompanying same may contain confidential information belonging to the sender protected by the law. The information is intended only for the use by the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange the return or affirm the destruction of the documents.

FAXCOVER.DOC

John Coleman Hayes, P.C.
Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401, Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415 E-MAIL JCHAYESPC@AOL.COM

# FACSIMILE COVER SHEET

| | |
|---|---|
| TO: | Ms. Teresa Keen |
| COMPANY: | City of Portland |
| PHONE: | 325-6776 |
| FAX: | 325-5345 |
| FROM: | Donald Mac Farlane |
| PHONE: | 615-269-6397 |
| FAX: | 615-269-6415 |
| DATE: | 7/02/03 |
| PAGES INCLUDING THIS COVER PAGE: | Two (2) |

COMMENTS: Ms. Keen - I had worked up a little news memo this morning for our employees regarding Gregg Harris and thought perhaps you, Ken, Brian and maybe some others at Portland might be interested in knowing the latest about "one of the family" who's a long way from home. We have received several inquiries from City Hall folks regarding Gregg, so I thought I would send the following along to bring you all up to date. - Mac

FILE: FAXFORM.TEM

John Coleman Hayes, P. C.
Engineers, Architects & Construction Managers
Woodmont Centre
104 Woodmont Boulevard, Suite 401 • Nashville, Tennessee 37205
(615) 269-6397 FAX (615) 269-6415

# MEMORANDUM

**FROM:** Mac

**TO:** All JCH'ers

**DATE:** 7/02/03

**RE:** Gregg News Update

Received the following communiqué from Gregg just recently and thought you might be interested in what is going on with him a long way from home. Before that however, wanted you to know that Gregg will be turning ***40*** years young on July 22nd. If anyone would like to e-mail him a greeting, or send him a card, the following applies:

E-Mail Send to: **harrisgg@aol.com**

Mail Send to: **Gregg Harris**
**OMC-A, ANA Design Team**
**APO AE 09356**

NOTE: If you know Gregg's rank, do not use it - not allowed - will not be delivered - mail must be addressed as above.

Now for Gregg's E-Mail . . . . .

I finally made it to Afghanistan and can tell you that it is not easy to get here. I left Tampa at 7:30 am on Monday and finally made it here Thursday afternoon. I went Tampa to Baltimore to Frankfurt, Germany to Incerlik, Turkey, to Manas, Kyrgyzstan to Bagram, Afghanistan and then rode in a convoy to Kabul. We are 9.5 hours ahead of you there in Nashville.

This country is increadibly poor, like nothing I have ever seen before. I am not convinced that the people here care if we are here or not. The little kids give us thumbs up when we drive through town but I still don't trust anyone here. We are armed at all times and have to wear flak jackets and helmets when we leave the compound. One good thing is that the chemical threat here is low so I have not even unpacked my chemical mask and suit, but the terrorist threat is high. I learned that the German bus that was attacked just before I got here was hit in Kabul while driving to Bagram to go home, so I am particularly observant of any car that pulls beside us when we are driving in Kabul.

Hope all is well there with everyone and look forward to hearing from you.

Gregg

TIME : 07/09/2003 15:55
NAME : PORTLAND
FAX : 6153255345
TEL : 6153256776

| | |
|---|---|
| DATE,TIME | 07/09 15:54 |
| FAX NO./NAME | 82696415 |
| DURATION | 00:00:32 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

Separate sealed BIDS for the construction of WATER SYSTEM IMPROVEMENTS CONTRACT 2: WATER DISTRIBUTION LINE "REBID", will be received by the City of Portland at the office of the Mayor until 2:00 P.M. (Standard Time), July 30, 2003, and then publicly opened and read aloud at the City Hall. A Mandatory pre-bid meeting will be held on July 23, 2003 to visit project, prospective bidders are to meet at City Hall at 10:00 A.M.
Copies of the CONTACT DOCUMENTS may be obtained at the office of Public Works Superintendent, 100 South Russell Street, Portland, Tn. 37148 or John Coleman Hayes, P.C. located at 104 Woodmont blvd. Suite 401, Nashville, Tn. 37205.
ALL BIDDERS must be licensed contractors as required by Chapter 822 of the Contractors licensing Act of 1976 of the General Assembly of the State of Tennessee and any amendments thereto. On each envelope containing a BID, the BIDDER shall show the name of the PROJECT, his applicable STATE LICENSE NUMBER, EXPIRATION DATE, and that part of the classification applying to the BID. For further information, please review statute TCA 62-6-119. Each BID must be accompanied by a BID Bond payable to OWNER for five percent of the amount of the BID.

