JONES BROS INC.

P.O. Box 727 • Mt. Juliet, TN 37121-0727
Office • (615) 754-4710
Fax • (615) 758-9934

| CUSTOMER # | DATE | INVOICE |
|---|---|---|
| | 03/11/03 | 0947 |

CUSTOMER: RLI INSURANCE COMPANY
C/O LARRY WALL & ASSOC., LLC
P.O. BOX 531235
BIRMINGHAM, AL 35253-1235

LOCATION: **PORTLAND WATER REPAI**
**CITY OF PORTLAND, TN**
**ESTIMATE #1**

**JBI JOB #F-06**

FILL IN AMOUNT PAID AND RETURN PINK COPY WITH PAYMENT AMOUNT PAID $

| DATE | REF # | LOT # | MACH # | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | FOR WORK PERFORMED INVESTIGATING WATERMAIN LEAKS DURING THE PERIOD OF JANUARY 30 THRU FEBRUARY 13, 2003, PER ATTACHED SCHEDULE. | | | |
| | | | | LUMP SUM | | | $29,311.00 |

EXHIBIT
#2 VanNuck
6-6-05 uw



TE - 1st. CUSTOMER COPY\PINK - 2nd. CUSTOMER ... AMOUNT DUE $29,311.00