# PORTLAND WATER IMPROVEMENTS
## CITY OF PORTLAND, TENNESSEE

3/11/03

### COST OF WORK COMPLETED TO DATE -2/14/03

| Item | Description | Quantity | Unit | Amount |
|---|---|---|---|---|
| **Labor & Equipment** | | | | |
| | LB 3400 Excavator | 14 Hrs | $70 | $980 |
| | Cat 416 Backhoe | 8 Hrs | $35 | $280 |
| | Cat 963 Crawler Loader | 1 Hrs | $65 | $65 |
| | 4 WD All Terrain Vehicles ( 2 ea ) | 40 Hrs | $5 | $200 |
| | Cat D-5 Dozer | 0 Hrs | $55 | $0 |
| | Pickup | 176 Hrs | $12 | $2,112 |
| | Tractor & Lowboy Trailer -mobilize equipment | 16 Hrs | $110 | $1,760 |
| | Operator | 52 Hrs | $25 | $1,300 |
| | Laborer | 99 Hrs | $20 | $1,980 |
| | Foreman | 76 Hrs | $33 | $2,508 |
| | Superintendent | 52 Hrs | $75 | $3,900 |
| | Sr. Project Manager W/ Pickup | 36.5 Hrs | $75 | $2,738 |
| | Project Manager w/ Pickup | 0 Hrs | $60 | $0 |
| | **Total Labor & Equipment** | | | **$17,823** |
| **Materials** | | | | |
| | 16" DIP Watermain Pipe | 36 LF | $20.50 | $738 |
| | 16" DIP Watermain Pipe -Hughes Pipe | 91 LF | $21.75 | $1,979 |
| | 16" -22-1/2* Bends | 1 Ea | $230.12 | $230 |
| | 16" -11-1/4* Bends | 1 Ea | $263.23 | $263 |
| | 16" Sleeves | 2 Ea | $198.89 | $398 |
| | 16" End Cap | 4 Ea | $134.29 | $537 |
| | 16" End Cap -Tapped 2" | 1 Ea | $140.86 | $141 |
| | 16" Restraining Glands | 14 Ea | $133.93 | $1,875 |
| | 12" MJ Plug | 1 Ea | $44.17 | $44 |
| | 12" MJ Gland Kit | 1 Ea | $22.57 | $23 |
| | 18" X 3/4" Dbl Strap Tap Saddle | 1 Ea | $80.59 | $81 |
| | 2" Blowoff Ass'bly w/ 2" HW Valve | 1 Set | $96.23 | $96 |
| | 3/4" All Thread Rod, w/ eye bolts, nuts, & washers | 100 LF | $1.50 | $150 |
| | | | | $0 |
| | 1" Corporations | 6 Ea | $17.54 | $105 |

| Item | Description | Quantity | Unit | Amount |
| --- | --- | --- | --- | --- |
| | 1" Copper -TY K | 60 LF | $1.74 | $104 |
| | 1" Flairing Tool | 1 Ea | $35.78 | $36 |
| | 3/4" Corporations | 3 Ea | $11.60 | $35 |
| | 3/4" X 1" Copper Fittings | 2 Ea | $7.46 | $15 |
| | 1-1/4" Rachett Wrenches | 2 Ea | $116.56 | $233 |
| | 12" Metal Sawblades | 25 Ea | $3.95 | $99 |
| | Tube Cutter/Flair Tools | 1 Ea | $65.95 | $66 |
| | HTH Chlorine -25# | 4 Ea | $54.00 | $216 |
| | 16" Bell Gaskets | 6 Ea | $14.06 | $84 |
| | 16" Bell Gaskets -Hughes Pipe | 35 Ea | $11.00 | $385 |
| | Silt Fence | 0 LF | $0.50 | $0 |
| | # 57 Graded Stone -delivered | 68.06 Tn | $9.84 | $670 |
| | Crusher Run Graded Stone -deliv. | 23.38 Tn | $8.75 | $205 |
| | Concrete | 0 Cyd | $65.00 | $0 |
| | | Sub-Total | | $8,808 |
| | | + 9.25% Sales Tax | | $815 |
| | | + 10% P & O Cost | | $962 |
| | | **Total Materials** | | **$10,585** |
| **Other** | | | | |
| | Leak Masters..Testing $ 500 + 10% | 1 LS | $550.00 | $550 |
| | Leak Masters..Testing $ 250 + 10% | 1 LS | $275.00 | $275 |
| | Seed and Mulch w/Straw | 0 Acres | $1,100.00 | $0 |
| | Printing Costs -Plans | 1 LS | $78.67 | $79 |
| | | **Total Other** | | **$904** |
| | | **Total** | | **$29,311** |

