HUGHES

# INVOICE

| INVOICE DATE | INVOICE NUMBER | PAGE |
|---|---|---|
| 02/17/03 | 38226782-01 | 1 |

RECEIVED
FEB 2 0 2003

NASHVILLE WATER & SEWER
P. O. BOX 105837
ATLANTA, GA 30348-5837
Telephone 615-313-8080

SOLD TO:

HP 6 - 2782

JONES BROS INC
5760 OLD LEBANON DIRT RD
PO BOX 727
MOUNT JULIET TN 37121-0727

SHIPPED TO:

JONES BROS INC
PORTLAND WATER IMPROVEMENTS
PORTLAND TN

| CUSTOMER NO. | CUSTOMER ORDER NO. | JOB | WRITER | SALESMAN |
|---|---|---|---|---|
| 234233!7011 | F06-20-5657 | 07 | BWC | CES |

| REFERENCE | SHIP VIA | DATE SHIPPED | ORDER DATE |
|---|---|---|---|
| 38226782-01 | OUR TRUCK | 02/17/03 | 02/03/03 |

TERMS AND CONDITIONS OF SALE ON REVERSE SIDE

| OUR CODE NO. | DESCRIPTION | ORDERED | BACK ORDERED | SHIPPED | UNIT PRICE | UNIT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 16DISJCL | 16 CL52 SLIP JT PIPE C/L | 91 | 0 | 91 | 21.75 | FT | 1979.25 |
| 1444540 | 16" DI SLIP JOINT GASKETS | 35 | 0 | 35 | 11.00 | EA | 385.00 |

RECEIVED
FEB 2 0 2003
ACCTS PAYABLE

"HUGHES SUPPLY STOCKS OVER 85,000 DIFFERENT PRODUCTS FOR TIMELY DELIVERY."

NO CREDIT WILL BE ALLOWED FOR GOODS RETURNED WITHOUT OUR PERMISSION.
ALL RETURNS SUBJECT TO RESTOCKING, HANDLING AND FREIGHT CHARGES.

| | |
|---|---|
| NET AMOUNT | 2364.25 |
| FREIGHT | 0.00 |
| TAX 2.750% | 65.02 |
| 7.000% | 165.50 |
| INVOICE AMOUNT | 2594.77 |

TERMS AND CONDITIONS / MSDS INFORMATION ON REVERSE

Case 3:04-cv-00555 Document 90 Filed 07/19/05 Page 2 of 10 PageID #: 875

HUGHES

NASHVILLE WATER & SEWER

125 PARK SOUTH COURT
NASHVILLE, TN 37210
Telephone 615-313-8080

P. O. BOX 105837
ATLANTA, GA 30348-5837

Bill To:
JONES BROS INC
5770 OLD LEBANON DIRT RD
P O BOX 727
MT JULIET TN 37121

Ship To:
JONES BROS INC
PORTLAND WATER IMPROVEMENTS
PORTLAND TN

14:55:09 14 Feb 2003

| PICKING TICKET | Order | Date | Special Instructions | Rqd Date |
|---|---|---|---|---|
| | 382226782-01 | 02/03/03 | **** MUST HAVE VALID PURCHASE ORDER **** | 02/03/03 |

| Wh | Sls | Cust Id# | Wrtr | Via | Confirming to | Telephone | Customer Purchase Order | | Pg |
|---|---|---|---|---|---|---|---|---|---|
| 11 | CGS | 2342331701110 | | BWC OT | | 6157544710 | F06-20-5657 | 07 | 1 |

| Ln | Ord Qy | Pick | B/O | Our EDP Code | Loc | Description | Ship Qty | Um | Net Price |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 91 | 91 | 0 | 16DISJCL52C | BT | 16 CL52 SLIP JT PIPE C/L | 91 | FT | |
| 2 | 35 | 35 | 0 | 3822678211444540NS | | 16" DI SLIP JOINT GASKETS | 35 | EA | |

Delivery Ticket
INVOICE NOT YET RECEIVED.
DELIVERED 2/17/03.

