JONES BROS INC.
P.O. Box 727 • Mt. Juliet, TN 37121-0727
Office • (615) 754-4710
Fax • (615) 758-9934

| CUSTOMER # | DATE | INVOICE # |
|---|---|---|
| | 03/27/03 | 094753 |

CUSTOMER: RLI INSURANCE COMPANY
C/O LARRY WALL & ASSOC., LLC
P.O. BOX 531235
BIRMINGHAM, AL 35253-1235

LOCATION: **PORTLAND WATER REPAIR**
**CITY OF PORTLAND, TN**
**ESTIMATE #2 - FINAL**

**JBI JOB #F-06**

FILL IN AMOUNT PAID AND RETURN PINK COPY WITH PAYMENT AMOUNT PAID $________

| DATE | REF # | LOT # | MACH # | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | FOR WORK PERFORMED BACKFILLING WATERMAIN AND INSTALLING EROSION CONTROL DURING THE PERIOD OF FEB. 28 - MARCH 20, 2003, PER THE ATTACHED SCHEDULE. | | | |
| | | | | LUMP SUM | | | $33,004.00 |
| | | | | LESS: PREVIOUS ESTIMATE | | | ($29,311.00) |

EXHIBIT #3 VanNuck 6-6-05 cm

AMOUNT DUE $3,693.00

Case 3:04-cv-00555 Document 93 Filed 07/19/05 Page 1 of 1 PageID #: 974

WHITE - 1st. CUSTOMER COPY\PINK - 2nd. CUSTOMER COPY\CANARY - FILE COPY\GOLDENROD - MANAGEMENT COPY\SALMON - SEQUENTIAL FILE COPY