## PORTLAND WATER IMPROVEMENTS
CITY OF PORTLAND, TENNESSEE

3/27/03

### COST OF WORK COMPLETED TO DATE -As of March 20, 2003

| Item | Description | Quantity | Unit | Amount |
|---|---|---|---|---|
| **Labor & Equipment** | | | | |
| | LB 3400 Excavator | 14 Hrs | $70 | $980 |
| | Cat 416 Backhoe | 8 Hrs | $35 | $280 |
| | Cat 963 Crawler Loader | 12 Hrs | $65 | $780 |
| | 4 WD All Terrain Vehicles ( 2 ea ) | 40 Hrs | $5 | $200 |
| | Cat D-6 Dozer | 8 Hrs | $65 | $520 |
| | Pickup | 204 Hrs | $12 | $2,448 |
| | Tractor & Lowboy Trailer -mobilize equipment | 20 Hrs | $110 | $2,200 |
| | Operator | 78 Hrs | $25 | $1,950 |
| | Laborer | 111 Hrs | $20 | $2,220 |
| | Foreman | 88 Hrs | $33 | $2,904 |
| | Superintendent | 52 Hrs | $75 | $3,900 |
| | Sr. Project Manager W/ Pickup | 40.5 Hrs | $75 | $3,038 |
| | | **Total Labor & Equipment** | | **$21,420** |
| **Materials** | | | | |
| | 16" DIP Watermain Pipe | 36 LF | $20.50 | $738 |
| | 16" DIP Watermain Pipe -Hughes Pipe | 91 LF | $21.75 | $1,979 |
| | 16" -22-1/2* Bends | 1 Ea | $230.12 | $230 |
| | 16" -11-1/4* Bends | 1 Ea | $263.23 | $263 |
| | 16" Sleeves | 2 Ea | $198.89 | $398 |
| | 16" End Cap | 4 Ea | $134.29 | $537 |
| | 16" End Cap -Tapped 2" | 1 Ea | $140.86 | $141 |
| | 16" Restraining Glands | 14 Ea | $133.93 | $1,875 |
| | 12" MJ Plug | 1 Ea | $44.17 | $44 |
| | 12" MJ Gland Kit | 1 Ea | $22.57 | $23 |
| | 18" X 3/4" Dbl Strap Tap Saddle | 1 Ea | $80.59 | $81 |
| | 2" Blowoff Ass'bly w/ 2" HW Valve | 1 Set | $96.23 | $96 |
| | 3/4" All Thread Rod, w/ eye bolts, nuts, & washers | 100 LF | $1.50 | $150 |
| | | | | $0 |
| | 1" Corporations | 6 Ea | $17.54 | $105 |

| Item | Description | Quantity | Unit | Amount |
|---|---|---|---|---|
| | 1" Copper -TY K | 60 LF | $1.74 | $104 |
| | 1" Flairing Tool | 1 Ea | $35.78 | $36 |
| | 3/4" Corporations | 3 Ea | $11.60 | $35 |
| | 3/4" X 1" Copper Fittings | 2 Ea | $7.46 | $15 |
| | 1-1/4" Rachett Wrenches | 2 Ea | $116.56 | $233 |
| | 12" Metal Sawblades | 25 Ea | $3.95 | $99 |
| | Tube Cutter/Flair Tools | 1 Ea | $65.95 | $66 |
| | HTH Chlorine -25# | 4 Ea | $54.00 | $216 |
| | 16" Bell Gaskets | 6 Ea | $14.06 | $84 |
| | 16" Bell Gaskets -Hughes Pipe | 35 Ea | $11.00 | $385 |
| | Silt Fence | 400 LF | $0.20 | $80 |
| | # 57 Graded Stone -delivered | 68.06 Tn | $9.84 | $670 |
| | Crusher Run Graded Stone -deliv. | 23.38 Tn | $8.75 | $205 |
| | Concrete | 0 Cyd | $65.00 | $0 |
| | | Sub-Total | | $8,888 |
| | | + 9.25% Sales Tax | | $822 |
| | | + 10% P & O Cost | | $971 |
| | | **Total Materials** | | **$10,681** |

