JONES BROS
An Equal Opportunity Employer

# FOREMAN'S DAILY REPORT

CREW NO. 0289
WEEK ENDING 3-15-03

| WORKING HOURS START | STOP | DATE | DAY OF WEEK | JOB NO. |
|---|---|---|---|---|
| 6:30 | 5:00 | 3-11-03 | Tue | F06 |

JOB NAME: Portland Water

FOREMAN'S NAME: Darrin Lawson

PHASE CODE: 1: 75500 | 2: | 3:

**WEATHER**
HIGH TEMP. 64
LOW TEMP. 40
[X] CLEAR [ ] RAIN
[ ] P. CLDY [ ] SLEET
[ ] O'CAST [ ] SNOW

## LABOR

| LN. NO. | LAST NAME | FIRST NAME | EMPLOYEE NUMBER | CLASS CODE | 1 | 2 | 3 | TOTAL HOURS FOR TODAY | OFFICE USE REGULAR | OFFICE USE OVERTIME |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Lawson | Darrin | 1161 | BHF | 10 | operators | | 10 | | |
| 2 | Ford | Jamse | 1340 | OBI | 10 | | | 10 | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| | BATCH TOTALS | | | | 20 | | | 20 | | |

## EQUIPMENT

| LN. NO. | EQUIP. NO. | EQUIPMENT DESCRIPTION | DOWNTIME DOWN | DOWNTIME IDLE | EQUIP. HOURS WORKED 1 | 2 | 3 | TOTAL HOURS | WEEKLY METER READING START | STOP |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 18296 | GMC | | | 10 | | | 8 | | |
| 2 | | | | | | | | | | |
| 3 | 22620 | CAT D6H Dozer | | | 8 | | | | | |
| 4 | 28610 | CAT 963 Loader | | | 8 | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| | BATCH TOTALS | | | | 8 | | | 8 | | |

## WORK DESCRIPTION

| | PAY ITEM NO. | QUANTITY | UNIT | DESCRIPTION / LOCATION, STATION |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |

**DOWNTIME**
LOST TIME FOR:
[ ] DESIGN CHANGE
[ ] DESIGN ERROR
[ ] REWORK DAMAGE
WAITING FOR:
[ ] MAT'L, TOOLS, EQUIP.
[ ] CLARIFICATION
[ ] ACCESS TO WORK AREA

**PRODUCTION REPORT and NOTES:** List Load Counts, Deliveries, Accidents, Verbal Directives, Problems Encountered, Explanation of Down Time, Utility, Damage, Employee Notes.

Worked on back filling water Line and fence repair,

[ ] USE BACK IF NECESSARY

FOREMAN'S SIGNATURE [signature] DATE 3/11/03
PROJECT ENG. OR SUPT. SIGNATURE [signature] DATE
OWNER'S REP. SIGNATURE (IF REQUIRED) DATE

REV. 9/99 G20
USE ANOTHER DAILY REPORT IF NEEDED.

JONES BROS INC.
An Equal Opportunity Employer

# FOREMAN'S DAILY REPORT

CREW NO. 264
WEEK ENDING 3-22-03

| WORKING HOURS (START / STOP) | DATE | DAY OF WEEK | JOB NO. | PHASE CODE 1 | PHASE CODE 2 | PHASE CODE 3 | WEATHER |
|---|---|---|---|---|---|---|---|
| 8:30 / 3:00 | 3-20-03 | THUR. | F-06 | 755010 | | | HIGH TEMP. 72 / LOW TEMP. 55 / [X] CLEAR [ ] P. CLDY [ ] O'CAST [ ] RAIN [ ] SLEET [ ] SNOW |

JOB NAME: PORTLAND WATER MAIN
FOREMAN'S NAME: CLAY WHITE

## LABOR

| LN. NO. | LAST NAME | FIRST NAME | EMPLOYEE NUMBER | CLASS CODE | 1 | 2 | 3 | TOTAL HOURS FOR TODAY | OFFICE USE REGULAR | OFFICE USE OVERTIME |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WHITE Foreman | CLAY | 11582 | BSU | 6 | | | 6 | | |
| 2 | PETTY Laborer | CHARLES | 4077 | LSK | 6 | | | 6 | | |
| 3 | NOLAN Laborer | DAVID | 11386 | LSK | 6 | | | 6 | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| | BATCH TOTALS | | | | 18 | | | 18 | | |

