IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| RLI INSURANCE CO. | ) |
| | ) |
| v. | ) NO. 3:04-0555 |
| | ) JUDGE CAMPBELL |
| ADVANTAGE CONSTRUCTION | ) |
| SERVICES, LLC, et al. | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge dated November 2, 2005 (Docket No. 99) and Defendants' Objections thereto (Docket No. 112). The Court has reviewed the Magistrate Judge's findings, the Objections, and the record.

The Defendants' objections are OVERRULED, and the Report and Recommendation is ADOPTED and APPROVED. Accordingly, Plaintiff's Motion for Summary Judgment (Docket No. 63) is GRANTED, and judgment is awarded for Plaintiff against Defendants Advantage Construction Services, LLC, Southern Consulting LLC, Trent B. Smith and Ilia Jefferson, jointly and severally, in the amount of $161,516.85, plus pre-judgment interest and costs as may be determined in accordance with the Local Rules of this Court.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58. The pretrial conference set for December 12, 2005, and the bench trial set for December 20, 2005, are canceled.

IT IS SO ORDERED.

                                                                   _____
                                                                   TODD J. CAMPBELL
                                                                   UNITED STATES DISTRICT JUDGE