IN THE UNITED DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RLI INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ADVANTAGE CONSTRUCTION SERVICES, LLC, a Tennessee limited liability company, TRENT B. SMITH, ILLIAD JEFFERSON, SOUTHERN CONSULTING, LLC, a Tennessee limited liability company,<br><br>Defendants and Third Party Plaintiffs,<br><br>v.<br><br>WALTER A. WOOD SUPPLY COMPANY, INC. and CYCLONE, INC.,<br><br>Third Party Defendants | ) | NO. 3 04 0555<br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE GRIFFIN |

**SATISFACTION OF JUDGMENT**

RLI Insurance Company reached an agreement for settlement of the judgment obtained against the Defendants, Advantage Construction Services, LLC, Trent B. Smith, Illiad Jefferson, and

Southern Consulting, LLC. RLI Insurance Company by the execution of this document acknowledges payment in full of all sums it is entitled to recover from the Defendants with respect to the matters involved in this lawsuit.

Respectfully submitted,

SCHULMAN, LeROY & BENNETT, P.C.

By: /s/ Angus Gillis, III
Angus Gillis, III #2272
Attorneys for Plaintiff
7th Floor, 501 Union Building
P. O. Box 190676
Nashville, TN 37219-0676
(615) 244-6670

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been forwarded via CM/ECF to Timothy V. Potter, Reynolds, Potter & Ragan, attorneys for Defendants, Advantage Construction Services, LLC, Trent B. Smith, Illiad Jefferson and Southern Consulting, LLC, Glynmar Center, 114 Highway 70 East, Building A, Suite 1, Dickson, TN 37055, on this the 21st day of September, 2009.

/s/ Angus Gillis, III
Angus Gillis, III