Jim Calloway, Mayor
City of Portland, Tn.37148

413-52116-237

**JOHN COLEMAN HAYES, P. C.**
104 Woodmont Boulevard, Suite 401
Nashville, Tennessee 37205
(615) 269-6397 • FAX (615) 269-6415

7/11 10:00
7/30 Publish 23rd
Picked 7/11 – 8:00

# TRANSMITTAL FORM

| | |
|---|---|
| **TO: City of Portland** | **DATE:** 4th. June, '03 — **JOB NO.: 9611** |
| 100 South Russell St. | **ATTENTION: Brian C. Goodwin** – City Engineer |
| Portland, Tn. 37148 | **RE: Water System Improvements** |
| | Contract 2 – Water Distributution Line (Re-Bid) |

**WE ARE SENDING YOU:**

| | | | |
|---|---|---|---|
| Attached: | Under separate cover: /VIA the following items: | | |
| Shop Drawings: | Prints: | Plans: **X** | Samples: |
| Specifications: | Copy of Letter: | Change Order: | Other: **Specifications** |

| COPIES | DATE | NO. | DESCRIPTION |
|---|---|---|---|
| 1 | 06.04.03 | 1 | **Specifications and Contract Documents** (Draft) |
| 2 | 06.04.03 | 2 | **Plans** – Sheets 1 thru 6 (Check Print, Not For Construction Use) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**REASON FOR TRANSMITTAL CHECKED BELOW:**

| | | | |
|---|---|---|---|
| For Approval: | Approved as Submitted: | Resubmit: | Copies for approval. |
| For Your Use: | Approved as Noted: | Submit: | Copies for distribution. |
| As Requested: | Returned for Corrections: | Return: | Corrected prints. |
| For Review and Comment: X | | Other: | |

**REMARKS:**

Mr. Goodwin,

Enclosed are two (2) sets of prints and one (1) copy of the Specifications and Contract Documents for your Review and Comment. Sould you require any additional information, please don't hesitate to call me at 1.615.269.6397.

**COPY TO:**

**SIGNED:** [signature]
**Butch Bowker**

CITY OF PORTLAND, TN

Proud, Progressive Portland

Home of the STRAWBERRY FESTIVAL

100 South Russell, Portland, Tennessee 37148
615-325-6776

Mayor:
Jim Calloway

Vice-Mayor:
Luther Bratton

City Council:
Don Anderson
Jim Butler
Jerry Denning
Ronnie Meadows
Walter "Buck" Morris
Marilyn Utley

February 28, 2003

John Coleman Hayes
Woodmont Centre
104 Woodmont Blvd., Suite 401
Nashville, Tennessee 37205

RE: Water System Improvements - Contract 2
Water Distribution Main

Dear Mr. Hayes,

Thank you for your prompt response to my letter.

I am a bit concerned as to why you chose to fax a copy of that February 12th letter to RLI's attorney, Angus Gillis. The City Attorney received a letter from Gillis yesterday and he mentioned having received a copy of the letter.

You mentioned having provided the letter in your response to my comments in item #4 of my letter. Actually, the comments I'd posed in item #4 of the letter pointed out that, if you did not possess such a written request from the contractor, then the contractor obviously did not perform according to the agreement, and very likely did not bring these alterations to the project engineer's attention. And if that's true, then it obviously was not brought to our attention. If it had been, we would have recommended halting construction at the urging of our own City Engineer as it would have been regarded as an issue of **structural integrity.**

Please note in the final paragraph of that correspondence dated February 12th that I pointedly asked your stance on the issue; not the stance of Angus Gillis. He's already made his known.