# PORTLAND WATER IMPROVEMENTS
## CITY OF PORTLAND, TENNESSEE

Rough Estimate 2/18/03

## COST OF WORK COMPLETED TO DATE -2/14/03

| Item Description | Quantity | Unit | Amount |
|---|---|---|---|
| **Labor & Equipment** | | | |
| LB 3400 Excavator | 14 Hrs | $70 | $980 |
| Cat 416 Backhoe | 8 Hrs | $35 | $280 |
| Cat 963 Crawler Loader | 1 Hrs | $65 | $65 |
| 4 WD All Terrain Vehicles ( 2 ea ) | 40 Hrs | $5 | $200 |
| Cat D-5 Dozer | 0 Hrs | $55 | $0 |
| Pickup | 176 Hrs | $12 | $2,112 |
| Tractor & Lowboy Trailer -mobilize equipment | 16 Hrs | $110 | $1,760 |
| Operator | 20 Hrs | $25 | $500 |
| Laborer | 99 Hrs | $20 | $1,980 |
| Foreman | 108 Hrs | $33 | $3,564 |
| Superintendent | 52 Hrs | $75 | $3,900 |
| Outside Consulting Service | 4.25 Hrs | $75 | $319 |
| Sr. Project Manager W/ Pickup | 30 Hrs | $75 | $2,250 |
| Project Manager w/ Pickup | 0 Hrs | $60 | $0 |
| **Total Labor & Equipment** | | | **$17,910** |

| Materials | Quantity | Unit | Amount |
|---|---|---|---|
| 16" DIP Watermain Pipe | 36 LF | $20.50 | $738 |
| *16" DIP Watermain Pipe -Hughes Pipe* | *91 LF* | *$24.00* | *$2,184* |
| 16" -22-1/2* Bends | 1 Ea | $230.12 | $230 |
| 16" -11-1/4* Bends | 1 Ea | $263.23 | $263 |
| 16" Sleeves | 2 Ea | $198.89 | $398 |
| 16" End Cap | 4 Ea | $134.29 | $537 |
| 16" End Cap -Tapped 2" | 1 Ea | $140.86 | $141 |
| 16" Restraining Glands | 14 Ea | $133.93 | $1,875 |
| 12" MJ Plug | 1 Ea | $44.17 | $44 |
| 12" MJ Gland Kit | 1 Ea | $22.57 | $23 |
| *18" X 3/4" Dbl Strap Tap Saddle* | *1 Ea* | *$90.00* | *$90* |
| 2" Blowoff Ass'bly w/ 2" HW Valve | 1 Set | $96.23 | $96 |
| 3/4" All Thread Rod, w/ eye bolts, nuts, & washers | 100 LF | $1.50 | $150 |
| 1" Corporations | | | $0 |
| 1" Copper -TY K | 6 Ea | $17.54 | $105 |
| 1" Flairing Tool | 60 LF | $1.74 | $104 |
| 3/4" Corporations | 1 Ea | $35.78 | $36 |
| 3/4" X 1" Copper Fittings | 4 Ea | $11.60 | $46 |
| | 2 Ea | $7.46 | |