Brian [signature]

Bundles: ____ Lengths: ____ Coils: ____ Pieces: ____ Crates: ____ Cartons: ____ Bags: ____

Picked: JC Date: 02/17/03 Checked: HC Driver: HC Date Rec'd: 02/17/03 Rec'd by:

**National Waterworks**

| Branch | Account | Salesperson | Invoice Date | Invoice Number |
|---|---|---|---|---|
| 071 | 025630 | ED McCORMICK | 2/07/03 | 9132501 |

NWW - Nashville TN
Branch - 071
109 Crutchfield Ave
Nashville TN 37210 0000

615/244-1824

# INVOICE

Remit to:

National Waterworks, Inc.
PO BOX 100467
ATLANTA, GA
30384 0467

JONES BROS INC
PO BOX 727
MOUNT JULIET TN 37121-0727

Shipped to:
00/000 CUSTOMER PICK-UP

**Total Amount Due**
100.71

CUSTOMER JOB- PORTLAN PORTLAND WATER

**Return Top Portion With Payment For Faster Credit**

***Thank You For The Opportunity To Serve You. We appreciate your prompt payment.***

| Date Ordered | Date Shipped | Customer PO No. | Job Name | Job No. | Bill of Lading | Shipped Via | Order Number |
|---|---|---|---|---|---|---|---|
| 2/06/03 | 2/06/03 | F06-20-5659 | PORTLAND WATER | PORTLAN | | WILL CALL | 9132501 |

| Product Code | Description | Quantity Ordered | Quantity Shipped | Back-Ordered | Price | Per | Amount |
|---|---|---|---|---|---|---|---|
| 70313195007 | 313-195007-000 18X3/4 CC SAD EPOXY W/E-G BALES | 1 | 1 | | 80.58814 | EA | 80.59 |
| 3607F1000Q | F1000-3Q 3/4 CORP CCXQJ(CTS) | 1 | 1 | | 11.59533 | EA | 11.60 |

RECEIVED
FEB 1 1 2003
ACCTS PAYABLE

| Freight | Delivery | Handling | Restock | Misc | Terms | Subtotal |
|---|---|---|---|---|---|---|
| | | | | | NET 30 | 92.19 |
| | | | | | Tax 8.52 | Invoice Total 100.71 |

***** THANK YOU FOR ORDER *****
VISIT WWW.NATIONALWATERWORKS.COM
FOR INVOICING BY EMAIL AND
OTHER SERVICES

Please pay this amount

NWW - Nashville TN
Branch - 071
109 Crutchfield Ave
Nashville TN 37210 0000

00000

"Local Service, Nationwide"
www.nationalwaterworks.com

INVOICE

Page: 1
Invoice: 9132501

| CORP. | CUSTOMER | CENTER |
|---|---|---|
| 038 | 308267 | 103901 |

# INVOICE

CROSS PLAINS QUARRY
CROSS PLAINS TN
(615) 654-9942

| INVOICE NO. |
|---|
| 47657772 |

SOLD TO: JONES BROS*
P.O. BOX 727

MT. JULIET TN 37121

INVOICE DATE 02/05/03
JOB NUMBER 11

PO NUMBER F0620571/PORTLAND WATER P LANT

TERMS: NET 30

**Visit our web site:**
**www.rogersgroupinc.com**

BY THIS DELIVERY WE ACQUIRE LIEN RIGHTS ON THE PROPERTY IMPROVED. NOTICE IS GIVEN THAT IF THIS INVOICE IS NOT PAID IN THE ORDINARY COURSE OF BUSINESS. THIS COMPANY WILL EXERCISE SAID RIGHTS.