**Other**

| | Description | Quantity | Unit | Amount |
|---|---|---|---|---|
| | Leak Masters..Testing $ 500 + 10% | 1 LS | $550.00 | $550 |
| | Leak Masters..Testing $ 250 + 10% | 1 LS | $275.00 | $275 |
| | Seed and Mulch w/Straw | 0 Acres | $1,100.00 | $0 |
| | Printing Costs -Plans | 1 LS | $78.67 | $79 |
| | | **Total Other** | | **$904** |
| | | **Total** | | **$33,004** |

Rough Draft
Estimate #2
P/E 3/20/03

# PORTLAND WATER IMPROVEMENTS
## CITY OF PORTLAND, TENNESSEE

3/27/03

COST OF WORK COMPLETED TO DATE -As of March 20, 2003 — Backfill Holes — Erosion Control

| Item | Description | Quantity | Unit | Amount |
|---|---|---|---|---|
| **Labor & Equipment** | | | | |
| | LB 3400 Excavator | 14 Hrs | $70 | $980 |
| | Cat 416 Backhoe | 8 Hrs | $35 | $280 |
| | Cat 963 Crawler Loader + 11 hours | 12 Hrs | $65 | $780 |
| | 4 WD All Terrain Vehicles ( 2 ea ) | 40 Hrs | $5 | $200 |
| | Cat D-6 Dozer + 8 hrs | 8 Hrs | $65 | $520 |
| | Pickup + 28 hrs | 204 Hrs | $12 | $2,448 |
| | Tractor & Lowboy Trailer + 4 hrs -mobilize equipment (move out Cat D6 + 963) | 20 Hrs | $110 | $2,200 |
| | Operator + 26 hr | 78 Hrs | $25 | $1,950 |
| | Laborer + 12 hrs | 111 Hrs | $20 | $2,220 |
| | Foreman + 12 hrs | 88 Hrs | $33 | $2,904 |
| | Superintendent | 52 Hrs | $75 | $3,900 |
| | Sr. Project Manager W/ Pickup + 4 hrs | 40.5 Hrs | $75 | $3,038 |
| | | **Total Labor & Equipment** | | **$21,420** |
| **Materials** | | | | |
| | 16" DIP Watermain Pipe | 36 LF | $20.50 | $738 |
| | 16" DIP Watermain Pipe -Hughes Pipe | 91 LF | $21.75 | $1,979 |
| | 16" -22-1/2* Bends | 1 Ea | $230.12 | $230 |
| | 16" -11-1/4* Bends | 1 Ea | $263.23 | $263 |
| | 16" Sleeves | 2 Ea | $198.89 | $398 |
| | 16" End Cap | 4 Ea | $134.29 | $537 |
| | 16" End Cap -Tapped 2" | 1 Ea | $140.86 | $141 |
| | 16" Restraining Glands | 14 Ea | $133.93 | $1,875 |
| | 12" MJ Plug | 1 Ea | $44.17 | $44 |
| | 12" MJ Gland Kit | 1 Ea | $22.57 | $23 |
| | 18" X 3/4" Dbl Strap Tap Saddle | 1 Ea | $80.59 | $81 |
| | 2" Blowoff Ass'bly w/ 2" HW Valve | 1 Set | $96.23 | $96 |
| | 3/4" All Thread Rod, w/ eye bolts, nuts, | 100 LF | $1.50 | $150 |
| | & washers | | | $0 |
| | 1" Corporations | 6 Ea | $17.54 | $105 |