## EQUIPMENT

| LN. NO. | EQUIP. NO. | EQUIPMENT DESCRIPTION | DOWNTIME (HOURS) DOWN | DOWNTIME (HOURS) IDLE | EQUIP. HOURS WORKED 1 | 2 | 3 | TOTAL HOURS | WEEKLY METER READING START | WEEKLY METER READING STOP |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 13289 | GMC | | | 6 | | | 6 | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| | BATCH TOTALS | | | | 6 | | | 6 | | |

## WORK DESCRIPTION

| LN. | PAY ITEM NO. | QUANTITY | UNIT | DESCRIPTION / LOCATION, STATION |
|---|---|---|---|---|
| 1 | 755010 | 400 | LF | WATER MAIN – SILT FENCE |
| 2 | | | | |
| 3 | | | | |

**DOWNTIME**

LOST TIME FOR:
[ ] DESIGN CHANGE
[ ] DESIGN ERROR
[ ] REWORK DAMAGE

WAITING FOR:
[ ] MAT'L, TOOLS, EQUIP.
[ ] CLARIFICATION
[ ] ACCESS TO WORK AREA

PRODUCTION REPORT and NOTES: List Load Counts, Deliveries, Accidents, Verbal Directives, Problems Encountered, Explanation of Down Time, Utility, Damage, Employee Notes.

INSTALLED 400 L.F. OF SILT FENCE ALONG LAKE.

[ ] USE BACK IF NECESSARY

FOREMAN'S SIGNATURE: Clay White DATE: 3/20/03
PROJECT ENG. OR SUPT. SIGNATURE: [signature] DATE:
OWNER'S REP. SIGNATURE (IF REQUIRED) DATE:

REV. 9/99 G20

USE ANOTHER DAILY REPORT IF NEEDED.

# SUPERIOR SEED & SUPPLY, CO.

*Wholesale: Seed, Erosion & Drainage Products, HDPE Pipe*
6107 Centennial Blvd. • P.O. Box 120035 • Nashville, Tennessee 37212
Phone: (615) 244-2400 • Fax: (615) 244-2723

# INVOICE

**INVOICE NUMBER:** 15770

**INVOICE DATE:** Mar 21, 2003

**PAGE:**

**SOLD TO:**
JONES BROTHERS, INC
P.O. BOX 1001
MT. JULIET, TN 37121

**SHIP TO:**

| CUSTOMER I.D. | CUSTOMER P.O. | PAYMENT TERMS | |
|---|---|---|---|
| JONBRO | F06-20-5583 | Net 30 Days | |
| **SALES REP I.D.** | **SHIPPING METHOD** | **SHIP DATE** | **DUE DATE** |
| | Cust. Pickup | | 4/20/03 |

| QUANTITY | ITEM | DESCRIPTION | BACKORDER | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 5.00 | SILT FENCE STD. | SILT FENCE STANDARD | | 20.0000 | 100.00 |

4 Rolls used

RECEIVED
MAR 24 2003
ACCTS PAYABLE

CHECK NO.:

| | |
|---|---|
| SUBTOTAL | 100.00 |
| SALES TAX | 9.25 |
| FREIGHT | |
| TOTAL INVOICE AMOUNT | |
| PAYMENT RECEIVED | |
| TOTAL | 109.25 |

Thank You!

Payment for merchandise or services purchased is in accordance with the terms and conditions indicated herein and if not paid in accordance with said terms and conditions, Buyer will pay service charges in an amount equal to one and one-half (1-1/2%) percent of the amount of the delinquent payment per month until paid in full plus any fees and expenses incurred in collection of the balance due, including, but not limited to, attorney's fees.

JONES BROS INC.

P.O. Box 727 • Mt. Juliet, TN 37121-0727
Office • (615) 754-4710
Fax • (615) 758-9934

| CUSTOMER # | DATE | INVOICE # |
|---|---|---|
| | ~~03/11/03~~ 3/27/03 | ~~094742~~ 94753 |

CUSTOMER: RLI INSURANCE COMPANY
C/O LARRY WALL & ASSOC., LLC
P.O. BOX 531235
BIRMINGHAM, AL 35253-1235

LOCATION: PORTLAND WATER REPAIR
CITY OF PORTLAND, TN
ESTIMATE # ~~1~~ 2 - FINAL
JBI JOB #F-06

FILL IN AMOUNT PAID AND RETURN PINK COPY WITH PAYMENT AMOUNT PAID $________

| DATE | REF # | LOT # | MACH # | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | FOR WORK PERFORMED ~~INVESTIGATING~~ Backfilling WATERMAIN ~~LEAKS~~ and installing Erosion Control DURING THE PERIOD OF ~~JANUARY 30 THRU FEBRUARY 13~~ Feb 28 to March 20, 2003, PER ATTACHED SCHEDULE. | | | |
| | | | | LUMP SUM | | | $ 33,004 ~~$29,311.00~~ |
| | | | | Less: Previous Estimate | | | (29,311.00) |
| | | | | | | | $3693.00 |