Case 3:04-cv-00555 Document 89 Filed 07/19/05 Page 3 of 9 PageID #: 867

| Item | Description | Quantity | Unit | Amount |
|---|---|---|---|---|
| | 1-1/4" Rachett Wrenches | 2 Ea | $116.56 | $233 |
| | 12" Metal Sawblades | 25 Ea | $3.95 | $99 |
| | Tube Cutter/Flair Tools | 1 Ea | $65.95 | $66 |
| | HTH Chlorine -25# | 4 Ea | $54.00 | $216 |
| | 16" Bell Gaskets | 6 Ea | $14.06 | $84 |
| | *16" Bell Gaskets -Hughes Pipe* | *35 Ea* | *$16.00* | *$560* |
| | Silt Fence | 0 LF | $0.50 | $0 |
| | # 57 Graded Stone -delivered | 22.69 Tn | $9.84 | $223 |
| | Crusher Run Graded Stone -deliv. | 23.38 Tn | $8.75 | $205 |
| | Concrete | 0 Cyd | $65.00 | $0 |
| | | Sub-Total | | $8,762 |
| | | + 9.25% Sales Tax | | $810 |
| | | 10% + 15% P & O Cost | | $1,436 |
| | | **Total Materials** | | **$11,008** |

**Other**

| Description | Quantity | Unit | Amount |
|---|---|---|---|
| Leak Masters..Testing $ 500 + 15% | 1 LS | $575.00 | $575 |
| Seed and Mulch w/Straw | 0 Acres | $1,100.00 | $0 |
| Printing Costs -Plans | 1 LS | $97.47 | $97 |
| | | | $672 |

| | |
|---|---|
| **Estimated Total** | **$29,590** |

National Waterworks

| Branch | Account | Salesperson | Invoice Date | Invoice Number |
|---|---|---|---|---|
| 071 | 025630 | ED McCORMICK | 2/05/03 | 9109369 |

NWW - Nashville TN
Branch - 071
109 Crutchfield Ave
Nashville TN 37210 0000

615/244-1824

# INVOICE

Remit to:

National Waterworks, Inc.
PO BOX 100467
ATLANTA, GA
30384 0467

JONES BROS INC
PO BOX 727
MOUNT JULIET TN 37121-0727

Shipped to:
65N TO TR HWY 52 TL HAYNES RD
00/000 TL STAGGS DR TR TO SMITH RD
TL DENNING FORD RD TR PORTLAND
PORTLAND, TN

CUSTOMER JOB- PORTLAN PORTLAND WATER

**Total Amount Due**
5,430.21

**Return Top Portion With Payment For Faster Credit**

***Thank You For The Opportunity To Serve You. We appreciate your prompt payment.***

| Date Ordered | Date Shipped | Customer PO No. | Job Name | Job No. | Bill of Lading | Shipped Via | Order Number |
|---|---|---|---|---|---|---|---|
| 1/29/03 | 2/04/03 | F06-20-5651 | PORTLAND WATER | PORTLAN | | OUR TRUCK | 9109369 |

| Product Code | Description | Quantity Ordered | Quantity Shipped | Back-Ordered | Price | Per | Amount |
|---|---|---|---|---|---|---|---|
| 011652T | 16 TJ CL52 DI PIPE C/L | 36 | 36 | | 20.50000 | FT | 738.00 |
| 2116S115T | 16 MJ L/P SLEEVE CP DI C153 | 2 | 2 | | 198.89000 | EA | 397.78 |
| 2116CT | 16 MJ CAP T/C CP DI C153 | 4 | 4 | | 134.29000 | EA | 537.16 |
| 2116C20T | 16X2 MJ TAPT CAP TC CP DI C153 | 1 | 1 | | 140.86000 | EA | 140.86 |
| 21AMF7161400DA | UFR1400-DA-16 RETAINER W/ACC FORD WEDGE ACTION | 14 | 14 | | 133.93000 | EA | 1,875.02 |
| 3120N060 | 2X6 STD GALV NIPPLE | 1 | 1 | | 3.32500 | EA | 3.33 |
| 31209 | 2 STD GALV 90 BEND FIPXFIP | 1 | 1 | | 8.14150 | EA | 8.14 |
| 3120N180 | 2X18 STD GALV NIPPLE | 1 | 1 | | 11.11500 | EA | 11.12 |
| 3420G280 | 2 BRONZE GATE VALVE 280 | 1 | 1 | | 61.60630 | EA | 61.61 |
| 3120N120 | 2X12 STD GALV NIPPLE | 1 | 1 | | 7.26750 | EA | 7.27 |
| 3120C | 2 STD GALV CAP | 1 | 1 | | 4.75950 | EA | 4.76 |