A SERVICE CHARGE OF 1.5% PER MONTH, OR THE MAXIMUM RATE PERMITTED BY APPLICABLE STATE LAW, WHICH EVER IS LESSER, WILL BE ASSESSED AGAINST ALL DELINQUENT ACCOUNTS.

| DATE | TICKET NO. | PRODUCT CODE | MATERIAL DESCRIPTION | HAULER | UNITS | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02/05/03 | 00092886 | 000057 | 1" TO NO. 4/57'S | 601130 | 22.69 | t | 9.00 | 204.21 |
| 02/05/03 | 00092888 | 000237 | CRUSHER RUN GRADE C | 601130 | 23.38 | t | 8.00 | 187.05 |

PRODUCT SUMMARY

| Code | Material Description | U.S. Tons (t) | Amount |
|---|---|---|---|
| 000057 | 1" TO NO. 4/57'S | 22.69 | 204.21 |
| 000237 | CRUSHER RUN GRADE C | 23.38 | 187.05 |

#1-57's — $204.21 + TX 223.80/22.69 TN = $9.86/TON

Crusher Run — 187.05 + TX 204.35/23.38 = 8.74/TON

RECEIVED
FEB 13 2003

ROGERS GROUP
An Equal Opportunity Employer M/F/V/D

| TOTAL UNITS | | MATERIAL | | SALES TAX | PAY THIS AMT |
|---|---|---|---|---|---|
| 46.07 | | 391.26 | | 36.20 | 427.46 |

**REMITTANCE STUB**

| CORP. | CUSTOMER | CENTER |
|---|---|---|
| 038 | 308267 | 103901 |

JONES BROS*

| INVOICE NO. |
|---|
| 47657772 |

**RETURN THIS STUB WITH PAYMENT TO:**
ROGERS GROUP INC
PO BOX 440027
NASHVILLE TN 37244-0027

| PAY THIS AMOUNT |
|---|
| 427.46 |

| CORP. | CUSTOMER | CENTER |
|---|---|---|
| 038 | 308267 | 103901 |

# INVOICE

CROSS PLAINS QUARRY
CROSS PLAINS TN
(615) 654-9942

RECEIVED
MAR - 6 2003

INVOICE NO.
47664514

SOLD TO: JONES BROS*
P.O. BOX 727

MT. JULIET TN 37121

INVOICE DATE 02/28/03
JOB NUMBER 11

PO NUMBER F06-20-5428 WATER TREATMENT PLANT

TERMS: NET 30

**Visit our web site:**
**www.rogersgroupinc.com**

A SERVICE CHARGE OF 1.5% PER MONTH, OR THE MAXIMUM RATE PERMITTED BY APPLICABLE STATE LAW, WHICH EVER IS LESSER, WILL BE ASSESSED AGAINST ALL DELINQUENT ACCOUNTS.

BY THIS DELIVERY WE ACQUIRE LIEN RIGHTS ON THE PROPERTY IMPROVED. NOTICE IS GIVEN THAT IF THIS INVOICE IS NOT PAID IN THE ORDINARY COURSE OF BUSINESS, THIS COMPANY WILL EXERCISE SAID RIGHTS.

| DATE | TICKET NO. | PRODUCT CODE | MATERIAL DESCRIPTION | HAULER | UNITS | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02/28/03 | 00093728 | 000057 | 1" TO NO. 4/57'S | 601130 | 22.61 | t | 9.00 | 203.49 |
| 02/28/03 | 00093729 | 000057 | 1" TO NO. 4/57'S | 601130 | 22.76 | t | 9.00 | 204.84 |

PRODUCT SUMMARY

| Code | Material Description | U.S. Tons (t) | Amount |
|---|---|---|---|
| 000057 | 1" TO NO. 4/57'S | 45.37 | 408.33 |

Back Fill Holes @ Tap Ends.
Backfill Blowoffs

ROGERS GROUP, INC.
An Equal Opportunity Employer: M/F/V/D

RECEIVED
MAR 0 6 2003
ACCTS PAYABLE

| TOTAL UNITS | MATERIAL | SALES TAX | PAY THIS AMT |
|---|---|---|---|
| 45.37 | 408.33 | 37.78 | 446.11 |

**REMITTANCE STUB**

| CORP. | CUSTOMER | CENTER |
|---|---|---|
| 038 | 308267 | 103901 |

JONES BROS*

INVOICE NO.
47664514

**RETURN THIS STUB WITH PAYMENT TO:**
ROGERS GROUP INC
PO BOX 440027
NASHVILLE TN 37244-0027

**PAY THIS AMOUNT**
446.11

*Consolidated Pipe & Supply Co., Inc.*

P.O. BOX 80776
NASHVILLE TN 37208

F0620-5423

INVOICE DATE
2/04/2003

**Original Invoice**

Account No.
020737

INVOICE NUMBER
247369-000-000

PAGE
1 OF 1

RECEIVED
FEB 1 0 2003

SOLD TO:

JONES BROS CONST
P O BOX 727
MT JULIET TN 37122

SHIP TO:

JONES BROS
WC
NASHVILLE TN 00000

JOB:

| Customer Order No. | Terms of Sale | Ship Via |
|---|---|---|
| F0620-5423 | NET 30 | WC/9121 |

| Freight | F.O.B. | Ship Date | Ship From |
|---|---|---|---|
| COLLECT | SHIPPING POINT | 2/04/2003 | CPS-NASHVILLE |

| Line No. | Ordered | Shipped | Back Ordered | Product No. | Description | Unit Price | Per | Sales Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 2 | | 258416 | 1-1/4 REED SOCKET 02271 | 36.00 | EA | 72.00 |
| 2 | 2 | 2 | | 258400 | L500 REED QUICK REL SOC HNDL 02260 | 80.56 | EA | 161.12 |
| | | | | | STATE SALES TAX - TENNESSEE | | | 16.32 |
| | | | | | LOCAL TAXES | | | 5.25 |

RECEIVED
FEB 1 0 2003
ACCTS PAYABLE

$254.69
+ 15% P/O
$292.89

Invoice Amount: 254.69

SERVICE CHARGES BASED ON LEGAL RATE, OR 1.5% PER MONTH ARE ASSESSED ON OVERDUE AMOUNTS.
S-02-0205/02

**REMIT TO: DEPT. 3147 P.O. BOX 2153 BIRMINGHAM, AL. 35287-3147**

**TERMS AND CONDITIONS ...**

INVOICE

# H. G. LIPSCOMB & CO.

621 Murfreesboro Road
Nashville, TN 37210
(615) 255-7401
FAX (615) 255-4729

P.O. Box 100416
Nashville, TN 37224

SALESMAN | PAGE NO. OF PAGES

FILLED BY

SOLD TO Jones Bros

CALLED BY

DATE SOLD 2-3 | ORDER NO. | DATE INVOICED FEB 3 20

SHIP TO PO# S06-20-5422

ROUTING Call

TERMS NET 10TH PROX | FOLIO

| QUANTITY | | LIST PRICE | NET PRICE | SALESMAN DO NOT USE THESE COLUMNS | |
|---|---|---|---|---|---|
| X 25 | 12" Norton Metal Blades | | 395 | | 9875 |
| | Deal 2-3-03 | | | Tax | 913 |
| | | | | | 10788 |
| | Metal Sawblades | | | | |
| | | | | + | 15% PD |
| | | | | | 124 06 |

CORRECTED PO TO F06-20-5422
PER CAROL H....SANDI 2-7-03

RECEIVED
FEB 04 2003
ACCTS PAYABLE

NO. 21879

THESE GOODS NOT RETURNABLE WITHOUT OUR AUTHORIZATION

NOTE: A service charge of 5% per month will be charged on all delinquent acc...

Steinhouse Supply Co Inc
DISTRIBUTORS
PLUMBING-PVF-INDUSTRIAL SUPPLIES

PO BOX 100259
NASHVILLE TN 37224-0259
PH 615-254-1612
FAX 615-255-1527
www.steinhousesupply.com

# INVOICE

JONBRO

INVOICE NUMBER
1183593-01

BILL TO:
JONES BROTHERS
P O BOX 1001
MT JULIET TN 37121

INVOICE NUMBER
1183593-01

SHIP TO:
JONES BROTHERS
P O BOX 1001
MT JULIET TN 37121

CUSTOMER P.O.NO. F06-20-5195 SANDRA

CUSTOMER P.O.NO. F06-20-5195 SANDRA

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1183593-01 | 100 | 02/03/03 | 171 | F06-20-5195 SANDRA | 02/04/03 |