| Item | Description | Quantity | Unit | Amount |
|---|---|---|---|---|
| | 1" Copper -TY K | 60 LF | $1.74 | $104 |
| | 1" Flairing Tool | 1 Ea | $35.78 | $36 |
| | 3/4" Corporations | 3 Ea | $11.60 | $35 |
| | 3/4" X 1" Copper Fittings | 2 Ea | $7.46 | $15 |
| | 1-1/4" Rachett Wrenches | 2 Ea | $116.56 | $233 |
| | 12" Metal Sawblades | 25 Ea | $3.95 | $99 |
| | Tube Cutter/Flair Tools | 1 Ea | $65.95 | $66 |
| | HTH Chlorine -25# | 4 Ea | $54.00 | $216 |
| | 16" Bell Gaskets | 6 Ea | $14.06 | $84 |
| | 16" Bell Gaskets -Hughes Pipe | 35 Ea | $11.00 | $385 |
| | Silt Fence + 400' | 400 LF | $0.20 | $80 |
| | # 57 Graded Stone -delivered | 68.06 Tn | $9.84 | $670 |
| | Crusher Run Graded Stone -deliv. | 23.38 Tn | $8.75 | $205 |
| | Concrete | 0 Cyd | $65.00 | $0 |
| | | Sub-Total | | $8,888 |
| | | + 9.25% Sales Tax | | $822 |
| | | + 10% P & O Cost | | $971 |
| | | **Total Materials** | | **$10,681** |

**Other**

| | | | | |
|---|---|---|---|---|
| | Leak Masters..Testing $ 500 + 10% | 1 LS | $550.00 | $550 |
| | Leak Masters..Testing $ 250 + 10% | 1 LS | $275.00 | $275 |
| | Seed and Mulch w/Straw | 0 Acres | $1,100.00 | $0 |
| | Printing Costs -Plans | 1 LS | $78.67 | $79 |
| | | **Total Other** | | **$904** |
| | | **Total** | | **$33,004** |

JONES BROS
An Equal Opportunity Employer

# FOREMAN'S DAILY REPORT

CREW NO. 2816
WEEK ENDING 3-1-03

| WORKING HOURS | DATE | DAY OF WEEK | JOB NO. | PHASE CODE 1 | 2 | 3 | WEATHER |
|---|---|---|---|---|---|---|---|
| START 6:30 STOP 12:30 | 2-28 | Fri | F-06 | 755010 | | | HIGH TEMP. 42 LOW TEMP. 29 |

JOB NAME: Portland Waterline

FOREMAN'S NAME: Mike Hesson

Weather: [ ] CLEAR [✓] P. CLDY [✓] O'CAST [ ] RAIN [ ] SLEET [ ] SNOW

| LN. NO. | LABOR LAST NAME | FIRST NAME | EMPLOYEE NUMBER | CLASS CODE | 1 | 2 | 3 | TOTAL HOURS FOR TODAY | OFFICE USE REGULAR | OVERTIME |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Hesson | Mike | 5049 | BFR | ~~8~~ 6 hr | | | 8 | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | Change Time 6:30-12:30. Conditions to wet | | | | | | | | | |
| 6 | to continue. Graded stone placed at | | | | | | | | | |
| 7 | connections on both ends + over Air Relief | | | | | | | | | |
| 8 | valves prior to backfilling. | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| | BATCH TOTALS | | | | 8 | | | 8 | | |

| LN. NO. | EQUIP. NO. | EQUIPMENT DESCRIPTION | DOWNTIME (HOURS) DOWN | IDLE | EQUIP. HOURS WORKED 1 | 2 | 3 | TOTAL HOURS | WEEKLY METER READING START | STOP |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 13128 | GMC | | | ~~8~~ 6 hr | | | 8 | | |
| 2 | 221620 | 016H | | | 2 | | | 2 | 6430 | 6432 |
| 3 | 281610 | 963 | | | 3 | | | 3 | 6256 | 6259 |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| | BATCH TOTALS | | | | 13 | | | 13 | | |

## WORK DESCRIPTION

| | PAY ITEM NO. | QUANTITY | UNIT | DESCRIPTION / LOCATION, STATION |
|---|---|---|---|---|
| 1 | 755010 | | | Water line. |
| 2 | | | | |
| 3 | | | | |