AMOUNT DUE ~~$29,311.00~~

Case 3:04-cv-00555 Document 95 Filed 07/19/05 Page 4 of 21 PageID #: 984

WHITE - 1st - CUSTOMER COPY/PINK - 2nd - CUSTOMER COPY/CANARY - FILE COPY/GOLDENROD - MANAGEMENT COPY/SALMON - SEQUENTIAL FILE COPY

Mtg 1/22/03 5400' - 16" DIP

Portland Utility Meeting

Cyclone was contractor on job.

Trent Smith w/ Advantage Contr.

- Completion date Oct '01

Engr. John Coleman Hayes

Jim Calloway Mayor

14-15 Patches

Rem + Repl 100' main

Kicker - not done apparently

Trent - Advance

10 sleeve installed

Pumps to 120-125 psi

Says Can get Water from City - Water terminated last week @ Wed 10am

Cut off

Plant to Mid-line Valve - held 138#

Major leaks (10) have been repaired

Paid 2/3 pipe cost - US Pipe (John Spegog?)

US Pipe apparently agreed at least 1 bell was bad. Withheld money to backcharge

Woods (Supply) was Vendor.

Request 10 days to finish

EXHIBIT #4 VanNuck 6-6-05 WM

TYRONE Cylone

Angus

We rather hire a contractor

DAVID ALMONETTE – City Attorney

EXISTING VALVE IS AT water Treatment End of Job.

TS+V at Westland – good – holding pressure



Portland Water System Improvements
Contract -2 Water Distribution Line

6/4/2005

Dates: Jan 30 to Feb 21, 2003 active at site.

Distance: 5468 LF 16" DIP Watermain

Testing Requirements: 1.5 times the working pressure or 150# psi whichever is greater. 2 hours duration. May not vary by + / - 5 psi.

Allowable Leak: Shall not exceed 10 gallons per inch of pipe diameter per mile per 24 hours when tested at 1.5 times the working pressure.
10 gal x 16" x 5468' / 5280' =
160 gal x 1.0356 = 165.70 / 24hrs = 6.90 gal x 2hrs = 13.80 gallon

Chlorination: Use chlorine disinfecting agent to produce 50 ppm for 24 hr period. After flushing, residual chlorination must be a minimum of 25 ppm.

Documentation
Photo survey taken 1/22/03

Foreman Daily Reports

1/30/03 Site meeting with Greg Harris -John Coleman Hayes Engrs. & JB supervisors.
2/3/03 Gather materials. Mobilized equipment to site.
2/4/03 Cut and capped ends of 16" main to isolate for testing. Installed 6 corporations for testing…5 at high points & 1 for filling line.
2/5/03 Same as above.
2/6/03 Same as above. Installed 2- 3/4" taps. Began filling 16" main.
2/7/03 Finished filling main and blowing off air out of line. City made 3/4" tap -18" main.
2/10/03 Refilled waterline checked for leaks
2/11/03 Pumped waterline checked for leaks. Waterline filled again in preparation for meeting with Larry Wall & Angus Gillis. Decided to hire Master Leak to help locate leaks.
2/12/03 Pumped waterline @ 150 psi for leaks so ~~Leak~~ Master Leak Co. could test for leaks. Line pressure fell to 100 psi in 5 minutes. Found 8 leaks in first section from Westland St. to middle valve. Excavated holes & verified.. The section from treatment plant to middle valve would not hold line pressure past 120 # psi.
2/13/03 Opened holes every 20 at pipe joints for ~~Leak~~ Master Leak to test for leaks.
2/14/03 Rained out.
2/17/03 Unloaded pipe and water materials.
2/18/03 Refilled line and pumped up line pressure. ~~Leak~~ Master Leak found 3 more leaks. Excavated holes at leaks. Leaks were at 2 pipe joints, sta. 4+80 & 6+95, and one at 45* bend sta. 10+34.
2/19/03 On-site meeting with Larry Wall & Angus Gillis.
2/21/03 Moved out.