2" Blow off Ass'y 96.23

| Freight | Delivery | Handling | Restock | Misc | Terms | Subtotal |
|---|---|---|---|---|---|---|
| | | | | | Tax | Invoice Total CONTINUED |

***** THANK YOU FOR ORDER *****
VISIT WWW.NATIONALWATERWORKS.COM
FOR INVOICING BY EMAIL AND
OTHER SERVICES

RECEIVED
FEB 06 2003
ACCTS PAYABLE

Please pay this amount

NWW - Nashville TN
Branch - 071
109 Crutchfield Ave
Nashville TN 37210 0000

00000

"Local Service, Nationwide"
www.nationalwaterworks.com

INVOICE



Case 3:04-cv-00555 Document 89 Filed 07/19/05 Page 5 of 9 PageID #: 869

National Waterworks

| Branch | Account | Salesperson | Invoice Date | Invoice Number |
|---|---|---|---|---|
| 071 | 025630 | ED McCORMICK | 2/05/03 | 9109369 |

NWW - Nashville TN
Branch - 071
109 Crutchfield Ave
Nashville TN 37210 0000

615/244-1824

# INVOICE

Remit to:

National Waterworks, Inc.
PO BOX 100467
ATLANTA, GA
30384 0467

JONES BROS INC
PO BOX 727
MOUNT JULIET TN 37121-0727

Shipped to:

00/000 65N TO TR HWY 52 TL HAYNES RD
TL STAGGS DR TR TO SMITH RD
TL DENNING FORD RD TR PORTLAND
PORTLAND, TN

CUSTOMER JOB- PORTLAN PORTLAND WATER

**Total Amount Due**

5,430.21

**Return Top Portion With Payment For Faster Credit**

*Thank You For The Opportunity To Serve You. We appreciate your prompt payment.*

| Date Ordered | Date Shipped | Customer PO No. | Job Name | Job No. | Bill of Lading | Shipped Via | Order Number |
|---|---|---|---|---|---|---|---|
| 1/29/03 | 2/04/03 | F06-20-5651 | PORTLAND WATER | PORTLAN | | OUR TRUCK | 9109369 |

| Product Code | Description | Quantity Ordered | Quantity Shipped | Back-Ordered | Price | Per | Amount |
|---|---|---|---|---|---|---|---|
| 0810S060K | 1X60' (K) SOFT COPPER TUBING | 60 | 60 | | 1.73140 | FT | 103.88 |
| 3610F1000Q | F1000-4Q 1 CORP CCXQJ(CTS) | 6 | 6 | | 17.53850 | EA | 105.23 |
| 65REHF1 | 1" HAMMER FLARING TOOL HF1 | 1 | 1 | | 35.77700 | EA | 35.78 |
| 24AFTR07 | 3/4 BLK ALL THREAD ROD | 100 | 100 | | 1.21000 | FT | 121.00 |
| 24AFEB07459 | 3/4X4-1/2 90 OFFSET EYEBOLT 364-4000 | 12 | 12 | | 1.41000 | EA | 16.92 |
| 24AFHN07H | 3/4 HEAVY HEX PLAIN NUT | 12 | 12 | | .24000 | EA | 2.88 |
| 24AFFW07 | 3/4 PLAIN FLAT STEEL WASHER | 12 | 12 | | .13000 | EA | 1.56 |
| 24AFTRS07B | 3/4 PLAIN BLACK ROD COUPLING | 6 | 6 | | 1.21000 | EA | 7.26 |
| 96HTH25P | 25# PAIL HTH GRANULAR | 4 | 4 | | 54.00000 | EA | 216.00 |
| 2112PT | 12 MJ PLUG T/C CP DI C153 | 1 | 1 | | 44.17000 | EA | 44.17 |
| 21AMMJR12 | 12" MJ REGULAR ACC SET | 1 | 1 | | 22.57200 | EA | 22.57 |

All Thread Bolts & Nuts $149.62

| Freight | Delivery | Handling | Restock | Misc | Terms | Subtotal |
|---|---|---|---|---|---|---|
| | | | | | Tax | Invoice Total |
| | | | | | | CONTINUED |