INSTRUCTIONS: WILL CALL — TAXABLE PER SANDRA

| FRT | PAGE NO. |
|---|---|
| B | 1 |

| QUANTITY ORDERED | B.O./RET | SHIPPED | DISP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | | 1 | * | R31632 151 RIDGID TUBECUTTER 1/4-1 | EA | 39.45 | 39.45 |
| 1 | | 1 | * | R41330 RIDGID E47 3/4"HAMMER FLARE TOOL | EA | 11.60 | 11.60 |
| 1 | | 1 | * | R41335 RIDGID E52 1" HAMMER FLARE TOOL | EA | 14.90 | 14.90 |

RECEIVED
FEB 0 7 2003
ACCTS PAYABLE

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX
B - BALANCE BACK ORDERED
C - CONSIDER COMPLETE
D - DIRECT SHIPMENT
F - FACTORY MINIMUM
n - RETURNED CYL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

NET TERMS: PROX 10 DUE: 03/10/03

| | |
|---|---|
| SUB TOTAL | 65.95 |
| MISC. CHARGE | |
| TELE. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 6.10 |
| PAYMENT REC'D. | 0.00 |
| TOTAL AMT. DUE | 72.05 |

+15% PAID

LOPTB 8/88

LEAK MASTER, INC.
ELECTRONIC LEAK DETECTION
CONSERVING EARTHS MAIN RESOURCE
P.O. Box 857
Madison, TN 37116
(615) 868-0656
FAX (615) 865-5092

# JOB INVOICE

TO Jones Bros Inc
P.O. Box 727
Mt Juliet TN 37121

TERMS:

PHONE 754-4710
DATE OF ORDER 2-12-03
ORDER TAKEN BY
CUSTOMER'S ORDER NUMBER

☐ DAY WORK ☐ CONTRACT ☐ EXTRA

JOB NAME / NUMBER Portland, TN
JOB LOCATION TAY 10th 62-1835937
JOB PHONE
STARTING DATE

**CONCLUSIONS**

We checked for leaks & found several leaks throughout system

DAY 1 2/12/03.
TESTING FOR LEAKS ON 16" WM.

F06
755010
2/13/03

**DESCRIPTION OF SURVEY**

16" Main failure

**SUGGESTIONS**

| FEES | HRS. | RATE | AMOUNT |
|---|---|---|---|
| Kevin | 4 | 125/hr | 500 00 |
| Jeremy | 4 | | |

DISCLAIMER – PLEASE NOTE – DUE TO ANY UNFORESEEN CIRCUMSTANCES LEAK MASTER DOES NOT GUARANTEE ACCURACY UNDER CONCEALED OR UNDERGROUND INVESTIGATIONS. NOR DOES LEAK MASTER ASSUME ANY RESPONSIBILITY OR LIABILITY FOR ANY DAMAGES INCURRED DUE TO EXPOSURE AND OR EXCAVATION DUE TO CONCEALED LEAKS.

DATE COMPLETED

Work ordered by

Signature Kenneth Black 2-12-03

I hereby acknowledge the satisfactory completion of the above described work.

Thank You

TOTAL 500 00
+ 15% P+O

LEAK MASTER INCORPORATED

905 EAST OLD HICKORY BLD
MADISON, TN 37115

# Invoice

| Date | Invoice # |
|---|---|
| 2/20/2003 | 991429 |

**Bill To**
JONES BROTHERS INCORPORATED
P.O. BOX 727
MT JULIET TN 37121

**Ship To**
PORTLAND TN
WATER PLANT

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| F06-20-5660 | | | 2/20/2003 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 2 | LEAK DETECTI... | LOCATE 3 LEAKS ON LOWER PART OF WATER LINE | 125.00 | 250.00 |

Job F-06
755010-8

| | |
|---|---|
| **Total** | $250.00 |

+10% P+O
275