**DOWNTIME**

LOST TIME FOR:
[ ] DESIGN CHANGE
[ ] DESIGN ERROR
[ ] REWORK DAMAGE

WAITING FOR:
[ ] MAT'L, TOOLS, EQUIP.
[ ] CLARIFICATION
[ ] ACCESS TO WORK AREA

**PRODUCTION REPORT and NOTES:** List Load Counts, Deliveries, Accidents, Verbal Directives, Problems Encountered, Explanation of Down Time, Utility, Damage, Employee Notes.

Back filled waterline worked to 12:30 it was mud.
Back filled both ends with Rock.

[ ] USE BACK IF NECESSARY

FOREMAN'S SIGNATURE: Mike Hesson DATE 2-28-03
PROJECT MGR OR SUPT SIGNATURE: [signature] DATE
OWNER'S REP. SIGNATURE (IF REQUIRED) DATE

REV. 9/99 G20
USE ANOTHER DAILY REPORT IF NEEDED.

JONES BROS INC.
An Equal Opportunity Employer

# FOREMAN'S DAILY REPORT

CREW NO. 264
WEEK ENDING 3-1-03

| WORKING HOURS (START / STOP) | DATE | DAY OF WEEK | JOB NO. | PHASE CODE 1 | 2 | 3 | WEATHER |
|---|---|---|---|---|---|---|---|
| 6:30 3:00 | 2-28-03 | FRI. | F-06 | 755010 | | | HIGH TEMP. 42 / LOW TEMP. 32 |

JOB NAME: PORTLAND WATER REPAIR

FOREMAN'S NAME: CLAY WHITE

[ ] CLEAR [ ] P. CLDY [X] O'CAST [ ] RAIN [ ] SLEET [ ] SNOW

| LN. NO. | LAST NAME | FIRST NAME | EMPLOYEE NUMBER | CLASS CODE | 1 | 2 | 3 | TOTAL HOURS FOR TODAY | OFFICE USE REGULAR | OFFICE USE OVERTIME |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WHITE | CLAY | 11582 | BSU | 8 | | | 8 | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | Charge as operator w/ Pickup | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| | BATCH TOTALS | | | | 8 | | | 8 | | |

| LN. NO. | EQUIP. NO. | EQUIPMENT DESCRIPTION | DOWNTIME (HOURS) DOWN | IDLE | EQUIP. HOURS WORKED 1 | 2 | 3 | TOTAL HOURS | WEEKLY METER READING START | STOP |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 13193 | GMC | | | 8 | | | 8 | | 112890 |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| | BATCH TOTALS | | | | 8 | | | 8 | | |

## WORK DESCRIPTION

| | PAY ITEM NO. | QUANTITY | UNIT | DESCRIPTION / LOCATION, STATION |
|---|---|---|---|---|
| 1 | 755010 | — | | WATER MAINS |
| 2 | | | | |
| 3 | | | | |

## DOWNTIME

LOST TIME FOR:
[ ] DESIGN CHANGE
[ ] DESIGN ERROR
[ ] REWORK DAMAGE

WAITING FOR:
[ ] MAT'L, TOOLS, EQUIP.
[ ] CLARIFICATION
[ ] ACCESS TO WORK AREA

PRODUCTION REPORT and NOTES: List Load Counts, Deliveries, Accidents, Verbal Directives, Problems Encountered, Explanation of Down Time, Utility, Damage, Employee Notes.

HELPING ON WATER MAIN WORK.

[ ] USE BACK IF NECESSARY

Clay White — FOREMAN'S SIGNATURE — DATE 2/28/03

[signature] — PROJECT ENG. OR SUPT. SIGNATURE — DATE

OWNER'S REP. SIGNATURE (IF REQUIRED) — DATE

REV. 9/99 G20

USE ANOTHER DAILY REPORT IF NEEDED.