EXHIBIT
#5 Van Nuck
6-6-05

**Portland Water System Improvements**
**Contract -2 Water Distribution Line**

6/4/2005

Chronology

1/22/03 Meeting Notes. Portland City Council & Angus Gillis. Decided whether to suspend contractor from site.

Completion date October 2001. Design Engineer - John Coleman Hayes
Prime Contract - Advance Contracting, Trent Smith, principal.
Subcontractor - Cyclone Construction - Tyrone
Jim Calloway, Mayor. David Almonette, City Attorney

Subcontractor's ( Tyrone ) statement: 14 - 15 patches. Pumps to 120 -150 psi. Needs water from City to complete testing - water cut off by City Weds of last week @ 10am. Plant to mid-line held at 138# psi. Requested 10 more days to finish. TS&V at Westland is good and holding pressure.

Mayor stated 10 leaks have been repaired. Have paid 2/3rds of pipe cost. US Pipe ( John Spegog? ) apparently agreed at least one bell was bad. Money withheld from Wood Supply for backcharge.

1/24/03 E-mail. Larry Wall. Request estimated costs to detect and repair leaks.

1/30/03 JB fax to Larry Wall. Submitted estimated cost. Have order some materials for repairs. Meeting today with Greg Harris ( JCH engrs.) 1:00 pm.

2/3/03 Larry Wall e-mail to JB & RLI. Directs JB to cut & cap ends of line into 2 sections and determine whether line will or will not hold pressure before repairs are made. City will accept sleeves if not leaking.

2/10/03 JB fax to Larry Wall. Attorney requested copies of time sheets.

2/11/03 Mailed Larry Wall copy of Portland Watermain 'as builts' plans.

2/12/03 JB fax to Larry Wall. Update of testing procedure. ~~Leak~~ Look Master's was 7 out of 7 in determining leaks. Mid-line valve is leaking. This section has 6 repairs already. Testing still in process. Same overall problems discovered... 1) over deflected joints. 2) rolled bell gaskets. Testing stopped at 2:00 pm. Please direct us on whether to proceed especially in the wooded area ( section 2 ).

2/13/03 JB fax to Larry Wall. Evidence for your files. 1 page.

Chronology -cont. 6/4/2005

2/13/03 Larry Wall fax to RLI & JB explaining the results of the test so far and confirming direction to proceed in Section 2 to complete Leak Master's survey.

2/15/03 Larry Wall e-mail to JB & RLI. Confirming directive to proceed with testing of Section 2. Stop at that point and do not make repairs. Prepare statement of cost incurred to date, cost to make repairs, & cost to relay entire line.

2/21/03 JB fax & letter to RLI & Angus Gillis. Costs schedules requested.

2/21/03 Phone conversation with RLI to JB. Backfill open holes, grade off trench area, & move out equipment. Marked out repair locations and corporations at site.

2/26/03 Faxed update on materials in stockpile to Angus, Larry & RLI.

3/13/03 JB letter to RLI. Letter indicating cost to relay entire line. $ 104,005.

3/25/03 JB letter to Brian Goodwin -City of Portland. Letter indicating cost to relay entire line. $ 104,005. Per their request and RLI approval.

Cost / Estimate Summary

| | |
|---|---|
| Cost Incurred by Jones Bros., Inc to determine leaks | $ 33,004.00 |
| Cost to Repair | $ 80,423.00 |
| Cost to Relay Entire Line | $ 104,005.00 |

RLI

Check # 0404645

Claim # 00153529

RLI Insurance Co.

TOSM

TWINS

TERRENCE D VAN NUCK

28815

CONSTRUCTION MGMT CONSULTANT
5312 EASTBEND DRIVE

OLD HICKORY TN 37138

Terry VanNuck

5312 Eastbend Drive, Old Hickory, TN 37138


# INVOICE

DATE 3/11/03

JOB NUMBER Jones #F06

JOB NAME Portland Watermain

Describe What Extra Work Was Performed, Where, and Why.

Compile Time Sheet Records, Create Work sheet File, + Plot Repairs to plans To Develop Plan of Operation + Cost Records for 2/19/03 Meeting w/ Tim Winship + Attorneys.

List Equipment, Labor, and Materials Used. (office use)

| ITEM | HRS/QTY | RATE | AMOUNT |
|---|---|---|---|
| Consulting Work | | | |
| 2/15/03 | 2¼ hr | | |
| 2/17/03 | 2 | | |
| 2/18/03 | ½ | | |
| | | | |
| | 4.75 hr | $75.00 | $356.25 |
| | | | |
| | | | |
| | | | |
| | | | |
| | [initials] | | |
| | | | |
| | | | |
| | | | |

AMOUNT DUE: $356.25

Submitted By: [signature]

EXHIBIT #6 VanNuck 6-6-05 um

Case 3:04-cv-00555 Document 95 Filed 07/19/05 Page 15 of 21 PageID #: 995

5312 Eastbend Drive, Old Hickory, TN 37138

# EXPENSE WORKSHEET

DATE 2/15/03

No. ______

T. Winship needs
1. Cost to date
2. Cost of repairs
3. Cost to delay

JOB NUMBER F06

JOB NAME Portland Watermain

Describe What Extra Work Was Performed, Where, and Why.

Compile time sheets and post hour recorded to date for labor, equipment, + materials. For 1st week of work. 10:30 - 11:15.

Create computer file. Post compiled record. Review Ph I repairs on plans. Plot notes what to repair. 11:45 - 1:15

List Equipment, Labor, and Materials Used.

| ITEM | HRS/QTY | RATE | AMOUNT (office use) |
|---|---|---|---|
| Consultant Work | 3/4 hr | | |
| | 1 1/2 | | |
| | 2 1/4 hr | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

This Is Your Authority To Proceed With The Work Specified.

Submitted By: ______________

...Eastbend Drive, Old Hickory, TN 37138

# EXPENSE WORKSHEET

DATE 2/17/03

No. ____-

JOB NUMBER F06

JOB NAME PORTLAND WATERMAIN

Describe What Extra Work Was Performed, Where, and Why.

POST 2ND WEEK TIME SHEETS TO SCHEDULE.
COMPILE + MARKUP MATERIAL INVOICES.
POST MAT'L QTYS TO SCHEDULE.
7:30-8:30pm
REVIEW PLANS. EVALUATE REPAIRS
TO CREW DAYS. CREATE LISTING
FOR POSTING TO SCHEDULE.
9:00pm - 10pm

...st Equipment, Labor, and Materials Used.

| ITEM | HRS/QTY | RATE | (office use) AMOUNT |
|---|---|---|---|
| Consulting Work | 2 hrs | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

...Is Your Authority To Proceed With The Work Specified.

Submitted By: ____________

Case 3:04-cv-00555 Document 95 Filed 07/19/05 Page 16 of 21 PageID #: 996

Terry VanNuck
5312 Eastbend Drive, Old Hickory, TN 37138

# EXPENSE WORKSHEET

DATE 2/18/03 No. ____-

JOB NUMBER F06

JOB NAME Portland Water

Describe What Extra Work Was Performed, Where, and Why.

Review Today's Records Compiled For Tomorrows Meeting.
Reviewed Mappings

List Equipment, Labor, and Materials Used. (office use)

| ITEM | HRS/QTY | RATE | AMOUNT |
|---|---|---|---|
| Consulting Work | 1/2 hr | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

This Is Your Authority To Proceed With The Work Specified.

Submitted By:

______________

**Issued by the**

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

RLI INSURANCE COMPANY

V.

ADVANTAGE CONSTRUCTION SERVICES, LLC ET AL V. TYRONE TACKETT and WALTER A. WOOD SUPPLY COMPANY v. UNITED STATES PIPE & FOUNDRY, INC.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 3-04-0555
Judge Todd J. Campbell
Magistrate Judge
Juliet Griffin
JURY DEMAND

TO: Terry VanNook
LoJac
1401 Toshiba Drive, Lebanon, TN 37087
(615) 449-1401

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Office of Angus Gillis, III, 7th Floor, 501 Union Building, Nashville, TN 37219 | June 6, 2005 - 4:00 P.M. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attachment.

| PLACE | DATE AND TIME |
|---|---|
| Office of Anugs Gillis, III, 7th Floor, 501 Union Building, Nashville, TN 37219 | June 6, 2005 - 4:00 P.M |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Angus Gillis III atty for plaintiff | 5/17/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Angus Gillis, III, 7th Floor, 501 Union Building, Nashville, TN 37219
(615) 244-6670

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

Attachment to Subpoena

Any and all documents pertaining to the construction, repair or replacement of a water line for the City of Portland by Advantage Construction Services, LLC, Jones Bros. Construction Company and/or Norris Excavating Company, the same being Contract 2 - Water Distribution Line, and any and all records pertaining to leaks found in said line