***** THANK YOU FOR ORDER *****
VISIT WWW.NATIONALWATERWORKS.COM
FOR INVOICING BY EMAIL AND
OTHER SERVICES

RECEIVED
FEB 06 2003
ACCTS PAYABLE

Please pay this amount

NWW - Nashville TN
Branch - 071
109 Crutchfield Ave
Nashville TN 37210 0000

00000

"Local Service, Nationwide"
www.nationalwaterworks.com

INVOICE



Case 3:04-cv-00555 Document 89 Filed 07/19/05 Page 6 of 9 PageID #: 870

National Waterworks

| Branch | Account | Salesperson | Invoice Date | Invoice Number |
|---|---|---|---|---|
| 071 | 025630 | ED McCORMICK | 2/05/03 | 9109369 |

NWW - Nashville TN
Branch - 071
109 Crutchfield Ave
Nashville TN 37210 0000

615/244-1824

# INVOICE

Remit to:

National Waterworks, Inc.
PO BOX 100467
ATLANTA, GA
30384 0467

**Total Amount Due**
5,430.21

JONES BROS INC
PO BOX 727
MOUNT JULIET TN 37121-0727

Shipped to:
65N TO TR HWY 52 TL HAYNES RD
00/000 TL STAGGS DR TR TO SMITH RD
TL DENNING FORD RD TR PORTLAND
PORTLAND, TN

CUSTOMER JOB- PORTLAN PORTLAND WATER

**Return Top Portion With Payment For Faster Credit**

***Thank You For The Opportunity To Serve You. We appreciate your prompt payment.***

| Date Ordered | Date Shipped | Customer PO No. | Job Name | Job No. | Bill of Lading | Shipped Via | Order Number |
|---|---|---|---|---|---|---|---|
| 1/29/03 | 2/04/03 | F06-20-5651 | PORTLAND WATER | PORTLAN | | OUR TRUCK | 9109369 |

| Product Code | Description | Quantity Ordered | Quantity Shipped | Back-Ordered | Price | Per | Amount |
|---|---|---|---|---|---|---|---|
| 390710C4434Q | C44-34Q 3/4X1 QJCTS COP CPLG | 2 | 2 | | 7.45582 | EA | 14.91 |
| 21162M | 16 MJ 22-1/2 BEND CP DI C153 | 1 | 1 | | 230.12000 | EA | 230.12 |
| 21161M | 16 MJ 11-1/4 BEND CP DI C153 | 1 | 1 | | 263.23000 | EA | 263.23 |
| | DEAD STOCK N/C RICK DOBBINS | | | | | | |
| 611036M5100 | MURDOCK M5100 3FT STREET WASHER 1" | 1 | 1 | | N/C | EA | |
| 71S900607 | S90-607 6X2 CC BRS SAD F/PVC OD 6.90 | 2 | 2 | | N/C | EA | |
| 21AMG110 | 10" MJ REGULAR GASKET F/DI | 8 | 8 | | N/C | EA | |
| 21AMG104 | 4" MJ REGULAR GASKET F/DI | 4 | 4 | | N/C | EA | |

| Freight | Delivery | Handling | Restock | Misc | Terms | Subtotal |
|---|---|---|---|---|---|---|
| | | | | | NET 30 | 4,970.56 |
| | | | | | **Tax** | **Invoice Total** |
| | | | | | 459.65 | 5,430.21 |

***** THANK YOU FOR ORDER *****
VISIT WWW.NATIONALWATERWORKS.COM
FOR INVOICING BY EMAIL AND
OTHER SERVICES

RECEIVED
FEB 06 2003
ACCTS PAYABLE
INVOICE

Please pay this amount

+ 1516.49
16244.74

NWW - Nashville TN
Branch - 071
109 Crutchfield Ave
Nashville TN 37210 0000

00000

"Local Service, Nationwide"
www.nationalwaterworks.com

Page: 3
Invoice: 9109369

**National Waterworks**

| Branch | Account | Salesperson | Invoice Date | Invoice Number |
|---|---|---|---|---|
| 071 | 025630 | ED McCORMICK | 2/06/03 | 9129418 |

NWW - Nashville TN
Branch - 071
109 Crutchfield Ave
Nashville TN 37210 0000

615/244-1824

# INVOICE

Remit to:

National Waterworks, Inc.
PO BOX 100467
ATLANTA, GA
30384 0467

JONES BROS INC
PO BOX 727
MOUNT JULIET TN 37121-0727

Shipped to:
CUSTOMER PICK-UP
00/000

**Total Amount Due**
25.33

CUSTOMER JOB- PORTLAN PORTLAND WATER

**Return Top Portion With Payment For Faster Credit**

*Thank You For The Opportunity To Serve You. We appreciate your prompt payment.*

| Date Ordered | Date Shipped | Customer PO No. | Job Name | Job No. | Bill of Lading | Shipped Via | Order Number |
|---|---|---|---|---|---|---|---|
| 2/05/03 | 2/05/03 | F06-20-5651 | PORTLAND WATER | PORTLAN | | KEN | 9129418 |

| Product Code | Description | Quantity Ordered | Quantity Shipped | Back-Ordered | Price | Per | Amount |
|---|---|---|---|---|---|---|---|
| 3607F1000Q | F1000-3Q 3/4 CORP CCXQJ(CTS) | 2 | 2 | | 11.59533 | EA | 23.19 |
| 3/4" CORP. | TIE IN TO 18"WM + TAP NEW 16"WM. | | | | | | |

RECEIVED
FEB 07 2003
ACCTS PAYABLE

| Freight | Delivery | Handling | Restock | Misc | Terms | Subtotal |
|---|---|---|---|---|---|---|
| | | | | | NET 30 | 23.19 |
| | | | | | Tax | Invoice Total |
| | | | | | 2.14 | 25.33 |

***** THANK YOU FOR ORDER *****
VISIT WWW.NATIONALWATERWORKS.COM
FOR INVOICING BY EMAIL AND
OTHER SERVICES

Please pay this amount

+1/3/0/P+0
2/29/03

NWW - Nashville TN
Branch - 071
109 Crutchfield Ave
Nashville TN 37210 0000

00000

"Local Service, Nationwide"
www.nationalwaterworks.com

INVOICE

Page: 1
Invoice: 9129418

# Consolidated Pipe & Supply Co., Inc.

P.O. BOX 80776
NASHVILLE TN 37208

**Original Invoice**

INVOICE DATE 2/03/2003

RECEIVED FEB 10 2003

F06-20-5652
00239200

| INVOICE NUMBER | PAGE |
|---|---|
| 247240-000-000 | 1 OF 1 |

Account No. 020737

SOLD TO:
JONES BROS CONST
P O BOX 727
MT JULIET TN 37122

SHIP TO:
JONES BROS
5760 OLD LEBANON DIRT RD
MT JULIET TN 37121

JOB:

| Customer Order No. | Terms of Sale | Ship Via |
|---|---|---|
| F06-20-5652 | NET 30 | BW |

| Freight | F.O.B. | Ship Date | Ship From |
|---|---|---|---|
| PREPAID & CHARGE | SHIPPING POINT | 1/30/2003 | CPS-NASHVILLE |

| Line No. | Ordered | Shipped | Back Ordered | Product No. | Description | Unit Price | Per | Sales Amount |
|---|---|---|---|---|---|---|---|---|
| | 6 | 6 | | | 16" TYTON JOINT GASKET | 12.95 | EA | 77.70 |
| | | | | | PORTLAND WATERMAIN | | | |
| | | | | | FREIGHT | | | |
| | | | | | STATE SALES TAX - TENNESSEE | | | 6.69 |
| | | | | | LOCAL TAXES | | | 5.44 |
| | | | | | | | | 1.75 |

7770
642
84.39/6 = 14.07 EA

RECEIVED
FEB 10 2003
ACCTS PAYABLE

DAY 1 - SPECIAL ORDERED
6 GASKETS FOR U.S. PIPE
USED ON JOB.

SERVICE CHARGES BASED ON LEGAL RATE, OR 1.5% PER MONTH ARE ASSESSED ON OVERDUE AMOUNTS.
D-02-0204/02

Invoice Amount: 91.58

REMIT TO: DEPT. 3147 P.O. BOX 2153 BIRMINGHAM, AL. 35287-3147

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE